IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; and SANDRA L. SMOLEY,<br><br>Defendants. | Case No. 04-1565 |

## THE OUTSIDE DIRECTOR DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Donald J. Amaral, William J. Casey, L. Peter Smith, and Sandra L. Smoley, by their undersigned attorneys and for the reasons set forth in the accompanying Opening Brief in Support of the Outside Director Defendants' Motion to Dismiss, the Declaration of Peter J. Walsh, Jr. in Support of the Outside Director Defendants' Motion to Dismiss, and the Outside Director Defendants' Request for Judicial Notice, hereby move to dismiss the Complaint for failing to state a claim for which relief may be granted.

OF COUNSEL:
Boris Feldman, Esquire
Peri B. Nielsen, Esquire
Shelby K. Pasarell, Esquire
WILSON SONSINI
  GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, CA  94304-1050
Tel:  (650) 493-9300

Dated:  March 4, 2005

672176v1/28762

POTTER ANDERSON & CORROON LLP

By: /s/ P. Walsh
Peter J. Walsh, Jr. (DSB ID No. 2437)
1313 North Market Street, 6th Floor
Post Office Box 951
Wilmington, Delaware  19899-0951
Tel:  (302) 984-6000
E-mail:  pwalsh@potteranderson.com
*Attorneys for Defendants*
*Donald J. Amaral, William J. Casey,*
*L. Peter Smith, and Sandra L. Smoley*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; and SANDRA L. SMOLEY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-1565<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion to Dismiss of defendants Donald J. Amaral, William J. Casey, L. Peter Smith, and Sandra L. Smoley (the "Outside Director Defendants"),

IT IS ORDERED that the Motion is granted and Plaintiff's Complaint as to the Outside Director Defendants is dismissed with prejudice and the Outside Director Defendants shall be entitled to such attorneys' fees and costs as may be submitted to and approved by this Court.

 

_____
United States District Judge

672176v1/28762

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Peter J. Walsh, Jr., hereby certify that on March 4, 2005, I electronically filed the foregoing THE OUTSIDE DIRECTOR DEFENDANTS' MOTION TO DISMISS and [PROPOSED] ORDER with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Rolin P. Bissell, Esquire (DSB ID No. 4478)
> YOUNG CONAWAY STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> Tel:  (302) 571-6560
> E-mail:  rbissell@ycst.com
>
> Jeffrey C. Wisler, Esquire (DSB ID No. 2795)
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, Delaware  19801
> Tel:  (302) 888-6258
> E-mail:  jwisler@cblh.com

> Peter J. Walsh, Jr. (DSB ID No. 2437)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Post Office Box 951
> Wilmington, Delaware  19899-0951
> Tel:  (302) 984-6000
> E-mail:  pwalsh@potteranderson.com

672176v1/28762