IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; and SANDRA L. SMOLEY <br><br> Defendants. | C.A. No. 04-1565 |

**COMPENDIUM OF UNREPORTED CASES IN SUPPORT
OF PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION TO TRANSFER VENUE
<u>TO THE DISTRICT OF COLORADO</u>**

OF COUNSEL:

Barry E. Bressler
Wilber L. Kipnes
Jennifer Nestle
Han Nguyen
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

Dated: March 8, 2005

YOUNG CONAWAY STARGATT
  & TAYLOR
Rolin P. Bissell (# 4478)
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
(302) 571-5500

*Attorneys for Plaintiff*

# TABLE OF CONTENTS

|  | TAB |
|---|---|
| *3Com Corp. v. D-Link Sys.*, No. 03-014-GMS, 2003 WL 1966438 (D. Del. April 25, 2003) | 1 |
| *Actrade Financial Technologies Ltd v. Aharoni*, No. 20168, 2003 Del. Ch. LEXIS 114 (Del. Ch. October 17, 2003) | 2 |
| *Brown v. C.D. Smith Drug Co.*, No. 98-494-SLR, 1999 WL 709992 (D. Del. Aug. 18, 1999) | 3 |
| *Cypress Semiconductor Corp v. Integrated Circuit Systems, Inc.*, No. 01-199-SLR, 2001 U.S. Dist. LEXIS 20803 (D. Del. Nov. 28, 2001) | 4 |
| *Ikos Sys. v. Cadence Design Sys.*, No. 02-1335-GMS, 2002 U.S. Dist. LEXIS 20574 (D. Del. Oct. 21, 2002) | 5 |
| *Jones Pharma, Inc. v. KV Pharmaceutical Co.*, No. 03-786-JJF, 2004 U.S. Dist. LEXIS 2333 (D. Del. Feb. 17, 2004) | 6 |
| *Kuck v. Veritas Software Corp.*, No. 04-831-SLR, 2005 U.S. Dist. LEXIS 823 (D. Del. Jan. 14, 2005) | 7 |
| *Original Creatine Patent Co., Ltd. v. Kaizen, Inc.*, No. 02-471-SLR, 2003 U.S. Dist. LEXIS 988 (D. Del. Jan. 22, 2003) | 8 |
| *Padcom, Inc. v. NetMotion Wireless, Inc.*, No. 03-983-SLR, 2004 U.S. Dist. LEXIS 9658 (D. Del. May 24, 2004) | 9 |
| *Praxair, Inc. v. ATMI, Inc.*, No. 03-1158-SLR, 2004 U.S. Dist. LEXIS 7076 (D. Del. April 20, 2004). | 10 |
| *Reliance Ins. Co. v. Paschen Contractors, Inc.*, 1990 U.S. Dist. LEXIS 858 (D. Del. Jan. 25, 1990) | 11 |
| *Stratos Lightwave, Inc. v. E20 Communications, Inc.*, No. 01-309-JJF, 2002 U.S. Dist. LEXIS 5653 (D. Del. March 26, 2002) | 12 |
| *Unicredito Italiano v. JP Morgan Chase Bank*, No. 02-104-GMS, 2002 U.S. Dist. LEXIS 11535 (D. Del. June 26, 2002) | 13 |