IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: Case No. 04-1565-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Defendants' Motion to Transfer Venue to the District of Colorado, and the Plaintiff's response thereto, it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on March 8, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Peter J. Walsh, Jr., Esquire
> Potter, Anderson & Corroon, LLP
> Hercules Plaza, 6th Floor,
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19801

> Jeffery C. Wisler, Esquire
> Connolly Bove Lodge & Hutz, LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

I further certify that on March 8, 2005, I caused a copy of the foregoing document to be served on the following counsel of record in the manner indicated:

## BY HAND DELIVERY

> Peter J. Walsh, Jr., Esquire
> Potter, Anderson & Corroon, LLP
> Hercules Plaza, 6th Floor,
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19801

Jeffery C. Wisler, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

        _____
        Glenn C. Mandalas (# 4432)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801

        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6600
        gmand@ycst.com

        *Attorneys for Plaintiff*