IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; and SANDRA L. SMOLEY,<br><br>        Defendants. | CASE NO.: 04-1565 |

---

**SUPPLEMENTAL DECLARATION OF WILLIAM J. CASEY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF COLORADO**

---

OF COUNSEL:
Boris Feldman, Esq.
Peri Nielsen, Esq.
Shelby K. Pasarell, Esq.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel:   (650) 493-9300

Dated: March 23, 2005

Peter J. Walsh, Jr. (#2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel:   (302) 984-6000

I, William J. Casey, declare as follows:

1. I submit this Supplemental Declaration in support of Defendants' Motion to Transfer Venue to the District of Colorado. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

2. I am a former member of the Board of Directors (the "Board") of Coram Healthcare Corporation and its wholly owned subsidiary Coram, Inc. (collectively, "Coram"). I am not currently a director of the reorganized Coram, Inc.

3. I recall that the Board held approximately fifty percent (50%) of its meetings in Colorado while I was a member.

4. The meeting at which the Board decided to hire Daniel D. Crowley as Coram's Chief Executive Officer was held in Colorado.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21 day of March, 2005, in Chico, California.

*William J. Casey*

2621636_1.DOC

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on March 23, 2005, I electronically filed true and correct copies of the foregoing SUPPLEMENTAL DECLARATION OF WILLIAM J. CASEY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF COLORADO with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Rolin P. Bissell, Esquire (DSB ID No. 4478)
> YOUNG CONAWAY STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Tel: (302) 571-6560
> E-mail: rbissell@ycst.com
>
> Jeffrey C. Wisler, Esquire (DSB ID No. 2795)
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, Delaware 19801
> Tel: (302) 888-6258
> E-mail: jwisler@cblh.com

                                        */s/ Sarah E. DiLuzio*
                                    Sarah E. DiLuzio. (DSB ID No. 4085)
                                    POTTER ANDERSON & CORROON LLP
                                    Hercules Plaza, 6th Floor
                                    1313 North Market Street
                                    Post Office Box 951
                                    Wilmington, Delaware 19899-0951
                                    Tel: (302) 984-6000
                                    E-mail: sdiluzio@potteranderson.com

672518v1/28762