IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; and SANDRA L. SMOLEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>) CASE NO.: 04-1565<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

**DECLARATION OF SARAH E. DiLUZIO IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF COLORADO**

---

| | |
|---|---|
| | POTTER ANDERSON & CORROON LLP<br>Peter J. Walsh, Jr. (#2437) |
| OF COUNSEL:<br>Boris Feldman, Esq.<br>Peri Nielsen, Esq.<br>Shelby K. Pasarell, Esq.<br>WILSON SONSINI GOODRICH<br>& ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel:   (650) 493-9300<br><br>Dated: March 23, 2005 | Sarah E. DiLuzio (#4085 )<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>Tel:   (302) 984-6000<br>Fax:   (302) 658-1192<br><br>Attorneys for Defendants |

I, Sarah E. DiLuzio, declare as follows:

1. I am an attorney duly licensed to practice before this Court and an associate at the law firm of Potter Anderson & Corroon LLP, counsel to defendants Donald J. Amaral, William J. Casey, L. Peter Smith, and Sandra L. Smoley. I submit this declaration in support of Defendants' Motion to Transfer Venue to the District of Colorado. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint for Declaratory Judgment in the lawsuit captioned, *Genesis Insurance Co. v. Crowley, et al.*, Civil Action No. 05-WM-335 (PAC), filed by Genesis Insurance Company in the United States District Court for the District of Colorado on February 23, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of the Form 8-K filed by Coram Healthcare Corporation ("Coram") with the Securities and Exchange Commission ("SEC") on or about December 8, 1999.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Report of Independent Restructuring Advisor Goldin Associates L.L.C. ("Goldin Report"), filed with the United States Bankruptcy Court for the District of Delaware in *In re Coram Healthcare Corp. and Coram, Inc.*, Case No. 00-3299 on or about July 11, 2001.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of March, 2005, at Wilmington, Delaware.

_____
Sarah E. DiLuzio

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on March 23, 2005, I electronically filed true and correct copies of the foregoing DECLARATION OF SARAH E. DILUZIO IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF COLORADO with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Rolin P. Bissell, Esquire (DSB ID No. 4478)
    YOUNG CONAWAY STARGATT & TAYLOR
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Tel: (302) 571-6560
    E-mail: rbissell@ycst.com

    Jeffrey C. Wisler, Esquire (DSB ID No. 2795)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, Delaware 19801
    Tel: (302) 888-6258
    E-mail: jwisler@cblh.com

    /s/ Sarah E. DiLuzio
    Sarah E. DiLuzio (DSB ID No. 4085)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Post Office Box 951
    Wilmington, Delaware 19899-0951
    Tel: (302) 984-6000
    E-mail: sdiluzio@potteranderson.com

672518v1/28762