

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

March 24, 2005

**By eFile**

Clerk of the Court
United States District Court
District of Delaware
844 North King Street
Room 4209
Wilmington, DE 19801

      Re:    <u>Adams v. Crowley, C.A. No. 04-1565 (SLR)</u>

Dear Sir/Madam:

      Yesterday, on March 23, 2005, Defendants e-filed their Reply Brief In Support Of Defendants' Motion To Transfer Venue To The District Of Colorado, including several supporting declarations. Unfortunately, the Supplemental Declaration of L. Peter Smith was mistakenly omitted. It is attached hereto for filing. Please docket it with the Reply Brief filed yesterday (D.I. 25).

      I apologize for any inconvenience this has caused the Court or counsel.

      Very truly yours,

      */s/ Sarah DiLuzio*

      Sarah E. DiLuzio
      Bar I.D. No. 4085

cc:    All Counsel of Record
675353