IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; and SANDRA L. SMOLEY,<br><br>Defendants. | CASE NO.: 04-1565 |

---

**SUPPLEMENTAL DECLARATION OF L. PETER SMITH
IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER
VENUE TO THE DISTRICT OF COLORADO**

---

OF COUNSEL:
Boris Feldman, Esq.
Peri Nielsen, Esq.
Shelby K. Pasarell, Esq.
WILSON SONSINI GOODRICH &
ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel:   (650) 493-9300

Peter J. Walsh, Jr. (#2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel:   (302) 984-6000

Dated March 23, 2005

I, L. Peter Smith, declare as follows:

1. I submit this Supplemental Declaration in support of Defendants' Motion to Transfer Venue to the District of Colorado. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

2. I am a former member of the Board of Directors (the "Board") of Coram Healthcare Corporation and its wholly owned subsidiary Coram, Inc. (collectively, "Coram"). I am not currently a director of the reorganized Coram, Inc.

3. I recall that the Board held approximately fifty percent (50%) of its meetings in Colorado while I was a member.

4. The meeting at which the Board decided to hire Daniel D. Crowley as Coram's Chief Executive Officer was held in Colorado.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of March, 2005, at Honolulu, Hawaii.

_____
L. Peter Smith