IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br>v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY,<br><br>Defendants. | Case No. 04-1565 |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I, Glenn C. Mandalas, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Plaintiff has made a reasonable effort to reach agreement with counsel for Defendants on the matters set forth in the foregoing motion and counsel for Defendants takes no position on Plaintiff's Motion to File Surreply Brief.

_[signature]_
Glenn C. Mandalas (No.4432)

Dated: March 28, 2005

WP3:1097845.1                                                               063702 1002