IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br>v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY,<br><br>Defendants. | Case No. 04-1565 |

## ORDER GRANTING MOTION

At Wilmington, this _____ day of _____, 2005, having reviewed the papers in connection with Plaintiff's Motion to File Surreply Brief in Opposition to Defendants' Motion to Transfer Venue to the District of Colorado, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

_____
United States District Judge

WP3:1097834.1                                                                                                          063702.1002