IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; and SANDRA L. SMOLEY,<br><br>Defendants. | Case No. 04-1565 |

---

**COMPENDIUM OF UNREPORTED CASES IN SUPPORT OF REPLY BRIEF IN SUPPORT OF THE OUTSIDE DIRECTORS' MOTION TO DISMISS**

---

OF COUNSEL:
Boris Feldman, Esquire
Peri B. Nielsen, Esquire
Shelby K. Pasarell, Esquire
WILSON SONSINI GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Peter J. Walsh, Jr. (DSB ID No. 2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: pwalsh@potteranderson.com

*Attorneys for Defendants
Donald J. Amaral, William J. Casey,
L. Peter Smith, and Sandra L. Smoley*

Dated: April 15, 2005

678365v1/28762

## **TABLE OF CONTENTS**

                                                                                                                Tab

*Alidina v. Internet.com Corp.*, No. 17235 NC,
    2002 Del. Ch. LEXIS 156 (Del. Ch. Nov. 6, 2002) .......................................... 1

*In re Emerging Communciations, Inc. S'holder Litig.*,
    No. 16415, 2004 WL 1305745 (Del. Ch. June 4, 2004) .................................... 2

*Damage Recovery Sys., Inc. v. Tucker*, No. 02-1647-SLR,
    2005 WL 388597 (D. Del. Feb. 2, 2005) ............................................................ 3

*Hollinger Int'l, Inc. v. Hollinger, Inc.*, No. 04-C-0698,
    2005 WL 589000 (N.D. Ill. Mar. 11, 2005) ........................................................ 4

*Leung v. Schuler*, No. 17089, 2000 Del. Ch. LEXIS 41
    (Del. Ch. Feb. 29, 2000) ..................................................................................... 5

*The Litigation Trust of MDIP, Inc. v. Rapoport*, No. 03-779,
    2004 WL 3101575 (D. Del. Nov. 29, 2004) ....................................................... 6

*Sanders v. Wang*, No. 16640, 1999 WL 1044880
    (Del. Ch. Nov. 8, 1999) ...................................................................................... 7

*In re Trump Hotels S'holders Deriv. Litig.*, Nos. 96-Civ.-7820,
    96-Civ.-8527, 2000 U.S. Dist. LEXIS 13550 ...................................................... 8
    (S.D. N. Y. Sept. 21, 2000)