

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Peter J. Walsh, Jr.**
Partner
Attorney at Law
pwalsh@potteranderson.com
302 984-6037 Direct Phone
302 658-1192 Fax

April 19, 2005

**BY HAND & CM/ECF**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street, Room 6124
Lock Box 31
Wilmington, Delaware 19801

    Re: *Adams v. Crowley, et al.*
          USDC (D. Del.) Case No. 04-1565-SLR

Dear Chief Judge Robinson:

    Pursuant to Local Rule 7.1.4, the Outside Director Defendants Donald J. Amaral, William J. Casey, L. Peter Smith and Sandra L. Smoley request oral argument on their Motion to Dismiss. The parties completed briefing on the motion Friday, April 15, 2005.

                        Respectfully,

                        Peter J. Walsh, Jr. (DSB ID No. 2437)

PJW:jak

cc:    Clerk of the Court (by Hand & CM/ECF service)
        Rolin P. Bissell, Esquire (DSB ID No. 4478) (by CM/ECF service)
        Jeffrey C. Wisler, Esquire (DSB ID No. 2795) (by CM/ECF service)

678592/28762