## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on April 20, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Peter J. Walsh, Jr., Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor,
1313 North Market Street
P.O. Box 951
Wilmington, DE  19801


Jeffery C. Wisler, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899


I further certify that on April 20, 2005,  I caused a copy of  the foregoing document to be served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Peter J. Walsh, Jr., Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor,
1313 North Market Street
P.O. Box 951
Wilmington, DE  19801

Jeffery C. Wisler, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899


YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
gmand@ycst.com

*Attorneys for Plaintiff*