IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | Case No. 04-1565-SLR |

## DECLARATION OF WILBUR L. KIPNES

OF COUNSEL:

Barry E. Bressler
Wilbur L. Kipnes
Richard A. Barkasy
Jennifer Nestle
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 751-2000
Fax:    (215) 751-2205

Dated: April 20, 2005

Rolin P. Bissell (# 4478)
Glenn C. Mandalas (# 4432)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Phone: (302) 571-6600
Fax:    (302) 571-1253
rbissell@ycst.com

*Attorneys for Plaintiff Arlin M. Adams*

I, Wilbur L. Kipnes, declare as follows:

1. I am a partner in the law firm of Schnader Harrison Segal & Lewis LLP, counsel to Plaintiff, Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of Coram Healthcare Corporation and its wholly owned subsidiary Coram, Inc. (collectively "Coram").

2. Attached hereto as Exhibit A are true and correct copies of selected pages printed from the website of Option Care, Inc., located at http://phx.corporate-ir.net/phoenix.zhtml?c=77346&p=irol-governance. Option Care identifies Richard Smith as its President and CEO and states that the location of the headquarters of Option Care is Buffalo Grove, Illinois.

3. Attached hereto as Exhibit B are true and correct copies of selected pages printed from the website of LTC Properties, Inc., located at http://www.ltcproperties.com/phoenix.zhtml?c=113946&p=irol-govBoard. LTC Properties, a real estate investment trust, identifies Wendy Simpson as its Vice Chairman, CFO, Treasurer and Director and states that its location is Malibu, California.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2005

*Wilbur L. Kipnes*
Wilbur L. Kipnes

# EXHIBIT A

OptionCare: Homepage

Page 1 of 1

# optioncare®

Home | News | About Us | Contact Us

Products & Services | Patients & Caregivers | Healthcare Professionals | Health Plans | Manufacturers | Corporate Info | Partnering Opportunities

We make life a little easier for patients and their families.

## Welcome to Option Care

We are a national infusion and specialty pharmacy services provider focused on meeting the needs of patients with acute and chronic conditions at home or in alternate site settings. We invite you to explore our innovative programs that bring value to patients, physicians, health plans and manufacturers.

Option Care has recently been recognized by *Fortune* as one of the 100 fastest-growing companies and by *Crain's* as one of Chicago's fastest-growing public firms.

**Option Care Locator**
Select your State ▼

**Visit our subsidiary sites:**
>> Human Growth Hormone Therapy
>> RSV Prevention Therapy
>> Hepatitis C Therapy
>> Asthma Therapy
>> Hemophilia
>> OptionMed

Introducing
ClinicalResource Network, Inc.
Services to expedite clinical trials
LEARN MORE >

Xolair Omalizumab
is now FDA approved
LEARN MORE >

Office Login | Admin Login

Disclaimer| Privacy Policy| Code of Ethics

Copyright 2003, Option Care, Inc. 485 Half Day Road, Suite 300 Buffalo Grove, IL 60089 1-800-879-6137
Website maintained by Evolution Point, LLC

OptionCare - Corporate Information - Corporate Governance

Page 1 of 2



Home | News | About Us | Contact Us

Products & Services | Patients & Caregivers | Healthcare Professionals | Health Plans | Manufacturers | Corporate Info



**Option Care Locator**

Select your state



>> Recruitment Center
>> Investment Center
>> Corporate Overview
>> Corporate Governance
>> Stock Quote
>> Stock Chart
>> Historical Stock Prices
>> Fundamentals
>> Press Releases
>> Analysts
>> Financial Reports
>> SEC Filings
>> Audio Archives
>> Calendar
>> E-mail Alerts
>> Information Request

## Corporate Governance

Audit Committee of the Board of Directors Charter
Nominating and Corporate Governance Committee Charter
Compensation and Stock Incentive Plan Committee Charter
Code of Ethics

**Executive Officers**

Rajat Rai - Chief Executive Officer

Richard M. Smith - President and Chief Operating Officer

Joseph Bonaccorsi - Senior Vice President and General Counsel

Paul Mastrapa - Senior Vice President and Chief Financial Officer

**Board of Directors**

John N. Kapoor, Ph.D - Chairman, Option Care, Inc.

Kenneth Abramowitz - Director

Leo Henikoff - Director

Jerome F. Sheldon - Director

Copyright 2005, Option Care, Inc. 485 Half Day Road, Suite 300 Buffalo Grove, IL 60089 1-800-879-6137

OptionCare: Corporate Information — Page 1 of 1



**optioncare®**

Home | News | About Us | Contact Us

Products & Services | Patients & Caregivers | Healthcare Professionals | Health Plans | Manufacturers | Corporate Info | Partnering Opportunities

We make life a little easier for everyone involved

**Option Care Locator**

Select your state ▾

>> Recruitment Center
>> Investment Center

## Corporate Information

Option Care is a thriving business that is well-positioned for growth within the health care sector. Because of our network's commitment to both quality patient care and cost-effective health care delivery, we have been able to nearly double our revenues in the last five years.

Headquartered in the Chicago suburb of Buffalo Grove, Illinois, the Option Care network is a leading provider of ancillary infusion therapy and high-tech pharmacy services. The company contracts with managed care organizations and other third party payors to provide pharmaceutical products and complex compounded solutions. The Option Care nationwide network is comprised of more than 130 fully accredited pharmacy and treatment facilities providing care to patients in alternate site settings.

Today, Option Care, Inc. is the largest company of its kind with a proven franchise network that extends its reach from coast to coast, capitalizing on geographic diversity and economies of scale while maintaining strong local ties. We invite you to take a closer look at Option Care, Inc.'s annual report to more closely evaluate our continued growth potential.

