## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on April 20, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter J. Walsh, Jr., Esquire
>Potter, Anderson & Corroon, LLP
>Hercules Plaza, 6th Floor,
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19801


>Jeffery C. Wisler, Esquire
>Connolly Bove Lodge & Hutz, LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE  19899

I further certify that on April 20, 2005, I caused a copy of the foregoing document to be served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

>Peter J. Walsh, Jr., Esquire
>Potter, Anderson & Corroon, LLP
>Hercules Plaza, 6th Floor,
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19801

Jeffery C. Wisler, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

        YOUNG CONAWAY STARGATT
          & TAYLOR, LLP

       /s/ Glenn C. Mandalas
_____
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
gmand@ycst.com

*Attorneys for Plaintiff*