IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation, : : : : : : : Plaintiff, : : v. : : DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, : : : : : Defendants. : : | Case No. 04-1565-SLR<br><br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Wilbur L. Kipnes, Esquire to represent Arlin M. Adams in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Rolin P. Bissell (# 4478)
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Arlin M. Adams*

Date: April 22, 2005

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Wilbur L. Kipnes, Esquire is granted.

Date: _____, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Wilbur L. Kipnes, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Wilbur L. Kipnes
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Telephone (215) 751-2336
Facsimile (215) 751-2205

April 21, 2005

## **CERTIFICATE OF SERVICE**

I, Glenn C. Mandalas, hereby certify that on April 22, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Peter J. Walsh, Jr., Esquire
>   Potter, Anderson & Corroon, LLP
>   Hercules Plaza, 6th Floor,
>   1313 North Market Street
>   P.O. Box 951
>   Wilmington, DE  19801


>   Jeffery C. Wisler, Esquire
>   Connolly Bove Lodge & Hutz, LLP
>   1007 North Orange Street
>   P.O. Box 2207
>   Wilmington, DE  19899

I further certify that on April 22, 2005, I caused a copy of the foregoing document to be served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

>   Peter J. Walsh, Jr., Esquire
>   Potter, Anderson & Corroon, LLP
>   Hercules Plaza, 6th Floor,
>   1313 North Market Street
>   P.O. Box 951
>   Wilmington, DE  19801


>   Jeffery C. Wisler, Esquire
>   Connolly Bove Lodge & Hutz, LLP
>   1007 North Orange Street
>   P.O. Box 2207
>   Wilmington, DE  19899

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/ signature_

Rolin P. Bissell (# 4478)
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
gmand@ycst.com

*Attorneys for Arlin M. Adams*