# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY,<br><br>Defendants. | Case No. 04-1565<br><br>JURY TRIAL DEMANDED |

## DEFENDANT DANIEL D. CROWLEY'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Daniel D. Crowley ("Crowley"), by and through his undersigned counsel hereby moves this Court, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, to enter an order granting summary judgment in favor of Mr. Crowley for the reasons stated in the accompanying opening brief.

[Signature Page Follows]

Dated:  May 5, 2005                                         CONNOLLY BOVE LODGE & HUTZ LLP

        **/s/ Jeffrey C. Wisler**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Phone:  302.658.9141

        -and-

Scott N. Schreiber
Anthony C. Valiulis
Oran F. Whiting
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Phone:  312.521.2000

*Attorneys for Daniel D. Crowley*

#395024