**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 5th day of May, 2005, **Defendant Daniel D. Crowley's Opening Brief in Support of His Motion for Summary Judgment** was served as indicated upon the following counsel.

**BY HAND DELIVERY**

| | |
|---|---|
| Rolin P. Bissell, Esq. | Peter J. Walsh, Jr., Essq. |
| Young Conaway Stargatt & Taylor | Potter Anderson & Corroon, LLP |
| The Brandywine Building | Hercules Plaza, 6th Floor |
| 1000 West Street, 17th Floor | 1313 North Market Street |
| Wilmington, Delaware  19801 | Wilmington, Delaware  19801 |

**BY TELEFAX AND U.S. MAIL**

| | |
|---|---|
| Boris Feldman, Esq. | Barry Bressler, Esq. |
| Shelby K. Pasarell, Esq. | Schnader Harrison Segal & Lewis, LLP |
| Wilson Sonsini Goodrich & Rosati | Suite 3600 |
| 650 Pagemill Road | 1600 Market Street |
| Palo Alto, California  94304-1050 | Philadelphia, PA 19103-72 |

                              **/s/ Jeffrey C. Wisler**
                                 Jeffrey C. Wisler

#395086