IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY,<br><br>Defendants. | Case No. 04-1565 |

## STIPULATION AND ORDER

The parties, through their respective attorneys and subject to approval of the Court, agree that the time for plaintiff Arlin M. Adams to file his Answering Brief in Opposition to Defendant Daniel B. Crowley's Motion for Summary Judgment (D.I. 44) is extended through and including Wednesday, May 25, 2005.

_____
Rolin P. Bissell (No. 4478)
Glenn C. Mandalas (No. 4432)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Fax:    (302) 571-1253
rbissell@ycst.com

*Attorneys for Plaintiff Arlin M. Adams*
Dated: May 16, 2005

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899
Phone: (302) 658 9141
Fax:    (302)658-0380
jwisler@cblh.com

*Attorneys for Defendant Daniel D. Crowley*

SO ORDERED:

Dated: May ____, 2005

_____
United States District Court Judge