**CERTIFICATE OF SERVICE**

    I, Glenn C. Mandalas, hereby certify that on May 25, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter J. Walsh, Jr., Esquire
>Potter, Anderson & Corroon, LLP
>Hercules Plaza, 6[th] Floor,
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19801

>Jeffery C. Wisler, Esquire
>Connolly Bove Lodge & Hutz, LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE  19899

    I further certify that on May 25, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/_____
>Rolin P. Bissell (# 4478)
>Glenn C. Mandalas (# 4432)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>P.O. Box 391
>Wilmington, DE  19899-0391
>(302) 571-6600
>gmand@ycst.com
>
>*Attorneys for Arlin M. Adams*

WP3:1091926.1                                           063702.1002