IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | : <br> : <br> : <br> : <br> : Case No. 04-1565-SLR <br> : <br> : <br> : <br> : <br> : |

_____

**STIPULATION AND ORDER**
_____

The parties, through their respective attorneys and subject to approval of the Court, agree that the time for defendant Daniel D. Crowley to file Defendant Daniel D. Crowley's Reply Memorandum in Support of his Motion for Summary Judgment (D.I. 47) is extended through and including Friday, June 3, 2005.

| | |
|---|---|
| **/s/ Glenn C. Mandalas** | **/s/ Christina M. Thompson** |
| Rolin P. Bissell (No. 4478) | Jeffrey C. Wisler (No. 2795) |
| Glenn C. Mandalas (No. 4432) | Christina M. Thompson (No. 3976) |
| YOUNG CONAWAY STARGATT | CONNOLLY BOVE LODGE |
|   & TAYLOR, LLP |   & HUTZ LLP |
| The Brandywine Building | The Nemours Building |
| 1000 West Street, 17th Floor | 1007 North Orange Street |
| Wilmington, Delaware 19801 | P.O. Box 2207 |
| Phone: (302) 571-6600 | Wilmington, Delaware 19899 |
| Fax:    (302) 571-1253 | Phone: (302) 658 9141 |
| rbissell@ycst.com | Fax: (302)658-0380 |
| | jwisler@cblh.com |
| *Attorneys for Plaintiff Arlin M. Adams* | |
| | *Attorneys for Defendant Daniel D. Crowley* |

Dated: May 31, 2005

                                     SO ORDERED:

Dated: May 31, 2005                      _____
                                                United States District Judge