## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 3rd day of June, 2005, **Defendant Daniel D. Crowley's Reply Memorandum in Support of his Motion for Summary Judgment (D.I. 47)** was served as indicated upon the following counsel.

**BY HAND DELIVERY**

| | |
|---|---|
| Rolin P. Bissell, Esq. | Peter J. Walsh, Jr., Essq. |
| Young Conaway Stargatt & Taylor | Potter Anderson & Corroon, LLP |
| The Brandywine Building | Hercules Plaza, 6th Floor |
| 1000 West Street, 17th Floor | 1313 North Market Street |
| Wilmington, Delaware  19801 | Wilmington, Delaware  19801 |

**BY TELEFAX AND U.S. MAIL**

| | |
|---|---|
| Boris Feldman, Esq. | Barry Bressler, Esq. |
| Shelby K. Pasarell, Esq. | Schnader Harrison Segal & Lewis, LLP |
| Wilson Sonsini Goodrich & Rosati | Suite 3600 |
| 650 Pagemill Road | 1600 Market Street |
| Palo Alto, California  94304-1050 | Philadelphia, PA 19103 |

　　　　　　　　　　　　　　　　　　　　/s/ Christina M. Thompson
　　　　　　　　　　　　　　　　　　Christina M. Thompson

#399426