IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankrupcty Estates of Coram Healthcare Corporation and Coram, Inc., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, and SANDRA L. SMOLEY, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) Civ. No. 04-1565-SLR ) ) ) ) ) ) ) ) |

O R D E R

At Wilmington this 16th day of August, 2005, having granted the parties' request to stay this case pending mediation (D.I. 50);

IT IS ORDERED that the pending motions to dismiss and for summary judgment (D.I. 17 and 42) are denied without prejudice to renew should the parties not reach a settlement at the conclusion of the mediation.

　　　　　　　　　　　　　　　　　　_/s/ Sue L. Robinson_
　　　　　　　　　　　　　　　　　　United States District Judge