## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ARLIN M. ADAMS, Chapter 11 Trustee of the
Post-Confirmation Bankruptcy Estates of
CORAM HEALTHCARE CORPORATION
and CORAM, INC.,

                Plaintiff,

                v.

DANIEL D. CROWLEY; DONALD J.
AMARAL; WILLIAM J. CASEY; L. PETER
SMITH; AND SANDRA L. SMOLEY,

                Defendants.

Case No. 04-1565-SLR

## JOINT STATUS REPORT CONCERNING
## THE PROGRESS OF MEDIATION

Pursuant to the Court's request of January 25, 2006, the parties provide the following joint status report concerning the progress of mediation in this matter.

On December 5 and 6, 2005, the parties to the action before this Court and the directors and officers insurance company that has brought a declaratory judgment action against the defendants in the District of Colorado conducted formal mediation sessions. Although the mediation sessions did not produce a resolution of this matter, the parties have continued their efforts to resolve this matter with the help of the mediator.

The parties wish to continue to work to resolve this matter without further judicial intervention. The parties respectfully request that the stay the Court entered August 15, 2005 remain in place pending the conclusion of their efforts to mediate and respectfully suggest that

the parties report back to the Court no later than March 1, 2006 concerning the status of their

efforts.

/s/ Rolin P. Bissell
Rolin P. Bissell (No. 4478)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Fax:    (302) 571-1253
rbissell@ycst.com

*Attorneys for Plaintiff Arlin M. Adams*

/s/ Peter J. Walsh
Peter J. Walsh (No. 2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Phone: (302) 984-6000
Fax: (302) 658-1192
pwalsh@potteranderson.com

*Attorneys for Defendants Donald J. Amaral,
William J. Casey, L. Peter Smith, and Sandra L.
Smoley*

/s/ Christina M. Thompson
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
CONNOLLY BOVE LODGE
 & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Phone: (302) 658-9141
Fax: (302)658-0380
jwisler@cblh.com

*Attorneys for Defendant Daniel D. Crowley*

Dated:  January 30, 2006

DB01:1975577.3

063702.1001