IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | Case No. 04-1565-SLR |

## PLAINTIFF'S STATUS REPORT TO THE COURT

Pursuant to the Court's request of January 25, 2006 and to supplement the Joint Status Report the parties filed with the Court on January 30, 2006, Plaintiff, Arlin M. Adams, Chapter 11 Trustee Of The Post-Confirmation Bankruptcy Estates of Coram Healthcare Corporation And Coram, Inc (the "Trustee") respectfully submits this status report.

The parties' efforts to mediate this action (and a declaratory judgment action concerning insurance coverage for this action a directors and officers insurance company has brought against the defendants in the District of Colorado) have not resulted in a settlement. Accordingly, the Trustee will soon file a motion requesting that the August 15, 2005 stay be lifted and that this

matter be restored to the Court's active docket. The defendants to this action have not indicated whether they will support or oppose the lifting of the stay.

                              Respectfully submitted,

/s/ Rolin P. Bissell
Rolin P. Bissell (No. 4478)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Fax:   (302) 571-1253
rbissell@ycst.com

Barry E. Bressler
Wilber L. Kipnes
Jennifer Nestle
Han Nguyen
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

*Attorneys for Plaintiff Arlin M. Adams*

## CERTIFICATE OF SERVICE

I, Rolin P. Bissell, hereby certify that on March 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter J. Walsh, Jr., Esquire
>Potter, Anderson & Corroon, LLP
>Hercules Plaza, 6th Floor,
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19801
>
>Jeffery C. Wisler, Esquire
>Connolly Bove Lodge & Hutz, LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE  19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Rolin P. Bissell (# 4478)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>P.O. Box 391
>Wilmington, DE  19899-0391
>(302) 571-6600
>rbissell@ycst.com
>*Attorneys for Arlin M. Adams*