IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | Case No. 04-1565-SLR |

## PLAINTIFF'S MOTION TO VACATE ORDER AND LIFT STAY

Pursuant to Federal Rule of Civil Procedure 7 and Rules 7.1.1., 7.1.2 and 7.1.3 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, plaintiff, Arlin M. Adams, as Chapter 11 Trustee ("Trustee") of the Post-Confirmation Bankruptcy Estates of Coram Healthcare Corporation and its wholly-owned subsidiary Coram, Inc. (collectively, "Coram"), by his undersigned attorneys and for the reasons set forth in the accompanying Brief in Support of Plaintiff's Motion to Vacate Order and Lift Stay, hereby moves to vacate the Court's Order of August 15, 2005 granting a stay pending mediation (D.I. 50).

Respectfully submitted,

By: /s/ Rolin P. Bissell
Rolin P. Bissell (# 4478)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Fax:   (302) 571-1253

*Attorneys for Arlin M. Adams*

OF COUNSEL:

Barry E. Bressler
Wilbur L. Kipnes
Jennifer Nestle
Han Nguyen
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Phone: (215) 751-2000
Fax:   (215) 751-2205

Dated: March 9, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | Case No. 04-1565-SLR |

**ORDER**

At Wilmington this _____ day of March, 2006, having reviewed plaintiff's motion to vacate order and lift stay and the papers filed in connection therewith;

IT IS ORDERED that said motion is granted. The Court's Order of August 15, 2005 granting the parties' request to stay the case pending mediation (D.I. 50) is hereby vacated. A pretrial scheduling conference will be held on _____ at _____ m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware pursuant to Federal Rule of Civil Procedure 16 and Rules 16.2 (a) and (b) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Rolin P. Bissell, hereby certify that on March 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter J. Walsh, Jr., Esquire
>Potter, Anderson & Corroon, LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19801
>
>Jeffrey C. Wisler, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Rolin P. Bissell
>_____
>Rolin P. Bissell (#4478)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>Phone: (302) 571-6600
>Fax: (302) 571-1253
>rbissell@ycst.com