IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | Case No. 04-1565-SLR |

**COUNSEL FOR PLAINTIFF'S RULE 7.1.1 STATEMENT**

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the undersigned counsel for plaintiff, Arlin M. Adams, as Chapter 11 Trustee ("Trustee") of the Post-Confirmation Bankruptcy Estates of Coram Healthcare Corporation and its wholly-owned subsidiary Coram, Inc. (collectively, "Coram"), hereby state that they have made a reasonable effort to reach an agreement with counsel for defendants on the matters set forth in the Trustee's motion to vacate order and lift

stay. After reasonable efforts, counsel were unable to reach an agreement.

                                                           Respectfully submitted,

By: _____
    Rolin P. Bissell (# 4478)
    YOUNG CONAWAY STARGATT
      & TAYLOR, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Phone: (302) 571-6600
    Fax:   (302) 571-1253

OF COUNSEL:

Barry E. Bressler
Wilbur L. Kipnes
Jennifer Nestle
Han Nguyen
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Phone: (215) 751-2000
Fax:   (215) 751-2205

*Attorneys for Arlin M. Adams*

Dated: March 9, 2006

## CERTIFICATE OF SERVICE

I, Rolin P. Bissell, hereby certify that on March 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter J. Walsh, Jr., Esquire
>Potter, Anderson & Corroon, LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19801
>
>Jeffery C. Wisler, Esquire
>Connolly Bove Lodge & Hutz, LLP
>1007 North Orange Street
>P.O. Box. 2207
>Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Rolin P. Bissell (# 4478)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Fax:   (302) 571-1253
rbissell@ycst.com