

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Peter J. Walsh, Jr.
Partner
pwalsh@potteranderson.com
302 984-6037 Direct Phone
302 658-1192 Fax

March 23, 2006

**BY HAND & CM/ECF**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street, Room 6124
Lock Box 31
Wilmington, Delaware 19801

    Re:   *Adams v. Crowley, et al.*
            USDC (D. Del.) Case No. 04-1565-SLR

Dear Chief Judge Robinson:

      We write to inform the Court that Outside Director Defendants Donald J. Amaral, William J. Casey, L. Peter Smith and Sandra L. Smoley do not oppose plaintiff's Motion to Vacate Order and Lift Stay filed with the Court on March 9, 2006.

                                    Respectfully,

                                    *Pat Walsh* /TTD (No. 3890)
                                    Peter J. Walsh, Jr. (DSB ID No. 2437)

PJW:jak

cc:    Clerk of the Court (by Hand & CM/ECF service)
       Rolin P. Bissell, Esquire (DSB ID No. 4478) (by CM/ECF service)
       Jeffrey C. Wisler, Esquire (DSB ID No. 2795) (by CM/ECF service)

724849v1/28762