

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Christina M. Thompson
Associate
TEL (302) 884 6592
FAX (302) 658 0380
EMAIL cthompson@cblh.com
REPLY TO Wilmington Office

**VIA HAND DELIVERY AND CM/ECF**
The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street, Rm. 6124
Lockbox 31
Wilmington, Delaware 19801

March 23, 2006

RE: <u>Adams v. Crowley</u>, *et al.*
C.A. No. 04-1565 -SLR

Dear Chief Judge Robinson:

I write to inform you that defendant Daniel D. Crowley does not oppose the *Motion to Vacate Order and Lift Stay*, which was filed in this matter on March 9, 2006.

Respectfully yours,

Christina M. Thompson

cc: Clerk of the Court (by hand and CM/ECF service)
Rolin P. Bissell, Esquire (by CM/ECF service)
Peter J. Walsh, Jr., Esquire (by SM/ECF service)
Edward D. Shapiro, Esquire (via facsimile)

#454605