IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 04-1565-SLR |

## ORDER

At Wilmington this 28th day of March, 2006, having reviewed plaintiff's motion to vacate order and lift stay and the papers filed in connection therewith;

IT IS ORDERED that said motion is granted. The Court's Order of August 15, 2005 granting the parties' request to stay the case pending mediation (D.I. 50) is hereby vacated. A pretrial scheduling conference will be held on _April 6, 2006_ at _4:30 p_. m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware pursuant to Federal Rule of Civil Procedure 16 and Rules 16.2 (a) and (b) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware

                                                            _[signature]_
                                                        United States District Judge