IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., | : : : : : : | Case No. 04-1565-SLR |
| Plaintiff, | : : |  |
| v. | : : : |  |
| DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, | : : : : |  |
| Defendants. | : : |  |

**CERTIFICATE OF SERVICE**

I, Michael J. Barrie, hereby certify that on March 31, 2006, I caused to be electronically filed a true and correct copy of the **Motion and Order for Admission Pro Hac Vice** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter J. Walsh, Jr., Esquire
>Potter, Anderson & Corroon, LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>P.O. box 951
>Wilmington, DE 19801
>
>Jeffrey C. Wisler, Esquire
>Connolly Bove Lodge & Hutz, LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

PHDATA 1357713_1

-2-

I further certify that on April 4, 2006, I caused a copy of the foregoing document to be served on the following counsel of record in the manner indicated:

**VIA U.S. MAIL**

    Peter J. Walsh, Jr., Esquire
    Potter, Anderson & Corroon, LLP
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. box 951
    Wilmington, DE 19801

    Jeffrey C. Wisler, Esquire
    Connolly Bove Lodge & Hutz, LLP
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899

    Laurie Carr Mims
    Keker & Van Nest LLP
    710 Sansome Street
    San Francisco, CA 94111

    Boris Feldman, Esquire
    Wilson Sonsini Goodrich & Rosati
    650 Page Mill Road
    Palo Alto, CA 94304

    Scott N. Schreiber, Esquire
    Much Shelist Freed Denenberg Ament & Rubenstein, P.C.
    191 N. Wacker Dr., Suite 1800
    Chicago, IL 60606-1615

Dated:   April 4, 2006
                                          SCHNADER HARRISON SEGAL
                                              & LEWIS LLP

                                          By /s/ Michael J. Barrie
                                              Michael J. Barrie (#4684)
                                              824  N. Market Street, Suite 1001
                                              Wilmington, Delaware 19801
                                              (302) 888-4554 (telephone)

                                              Attorney for Arlin M. Adams,
                                                Chapter11 Trustee