IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY, <br><br> Defendants. | Case No. 04-1565 (SLR) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **John W. Keker** to represent **Daniel D. Crowley** in this case.

Dated: April 3, 2006

    **/s/ Christina M. Thompson**
    Christina M. Thompson
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801
    Tel: 302-658-9141
    Email: cthompson@cblh.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

    **/s/ John W. Keker**
    John W. Keker
    Keker & Van Nest LLP
    710 Sansome Street
    San Francisco, CA 94111
    Telephone: (415) 391-5400
    Email: jkeker@kvn.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of John W. Keker is granted.

Date: _____      _____
                                                                                        The Honorable Sue L. Robinson
                                                                                        Chief United States District Court Judge

#455962