IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>                Defendants. | Case No. 04-1565 (SLR) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Elliot R. Peters** to represent **Daniel D. Crowley** in this case.

Dated: April 3, 2006

                                              **/s/ Christina M. Thompson**
                                              Christina M. Thompson
                                              Connolly Bove Lodge & Hutz LLP
                                              The Nemours Building
                                              1007 North Orange Street
                                              Wilmington, DE 19801
                                              Tel: 302-658-9141
                                              Email: cthompson@cblh.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

                                              **/s/ Elliot R. Peters**
                                              Elliott R. Peters
                                              Keker & Van Nest LLP
                                              710 Sansome Street
                                              San Francisco, CA 94111
                                              Telephone: (415) 391-5400
                                              Email: epeters@kvn.com

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Elliot R. Peters is granted.

Date: _____     _____
                    The Honorable Sue L. Robinson
                    Chief United States District Court Judge

#455966