

**Schnader**
ATTORNEYS AT LAW

824 N. MARKET STREET  SUITE 1001
WILMINGTON, DE 19801
302.888.4554  FAX 302.888.1696  schnader.com

April 21, 2006

Richard A. Barkasy
Direct Dial: 302-888-4554
Email: rbarkasy@schnader.com

Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

RE: <u>Adams v. Crowley, et al.</u>, Case No. 04-1565-SLR (D. Del.)

Dear Judge Robinson:

We represent the Plaintiff Arlin M. Adams, Chapter 11 Trustee of the bankruptcy estates of Coram Healthcare Corporation and Coram, Inc. ("Trustee"), in the above-referenced matter. The Court scheduled a Rule 16 scheduling conference for 4:30 p.m. on Tuesday, April 25, 2006. In advance of the scheduling conference, we have filed simultaneously herewith a proposed form of order agreed to after negotiations between the Trustee and defendant Daniel D. Crowley ("Crowley").

The plaintiff Trustee also advises that he has entered into a settlement with all of the other defendants, which is subject to approval by the United States Bankruptcy Court for the District of Delaware. The Trustee's motion to approve the settlement is scheduled for hearing on April 24, 2006. A certificate of no objection to the motion has been field with the Bankruptcy Court.

Respectfully,

*/s/ Richard A. Barkasy*

Richard A. Barkasy
For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:   Elliot R. Peters, Esquire
      Peter J. Walsh, Jr., Esquire
      Jeffrey C. Wisler, Esquire
      Barry E. Bressler, Esquire
      Boris Feldman, Esquire
      Wilbur L. Kipnes, Esquire
      Scott N. Schrieber, Esquire