# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | Case No. 04-1565-SLR |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on May 12, 2006, the undersigned caused a copy of (i) the Initial Disclosures of Plaintiff Arlin M. Adams, the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. (collectively, "Coram") pursuant to Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2, and (ii) notice of service thereof, to be served upon the parties listed in the certificate of service in the manner indicated therein.

Dated: May 12, 2006

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 Market Street, Suite 1001
    Wilmington, DE 19801
    Telephone: (302) 888-4554
    Facsimile: (302) 888-1696

Counsel to Arlin M. Adams, Chapter 11 Trustee