# **CERTIFICATE OF SERVICE**

I, Michael J. Barrie, certify that I am not less than 18 years of age and that service of (i) the Initial Disclosures of Plaintiff Arlin M. Adams, the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc. (collectively, "Coram") pursuant Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2, and (ii) notice of service thereof, was made on May 12, 2006, upon:

> Jeffrey C. Wisler, Esquire
> Connolly Bove Lodge & Hutz, LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (*Via First Class Mail, Postage Prepaid*)
>
> John W. Keker, Esquire
> Elliot R. Peters, Esquire
> Keker & Van Nest LLP
> San Francisco, CA 94111
> (*Via First Class Mail, Postage Prepaid*)

I certify the foregoing to be true and correct under penalty of perjury.

/s/ Michael J. Barrie
Michael J. Barrie

Dated: May 12, 2006