IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>       Defendants. | Case No. 04-1565 (SLR) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on May 12, 2006, a true and correct copy of *Defendant Daniel D. Crowley's Initial Disclosures* was served by electronic transmission and first class mail from the law office of Keker & Van Nest LLP in San Francisco, California upon the following persons:

Richard K. Barkasy, Esquire
Michael J. Barrie, Esquire
Barry E. Bressler, Esquire
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

Rolin P. Bissell, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Dated: May 15, 2006　　　　　　　　　CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Christina M. Thompson**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
302-658-9141

　　-and-

John W. Keker, Esquire
Elliott R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

*Attorneys for Daniel D. Crowley*

#464523