**CERTIFICATE OF SERVICE**

I, Christina M. Thompson, hereby certify that on this 15th day of May, 2006, I caused a true and correct copy of the foregoing *Notice of Service of Discovery* to be served upon the following persons in the manner as indicated below:

**VIA FIRST CLASS MAIL**

Richard K. Barkasy, Esquire
Michael J. Barrie, Esquire
Barry E. Bressler, Esquire
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

Rolin P. Bissell, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**/s/ Christina M. Thompson**
Christina M. Thompson (No. 3976)

#464524