# Schnader
ATTORNEYS AT LAW

824 N. MARKET STREET   SUITE 1001
WILMINGTON, DE 19801
302.888.4554   FAX 302.888.1696   schnader.com

May 30, 2006

Michael J. Barrie
Direct Dial: 302-888-4554
Email: mbarrie@schnader.com

Honorable Sue L. Robinson                          **VIA HAND DELIVERY**
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

RE:   *Adams v. Crowley, et al.*, Case No. 04-1565-SLR (D. Del.)

Dear Judge Robinson:

We represent Arlin M. Adams, Chapter 11 Trustee of the bankruptcy estates of Coram Healthcare Corporation and Coram, Inc. ("Trustee"), the Plaintiff in the above-referenced civil action. In furtherance of the Trustee's settlement with Defendants Amaral, Casey, Smith and Smoley, of which we advised the Court at the status conference held on April 25, 2006, please find enclosed the proposed Stipulation and Order Entering Judgment Against Outside Directors (the "Proposed Stipulation and Order"), signed by counsel for the parties. This is the original Proposed Stipulation and Order, a copy of which was electronically filed today of record on the docket.

Counsel are available to answer any questions the Court may have regarding the proposed Stipulation and Order.

Respectfully,

Michael J. Barrie
For SCHNADER HARRISON SEGAL & LEWIS LLP

Enclosure

cc:   Richard A. Barkasy, Esquire
      Rolin P. Bissell, Esquire
      Barry E. Bressler, Esquire
      Boris Feldman, Esquire
      Wilbur L. Kipnes, Esquire
      Elliot R. Peters, Esquire
      Scott N. Schrieber, Esquire
      Peter J. Walsh, Jr., Esquire
      Jeffrey C. Wisler, Esquire