### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY,<br><br>              Defendant. | Case No. 04-1565 (SLR) |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on October 17, 2006, a true and correct copy of *Defendant Daniel D. Crowley's First Set of Requests for Document Production to Plaintiff Arlin M. Adams Initial Disclosures* was served by Federal Express from the law office of Keker & Van Nest LLP in San Francisco, California upon the following persons:

Richard K. Barkasy, Esquire
Michael J. Barrie, Esquire
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

Richard K. Barkasy, Esquire
Wilbur L. Kipnes, Esquire
Nancy Winkelman, Esquire
Jennifer Nestle, Esquire
Han Nguyen, Esquire
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Rolin P. Bissell, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Dated:  October 18, 2006                        CONNOLLY BOVE LODGE & HUTZ LLP


**/s/ Christina M. Thompson**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
302-658-9141

        -and-

John W. Keker, Esquire
Elliott R. Peters, Esquire
Laurie Carr Mims, Esquire
R. James Slaughter, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

*Attorneys for Daniel D. Crowley*

#494342