**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>                 Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY,<br><br>                 Defendant. | Case No. 04-1565 (SLR) |

## <u>NOTICE OF SERVICE OF DISCOVERY</u>

PLEASE TAKE NOTICE that on October 10, 2006, a true and correct copy of

*Defendant Daniel D. Crowley's First Set of Interrogatories to Plaintiff Arlin M. Adams*

was served by Federal Express from the law office of Keker & Van Nest LLP in San

Francisco, California upon the following persons:

Richard K. Barkasy, Esquire
Wilbur L. Kipnes, Esquire
Nancy Winkelman, Esquire
Jennifer Nestle, Esquire
Han Nguyen, Esquire
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Dated:  October 24, 2006                CONNOLLY BOVE LODGE & HUTZ LLP


                                        **/s/ Christina M. Thompson**
                                        Jeffrey C. Wisler (No. 2795)
                                        Christina M. Thompson (No. 3976)
                                        Connolly Bove Lodge & Hutz LLP
                                        The Nemours Building
                                        1007 North Orange Street
                                        Wilmington, DE 19801
                                        302-658-9141

                                            -and-

                                        John W. Keker, Esquire
                                        Elliott R. Peters, Esquire
                                        Laurie Carr Mims, Esquire
                                        R. James Slaughter, Esquire
                                        Keker & Van Nest LLP
                                        710 Sansome Street
                                        San Francisco, CA 94111
                                        (415) 391-5400

                                        *Attorneys for Daniel D. Crowley*

#495478