## **CERTIFICATE OF SERVICE**

I, Christina M. Thompson, hereby certify that on this 24th day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service of Discovery** to be served upon the following persons in the manner as indicated below:

**VIA FIRST CLASS MAIL**
Richard K. Barkasy, Esquire
Michael J. Barrie, Esquire
Barry E. Bressler, Esquire
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

Rolin P. Bissell, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard K. Barkasy, Esquire
Wilbur L. Kipnes, Esquire
Nancy Winkelman, Esquire
Jennifer Nestle, Esquire
Han Nguyen, Esquire
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

                                    **/s/ Christina M. Thompson**
                                    Christina M. Thompson (No. 3976)

#495479