## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 3rd day of November, 2006, the **Joint Motion for Extension of Certain Deadlines Contained in the Court's April 25, 2006 Scheduling Order** was served as indicated upon the following counsel.

**BY HAND DELIVERY**
Richard A. Barkasy, Esquire
Michael J. Barrie, Esquire
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

**BY TELEFAX AND FIRST CLASS U.S. MAIL**
Wilbur L. Kipnes, Esquire
Jennifer Nestle, Esquire
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

_____
Christina M. Thompson

#497462