IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>         Plaintiffs,<br><br>  v.<br><br>DANIEL D. CROWLEY<br><br>         Defendant | Case No. 04-1565 (SLR) |

**[PROPOSED] ORDER GRANTING AMENDED JOINT MOTION FOR EXTENSION OF CERTAIN DEADLINES CONTAINED IN THE COURT'S APRIL 25, 2006 SCHEDULING ORDER**

Upon consideration of the parties' Amended Joint Motion for Extension of Certain Deadlines Contained in the Court's April 25, 2006 Scheduling Order, and for good cause shown, the Court hereby GRANTS the Amended Joint Motion.

Accordingly, IT IS ORDERED that:

1. All fact discovery shall be completed by **March 23, 2007**.

2. Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **May 25, 2007**. Rebuttal expert reports due by **June 22, 2007**. Depositions of such experts to be completed on or before **July 13, 2007**.

3. Plaintiff's responses to Defendant Daniel D. Crowley's First Set of Requests for Production of Documents and First Set of Interrogatories shall be served on or before **December 8, 2006.**

4. All other dates set pursuant to the Scheduling Order dated April 25, 2006 remain the same, including that summary judgment motions shall be served and filed no later than **April 17, 2007** and that the jury trial in this matter is scheduled to commence on **September 17, 2007**.

DATED: _____

                                          _____
HON. SUE L. ROBINSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT