**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 14th day of November, 2006, the **Amended Joint Motion for Extension of Certain Deadlines Contained in the Court's April 25, 2006 Scheduling Order** was served as indicated upon the following counsel.

**E-FILE AND HAND DELIVERY**
Richard A. Barkasy, Esquire
Michael J. Barrie, Esquire
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

**E-FILE, TELEFAX AND FIRST CLASS U.S. MAIL**
Wilbur L. Kipnes, Esquire
Jennifer Nestle, Esquire
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

/s/ Christina M. Thompson
Christina M. Thompson (#3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
E-mail: cthompson@cblh.com

#499817