IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY,<br><br>            Defendant. | Case No. 04-1565 (SLR) |

## NOTICE OF DEPOSITION SUBPOENA TO WILLIAM WEINSTEIN

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Daniel Crowley ("Crowley"), by his attorneys, will take the deposition of **Will K. Weinstein** ("Weinstein") at the offices of Keker & Van Nest, 710 Sansome Street, San Francisco, CA 94111, commencing at **9:00 a.m. on January 22, 2007**, and continuing from day to day, excluding Saturdays and Sundays, until concluded. Crowley also requests that Weinstein respond to the request for production of documents and things identified in Attachment A to the subpoena by producing the requested documents and things by December 22, 2006, or some other date mutually agreed upon by Crowley and Weinstein.

  PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by the law to administer oaths, and may be recorded both stenographically and by sound-and-visual means (i.e., by videotape), and provision may be made for real-time monitoring using LiveNote™ or similar means. Crowley reserves the right to use this videotape deposition at the time of trial.

Dated: December 8, 2006    CONNOLLY BOVE LODGE & HUTZ LLP

              **/s/ Christina M. Thompson**
              Jeffrey C. Wisler (No. 2795)
              Christina M. Thompson (No. 3976)
              Connolly Bove Lodge & Hutz LLP
              The Nemours Building
              1007 North Orange Street
              Wilmington, DE 19801
              302-658-9141

                 -and-

              Elliott R. Peters, Esquire
              Garrett A. Lynch, Esquire
              Keker & Van Nest LLP
              710 Sansome Street
              San Francisco, CA 94111
              (415) 391-5400

#504246         Attorneys for Daniel D. Crowley