IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,,<br><br>                    Plaintiff,<br><br>    v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>                    Defendants. | Case No. 04-1565 (SLR) |

### NOTICE OF DEPOSITION SUBPOENA TO DAVID FRIEDMAN

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Daniel Crowley ("Crowley"), by his attorneys, will take the deposition of **David Friedman** ("Friedman") at the offices of O'Melveny & Meyers, LLP, 7 Times Square, New York, NY 10036, commencing at **9:00 a.m. on February 5, 2007**, and continuing from day to day, excluding Saturdays and Sundays, until concluded.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by the law to administer oaths, and may be recorded both stenographically and by sound-and-visual means (i.e., by videotape), and provision may be made for real-time monitoring using LiveNote[tm] or similar means. Crowley reserves the right to use this videotape deposition at the time of trial.

| | |
|---|---|
| Dated:  December 14, 2006 | CONNOLLY BOVE LODGE & HUTZ LLP |
| | |
| | **/s/ Christina M. Thompson** |
| | Jeffrey C. Wisler (#2795) |
| | Christina M. Thompson (#3976) |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE   19899 |
| | (302) 888-6258 |
| | Email:  jwisler@cblh.com |
| | Email:  cthompson@cblh.com |
| | |
| |     -and- |
| | |
| | Elliot R. Peters |
| | Garrett A. Lynch |
| | Keker & Van Nest, LLP |
| | 710 Sansome Street |
| | San Francisco, CA  94111 |
| | Tel:  (415) 391-5400 |
| | Email:  epeters@kvn.com |
| | Email:  glynch@kvn.com |
| | |
| | Attorneys for Defendant Daniel D. Crowley |
| #510358 | |