# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : | |
| Plaintiff, | : : | Case No. 04-1565 (SLR) |
| v. | : : | |
| DANIEL D. CROWLEY, | : : | |
| Defendant. | : | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on December 20, 2006, the undersigned caused (i) The Chapter 11 Trustee's Answers to Defendant Daniel D. Crowley's First Set of Interrogatories to Plaintiff Arlin M. Adams, and (ii) The Chapter 11 Trustee's Response to Defendant Daniel D. Crowley's First Set of Requests for the Production of Documents to Plaintiff Arlin M. Adams, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire | Elliot R. Peters, Esquire |
| Christina M. Thompson, Esquire | Garrett A. Lynch, Esquire |
| Connolly Bove Lodge & Hutz LLP | Keker & Van Nest, LLP |
| 1007 N. Orange St., P.O. Box 2207 | 710 Sansome Street |
| Wilmington, DE 19899 | San Francisco, CA 94111 |
| Email: jwisler@cblh.com | Email: epeters@kvn.com |
| Email: cthompson@cblh.com | Email: glynch@kvn.com |
| (*via email and First Class Mail*) | (*via email and First Class Mail*) |

| | |
|---|---|
| Dated: December 21, 2006 | SCHNADER HARRISON SEGAL & LEWIS LLP |

                By: /s/ Michael J. Barrie
                    Richard A. Barkasy (#4683)
                    Michael J. Barrie (#4684)
                    824 N. Market Street, Suite 1001
                    Wilmington, DE  19801
                    Telephone:  (302) 888-4554
                    Facsimile:   (302) 888-1696

                    Counsel for Plaintiff Arlin M. Adams,
                    Chapter 11 Trustee