IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY<br><br>                    Defendant. | Case No. 04-1565 (SLR) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **R. James Slaughter** to represent **Daniel D. Crowley** in this case.

Dated: January 12, 2007

**/s/ Christina M. Thompson**
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Tel: 302-658-9141
Email: cthompson@cblh.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

**/s/ R. James Slaughter**
R. James Slaughter
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
rslaughter@kvn.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of R. James Slaughter is granted.

Date: _____       _____

                                                The Honorable Sue L. Robinson
                                                Chief United States District Court Judge

#514782