# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

## NOTICE OF SERVICE OF DISCOVERY

      PLEASE TAKE NOTICE that on January 19, 2007, the undersigned caused (i) Plaintiff's First Set Of Requests For The Production of Documents Directed To Defendant, and (ii) Plaintiff's First Set of Interrogatories Directed To Defendant, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE  19899<br>Email:  jwisler@cblh.com<br>Email:  cthompson@cblh.com<br>(*via email and First Class Mail*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>Email:  epeters@kvn.com<br>Email:  lmims@kvn.com<br>(*via email and First Class Mail*) |

2

Dated: January 24, 2007                                      SCHNADER HARRISON SEGAL & LEWIS LLP

          By: /s/ Michael J. Barrie
              Richard A. Barkasy (#4683)
              Michael J. Barrie (#4684)
              824 N. Market Street, Suite 1001
              Wilmington, DE  19801
              Telephone:  (302) 888-4554
              Facsimile:   (302) 888-1696

              Counsel for Plaintiff Arlin M. Adams,
              Chapter 11 Trustee