# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

CERTIFICATE OF SERVICE

       I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on January 24, 2007, I caused a true and correct copy of Notice of Service of Discovery to be served upon the following:

Jeffrey C. Wisler, Esquire  
Christina M. Thompson, Esquire  
Connolly Bove Lodge & Hutz LLP  
1007 N. Orange St., P.O. Box 2207  
Wilmington, DE 19899  
(*via First Class Mail*)

Elliot R. Peters, Esquire  
Laurie Carr Mims, Esquire  
Keker & Van Nest, LLP  
710 Sansome Street  
San Francisco, CA 94111  
(*via First Class Mail*)

Dated: January 24, 2007    SCHNADER HARRISON SEGAL & LEWIS LLP

    By: /s/ Michael J. Barrie
        Richard A. Barkasy (#4683)
        Michael J. Barrie (#4684)
        824 N. Market Street, Suite 1001
        Wilmington, DE 19801
        Telephone: (302) 888-4554
        Facsimile: (302) 888-1696

        Counsel for Plaintiff Arlin M. Adams, Chapter 11 Trustee

PHDATA 1418796_1