IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>         Plaintiffs,<br><br>  v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>         Defendants. | Case No. 04-1565 (SLR) |

**ORDER GRANTING DEFENDANT'S MOTION FOR
LEAVE TO FILE AN AMENDED ANSWER**

Defendant's Unopposed Motion for Leave to File An Amended Answer ("Motion") came before this Court on written motion on January 26, 2007. After consideration of the Motion, and all other matters presented to the Court:

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File An Amended Answer is GRANTED. Defendant may file his Amended Answer with the court by _____, 2007.

**IT IS SO ORDERED.**

DATED:

                          Honorable Sue L. Robinson
                          Chief United States District Judge