IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,

Plaintiffs,

v.

DANIEL D. CROWLEY

Defendant

Case No. 04-1565 (SLR)

**DECLARATION OF R. JAMES SLAUGHTER
PURSUANT TO D. DEL. LR. 7.1.1**

I, R. James Slaughter, declare and state:

1. I am a partner with Keker & Van Nest, LLP, counsel to Defendant Daniel D. Crowley. I am admitted to practice law in the State of California and have been admitted pro hac vice to appear before this Court.

2. Pursuant to D. Del. LR. 7.1.1, I have made a reasonable effort to reach agreement with opposing counsel on the matters set forth in this motion prior to filing. On January 11, 2007, my colleague Warren Braunig sent a letter by fax and U.S. mail to counsel for Plaintiff, seeking Plaintiff's consent to Crowley's amended answer, attaching a copy of the proposed Amended Answer, and seeking a response by January 17, 2007. Plaintiff responded through counsel on January 23, 2007 that he would not oppose a motion for leave to amend the Answer, but nor would he consent to it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 26th day of January 2007, at San Francisco, California.

_____
R. JAMES SLAUGHTER

387386.01

1