## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ARLIN M. ADAMS, Chapter 11 Trustee of
the Post-Confirmation Bankruptcy Estates of
CORAM HEALTHCARE CORPORATION,
a Delaware Corporation, and of CORAM
INC., a Delaware Corporation,,

                 Plaintiff,

    v.

DANIEL D. CROWLEY,

                 Defendant.

Case No. 04-1565 (SLR)

### NOTICE OF DEPOSITION SUBPOENA TO STEVEN FEINBERG

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Daniel Crowley ("Crowley"), by his attorneys, will take the deposition of **Steven Feinberg** ("Feinberg") at the offices of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY, commencing at **9:30 a.m. on February 14, 2007**[1], and continuing from day to day, excluding Saturdays and Sundays, until concluded.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by the law to administer oaths, and may be recorded both stenographically and by sound-and-visual means (i.e., by videotape), and provision may be made for real-time monitoring using LiveNote[tm] or similar means.  Crowley reserves the right to use this videotape deposition at the time of trial.

[Signature Page Follows]

---

[1] The date and time of the deposition as noted in the attached subpoena for the deposition has been rescheduled upon agreement to February 14, 2007 at 9:30 a.m.

Dated:  January 30, 2007                    CONNOLLY BOVE LODGE & HUTZ LLP

                                            **/s/ Christina M. Thompson**
                                            Jeffrey C. Wisler (No. 2795)
                                            Christina M. Thompson (No. 3976)
                                            Connolly Bove Lodge & Hutz LLP
                                            The Nemours Building
                                            1007 North Orange Street
                                            Wilmington, DE 19801
                                            302-658-9141

                                                     -and-

                                            Elliott R. Peters, Esquire
                                            Garrett A. Lynch, Esquire
                                            Keker & Van Nest LLP
                                            710 Sansome Street
                                            San Francisco, CA 94111
                                            (415) 391-5400

#518634                                     *Attorneys for Daniel D. Crowley*