IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>       Defendants. | Case No. 04-1565 (SLR) |

## NOTICE OF THIRD-PARTY SUBPOENA TO SCOTT DANITZ

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Daniel Crowley ("Crowley"), by his attorneys, will take the deposition of Scott Danitz at the offices of Brownstein Hyatt Farber Schreck, P.C., located at 410 Seventeenth Street, 22nd Floor, Denver, Colorado, commencing at **9:00 a.m. on February 20, 2007**, and continuing from day to day, excluding Saturdays and Sundays, until concluded. Crowley also requests that Scott Danitz respond to the request for the production of documents and things identified in Attachment A to the attached subpoena by producing the requested documents and things by February 20, 2007, or some other date mutually agreed upon by Crowley and Danitz.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by the law to administer oaths, and may be recorded both stenographically and by sound-and-visual means (i.e., by videotape), and provision may be made for real-time monitoring using LiveNote[tm] or similar means. Crowley reserves the right to use this videotape deposition at the time of trial.

Dated:  February 5, 2007                    CONNOLLY BOVE LODGE & HUTZ LLP


                                            /s/ Christina M. Thompson
                                            Jeffrey C. Wisler (#2795)
                                            Christina M. Thompson (#3976)
                                            1007 North Orange Street
                                            P.O. Box 2207
                                            Wilmington, DE  19899
                                            (302) 888-6258
                                            Email:  jwisler@cblh.com
                                            Email:  cthompson@cblh.com

                                                   -and-

                                            Elliot R. Peters
                                            Garrett A. Lynch
                                            Keker & Van Nest, LLP
                                            710 Sansome Street
                                            San Francisco, CA  94111
                                            Tel:  (415) 391-5400
                                            Email:  epeters@kvn.com
                                            Email:  glynch@kvn.com

                                            Attorneys for Defendant Daniel D. Crowley

#519952