IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>        Defendants. | Case No. 04-1565 (SLR) |

## NOTICE OF DEPOSITION SUBPOENA TO RICHARD FINK

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Daniel Crowley ("Crowley"), by his attorneys, will take the deposition of **Richard Fink** ("Fink") at the Hilton San Diego/Del Mar (Executive Board Room), 15575 Jimmy Durante Blvd, Del Mar, California, 92014, commencing at **9:00 a.m. on March 1, 2007**, and continuing from day to day, excluding Saturdays and Sundays, until concluded. Crowley also requests that Fink respond to the request for the production of documents and things identified in Attachment A to the attached subpoena by producing the requested documents and things by **March 1, 2007**, or some other date mutually agreed upon by Crowley and Fink.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by the law to administer oaths, and may be recorded both stenographically and by sound-and-visual means (i.e., by videotape), and provision may be made for real-time monitoring using LiveNote[tm] or similar means.  Crowley reserves the right to use this videotape deposition at the time of trial.

Dated: February 9, 2007                                CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Christina M. Thompson**
Jeffrey C. Wisler (#2795)
Christina M. Thompson (#3976)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 888-6258
Email:  jwisler@cblh.com
Email:  cthompson@cblh.com

   -and-

Elliot R. Peters
R. James Slaughter
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
Tel:  (415) 391-5400
Email:  epeters@kvn.com
Email:  rslaughter@kvn.com

Attorneys for Defendant Daniel D. Crowley

#520892