## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on this 9th day of February, 2007, the **Notice of**

**Deposition Subpoena to Richard Fink** was served as indicated upon the following counsel.


**<u>E-FILE AND HAND DELIVERY</u>**
Richard A. Barkasy, Esq.
Michael J. Barrie, Esq.
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

**<u>TELEFAX AND FIRST CLASS U.S. MAIL</u>**
Barry E. Bressler, Esq.
Wilbur L. Kipnes, Esq.
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286


**/s/ Christina M. Thompson**
Christina M. Thompson (#3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
E-mail: cthompson@cblh.com

#520893