**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, : : : : : : Plaintiff, : : v. : : DANIEL D. CROWLEY, : : Defendant. : | Case No. 04-1565 (SLR) |

NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on February 6, 2007, the undersigned caused the Plaintiff's Second Set of Interrogatories Directed To Defendant, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE 19899<br>Email: jwisler@cblh.com<br>Email: cthompson@cblh.com<br>(*via email and First Class Mail*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Email: epeters@kvn.com<br>Email: lmims@kvn.com<br>(*via email and First Class Mail*) |

Dated: February 9, 2007        SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 N. Market Street, Suite 1001
    Wilmington, DE 19801
    Telephone: (302) 888-4554
    Facsimile: (302) 888-1696

    Counsel for Plaintiff Arlin M. Adams,
    Chapter 11 Trustee