**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

      I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on February 9, 2007, I caused a true and correct copy of Notice of Service of Discovery to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE 19899<br>(*via CM/ECF*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(*via First Class Mail*) |

Dated: February 9, 2007        SCHNADER HARRISON SEGAL & LEWIS LLP

        By: /s/ Michael J. Barrie
           Richard A. Barkasy (#4683)
           Michael J. Barrie (#4684)
           824 N. Market Street, Suite 1001
           Wilmington, DE 19801
           Telephone: (302) 888-4554
           Facsimile:  (302) 888-1696

        Counsel for Plaintiff Arlin M. Adams,
        Chapter 11 Trustee

PHDATA 1422455_1