IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,,<br><br>                    Plaintiff,<br><br>    v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>                    Defendants. | Case No. 04-1565 (SLR) |

**NOTICE OF SUBPOENA DUCES TECUM TO**
**DEUTSCHE BANK, AG CAPITAL MANAGEMENT LP**

      PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Daniel Crowley ("Crowley"), by his attorneys, have issued the accompanying subpoena, which requests that Deutsche Bank, AG ("Deutsche Bank") respond to the request for the production of documents and things identified in Attachment A to the subpoena by producing the requested documents and things by **February 26, 2007**, or some other date mutually agreed upon by Crowley and Deutsche Bank.

[Signature Page Follows]

Dated:  February 13, 2007	CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Christina M. Thompson**
Jeffrey C. Wisler (#2795)
Christina M. Thompson (#3976)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE   19899
(302) 888-6258
Email:  jwisler@cblh.com
Email:  cthompson@cblh.com

	-and-

Elliot R. Peters
R. James Slaughter
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
Tel:  (415) 391-5400
Email:  epeters@kvn.com
Email:  rslaughter@kvn.com

Attorneys for Defendant Daniel D. Crowley

#521619