## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,<br><br>                          Plaintiff,<br><br>    v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>                          Defendants. | Case No. 04-1565 (SLR) |

### NOTICE OF SERVICE

I, the undersigned, hereby certify that on the 22nd day of February, 2007, a copy of **Defendant Daniel D. Crowley's Second Set of Interrogatories to Plaintiff Arlin Adams** was served upon the following parties-in-interest:

### BY HAND DELIVERY

Richard A. Barkasy, Esq.
Michael J. Barrie, Esq.
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

### BY TELEFAX AND U.S. MAIL

Barry E. Bressler, Esq.
Wilbur L. Kipnes, Esq.
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

| | |
|---|---|
| Dated: February 22, 2007 | CONNOLLY BOVE LODGE & HUTZ LLP<br><br>**/s/ Christina M. Thompson**<br>Jeffrey C. Wisler (No. 2795)<br>Christina M. Thompson (No. 3976)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141<br>*Attorneys for Daniel D. Crowley* |

#523442