## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>DANIEL D. CROWLEY,<br><br>                      Defendant. | Case No. 04-1565 (SLR) |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of February, 2007, a copy of **Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents** was served upon the following parties-in-interest:

### BY HAND DELIVERY

Richard A. Barkasy, Esq.
Michael J. Barrie, Esq.
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

### BY TELEFAX AND U.S. MAIL

Barry E. Bressler, Esq.
Wilbur L. Kipnes, Esq.
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Dated: February 23, 2007        CONNOLLY BOVE LODGE & HUTZ LLP

                                            **/s/ Christina M. Thompson**
                                            Jeffrey C. Wisler (No. 2795)
                                            Christina M. Thompson (No. 3976)
                                            The Nemours Building
                                            1007 North Orange Street
                                            P.O. Box 2207
                                            Wilmington, Delaware 19899
                                            (302) 658-9141
                                            *Attorneys for Daniel D. Crowley*

#523502