**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>DANIEL D. CROWLEY,<br><br>                    Defendant. | Case No. 04-1565 (SLR) |

**NOTICE OF WITHDRAWAL OF DEPOSITION SUBPOENA TO RICHARD FINK**

PLEASE TAKE NOTICE that Defendant Daniel Crowley ("Crowley"), by his attorneys, hereby withdraws, without prejudice, the ***Notice of Deposition Subpoena to Richard Fink*** [Docket No. 95] that was filed on February 9, 2007.

Dated:  February 27, 2007          CONNOLLY BOVE LODGE & HUTZ LLP

                                            **/s/ Christina M. Thompson**
                                            Jeffrey C. Wisler (#2795)
                                            Christina M. Thompson (#3976)
  1007 North Orange Street
  P.O. Box 2207
  Wilmington, DE   19899
  (302) 888-6258
  Email:  jwisler@cblh.com
  Email:  cthompson@cblh.com

       -and-

  Elliot R. Peters
  R. James Slaughter
  Keker & Van Nest, LLP
  710 Sansome Street
  San Francisco, CA  94111
  Tel:  (415) 391-5400
  Email:  epeters@kvn.com
  Email:  rslaughter@kvn.com
  *Attorneys for Defendant Daniel D. Crowley*

#524260