## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 7th day of March, 2007, the **Notice of Deposition Subpoena to Sam Zell** was served as indicated upon the following counsel.

**E-FILE AND HAND DELIVERY**
Richard A. Barkasy, Esq.
Michael J. Barrie, Esq.
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

**TELEFAX AND FIRST CLASS U.S. MAIL**
Barry E. Bressler, Esq.
Wilbur L. Kipnes, Esq.
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

**/s/ Christina M. Thompson**
Christina M. Thompson (#3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
E-mail: cthompson@cblh.com

#525725