# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

NOTICE OF DEPOSITION SUBPOENA *DUCES TECUM* TO SCOTT N. SCHREIBER

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Arlin M. Adams, as the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., by his attorneys, will take the deposition of Scott N. Schreiber at the offices of Stahl Cowen Crowley LLC, 55 West Monroe Street, Suite 1200, Chicago, Illinois 60603, commencing at 10:00 a.m. on March 21, 2007, and continuing from day to day until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by law to administer oaths, and may be recorded sternographically, by sound and/or by sound-and-visual means, and provision may be made for the real-time monitoring using LiveNote or similar means. Plaintiff reserves the right to use any recording of this deposition at time of trial.

2

Dated:  March 12, 2007                SCHNADER HARRISON SEGAL & LEWIS LLP

By:  /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 Market Street Mall, Suite 1001
    Wilmington, Delaware 19801
    (302) 888-4554 (telephone)
    (302) 888-1696 (facsimile)

-and-

Barry E. Bressler
Wilbur L. Kipnes
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania  19103-7286
(215) 751-2000 (telephone)
(215) 751-2205 (facsimile)

Counsel to Plaintiff,
Arlin M. Adams, as Chapter 11 Trustee