## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : | |
| | : | |
| Plaintiff, | : | Case No. 04-1565 (SLR) |
| | : | |
| v. | : | |
| | : | |
| DANIEL D. CROWLEY, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SUBPOENA *DUCES TECUM* TO
### MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, Plaintiff Arlin M. Adams, as the Chapter 11 Trustee of the Bankruptcy Estates of

Coram Healthcare Corp. and Coram, Inc., by his attorneys, has issued the accompanying

subpoena *decus tecum*, which requests that Much Shelist Denenberg Ament & Rubenstein, P.C.

("Much Shelist") respond to the request for the production of documents and things identified in

Exhibit A to the subpoena by producing the requested documents and things no later than March

16, 2007, or some other date mutually agreed upon between Plaintiff and Much Shelist.

PHDATA 1428072_1

Dated:  March 12, 2007                    SCHNADER HARRISON SEGAL & LEWIS LLP


                                  By:  /s/ Michael J. Barrie
                                         Richard A. Barkasy (#4683)
                                         Michael J. Barrie (#4684)
                                         824 Market Street Mall, Suite 1001
                                         Wilmington, Delaware 19801
                                         (302) 888-4554 (telephone)
                                         (302) 888-1696 (facsimile)


                                         -and-

                                         Barry E. Bressler
                                         Wilbur L. Kipnes
                                         1600 Market Street, Suite 3600
                                         Philadelphia, Pennsylvania  19103-7286
                                         (215) 751-2000 (telephone)
                                         (215) 751-2205 (facsimile)

                                         Counsel to Plaintiff,
                                         Arlin M. Adams, as Chapter 11 Trustee

PHDATA 1428072_1