IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

NOTICE OF DEPOSITION SUBPOENA TO HARRISON J. GOLDIN

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Arlin M. Adams, as the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., by his attorneys, will take the deposition of Harrison J. Goldin at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, commencing at 10:00 a.m. on March 21, 2007, and continuing from day to day until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by law to administer oaths, and may be recorded sternographically, by sound and/or by sound-and-visual means, and provision may be made for the real-time monitoring using LiveNote or similar means. Plaintiff reserves the right to use any recording of this deposition at time of trial.

Dated: March 12, 2007                        SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 Market Street Mall, Suite 1001
    Wilmington, Delaware 19801
    (302) 888-4554 (telephone)
    (302) 888-1696 (facsimile)

-and-

Barry E. Bressler
Wilbur L. Kipnes
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2000 (telephone)
(215) 751-2205 (facsimile)

Counsel to Plaintiff,
Arlin M. Adams, as Chapter 11 Trustee