IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

CERTIFICATE OF SERVICE

      I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on March 12, 2007, I caused a true and correct copy of the Notice of Deposition Subpoena to Harrison J. Goldin to be served upon the following:

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
(*via CM/ECF and email*)

Elliot R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(*via email and facsimile*)

Dated: March 12, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 N. Market Street, Suite 1001
    Wilmington, DE 19801
    Telephone: (302) 888-4554
    Facsimile: (302) 888-1696

    Counsel for Plaintiff,
    Arlin M. Adams, as Chapter 11 Trustee

PHDATA 1428205_1