IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,, <br><br>　　　　　　　Plaintiff, <br><br>　　v. <br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY, <br><br>　　　　　　　Defendants. | Case No. 04-1565 (SLR) |

## AMENDED NOTICE OF DEPOSITION SUBPOENA TO DAVID FRIEDMAN

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Daniel Crowley ("Crowley"), by his attorneys, will take the deposition of **David Friedman** ("Friedman") at the offices of Kasowitz Benson Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, commencing at **9:30 a.m. on March 16, 2007**, and continuing from day to day, excluding Saturdays and Sundays, until concluded.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by the law to administer oaths, and may be recorded both stenographically and by sound-and-visual means (i.e., by videotape), and provision may be made for real-time monitoring using LiveNote$^{tm}$ or similar means. Crowley reserves the right to use this videotape deposition at the time of trial.

Dated:  March 12, 2007                                    CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Christina M. Thompson**
Jeffrey C. Wisler (#2795)
Christina M. Thompson (#3976)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE   19899
(302) 888-6258
Email:  jwisler@cblh.com
Email:  cthompson@cblh.com

            -and-

Elliot R. Peters
Garrett A. Lynch
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400
Email:  epeters@kvn.com
Email:  glynch@kvn.com

*Attorneys for Defendant Daniel D. Crowley*

#526564