# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY,<br><br>    Defendant. | Case No. 04-1565 (SLR) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on March 13, 2007, a true and correct copy of *Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories Directed to Defendant* and *Defendant's Objections and Responses to Plaintiff's Second Set of Interrogatories Directed to Defendant* was served by Federal Express from the law office of Keker & Van Nest LLP in San Francisco, California upon the following persons:

Barry E. Bressler, Esquire
Wilbur L. Kipnes, Esquire
Nancy Winkelman, Esquire
Han Nguyen, Esquire
Schnaeder Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Rolin P. Bissell, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard K. Barkasy, Esquire
Michael J. Barrie, Esquire
Schnaeder Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

Dated: March 14, 2007   CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Christina M. Thompson**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
302-658-9141

    -and-

Elliott R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

*Attorneys for Daniel D. Crowley*

#526937