IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

CERTIFICATE OF SERVICE

   I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on March 31, 2007, I caused a true and correct copy of the Notice of Deposition to Daniel D. Crolwey to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE  19899<br>(*via CM/ECF and email*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>(*via email and facsimile*) |

Dated:  March 31, 2007      SCHNADER HARRISON SEGAL & LEWIS LLP

                By: /s/ Michael J. Barrie
                  Richard A. Barkasy (#4683)
                  Michael J. Barrie (#4684)
                  824 N. Market Street, Suite 1001
                  Wilmington, DE  19801
                  Telephone:  (302) 888-4554
                  Facsimile:   (302) 888-1696

                  Counsel for Plaintiff,
                  Arlin M. Adams, as Chapter 11 Trustee