IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : | |
| Plaintiff, | : : | Case No. 04-1565 (SLR) |
| v. | : : | |
| DANIEL D. CROWLEY, | : : | |
| Defendant. | : | |

NOTICE OF DEPOSITION SUBPOENA TO KURT DAVIS

    PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Arlin M. Adams, as the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., by his attorneys, will take the deposition of Kurt Davis at the offices of Keker & Van Nest LLP, 710 Sansome Street, San Francisco, CA 94111, commencing at 9:30 a.m. on April 5, 2007, and continuing from day to day until completed.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by law to administer oaths, and may be recorded sternographically, by sound and/or by sound-and-visual means, and provision may be made for the real-time monitoring using LiveNote or similar means.  Plaintiff reserves the right to use any recording of this deposition at time of trial.

2

Dated:  March 31, 2007                SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 Market Street Mall, Suite 1001
    Wilmington, Delaware 19801
    (302) 888-4554 (telephone)
    (302) 888-1696 (facsimile)

    -and-

    Barry E. Bressler
    Wilbur L. Kipnes
    1600 Market Street, Suite 3600
    Philadelphia, Pennsylvania  19103-7286
    (215) 751-2000 (telephone)
    (215) 751-2205 (facsimile)

    Counsel to Plaintiff,
    Arlin M. Adams, as Chapter 11 Trustee