**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., | ) ) ) ) ) | Case No. 04-1565-SLR |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| DANIEL D. CROWLEY, | ) ) |  |
| Defendant. | ) ) ) |  |

**CERTIFICATE OF SERVICE**

        I, Michael J. Barrie, certify that I am not less than 18 years of age and that on April 10, 2007, I caused to be electronically filed with the Court the Motion and Order For Admission *Pro Hac Vice* of Nancy Winkelman, Esq., using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esq. | Warren A. Braunig, Esq. (*Pro Hac Vice*) |
| Christina M. Thompson, Esq. | wbraunig@kvn.com |
| Connolly, Bove, Lodge & Hutz | |
| The Nemours Building | Laurie Mims, Esq. (*Pro Hac Vice*) |
| 1007 North Orange Street | lmims@kvn.com |
| P.O. Box 2207 | |
| Wilmington, DE 19899 | R. James Slaughter, Esq. (*Pro Hac Vice*) |
| jwisler@cblh.com | rslaughter@kvn.com |
| cthompson@cblh.com | |

Dated:  April 10, 2007        SCHNADER HARRISON SEGAL
                                               & LEWIS LLP

                                        By:  /s/ Michael J. Barrie
                                             Michael J. Barrie (#4684)
                                             824 N. Market Street, Suite 1001
                                             Wilmington, DE  19801
                                             (302) 888-4554 (telephone)
                                             (302) 888-1696 (facsimile)