## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*, <br><br>            Plaintiff, <br>    v. <br><br> DANIEL D. CROWLEY, *et al.*, <br><br>            Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 04-cv-1565(SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**AND NOW**, this ____ day of _____, 2007, upon consideration of Plaintiff's Motion for Protective Order, Defendant's answering brief thereto, and Plaintiff's reply brief thereon, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. Defendant is prohibited from deposing opposing trial counsel in this matter, Wilbur L. Kipnes and Barry E. Bressler.

_____
Sue L. Robinson, U.S.D.J.