# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*, <br><br> Plaintiff, <br> v. <br><br> DANIEL D. CROWLEY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) Civ. Action No. 04-cv-1565(SLR) ) ) ) ) ) ) ) ) |

## CERTIFICATE PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 26(c)
## AND LOCAL RULE 7.1.1

I, Wilbur L. Kipnes, hereby certify pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1.1, that I, counsel for the Plaintiff, have made a reasonable effort to reach agreement with counsel for Defendant on the matters set forth in the foregoing motion and brief and that counsel for the parties have not been able to resolve their disagreement on these issues.

/s/ Wilbur L. Kipnes
Wilbur L. Kipnes (admitted *pro hac vice*)

Dated: April 13, 2007