# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 04-1565 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

      I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on April 13, 2007, I caused a true and correct copy of Plaintiff's Motion for Protective Order and the accompanying brief to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE  19899<br>(*via CM/ECF and email*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>(*via email and facsimile*) |

Dated:  April 13, 2007                  SCHNADER HARRISON SEGAL & LEWIS LLP

                                       By: /s/ Michael J. Barrie
                                           Richard A. Barkasy (#4683)
                                           Michael J. Barrie (#4684)
                                           824 N. Market Street, Suite 1001
                                           Wilmington, DE  19801
                                           Telephone:  (302) 888-4554
                                           Facsimile:    (302) 888-1696

                                           OF COUNSEL:

                                           Nancy Winkelman (*pro hac vice admission pending*)
                                           SCHNADER HARRISON SEGAL & LEWIS LLP
                                           1600 Market Street, Suite 3600

Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*
*Arlin M. Adams, Chapter 11 Trustee of the Post-*
*Confirmation Bankruptcy Estates of CORAM*
*HEALTHCARE CORP. and CORAM, INC.*