## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY,<br><br>            Defendants. | Case No. 04-1565 |

### ORDER GRANTING MOTION OF DEFENDANT DANIEL D. CROWLEY'S FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

AND NOW, upon consideration of the *Motion of Defendant Daniel D. Crowley for Summary Judgment*, *or, in the Alternative, Partial Summary* Judgment, dated April 17, 2007 ("Motion") and any and all papers submitted on the Motion

IT IS HEREBY ORDERED that:

1.     The Motion is GRANTED; and

2.     Judgment will be entered in favor of Daniel D. Crowley and against plaintiff Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of Coram Healthcare Corporation, a Delaware Corporation, and of Coram, Inc., a Delaware Corporation.

2

IT IS SO ORDERED this ____ day of _____, 2007.

                                                                               _____
The Honorable Sue L. Robinson
Chief United States District Court Judge

Case 1:04-cv-01565-SLR    Document 122-2    Filed 04/17/2007    Page 2 of 2