# Strategic Initiatives

## Infusion

- Change therapy mix
  - Core therapies currently account for 40% of patients and 65% of revenues
    - Total parenteral nutrition (TPN)
    - Hemophilia
    - Transplant
  - Product champions
  - Accountability/focus
  - Sales incentives
  - Admission grids

COR.-EQTY0002734



# Strategic Initiatives

## Infusion

- **Reduce fixed and variable costs**
  - Hub and spoke model
  - Reduction in force
  - Systematic vendor recontracting
  - Primary Case Management Model & HHLA
  - Increased accountability

COR.-EQTY0002735

# Strategic Initiatives

## Infusion



- Improve cash collection/cash flow
  - Consolidate A/R to successful sites
  - Implement best practices
  - Consolidate Medicare A/R
  - Standardize contracts and implementation to improve claims compliance
  - Develop relationship with payors to resolve issues
  - Sales incentive: collected vs. earned

COR.-EQTY0002736

# Cost Reduction
## Annualized
### (in thousands)

- Salaries and Benefits — $11,700
- Corporate departments/meetings — 1,530
- Consulting — 1,100
- Misc. dues, entertainment, travel, etc. — 1,070

Total to date — $15,400

COR.-EQTY0002737

# Contracting and Purchasing

- Price increases
- Pricing models to price "smart" and measure profitability
- Enforcing price discipline in the field
- Corporate-wide formulary
- Consolidating purchasing power

COR.-EQTY0002738



# Recurring Operating Cash Flow
### Annual Summaries
(in thousands, '99 & '00 projected)

Legend:
- Operating Receipts
- Operating Disbursements

COR.-EQTY0002739



Recurring Annual EBITDA
(in thousands, '99 & '00 projected)

COR.-EQTY0002740

**CORAM HEALTHCARE CORPORATION**
Summary of Selected Financial Information

| | Q1-98 | Q2-98 | Q3-98 | Q4-98 | 1998 | Q1-99 | Q2-99 | Q3-99 | Unaudited Q4-99 | Unaudited 1999 (3) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Debt (in thousands)** | | | | | | | | | | |
| Senior Credit Facility | | | | | | 15,000 | 22,500 | 37,000 | 44,000 | 44,000 (3) |
| Series A Notes | | 150,000 | 153,785 | 153,785 | 153,785 | 153,785 | 157,631 | 162,162 | 166,825 | 166,825 |
| Series D Notes | | 87,922 | 87,922 | 87,922 | 87,922 | 87,922 | 87,922 | 163,581 | 91,474 | 91,474 |
| Rollover Notes | 228,161 | | | | | | | | | |
| Other | 1,166 | 1,187 | 1,017 | 715 | 715 | 911 | 920 | 836 | 753 | 753 |
| Total Debt | 229,327 | 239,109 | 251,974 | 242,422 | 242,422 | 257,618 | 268,973 | 289,679 | 303,052 | 303,052 |
| **Interest Rate at End of Period** | | | | | | | | | | |
| Senior Credit Facility | 0.000% | 0.000% | 9.750% | 9.250% | 9.250% | 9.250% | 9.250% | 9.750% | 10.000% | 10.000% |
| Series A Notes | 0.000% | 9.875% | 9.875% | 9.875% | 9.875% | 9.875% | 11.500% | 11.500% | 11.500% | 11.500% (11;2) |
| Series D Notes | 0.000% | 8.000% | 8.000% | 8.000% | 8.000% | 8.000% | 8.000% | 8.000% | 8.000% | 8.000% (11;2) |
| Rollover Notes | 16.500% | | | | | | | | | |
| Other | 6%-16% | 6%-16% | 11%-13% | 6%-16% | 6%-16% | 6%-16% | 6%-16% | 6%-16% | 6%-16% | 6%-16% |
| **Interest Expense (in thousands)** | | | | | | | | | | |
| Series A Notes - Cash/PIK | | 3,167 | 3,769 | 3,797 | 10,744 | 3,796 | 4,459 | 4,640 | 3,796 | 16,691 |
| Series B Notes - Cash/PIK | | 1,904 | 1,842 | 1,758 | 5,104 | 1,758 | 1,758 | 1,780 | 1,760 | 7,073 |
| Sub-Total Series A & B Notes | | 4,671 | 5,622 | 5,555 | 15,848 | 5,554 | 6,217 | 6,428 | 5,765 | 23,964 |
| Senior Credit Facility - Cash | 204 | | 126 | 172 | 582 | 429 | 705 | 705 | 1,756 | 1,756 |
| Total PIK/Cash Interest | 284 | 4,671 | 5,748 | 5,727 | 16,430 | 5,983 | 6,922 | 7,421 | 7,190 | 27,100 |
| Warrants, Deferred Costs & Other | 4,071 | 50 | 327 | 505 | 5,943 | 575 | 601 | 602 | | |
| Rollover Notes-Deferred | 8,920 | 1,361 | 39 | 39 | 10,359 | | | | | |
| Total Interest Expense | 14,175 | 6,082 | 6,114 | 6,361 | 32,732 | 6,558 | 7,523 | 8,110 | 7,442 | 20,513 |
| **Actual PIK Interest (in thousands)** | | | | | | | | | | |
| Series A | | | 3,765 | | 3,765 | | 3,845 | 4,532 | 4,662 | 13,039 |
| Series B | | | | | | | | 1,758 | 1,794 | 3,552 |
| Total PIK Interest | | | 3,765 | | 3,765 | | 3,845 | 6,290 | 6,456 | 16,591 |