Copyright 2003, Option Care, Inc. 485 Half Day Road, Suite 300 Buffalo Grove, IL 60089 1-800-879-6137

Website maintained by Evolution Point, LLC

# EXHIBIT B



**Investor Relations Home**

Investor Relations Home
Corporate Governance
Analysts Coverage
News Releases
Earnings Estimates
Stock Information
Investment Calculator
SEC Filings
Event Calendar
Email Alerts
Investor FAQs
Information Request

**PROFILE | QUICK QUOTE | News | Contact**

**Profile**

LTC Properties, Inc. is a self-administered real estate investment trust that invests primarily in the long-term care sector of the health care industry through the origination of first mortgage loans and acquisition of properties that are leased to numerous long-term care providers. LTC Properties operates in accordance with federal tax laws and regulation governing real estate investment trusts, which enables the Company's income to be distributed to its stockholders without federal tax l... **MORE>>**

**Stock Quote**

| | |
|---|---|
| last trade: | **$17.30** |
| change: | 0.04 |
| % change: | 0.23% |
| exchange: | NYSE |

As of Apr.20.05 / 11:45 a.m. EST

20 minutes delayed

LTC (Common Stock)

**Profile | Quick Quote | NEWS | Contact**

**Recent News**

| Date | Title |
|---|---|
| Apr.18.05 | LTC Announces $21.8 Million in Transactions since January 1, 2005, an Increase in Its Common Dividend and a Change to a Monthly Payment of the Common Dividend |
| Mar.23.05 | LTC Declares First Quarter Cash Dividends on Its Series E Cumulative Convertible Preferred Stock and Series F Cumulative Preferred Stock |

**Profile | Quick Quote | News | CONTACT**

**Contact Information**

| Primary IR Contact | Transfer Agent | Accountant | Legal |
|---|---|---|---|
| Investor Relations | Computershare Investor Services, LLC | Ernst & Young, LLP | Reed Smith, LLP |
| LTC Properties, Inc. | | 725 South Figueroa Street | 599 Lexington Avenue, 29th Floor |
| 22917 Pacific Coast Hwy, Suite 350 Malibu, CA 90265 | 2 North La Salle St Chicago, IL 60602 | Los Angeles, CA 90017 | New York, NY 10022 |

Powered By

Replication or redistribution of EDGAR Online, Inc. content is expressly prohibited without the prior written consent of EDGAR Online, Inc. EDGAR Online, Inc. shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.



- Investor Relations Home
- Corporate Governance
- Analysts Coverage
- News Releases
- Earnings Estimates
- Stock Information
- Investment Calculator
- SEC Filings
- Event Calendar
- Email Alerts
- Investor FAQs
- Information Request

**Corporate Governance Board of Directors**

Highlights | Board of Directors | Committee Composition

**Andre C. Dimitriadis**
Chairman, Chief Executive Officer, President and Director

Andre C. Dimitriadis founded LTC Properties in 1992 and has been our Chairman and Chief Executive Officer since inception. In 2000 Mr. Dimitriadis also assumed the position of President.

**Wendy L. Simpson**
Vice Chairman, Chief Financial Officer, Treasurer and Director

Wendy L. Simpson has been Vice Chairman since April 2000 and Vice Chairman and Chief Financial Officer since July 2000 and Treasurer since January 2005. Prior to that she was a financial advisor to Coram Healthcare Corporation, a health care organization, from November 1999 through March 31, 2000. Ms. Simpson joined Coram as Executive Vice President and Chief Financial Officer in March 1998 and resigned in November 1999. Prior to joining Coram, Ms. Simpson was Executive Vice President, Chief Financial Officer, Chief Operating Officer and director of Transitional Hospitals Corporation from December 1994 to August 1997 and Senior Vice President and Chief Financial Officer from July 1994 to December 1994. Coram Healthcare commenced bankruptcy proceedings in August 2000. Ms. Simpson has been a director since 1995.

**Boyd W. Hendrickson**
Director

Boyd W. Hendrickson is Chief Executive Officer and Member of the Board of Skilled Healthcare Group. Skilled Healthcare is located in Foothill Ranch, California and is a privately held owner/operator of skilled nursing and assisted living facilities. Mr. Hendrickson is a past Board Member of The American Federation of Hospitals, Beverly Enterprises, PharMerica and Superior Bank.

**Edmund C. King**
Director

Edmund C. King is a general partner of Trouver Capital Partners, an investment banking firm located in Los Angeles, California and Provo, Utah. Previously, Mr. King was Ernst & Young LLP's Southern California senior health care partner from 1973 through September 30, 1991. Currently, he serves on the Board of Directors of Trouver Capital Partners, Invisa, Inc., Global Protection Technologies and Pendulum Management Co. Mr. King has been a director since 1992.

**Timothy J. Triche, M.D.**
Director

Timothy J. Triche, M.D. has been the Chairman of the Department of Pathology and

Laboratory Medicine at Childrens Hospital Los Angeles since 1988. He has also been a Professor of Pathology and Pediatrics at the University of Southern California Keck School of Medicine in Los Angeles, California since 1988. Dr. Triche has been a director since May 2000.

**Sam Yellen**
Director

Sam Yellen has been self-employed as a consultant since his retirement in 1990 from KPMG LLP where he was a partner since 1968. Currently, he serves as a member of the board of directors of Pacific Premier Bank, Beverly Funding Corporation and Wedbush Morgan Securities, Inc. Mr. Yellen has been a director since 1992.