Notes
(1) As at December 31, 1999 Series A and B Notes are in Interest Forbearance period
(2) On January 15, 2000 Coram PIK'd interest on Series A and Series B in the amounts of $1,590MM and $5,610MM respectively
(3) Coram paid down $3.0MM on the Line on Jan 5, 2000 and borrowed $1.5MM on Jun 21, 2000. Current Borrowings against the line is $42.5MM

2/11/00 3:07 PM

COR.-EQTY0002742

## DEBT SCHEDULE
### 31-Jan-00

| Facility | Maturity | All in Rate | Principal | Monthly Interest |
|---|---|---|---|---|
| **GSCP Securities Exchange Agreement** | | | | |
| Series A Notes | 5/27/01 | 11.5000% 1 | $168,423,372.30 | $1,614,057.32 |
| Series B Notes | 4/15/00 | 8.0000% 2 | $92,084,098.87 | $613,093.99 |
| Sub-total - Subordinated Debt | | | $260,507,471.17 | |
| Senior Credit Facility Revolver Borrowings | 8/26/98 | 10.0000% 3 | $42,500,000.00 | $354,166.67 |
| **Total Outstanding Debt** | | | $303,007,471.17 | |
| | | | | |
| **Letters of Credit** | | | | |
| Bayer | 9/1/98 | 1.8250% | $1,000,000.00 | $1,520.83 |
| Dolan | 9/1/98 | 1.8250% | $225,000.00 | $342.19 |
| Humana | 11/23/98 | 1.8250% | $1,180,000.00 | $1,794.58 |
| Travelers | 3/3/99 | 1.8250% | $65,000.00 | $98.85 |
| **Sub-Total - Letters of Credit** | | | $2,470,000.00 | |
| | | | | |
| Borrowing Base @ 12/31/99 | | | $60,000,000.00 | |
| Less: Senior Credit Revolver Borrowings | | | $42,500,000.00 | |
| Less: Letters of Credit | | | $2,470,000.00 | |
| Total Available Credit Facility | | 0.3750% | $15,030,000.00 | $4,696.88 |
| Less: Cushion | | | ($10,000,000.00) | $2,590,571.31 |
| **Available Credit Facility after Cushion** | | | $5,030,000.00 | |

1  PIK interest from October 16 - November 16, 1999 - $1.598 million
2  PIK interest from October 16 - November 16, 1999 - $.610 million
3  Paid $3 million on 1/5/00
    Borrowed $1.5 million on 1/23/00

COR.-EQTY0002743

**A249**

Year-End Charges

COR.-EQTY0002744

Preliminary
Proprietary and Confidential

*Corum Healthcare Corporation*
*December 1999 Estimated Year End Charges - Summary*
*Unaudited – $000's*

**Total Estimated RNET & Non-RNET Charges, December 1999**                    $   42,715

## SUMMARY OF CHARGES

**1. Total Charges Due to Discontinuing Operations of RNET & Aetna Litigation**        $  19,100
  ·  Write-down of assets to net realizable value - Accounts Receivable, Fixed Assets & Other Assets
  ➣  Accounts Receivable, write-offs at Infusion & CPS for RNET business
  ➣  Liquidation reserves for severance, leases, professional fees, etc.
  ∴  Legal fees and other costs to incur in 2000 for Aetna litigation

**2. Other Business Charges - Non RNET**
  **A.  Accounts Receivable Reserves**                                        3,740
  ∴  To fully reserve Accounts Receivable that were aged over 360 days
  ➣  To fully reserve Accounts Receivable for non-Coram companies in bankruptcy
  ∴  Other reserves established due to year end review

  **B.  Personnel Reduction & Branch Closures**                              15,115
  ➣  Severance
  ➣  Write off of impaired fixed assets due to branch closures
  ➣  Lease reserves established for branch closures
  ➣  Impaired Goodwill

  **C.  Shut Down of Canadian Operations**                                   270
  ∴  Severance, lease reserves and impaired assets

  **D.  Balance Sheet Adjustments**                                          4,490
  ∴  Liabilities related to drug & supplies expenses from '99 & prior
  ➣  Inventory and miscellaneous receivable adjustments
  ➣  Other liability adjustments - primarily risk insurance
  ∴  To fully reserve other receivables due to non-Coram bankruptcies - vendors

**Total Other Business Charges - Non RNET**                                    23,615

**Total Estimated RNET & Non-RNET Charges, December 1999**        $  42,715

**Open Items**
  ➣  *Final Analysis of Accounts Receivable Reserve*

1/12/2000

COR.-EQTY0002745

**A251**

Operating Results

COR.-EQTY0002746

*Coram Healthcare Corporation - Consolidated*
*Fiscal 1999 Unaudited Operating Results*

| | Infusion | CTI | CPS | CRH W/out Rent | Rent | Q4 Charges | Unaudited Consolidated 1999 |
|---|---|---|---|---|---|---|---|
| Net Revenue - excluding intercompany revenue | $ 439,412 | $ 1,268 | $ 80,912 | $ 521,592 | $ 77,292 | $ 1,448 | $ 598,474 |
| | | | | | | | |
| Cost of Sales, excluding intercompany CGS | 323,291 | 789 | 75,235 | 399,315 | 89,325 | 1,448 | 490,984 |
| Depreciation & Amortization | 5,363 | 1 | 5,360 | 5,360 | 3 | 3,448 | 5,363 |
| Total Cost of Sales | 326,967 | 808 | 75,235 | 402,975 | 89,324 | 3,448 | 495,347 |
| % to Net Revenue | 74.5% | 63.8% | 86.4% | 77.2% | 0.0% | 0.0% | 82.8% |
| Gross Profit | 105,910 | 788 | 11,764 | 118,622 | (12,032) | (3,448) | 103,132 |
| % to Net Revenue | 24.5% | 58.7% | 14.5% | 22.8% | 0.0% | 0.0% | 17.2% |
| | | | | | | | |
| Operating Expenses | | | | | | | |
| Direct Operating Expense w/ Bad Debt | 60,570 | 884 | 11,810 | 72,960 | 22,700 | 4,... | 99,916 |
| Corporate Allocation | 24,896 | 717 | 4,846 | 29,939 | 409 | | 11,346 |
| % to Net Revenue | 5.4% | 6.6% | 6.0% | 6.2% | | | 6.4% |
| Restructure Charges | 960 | | 102 | 967 | | | 16,365 |
| Depreciations & Amortization | 2,671 | 15 | 1,916 | 3,436 | 1,261 | | 3,436 |
| Corporate Allocation D & A | 12,808 | 50 | 2,768 | 13,963 | 2,308 | | 13,187 |
| Depreciation & Amortization | 92,112 | 907 | 18,993 | 116,918 | 20,819 | 29,162 | 16,623 |
| Total Operating Expense | | | | | | | 165,248 |
| % to Net Revenue | 20.6% | | 24.8% | 22.4% | 0.0% | 0.0% | 27.8% |
| | | | | | | | |
| Operating Income (Loss) before Interest | 8,798 | (40) | (7,189) | 1,712 | (40,863) | (21,615) | (63,116) |
| % to Net Revenue | 2.0% | 2.8% | 8.3% | 0.3% | 0.0% | 0.0% | 10.5% |
| | | | | | | | |
| Other - Loss from Discontinued Operations | | | | | | (19,100) | (19,100) |
| Other Income / (Expense) | (432) | | | (432) | 46 | | (431) |
| Interest Expense | (21,453) | (86) | (4,398) | (25,814) | (7,819) | | (2,653) |
| Income (Loss) before Income Tax | (13,309) | (115) | (11,487) | (24,915) | (44,618) | (4,215) | (112,280) |
| % to Net Revenue | 1.1% | 7.7% | 11.7% | 4.9% | 0.0% | 0.0% | 10.8% |
| Income Taxes | 440 | | | 440 | | 0 | 440 |
| Net Income (Loss) | $ (13,749) | $ (115) | $ (11,487) | $ (25,352) | $ (44,618) | $ (4,215) | $ (112,720) |
| % to Net Revenue | 1.7% | 7.7% | 6.7% | 4.9% | 0.0% | | 10.8% |
| EBITDA | $26,436 | (59) | (54,921) | $11,506 | (5,071,000) | (5,25,000) | ($44,700) |
| % to Net Revenue | 6.1% | 0.5% | 6.7% | 4.1% | 0.0% | | 7.4% |

COR.-EQTY0002747

Board Budget

COR.-EQTY0002748

CORAM HEALTHCARE
TARGET BUDGET 2000

The Target Budget represents the Fiscal 2000 budget as presented to Coram's Board of Directors and approved on December 21, 1999.

There have been no changes made to this budget from that presented to the Board. At the time of presentation, DB Alex. Brown was projecting that CPS would generate approximately $70 million in gross proceeds. The most current estimate from DB Alex. Brown is that gross proceeds will likely be in the $50-$40 million dollar range.

The Target budget does include Corporate staff reductions and other Corporate cost savings identified prior to the presentation but it does not include significant strategic initiatives and all cost cutting opportunities that have been identified subsequent to the Board meeting.

COR.-EQTY0002749

A255

Proprietary and Confidential
Final

12/22/99; 6:09 PM

Coram Healthcare Corporation
Target Budget 2000

| Contents Summary | Page |
|---|---|
| 2000 Key Initiatives | 1 |
| Budget 2000 - Consolidated by Division | 3 |
| Budget 2000 - Consolidated Quarterly | 4 |
| Budget 2000, Cash Flow | 5 |
| Budget 2000, Balance Sheet | 6 |
| Budget 2000 - Infusion | 7 |
| Budget 2000 - CTI | 8 |
| Budget 2000 - CPS | 9 |
| Budget 2000 - RNET | 10 |

COR.-EQTY0002750

Proprietary and Confidential - Fin

Coram Healthcare Corporation
"Key Initiatives Drivers"
Target Budget 2000

- New Revenue Growth - $29mm    7.4%
    ❖ Generalist versus Specialist Sales force in 2000
    ❖ New Strategic Business Unit leadership driving new sales and marketing programs - Manage Care carve-outs.
    ❖ New Hemophilia sales and marketing program expected to grow $8.0mm (50%) in 2000.
    ❖ New national contract with United Healthcare (Q1) to replace projected Aetna lost business in (Q2) - 90% confidence level.

- Cost of Goods/Mix Improvement
    ❖ Commissionable therapy growth of new revenue at 70-80% standard margins versus current mix standard margins of 59%.
    ❖ 2000 Sales Compensation only paying on commissionable therapies and EBITDA improvement.
    ❖ Target low margin accounts for price increase
    ❖ 2000 COS - from drug wholesaler, estimated annual savings $250,000.

- Nursing Cost Savings
    ❖ 1% improvement versus 1999
    ❖ Primary Care Management Model (PCMM) rolled out to reduce current cost per visit by 10%.
    ❖ Standardize use of Home Healthcare Laboratory of America (HHLA) program in 2000
    ❖ Moving nurse staffing to more variable versus fixed cost via per Per Diems.
    ❖ Producing Monthly Management Reports to monitor Nurse Manager's performance under PCMM and HHLA.

- Cash Collection Performance
    ❖ Reorganize reporting structure by moving Area Reimbursement Managers under AVP Operations to connect the front and back end process.
    ❖ All 2000 Bonus and Sales commission plans will be tied to cash collection results to gain total support from each team member to drive results.
    ❖ Dedicated individual to work with each Medicare DMERC location.
    ❖ Have begun legal communication with delinquent Payor Accounts.

- Sale of CPS Q2 - $70 million generating $60 million paydown of debt and $45 million gain

- Company Wide Expense Management Control
    ❖ Headcount management controls established - budget, performance, staffing model and Sr. Management approval.
    ❖ Individual Budget Monthly Accountability; Weekly reporting of new cost savings initiatives
    ❖ Elimination of discretionary spending; Micro Management by senior management

P. 1

12/22/99; 6:09 PM

COR.-EQTY0002751

Proprietary and Confidential
Final

Coram Healthcare Corporation
Target Budget 2000
Cash Flow Assumptions

|  | Q1 | Q2 | Q3 | Q4 |
|---|----|----|----|----|
| 1) DSO | 80 | 78 | 76 | 74 |
| 2) AP Aging | 50 | 39 | 37 | 40 |

3) Summary of CPS Sale, April 1, 2000

| | |
|---|---|
| Estimated cash proceeds | $ 70,000,000 |
| Estimated costs associated with sale | (5,000,000) |
| Net proceeds on sale | $ 65,000,000 |
| Net Book Value estimated | (14,200,000) |
| Reserves from sale | (5,800,000) |
| Estimated gain on sale of asset | $ 45,000,000 |

| | |
|---|---|
| Net proceeds on sale | $ 65,000,000 |
| Paydown portion of principle on Series B debt | (60,000,000) |
| Cash available for operations | $ 5,000,000 |

4) All interest payments due on Bank debt in 2000 are paid in cash (no PIKs).
$60 million reduction in Series B debt principle from the sale of CPS.
Senior Credit Facility line remains at $44m with a 1/2 % pt. increase in 7/00.

5) Credit facility borrowing base, using November 1999 A/R balances, without R-Net and CPS
is $52 million. With the credit facility at $44 million, Coram could be required to report
weekly financial data to the noteholders.

P. 2

12/22/99; 6:09 PM

COR.-EQTY0002752

A258

Proprietary and Confidential
Final

**Coram Healthcare Corporation - Consolidated**
**Target Budget 2000**

| | Budget 2000 Infusion | CTI | CPS | Rnet | 2000 |
|---|---|---|---|---|---|
| **Net Revenue** | $ 424,200 | $ 3,300 | $ 25,700 | $ - | $ 453,200 |
| | | | | | |
| Cost of Sales | 321,700 | - | 22,000 | - | 343,700 |
| Depreciation & Amortization | 5,100 | - | - | - | 5,100 |
| Total Cost of Sales | 326,800 | - | 22,000 | - | 348,800 |
| % to Net Revenue | 77.0% | 0.0% | 85.6% | 0.0% | 77.0% |
| | | | | | |
| Gross Profit | 97,400 | 3,300 | 3,700 | - | 104,400 |
| % to Net Revenue | 23.0% | 100.0% | 14.4% | 0.0% | 23.0% |
| | | | | | |
| Operating Expenses: | | | | | |
| Direct Operating Exp w/ Bad Debt | 56,600 | 1,900 | 2,000 | - | 61,500 |
| Corporate Allocation | 30,800 | 200 | 1,700 | - | 32,700 |
| % to Net Revenue | 7.3% | 6.1% | 6.6% | | 7.2% |
| Restruct Charges | 2,000 | - | - | - | 2,000 |
| Depreciation & Amortization | 13,300 | - | 700 | - | 14,000 |
| Corporate Allocation D & A | 15,300 | - | 700 | - | 16,000 |
| Depreciation & Amortization | - | - | - | - | 110,200 |
| Total Operating Expense | 102,900 | 2,100 | 5,200 | - | 110,200 |
| % to Net Revenue | 24.3% | 63.6% | 20.2% | 0.0% | 24.3% |
| | | | | | |
| Operating Income (Loss) before Interest | (5,500) | 1,200 | (1,500) | - | (5,800) |
| % to Net Revenue | -1.3% | 36.4% | -5.8% | 0.0% | -1.3% |
| | | | | | |
| Other - Loss from Discontinued Operations | | | | | |
| Other Income / (Expense) | (600) | (200) | 45,000 | (500) | 44,200 |
| Interest Expense | (22,200) | - | (1,300) | - | (23,700) |
| | | | | | |
| Income (Loss) before Income Tax | (28,500) | 1,000 | 42,200 | (500) | 14,200 |
| % to Net Revenue | -6.7% | 30.3% | 164.2% | 0.0% | 3.1% |
| | | | | | |
| Income Taxes | 500 | - | - | - | 500 |
| | | | | | |
| Net Income (Loss) | $ (29,000) | $ 1,000 | $ 42,200 | $ (500) | $ 13,700 |
| % to Net Revenue | -6.8% | 30.3% | 164.2% | 0.1% | 3.0% |
| | | | | | |
| EBITDA without CPS Sale | $14,100 | $1,200 | (5500) | (5500) | $14,000 |
| % to Net Revenue | 3.3% | 36.4% | -3.1% | 0.0% | 3.1% |
| | | | | | |
| EBITDA with CPS Sale | $14,100 | $1,200 | $44,200 | (5500) | $59,000 |
| % to Net Revenue | 3.3% | 36.4% | 172.0% | 0.0% | 13.0% |

P. 3

12/27/99; 6:09 PM

COR.-EQTY0002753

Proprietary and Confidential
Final

12/22/99; 6:09 PM

**Coram Healthcare Corporation - Consolidated**
**Target Budget 2000**

| | Budget 2000 | | | | |
| --- | ---: | ---: | ---: | ---: | ---: |
| | Q1 | Q2 | Q3 | Q4 | 2000 |
| Net Revenue | $ 135,500 | $ 102,600 | $ 105,600 | $ 109,500 | $ 453,200 |
| | | | | | |
| Cost of Sales | 104,100 | 70,000 | 79,900 | 81,700 | 343,700 |
| Depreciation & Amortization | 1,200 | 1,300 | 1,300 | 1,300 | 5,100 |
| Total Cost of Sales | 105,300 | 79,300 | 81,200 | 83,000 | 348,800 |
| % to Net Revenue | 77.7% | 77.3% | 76.9% | 75.6% | 77.0% |
| | | | | | |
| Gross Profit | 30,200 | 23,300 | 24,400 | 26,500 | 104,400 |
| % to Net Revenue | 22.3% | 22.7% | 23.1% | 24.2% | 23.0% |
| | | | | | |
| Operating Expenses: | | | | | |
| Direct Operating Exp w/ Bad Debt | 17,700 | 14,600 | 14,500 | 14,700 | 61,500 |
| Corporate Allocation | 9,100 | 8,400 | 7,600 | 7,600 | 32,700 |
| % to Net Revenue | 6.7% | 8.2% | 7.2% | 6.9% | 7.2% |
| Restructure Charges | - | - | - | - | - |
| Depreciation & Amortization | 500 | 500 | 500 | 500 | 2,000 |
| Corporate Allocation D & A | 3,500 | 3,500 | 3,500 | 3,500 | 14,000 |
| Depreciation & Amortization | 4,000 | 4,000 | 4,000 | 4,000 | 16,000 |
| Total Operating Expense | 30,800 | 27,000 | 26,100 | 26,300 | 110,200 |
| % to Net Revenue | 22.7% | 26.3% | 24.7% | 24.0% | 24.3% |
| | | | | | |
| Operating Income (Loss) before Interest | (600) | (3,700) | (1,700) | 200 | (5,800) |
| % to Net Revenue | -0.4% | -3.6% | -1.6% | 0.2% | -1.3% |
| | | | | | |
| Other - Loss from Discontinued Operations | (400) | (100) | - | - | (500) |
| Other Income / (Expense) | (200) | 44,800 | (200) | (200) | 44,200 |
| Interest Expense | (6,800) | (5,600) | (5,700) | (5,600) | (23,700) |
| | | | | | |
| Income (Loss) before Income Tax | (8,000) | 35,400 | (7,600) | (5,600) | 14,200 |
| % to Net Revenue | -5.9% | 34.5% | -7.2% | -5.1% | 3.1% |
| | | | | | |
| Income Taxes | 100 | 200 | 100 | 100 | 500 |
| | | | | | |
| Net Income (Loss) | $ (8,100) | $ 35,200 | $ (7,700) | $ (5,700) | $ 13,700 |
| % to Net Revenue | -6.0% | 34.3% | -7.3% | -5.2% | 3.0% |
| | | | | | |
| EBITDA without CPS Sale | $4,000 | $1,300 | $3,400 | $5,300 | $14,000 |
| % to Net Revenue | 3.0% | 1.3% | 3.2% | 4.8% | 3.1% |
| | | | | | |
| EBITDA with CPS Sale | $4,000 | $46,300 | $3,400 | $5,300 | $59,000 |
| % to Net Revenue | 3.0% | 45.1% | 3.2% | 4.8% | 13.0% |

P. 4

COR.-EQTY0002754

**A260**

Proprietary and Confidential
Final

## Coram Healthcare Corporation - Cash Flow
### Target Budget 2000

| | FOR THE THREE MONTHS ENDED | | | | For the twelve months ended |
| --- | --- | --- | --- | --- | --- |
| | March 31, 2000 (Unaudited) | June 30, 2000 (Unaudited) | September 30, 2000 (Unaudited) | December 31, 2000 (Unaudited) | December 31, 2000 (Unaudited) |
| **OPERATING CASH FLOW** | | | | | |
| CASH RECEIPTS | $ 141,333 | $ 107,019 | $ 101,819 | $ 104,950 | $ 455,121 |
| CASH DISBURSEMENTS | (137,064) | (101,742) | (98,485) | (97,525) | (434,816) |
| NET OPERATING CASH FLOW | 4,269 | 5,277 | 3,334 | 7,425 | 20,305 |
| **NON-RECURRING CASH FLOW** | | | | | |
| CAPITAL EXPENDITURES | (2,052) | (1,143) | (448) | (326) | (3,969) |
| ASSET SALE, net of costs | - | 65,000 | - | - | 65,000 |
| INTEREST PAYMENTS | (3,377) | (1,176) | (4,841) | (6,604) | (15,998) |
| PRINCIPAL PAYMENTS | - | (60,000) | - | - | (60,000) |
| TOTAL PAYMENTS TO DEBT HOLDERS | (3,377) | (61,176) | (4,841) | (6,604) | (75,998) |
| RESTRUCTURING PAYMENTS | (5,154) | (2,127) | (1,484) | (1,269) | (10,034) |
| OTHER DISBURSEMENTS INCLUDING LEGAL FEES | (1,614) | (2,841) | (201) | (1) | (4,657) |
| TAX PAYMENTS | (125) | (125) | (125) | (125) | (500) |
| OTHER DEBT PAYMENTS NET OF INTEREST INCOME | (136) | (54) | (40) | (87) | (317) |
| TOTAL CASH FLOW | $ (8,189) | $ 2,811 | $ (3,805) | $ (987) | $ (10,170) |
| BEGINNING CASH | 11,059 | 2,870 | 5,681 | 1,876 | 11,059 |
| ENDING CASH | $ 2,870 | $ 5,681 | $ 1,876 | $ 889 | $ 889 |

P. 5

12/22/99; 6:09 PM

COR.-EQTY0002755

A261

Proprietary and Confidential
Final

**Coram Healthcare Corporation - Balance Sheet**
**Target Budget 2000**

| | March 31, 2000 (Unaudited) | June 30, 2000 (Unaudited) | September 30, 2000 (Unaudited) | December 31, 2000 (Unaudited) |
|---|---|---|---|---|
| **ASSETS** | | | | |
| CASH | $ 2,870 | $ 5,681 | $ 1,877 | $ 889 |
| ACCOUNTS RECEIVABLE | 104,791 | 83,481 | 83,593 | 84,468 |
| INVENTORIES | 20,962 | 16,281 | 16,171 | 15,827 |
| PROPERTY AND EQUIPMENT, net | 23,761 | 19,376 | 16,949 | 13,947 |
| GOODWILL, net | 219,333 | 216,537 | 213,741 | 210,945 |
| OTHER | 32,408 | 36,238 | 35,155 | 34,244 |
| TOTAL ASSETS | $ 404,125 | $ 377,594 | $ 367,486 | $ 360,320 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| CURRENT LIABILITIES | $ 90,283 | $ 89,352 | $ 87,428 | $ 86,494 |
| BANK DEBT | 302,299 | 242,299 | 242,299 | 242,299 |
| OTHER LONG-TERM LIABILITIES | 18,313 | 18,576 | 18,846 | 19,141 |
| TOTAL LIABILITIES | 410,895 | 350,227 | 348,573 | 347,934 |
| STOCKHOLDERS' EQUITY | (6,770) | 27,367 | 18,913 | 12,386 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 404,125 | $ 377,594 | $ 367,486 | $ 360,320 |

*Ran chanced increase of changes (liabilities)* [handwritten annotation]

12/22/99; 6:09 PM

**COMMENTS:**
A. Stark II Equity Infusion, estimates based on December 16, 1999 estimates of 1999:
   Using the Budget 2000 Stockholders' Equity, capital infusions would be required as noted:
   1) To meet the December 31, 2000 minimum equity of $75,001, $62,701 would be required.
   2) To meet the annual average test using 1998 and estimated 1999 and estimated 2000
      Stockholders' Equity at December 31st of each period, $120,000 would be required.
   3) To meet the quarterly average test, using the quarterly estimates for 2000, 1999 and 1998,
      $280,000 would be required.

B. Balance Sheets are based on 1999 estimates as of December 16, 1999.

P. 6

COR.-EQTY0002756

**A262**

Proprietary and Confidential
Final

**Coram Healthcare Corporation - Infusion**
**Target Budget 2000**

| | Budget 2000 | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | 2000 |
| Net Revenue | $ 101,400 | $ 100,000 | $ 104,000 | $ 108,200 | $ 424,200 |
| | | | | | |
| Cost of Sales | 92,100 | 70,000 | 79,900 | 81,700 | 321,700 |
| Depreciation & Amortization | 1,200 | 1,300 | 1,300 | 1,300 | 5,100 |
| Total Cost of Sales | 83,300 | 79,300 | 81,200 | 83,000 | 326,800 |
| % to Net Revenue | 76.1% | 77.7% | 77.5% | 76.7% | 77.0% |
| | | | | | |
| Gross Profit | 26,100 | 22,700 | 23,400 | 25,200 | 97,400 |
| % to Net Revenue | 23.9% | 22.3% | 22.4% | 23.3% | 23.0% |
| | | | | | |
| Operating Expenses: | | | | | |
| Direct Operating Exp w/ Bad Debt | 14,500 | 14,100 | 14,000 | 14,200 | 56,900 |
| Corporate Allocation | 7,400 | 8,400 | 7,500 | 7,500 | 30,800 |
| % to Net Revenue | 6.8% | 8.2% | 7.2% | 6.9% | 7.3% |
| Restructure Charges | | | | | |
| Depreciation & Amortization | 500 | 500 | 500 | 500 | 2,000 |
| Corporate Allocation D & A | 2,000 | 3,500 | 3,500 | 3,500 | 13,300 |
| Depreciation & Amortization | 3,700 | 4,000 | 4,000 | 4,000 | 15,300 |
| Total Operating Expense | 25,200 | 25,500 | 25,500 | 25,700 | 102,900 |
| % to Net Revenue | 23.0% | 26.0% | 24.4% | 23.8% | 24.3% |
| | | | | | |
| Operating Income (Loss) before Interest | 900 | (3,000) | (2,100) | (500) | (5,500) |
| % to Net Revenue | 0.0% | -3.7% | -2.0% | -0.5% | -1.3% |
| | | | | | |
| Other - Loss from Discontinued Operations | | | | | |
| Other Income / (Expense) | (200) | (200) | (200) | (200) | (800) |
| Interest Expense | (5,500) | (5,600) | (5,600) | (5,500) | (22,200) |
| | | | | | |
| Income (Loss) before Income Tax | (4,800) | (9,000) | (7,900) | (6,200) | (28,500) |
| % to Net Revenue | -4.4% | 9.4% | -7.6% | -5.7% | -6.7% |
| | | | | | |
| Income Taxes | 100 | 700 | 100 | 100 | 500 |
| | | | | | |
| Net Income (Loss) | $ (4,900) | $ (9,000) | $ (8,000) | $ (6,300) | $ (29,000) |
| % to Net Revenue | -4.5% | -9.0% | -7.6% | -5.8% | -6.8% |
| | | | | | |
| EBITDA without CPS Sale | $5,000 | $1,300 | $1,000 | $4,600 | $14,100 |
| % to Net Revenue | 4.9% | 1.3% | 2.1% | 4.3% | 3.3% |
| | | | | | |
| EBITDA with CPS Sale | $5,200 | $1,300 | $3,000 | $4,600 | $14,100 |
| % to Net Revenue | 4.8% | 1.3% | 2.9% | 4.3% | 3.3% |

p. 7

COR.-EQTY0002757

1/22/2000, 6:01 PM

Proprietary and Confidential
Final

**Coram Healthcare Corporation - CTI**
**Target Budget 2000**

**Budget 2000**

| | Q1 | Q2 | Q3 | Q4 | 2000 |
|---|---|---|---|---|---|
| Net Revenue | $ 400 | $ 600 | $ 1,000 | $ 1,300 | $ 3,300 |
| | | | | | |
| Cost of Sales | | | | | |
| Depreciation & Amortization | | | | | |
| Total Cost of Sales | | | | | |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | |
| Gross Profit | 400 | 600 | 1,000 | 1,300 | 3,300 |
| % to Net Revenue | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | |
| Operating Expenses: | | | | | |
| Direct Operating Exp w/ Bad Debt | 400 | 500 | 500 | 500 | 1,900 |
| Corporate Allocation | | | 100 | 100 | 200 |
| % to Net Revenue | 0.0% | 0.0% | 10.0% | 7.7% | 6.1% |
| Restructure Charges | | | | | |
| Depreciation & Amortization | | | | | |
| Corporate Allocation D & A | | | | | |
| Depreciation & Amortization | | | | | |
| Total Operating Expense | 400 | 500 | 600 | 600 | 2,100 |
| % to Net Revenue | 100.0% | 83.3% | 60.0% | 46.2% | 63.6% |
| | | | | | |
| Operating Income (Loss) before Interest | | 100 | 400 | 700 | 1,200 |
| % to Net Revenue | 0.0% | 16.7% | 40.0% | 53.8% | 36.4% |
| | | | | | |
| Other - Loss from Discontinued Operations | | | | | |
| Other Income / (Expense) | | | (100) | (100) | (200) |
| Interest Expense | | | | | |
| Income (Loss) before Income Tax | | 100 | 300 | 600 | 1,000 |
| % to Net Revenue | 0.0% | 16.7% | 30.0% | 46.2% | 30.3% |
| | | | | | |
| Income Taxes | | | | | |
| | | | | | |
| Net Income (Loss) | $ — | $ 100 | 300 | 600 | 1,000 |
| % to Net Revenue | 0.0% | 16.7% | 30.0% | 46.2% | 30.3% |
| | | | | | |
| EBITDA without CPS Sale | $0 | $100 | $400 | $700 | $1,200 |
| % to Net Revenue | 0.0% | 16.7% | 40.0% | 53.8% | 35.4% |
| | | | | | |
| EBITDA with CPS Sale | $0 | $100 | $400 | $700 | $1,200 |
| % to Net Revenue | 0.0% | 16.7% | 40.0% | 53.8% | 36.4% |

P. 8

12/22/99; 6:09 PM

COR.-EQTY0002758

A264

Proprietary and Confidential
Final

12/22/99; 6:09 PM

**Coram Healthcare Corporation - CPS**
**Target Budget 2000**

| | Budget 2000 | | | | |
| | Q1 | Q2 | Q3 | Q4 | 2000 |
|---|---|---|---|---|---|
| Net Revenue | $ 25,700 | $ - | $ - | $ - | $ 25,700 |
| | | | | | |
| Cost of Sales | 22,000 | - | - | - | 22,000 |
| Depreciation & Amortization | - | - | - | - | - |
| Total Cost of Sales | 22,000 | - | - | - | 22,000 |
| % to Net Revenue | 85.6% | 0.0% | 0.0% | 0.0% | 85.6% |
| | | | | | |
| Gross Profit | 3,700 | - | - | - | 3,700 |
| % to Net Revenue | 14.4% | 0.0% | 0.0% | 0.0% | 14.4% |
| | | | | | |
| Operating Expenses: | | | | | |
| Direct Operating Exp w/ Bad Debt | 2,800 | - | - | - | 2,800 |
| Corporate Allocation | 1,700 | - | - | - | 1,700 |
| % to Net Revenue | 6.6% | 0.0% | 0.0% | 0.0% | 6.6% |
| Restructure Charges | - | - | - | - | - |
| Depreciation & Amortization | 700 | - | - | - | 700 |
| Corporate Allocation D & A | - | - | - | - | - |
| Depreciation & Amortization | 700 | - | - | - | 700 |
| Total Operating Expense | 5,200 | - | - | - | 5,200 |
| % to Net Revenue | 20.2% | 0.0% | 0.0% | 0.0% | 20.2% |
| | | | | | |
| Operating Income (Loss) before Interest | (1,500) | - | - | - | (1,500) |
| % to Net Revenue | -5.8% | 0.0% | 0.0% | 0.0% | -5.8% |
| | | | | | |
| Other - Loss from Discontinued Operations | - | - | - | - | - |
| Other Income / (Expense) | - | 45,000 | - | - | 45,000 |
| Interest Expense | (1,300) | - | - | - | (1,300) |
| | | | | | |
| Income (Loss) before Income Tax | (2,800) | 45,000 | - | - | 42,200 |
| % to Net Revenue | -10.9% | 0.0% | 0.0% | 0.0% | 164.2% |
| | | | | | |
| Income Taxes | - | - | - | - | - |
| | | | | | |
| Net Income (Loss) | $ (2,800) | $ 45,000 | $ - | $ - | $ 42,200 |
| % to Net Revenue | -10.9% | 0.0% | 0.0% | 0.0% | 164.2% |
| | | | | | |
| EBITDA without CPS Sale | ($800) | $0 | $0 | $0 | ($800) |
| % to Net Revenue | -3.1% | 0.0% | 0.0% | 0.0% | -3.1% |
| | | | | | |
| EBITDA with CPS Sale | ($800) | $45,000 | $0 | $0 | $44,200 |
| % to Net Revenue | -3.1% | 0.0% | 0.0% | 0.0% | 172.0% |

P. 9

COR.-EQTY0002759

A265

Proprietary and Confidential
Final

Coram Healthcare Corporation - RNET
Target Budget 2000

| | Budget 2000 | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | 2000 |
| Net Revenue | $ - | $ - | $ - | $ - | $ - |
| Cost of Sales | | | | | |
| Depreciation & Amortization | | | | | |
| Total Cost of Sales | - | - | - | - | - |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Gross Profit | - | - | - | - | - |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Operating Expenses: | | | | | |
| Direct Operating Exp w/ Bad Debt | - | - | - | - | - |
| Corporate Allocation | | | | | |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Restructure Charges | | | | | |
| Depreciation & Amortization | | | | | |
| Corporate Allocation D & A | | | | | |
| Depreciation & Amortization | | | | | |
| Total Operating Expense | - | - | - | - | - |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Operating Income (Loss) before Interest | - | - | - | - | - |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other - Loss from Discontinued Operations | (400) | (100) | | | (500) |
| Other Income / (Expense) | | | | | |
| Interest Expense | | | | | |
| Income (Loss) before Income Tax | (400) | (100) | - | - | (500) |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Income Taxes | | | | | |
| Net Income (Loss) | $ (400) | $ (100) | $ - | $ - | $ (500) |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| EBITDA without CPS Sale | ($400) | ($100) | $0 | $0 | ($500) |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| EBITDA with CPS Sale | ($400) | ($100) | $0 | $0 | ($500) |
| % to Net Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

P. 10

12/22/99; 6:09 PM

COR.-EQTY0002760



Coram Healthcare Corporation
2000 Recurring Operating Cash Flows
Target Budget
(In Thousands)

TB-1

COR.-EQTY0002761

CORAM HEALTHCARE
OPERATING BUDGET 2000

The Operating Budget is the "stretch" budget that Coram's operating entities are driving to produce for Fiscal 2000. This is the budget loaded into the reporting system and the performance against which the operating units are being measured.

This budget includes strategic initiatives and changes made by Dan Crowley. The strategic initiatives include focus and concentration on changing the mix of the business with particular emphasis on the TPN patients and other core therapies. Additionally, this budget includes operational cost savings of closing and consolidating certain operations; implementation of a more cost effective nurse services model and usage of a national lab for the provision of required services.

The incentive for operations to achieve this plan is included in the MIP bonus plan that would pay as much as an estimated $6.8 million should this plan be achieved.

COR.-EQTY0002763

**A268**

Proprietary and Confidential
Final

1/31/00; 5:00 PM

Coram Healthcare Corporation
Operating Budget 2000

| Contents Summary | Page |
|---|---|

Cash Flow Assumptions — 1

Budget 2000 - Consolidated by Division — 2

Budget 2000 - Cash Flow — 3

Budget 2000 - Q1 by Division — 4

Budget 2000 - Q2 by Division — 5

Budget 2000 - Q3 by Division — 6

Budget 2000 - Q4 by Division — 7

COR.-EQTY0002764

A269

Proprietary and Confidential
Final

1/31/00; 5:00 PM

**Coram Healthcare Corporation**
**Operating Budget 2000**
**Cash Flow Assumptions**

|     |          | Q1 | Q2 | Q3 | Q4 |
|-----|----------|----|----|----|----|
| 1)  | DSO      | 86 | 84 | 82 | 79 |
| 2)  | AP Aging | 54 | 49 | 44 | 41 |

3) Summary of CPS Sale, April 1, 2000

| | |
|---|---|
| Estimated cash proceeds | $ 45,000,000 |
| Estimated costs associated with sale | (5,000,000) |
| Net proceeds on sale | $ 40,000,000 |
| Net Book Value estimated | (15,000,000) |
| Reserves from sale | |
| Estimated gain on sale of asset | $ 25,000,000 |
| | |
| Net proceeds on sale | $ 40,000,000 |
| Paydown portion of principle | |
| on Series B debt | (40,000,000) |
| Cash available for operations | $    — |

4) Interest payments due on Bank debt on July 15 and October 15 are paid in cash (no PIKs).
   $40 million reduction in Series B debt principle from the sale of CPS.
   Senior Credit Facility line remains at $44m with a 1/2 % pt. increase in 7/00.

5) Credit facility borrowing base, using November 1999 A/R balances, without R-Net and CPS
   is $52 million. With the credit facility at $44 million, Coram could be required to report
   weekly financial data to the noteholders.

P. 1

COR.-EQTY0002765

**A270**