Proprietary and Confidential
Final

# C O R A M
## Operating Budget 2000 - Consolidated

| | Infusion | CTI | CPS | Rnet | Consolidated |
|---|---|---|---|---|---|
| Net Revenue | $441,700 | $4,500 | $23,500 | $0 | $469,700 |
| Drugs & Supplies | 173,400 | - | 20,100 | - | 193,500 |
| Clinical Services | 137,900 | - | - | - | 137,900 |
| Clinical Services - D&A | 5,200 | - | - | - | 5,200 |
| Cost of Sales | 316,500 | - | 20,100 | - | 336,600 |
| Gross Profit | 125,200 | 4,500 | 3,400 | - | 133,100 |
| | 28.3% | 100.0% | 14.5% | | 28.3% |
| Direct Operating Expenses | 57,500 | 2,000 | 2,500 | - | 62,000 |
| Direct Operating Expenses - D&A | 2,000 | - | 100 | - | 2,100 |
| Corporate Allocation - D&A | 13,200 | 200 | 600 | - | 14,000 |
| Corporate Allocation | 31,700 | 300 | 1,700 | - | 33,700 |
| MIP Incentive Plan - @ 85% MBO | 6,400 | 100 | 300 | - | 6,800 |
| Operating Expenses | 110,800 | 2,600 | 5,200 | - | 118,600 |
| Operating Income (Loss), Before Interest | 14,400 | 1,900 | (1,800) | - | 14,500 |
| Interest Expense | 22,400 | 300 | 1,000 | - | 23,700 |
| Discontinued Operations - Operating Loss | - | - | - | 500 | 500 |
| Other (Income) Expense | (8,000) | - | (25,000) | (500) | (25,000) |
| Income (Loss) Before MI & Income Taxes | (8,000) | 1,600 | 22,200 | (500) | 15,300 |
| Minority Interest | 300 | - | - | - | 300 |
| Income Taxes | 500 | - | - | - | 500 |
| Net Income (Loss) | ($8,800) | $1,600 | $22,200 | ($500) | $14,500 |
| EBITDA, with out sale of CPS | $34,500 | $2,100 | ($1,100) | ($500) | $35,000 |
| EBITDA | $34,500 | $2,100 | $23,000 | ($500) | $60,000 |

P. 2

1/31/00; 5:00 PM

COR.-EQTY0002766

A271

Proprietary and Confidential
Final

# C O R A M
### Operating Budget 2000 - Cash Flow

| | Consolidated $459,600 | Q1 $130,600 | Q2 $112,600 | Q3 $105,000 | Q4 $111,600 |
|---|---|---|---|---|---|
| Cash Receipts | | | | | |
| Drugs & Supplies / Payroll / Other Operating Expenses | (433,900) | (125,100) | (109,900) | (96,400) | (102,500) |
| Cash From Operations | 25,900 | 5,500 | 2,700 | 8,600 | 9,100 |
| Capital Expenditures | (3,200) | (1,300) | (1,100) | (500) | (300) |
| Restructure Charges, from 1999 | (10,000) | (5,100) | (2,100) | (1,500) | (1,300) |
| Tax Payments | (500) | (100) | (200) | (100) | (100) |
| Interest Income | 200 | | | 100 | 100 |
| Sale of CPS | 40,000 | | 40,000 | | |
| Net Cash Before Debt Activity | 52,400 | (1,000) | 39,300 | 6,600 | 7,500 |
| Interest Payments | (13,500) | (1,100) | (1,100) | (4,800) | (6,500) |
| Payments on Credit Facility, net | (1,500) | (1,500) | | | |
| Pay Down of Series B | (40,000) | | (40,000) | | |
| Quarterly Cash Flow | (2,600) | (3,600) | (1,800) | 1,800 | 1,000 |
| Beginning Cash Balance | 11,900 | 11,900 | 8,300 | 6,500 | 8,300 |
| Ending Cash Balance | 9,300 | 8,300 | 6,500 | 8,300 | 9,300 |

1/31/00, 5:00 PM

COR.-EQTY0002767

Proprietary and Confidential
Final

# C O R A M
### Operating Budget 2000 - Q1

| | Consolidated $135,100 | Infusion $112,200 | CTI $400 | CPS $23,500 | Rout $0 |
|---|---|---|---|---|---|
| Net Revenue | | | | | |
| Drugs & Supplies | 63,100 | 43,000 | - | 20,100 | - |
| Clinical Services | 38,000 | 38,000 | - | - | - |
| Clinical Services - D&A | 1,300 | 1,300 | - | - | - |
| Cost of Sales | 102,400 | 82,300 | - | 20,100 | - |
| Gross Profit | 33,700 | 29,900 | 400 | 3,400 | - |
| | 24.8% | 26.6% | 100.0% | 14.5% | - |
| Direct Operating Expenses | 17,600 | 14,700 | 400 | 2,500 | - |
| Direct Operating Expenses - D&A | 600 | 500 | - | 100 | - |
| Corporate Allocation - D&A | 3,900 | 3,300 | - | 600 | - |
| Corporate Allocation | 9,700 | 7,900 | 100 | 1,700 | - |
| MIP Incentive Plan - @ 85% MBO | 1,900 | 1,600 | 0 | 300 | - |
| Operating Expenses | 33,700 | 28,000 | 500 | 5,200 | - |
| Operating Income (Loss), Before Interest | (0) | 1,900 | (100) | (1,800) | - |
| Interest Expense | 5,900 | 4,900 | - | 1,000 | - |
| Discontinued Operations - Operating Loss | 400 | - | - | - | 400 |
| Other (Income) Expense | - | - | - | - | - |
| Income (Loss) Before MI & Income Taxes | (6,300) | (3,000) | (100) | (2,800) | (400) |
| Minority Interest | 100 | 100 | - | - | - |
| Income Taxes | 100 | 100 | - | - | - |
| Net Income (Loss) | ($6,500) | ($3,200) | ($100) | ($2,800) | ($400) |
| EBITDA, with out sale of CPS | $5,300 | $6,900 | ($100) | ($1,100) | ($400) |
| EBITDA | $5,300 | $6,900 | ($100) | ($1,100) | ($400) |

P. 4

1/31/00: 5:00 PM

COR.-EQTY0002768

Proprietary and Confidential
Final

# C O R A M
### Operating Budget 2000 - Q2

1/31/00; 5:00 PM

| | Consolidated | Infusion | CTI | CPS | Rnet |
|---|---|---|---|---|---|
| Net Revenue | $106,700 | $105,700 | $1,000 | $0 | $0 |
| Drugs & Supplies | 38,900 | 38,900 | - | | |
| Clinical Services | 36,500 | 36,500 | - | | |
| Clinical Services - D&A | 1,300 | 1,300 | - | | |
| Cost of Sales | 76,700 | 76,700 | - | | |
| Gross Profit | 30,000 | 29,000 | 1,000 | | |
| | 28.1% | 27.4% | 100.0% | | |
| Direct Operating Expenses | 14,800 | 14,300 | 500 | | |
| Direct Operating Expenses - D&A | 500 | 500 | - | | |
| Corporate Allocation - D&A | 3,300 | 3,300 | - | | |
| Corporate Allocation | 8,000 | 7,900 | 100 | | |
| MIP Incentive Plan - @ 85% MBO | 1,600 | 1,600 | 0 | | |
| Operating Expenses | 28,200 | 27,600 | 600 | | |
| Operating Income (Loss), Before Interest | 1,800 | 1,400 | 400 | | |
| Interest Expense | 5,900 | 5,800 | 100 | | |
| Discontinued Operations - Operating Loss | 100 | - | - | | 100 |
| Other (Income) Expense | (25,000) | | | (25,000) | (100) |
| Income (Loss) Before MI & Income Taxes | 20,800 | (4,400) | 300 | 25,000 | (100) |
| Minority Interest | 100 | 100 | - | | |
| Income Taxes | 100 | 100 | - | | |
| Net Income (Loss) | $20,600 | ($4,600) | $300 | $25,000 | ($100) |
| EBITDA, with out sale of CPS | $6,700 | $6,400 | $400 | $0 | ($100) |
| EBITDA | $31,700 | $6,400 | $400 | $25,000 | ($100) |

COR.-EQTY0002769

Proprietary and Confidential
Final

# C O R A M
## Operating Budget 2000 - Q3

| | Consolidated | Infusion | CTI | CPS | Raet |
|---|---|---|---|---|---|
| Net Revenue | $111,200 | $109,800 | $1,400 | $0 | $0 |
| | | | | | |
| Drugs & Supplies | 39,800 | 39,800 | | | |
| Clinical Services | 36,800 | 36,800 | | | |
| Clinical Services - D&A | 1,300 | 1,300 | | | |
| Cost of Sales | 77,900 | 77,900 | | | |
| | | | | | |
| Gross Profit | 33,300 | 31,900 | 1,400 | | |
| | 29.9% | 29.1% | 100.0% | | |
| | | | | | |
| Direct Operating Expenses | 14,800 | 14,200 | 600 | | |
| Direct Operating Expenses - D&A | 500 | 500 | | | |
| Corporate Allocation - D&A | 3,300 | 3,300 | 100 | | |
| Corporate Allocation | 8,000 | 7,900 | 0 | | |
| MIP Incentive Plan - @ 85% MBO | 1,600 | 1,600 | 700 | | |
| Operating Expenses | 28,200 | 27,500 | 700 | | |
| | | | | | |
| Operating Income (Loss), Before Interest | 5,100 | 4,400 | 700 | | |
| | | | | | |
| Interest Expense | 5,900 | 5,800 | 100 | | |
| | | | | | |
| Discontinued Operations - Operating Loss | | | | | |
| Other (Income) Expense | | | | | |
| | | | | | |
| Income (Loss) Before MI & Income Taxes | (800) | (1,400) | 600 | | |
| | | | | | |
| Minority Interest | 100 | 100 | | | |
| Income Taxes | 100 | 100 | | | |
| | | | | | |
| Net Income (Loss) | ($1,000) | ($1,600) | $600 | $0 | $0 |
| | | | | | |
| EBITDA, with out sale of CPS | $10,100 | $9,400 | $700 | $0 | $0 |
| | | | | | |
| EBITDA | $10,100 | $9,400 | $700 | $0 | $0 |

1/31/00; 5:00 PM

COR.-EQTY0002770

Proprietary and Confidential
Final

1/31/00; 5:00 PM

# C O R A M
### Operating Budget 2000 - Q4

| | Consolidated | Infusion | CTI | CPS | Root |
|---|---|---|---|---|---|
| Net Revenue | $115,700 | $114,000 | $1,700 | $0 | $0 |
| | | | | | |
| Drugs & Supplies | 51,700 | 51,700 | | | |
| Clinical Services | 26,600 | 26,600 | | | |
| Clinical Services - D&A | 1,300 | 1,300 | | | |
| Cost of Sales | 79,600 | 79,600 | | | |
| | | | | | |
| Gross Profit | 36,100 | 34,400 | 1,700 | | |
| | 31.2% | 30.2% | 100.0% | | |
| | | | | | |
| Direct Operating Expenses | 14,800 | 14,300 | 500 | | |
| Direct Operating Expenses - D&A | 500 | 500 | - | | |
| Corporate Allocation - D&A | 3,500 | 3,300 | 200 | | |
| Corporate Allocation | 8,000 | 8,000 | (0) | | |
| MIP Incentive Plan - @ 85% MBO | 1,700 | 1,600 | 100 | | |
| Operating Expenses | 28,500 | 27,700 | 800 | | |
| | | | | | |
| Operating Income (Loss), Before Interest | 7,600 | 6,700 | 900 | | |
| | | | | | |
| Interest Expense | 6,000 | 5,900 | 100 | | |
| | | | | | |
| Discontinued Operations - Operating Loss | | | | | |
| Other (Income) Expense | - | - | - | | |
| | | | | | |
| Income (Loss) Before MI & Income Taxes | 1,600 | 800 | 800 | | |
| | | | | | |
| Minority Interest | - | - | - | | |
| Income Taxes | 200 | 200 | - | | |
| | | | | | |
| Net Income (Loss) | $1,400 | $600 | $800 | | |
| | | | | | |
| EBITDA, with out sale of CPS | $12,000 | $11,000 | $1,100 | $0 | $0 |
| | | | | | |
| EBITDA | $12,900 | $11,800 | $1,100 | $0 | $0 |

P. 7

COR.-EQTY0002771

**Coram Healthcare Corporation**
**2000 Recurring Operating Cash Flows**
**Operating Budget**
**(In Thousands)**



OB-1

COR.-EQTY0002772

## Coram Healthcare Corporation - Consolidated
## Operating Cash Flow Statement
### (In Thousands)

| For Period Ending (In Thousands) | Q1 1999 | Q2 1999 | Q3 1999 | Actual Oct | Actual Nov | Actual Dec | Q4 1999 | 1999 |
|---|---|---|---|---|---|---|---|---|
| **Recurring Operating Cash Flows** | | | | | | | | |
| Cash Receipts | 137,743 | 155,832 | 129,662 | 42,454 | 42,627 | 43,683 | 128,765 | 552,002 |
| Cash Disbursements | 147,442 | 152,657 | 134,150 | 48,697 | 36,097 | 52,205 | 137,000 | 571,250 |
| **Total Recurring Operating Cash Flow** | (9,699) | 3,174 | (4,488) | (6,243) | 6,530 | (8,522) | (8,235) | (19,248) |
| **Other Cash Flow** | | | | | | | | |
| Cash Receipts | | | | | | | | |
| Principal Borrowings | 20,000 | 7,500 | 0 | 0 | 7,000 | 0 | 7,000 | 34,500 |
| Return of Cash LOC's, Deposits | 375 | 200 | 100 | 0 | 0 | 0 | 0 | 675 |
| Total | 20,375 | 7,700 | 100 | 0 | 7,000 | 0 | 7,000 | 35,175 |
| Cash Disbursements | | | | | | | | |
| Interest Expense | 5,779 | 2,306 | 796 | 324 | 314 | 318 | 955 | 9,837 |
| Cognitive Design Acq | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 140 |
| Homecare Hawaii Acq | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal Payments | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 |
| Total | 10,919 | 2,306 | 796 | 324 | 314 | 368 | 5,904 | 10,902 |
| **Total Other Cash Flow** | 9,456 | 5,394 | (696) | (324) | 6,606 | (368) | 5,904 | 20,148 |
| **Total Cash Flow** | (243) | 8,568 | (5,184) | (6,567) | 13,216 | (8,890) | (2,241) | 900 |
| Beginning Cash | 9,346 | 9,004 | 17,573 | 12,488 | 4,579 | 17,794 | 12,488 | 9,346 |
| Ending Cash | 9,004 | 17,573 | 12,488 | 5,922 | 17,784 | 8,905 | 8,906 | 8,906 |
| Increase(Decrease) | (342) | 8,568 | (5,085) | (6,566) | 13,215 | (8,887) | (2,239) | (440) |
| Beginning Balance Collateral Account | 200 | 300 | 300 | 200 | 200 | 200 | 200 | 200 |
| Account Activity | 100 | 0 | (100) | 0 | 0 | 0 | 0 | 0 |
| Ending Balance Collateral Account | 300 | 300 | 200 | 200 | 200 | 200 | 200 | 200 |
| Revolver Beginning Balance | - | 15,000 | 22,500 | 37,000 | 37,000 | 44,000 | 37,000 | - |
| Borrowings/Repayments | 15,000 | 7,500 | 14,500 | 0 | 7,000 | 0 | 7,000 | 44,000 |
| Revolver Ending Balance | 15,000 | 22,500 | 37,000 | 37,000 | 44,000 | 44,000 | 44,000 | 44,000 |
| **A/P Agings - Over 30 Days** | | | | | | | | |
| CPS, Base, Corporate- | *1 | 7,257 | 9,413 | 12,309 | 13,849 | 10,770 | 10,770 | |
| RNET | *1 | 12,372 | 22,004 | 23,233 | 26,941 | 28,196 | 28,196 | |
| Total | *1 | 19,629 | 31,417 | 35,542 | 40,790 | 38,966 | 38,966 | |

Note: Excludes CPS/PBM receipts and disbursements
Nov and Dec exclude Rnet receipts and disbursements
*1 = information not available

Page 1

COR.-EQTY0002774

**Coram Healthcare Corporation - Consolidated**
**1999 Operating Receipts**
**(In Thousands)**

| For Period Ending | Q1 | Q2 | Q3 | Oct | Nov | Dec | Q4 | Total 1999 | |
|---|---|---|---|---|---|---|---|---|---|
| Total Receipts | 137,743 | 155,832 | 129,662 | 42,454 | 42,627 | 43,683 | 128,765 | 552,002 | ?.?18 |
| INFUSION | 94,668 | 105,368 | 103,764 | 34,801 | 37,272 | 36,873 | 108,945 | 412,745 | 371,625 |
| CPS w/o PBM | 10,322 | 13,148 | 13,625 | 4,302 | 4,796 | 5,008 | 14,105 | 51,199 | 30,816 |
| RNET | 9,837 | 12,075 | 7,378 | 2,317 | - | - | 2,317 | 31,607 | 113,636 |
| AETNA | 20,120 | 21,230 | - | - | - | - | - | 41,350 | 52,000 |
| CLINICAL RESEARCH | 76 | 43 | 369 | 195 | 98 | 157 | 450 | 939 | |
| OTHER | 2,720 | 3,968 | 4,526 | 840 | 462 | 1,645 | 2,948 | 14,162 | |

Note:   Excludes CPS, PBM receipts
        Nov and Dec exclude Rnet Receipts

Page 2

COR.-EQTY0002775

Coram Healthcare Corporation - Consolidated
1999 Operating Disbursements
(In Thousands)

| For Period Ending | Q1 | Q2 | Q3 | Oct | Nov | Dec | Q4 | Total 1999 |
|---|---|---|---|---|---|---|---|---|
| Total Operating Disbursements | 147,442 | 152,657 | 134,150 | 48,697 | 36,097 | 52,205 | 137,000 | 571,250 |
| Drugs & Supplies | 72,821 | 77,054 | 59,617 | 26,986 | 14,736 | 24,355 | 66,077 | 275,568 |
| PP&E | 3,100 | 1,897 | 1,707 | 358 | 340 | | 698 | 7,402 |
| Other Non P.O.(Includes CPS non Cardinal Drugs) | 26,410 | 31,409 | 31,543 | 7,956 | 7,989 | 13,435 | 29,380 | 118,742 |
| Total Non P.O. | 29,510 | 33,306 | 33,250 | 8,314 | 8,329 | 13,435 | 30,078 | 126,144 |
| Payroll | 40,910 | 37,562 | 36,897 | 12,165 | 10,959 | 13,426 | 36,550 | 151,918 |
| Cigna | 1,906 | 1,083 | 1,866 | 641 | 880 | 599 | 2,120 | 7,775 |
| 401K | 1,559 | 1,935 | 1,449 | 465 | 678 | 208 | 1,351 | 6,324 |
| 401K- Match | 457 | 483 | 392 | | 450 | | 450 | 1,983 |
| Total P/R & Related | 44,863 | 41,862 | 40,605 | 13,270 | 12,968 | 13,730 | 40,470 | 168,000 |
| Total Settlements & Other | 19 | 268 | 319 | 34 | 34 | 109 | 170 | 784 |
| Total Earnouts & Canada | 135 | 75 | 75 | 63 | 31 | 47 | 110 | 396 |
| Total Operational Banking | 93 | 92 | 85 | 29 | 31 | 27 | 87 | 358 |
| | 147,442 | 152,657 | 134,150 | 48,697 | 36,097 | 52,205 | 137,000 | 571,250 |
| Non-Operating Disbursements | | | | | | | | |
| Term Facility Interest | 221 | 548 | 796 | 324 | 314 | 318 | 956 | 2,522 |
| Series A&B Interest | 5,555 | 1,758 | - | - | - | - | - | 7,313 |
| Total Debt Recurring | 5,776 | 2,306 | 796 | 324 | 314 | 318 | 956 | 9,835 |
| Collateral | 100 | - | - | - | - | - | - | 100 |
| Principal Payments | 5,000 | - | - | - | - | - | - | 5,000 |

Note: Excludes CPS, PBM disbursements
      Nov and Dec exclude Rnet disbursements
      Dec Payroll includes impound for 1st Payroll in Jan '00 as transmitted early due to Y2K concerns

Page 3

COR.-EQTY0002776

A280

## Coram Healthcare Corporation - Consolidated Operating Cash Flow Statement
### (In Thousands)

| For Period Ending (In Thousands) | Q1 1998 | Q2 1998 | Q3 1998 | Q4 1998 | YTD 1998 |
|---|---|---|---|---|---|
| **Recurring Operating Cash Flows** | | | | | |
| Cash Receipts | 104,826 | 111,469 | 131,959 | 141,296 | 489,571 |
| Cash Disbursements | 112,641 | 116,613 | 127,707 | 139,201 | 496,162 |
| **Total Recurring Operating Cash Flow** | (7,815) | (5,123) | 4,253 | 2,095 | (6,591) |
| **Other Cash Flow** | | | | | |
| Cash Receipts | | | | | |
| Sale of CHT Interest | 0 | 0 | 30 | 70 | 100 |
| Sale of Healthcare At Home | 0 | 0 | 750 | 0 | 750 |
| Return of Cash LOC's,Deposits | 0 | 0 | 7,450 | 0 | 7,450 |
| Principal Borrowings | 0 | 0 | 23,250 | 12,000 | 35,250 |
| Total | 0 | 0 | 31,480 | 12,070 | 43,550 |
| Cash Disbursements | | | | | |
| Interest Expense | 791 | 0 | 1,923 | 5,786 | 8,500 |
| Debt Restructure - Warrant pymts & fees | 0 | 0 | 4,950 | 0 | 4,950 |
| Litho Sale | 0 | 0 | 180 | 0 | 180 |
| Homecare Hawaii Acq | 530 | 0 | 0 | 0 | 530 |
| Healthquest Acq | 0 | 1,500 | 1,000 | 0 | 2,500 |
| Principal Payments | 80,000 | 0 | 14,000 | 21,250 | 115,250 |
| Total | 81,321 | 1,500 | 22,053 | 27,036 | 131,910 |
| **Total Other Cash Flow** | (81,321) | (1,500) | 9,427 | (14,966) | (88,360) |
| **Total Cash Flow** | (89,137) | (6,623) | 13,680 | (12,871) | (94,951) |
| Beginning Cash | 104,297 | 15,164 | 8,525 | 22,217 | 104,297 |
| Ending Cash | 15,164 | 8,525 | 22,217 | 9,346 | 9,346 |
| Increase(Decrease) | (89,134) | (6,639) | 13,692 | (12,871) | (94,951) |
| Beginning Balance Collateral Account | 3,799 | 4,049 | 7,049 | 250 | 3,799 |
| Account Activity | 250 | 3,000 | (6,799) | (50) | (3,599) |
| Ending Balance Collateral Account | 4,049 | 7,049 | 250 | 200 | 200 |
| Revolver Beginning Balance | - | - | - | 9,250 | - |
| Borrowings/Repayments | - | - | 9,250 | (9,250) | - |
| Revolver Ending Balance | - | - | 9,250 | 0 | - |

Page 4

COR.-EQTY0002777

## Coram Healthcare Corporation - Consolidated
## Operating Cash Flow Statement
### (In Thousands)

| For Period Ending | Q1 1997 | Q2 1997 | Q3 1997 | Q4 1997 | 1997 YTD |
|---|---|---|---|---|---|
| (In Thousands) | | | | | |
| **Recurring Operating Cash Flows** | | | | | |
| Cash Receipts | 121,302 | 123,793 | 116,067 | 110,587 | 471,748 |
| Cash Disbursements | 115,840 | 115,064 | 115,362 | 108,718 | 454,984 |
| **Total Recurring Operating Cash Flow** | 5,462 | 8,728 | 705 | 1,869 | 16,764 |
| | | | | | |
| **Other Cash Flow** | | | | | |
| Cash Receipts | | | | | |
| Lithotripsy Division Sale | 0 | 0 | 0 | 126,600 | 126,600 |
| IHS Termination Fee | 0 | 15,000 | 0 | 0 | 15,000 |
| Caremark Settlement | 0 | 0 | 41,400 | 0 | 41,400 |
| Principal Borrowings | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 15,000 | 41,400 | 126,600 | 183,000 |
| Cash Disbursements | | | | | |
| Interest Expense | 3,267 | 7,106 | 3,191 | 2,306 | 15,870 |
| Principal Payments | 0 | 22,700 | 20,000 | 35,000 | 77,700 |
| Total | 3,267 | 29,806 | 23,191 | 37,306 | 93,570 |
| **Total Other Cash Flow** | (3,267) | (14,806) | 18,209 | 89,294 | 89,430 |
| **Total Cash Flow** | 2,195 | (6,078) | 18,914 | 91,163 | 106,194 |
| | | | | | |
| Beginning Cash | (1,897) | 298 | (5,780) | 13,135 | (1,897) |
| Ending Cash | 298 | (5,780) | 13,135 | 104,297 | 104,297 |
| Increase/(Decrease) | 2,195 | (6,078) | 18,914 | 91,163 | 106,194 |
| | | | | | |
| Revolver Beginning Balance | 77,700 | 77,700 | 55,000 | 35,000 | 77,700 |
| Borrowings/Repayments | 0 | (22,700) | (20,000) | (35,000) | (77,700) |
| Revolver Ending Balance | 77,700 | 55,000 | 35,000 | 0 | 0 |

Page 5

COR.-EQTY0002778

A282

## Coram Healthcare Corporation - Consolidated
## Operating Cash Flow Statement
### (In Thousands)

|  | January 2000 |
|---|---|
| **For Period Ending** |  |
| (In Thousands) |  |
| **Recurring Operating Cash Flows** |  |
| Cash Receipts | 39,215 |
| Cash Disbursements | 36,988 |
| **Total Recurring Operating Cash Flow** | **2,228** |
|  |  |
| Other Cash Flow |  |
| Cash Receipts |  |
| Principal Borrowings | 1,500 |
| Interest/Misc | 28 |
| Total | 1,528 |
| Cash Disbursements |  |
| Interest Expense | 400 |
| Principal Payments | 3,000 |
| Total | 3,400 |
|  |  |
| **Total Other Cash Flow** | **(1,872)** |
|  |  |
| **Total Cash Flow** | **356** |
|  |  |
| Beginning Cash | 8,906 |
| Ending Cash | 9,263 |
| Increase(Decrease) | 356 |
|  |  |
| Beginning Balance Collateral Account | 200 |
| Account Activity | - |
| Ending Balance Collateral Account | 200 |
|  |  |
| Revolver Beginning Balance | 44,000 |
| Borrowings/Repayments | (1,500) |
| Revolver Ending Balance | 42,500 |

Page 6

COR.-EQTY0002779

# Coram Healthcare Corporation
## Disbursement Analysis
### (In Thousands)

| For Period Ending | January 2000 |
|---|---|
| **Total Disbursements** | **40,388** |
| | |
| Drugs & Supplies | 10,329 |
| Cardinal - Wires | 8,688 |
| Sub-Total Drugs & Supplies | 19,017 |
| | |
| Non-Purchase Orders | 9,004 |
| P-Card | 71 |
| Postage by Phone | 30 |
| Sub-Total Non P.O. | 9,105 |
| | |
| Payroll | 7,391 |
| Cigna | 735 |
| 401K | 691 |
| Sub-Total P/R & Related | 8,818 |
| | |
| Earnout | |
| Canada Funding | 20 |
| Sub-Total Asset Investments | 20 |
| | |
| Banking Fees | 19 |
| Merchant Fees | 9 |
| Sub-Total Operational Banking | 29 |
| | |
| Term Facility Interest | 400 |
| Sub-Total Debt Recurring | 400 |
| | |
| Principal Payments | 3,000 |
| Total | 40,388 |

Page 7

COR.-EQTY0002780



Coram Healthcare Corporation
Recurring Operating Cash Flows
Annual Summaries
(In Thousands)

Page 8

COR.-EQTY0002781



Coram Healthcare Corporation
Recurring Operating Cash Flows
Annual Summaries
(In Thousands)

■ Operating Receipts
□ Operating Disbursements

Page 9

COR.-EQTY0002782



Coram Healthcare Corporation
1999 Recurring Operating Cash Flows
(In Thousands)

Page 10

COR.-EQTY0002783



Coram Healthcare Corporation
1998 Recurring Operating Cash Flows
(In Thousands)

■ Operating Receipts
□ Operating Disbursements

Page 11

COR.-EQTY0002784

A288



Coram Healthcare Corporation
1997 Recurring Operating Cash Flows
(In Thousands)

Page 12

COR.-EQTY0002785



Coram Healthcare Corporation
1999 & January 2000 Cash Payroll by Month

Page 13

COR.-EQTY0002786



Coram Healthcare Corporation
1998 Cash Payroll by Month

Page 14

COR.-EQTY0002787

**A291**

Cash Coverage

COR.-EQTY0002788

**A292**

2/12/00

## CORAM HEALTHCARE CORPORATION
## CASH TO COVER INTEREST PAYMENTS

| | Board Target Budget | Operating Budget | Projected Fiscal 2001 |
|---|---|---|---|
| Operating Cash Flow | $ 20,305,000 | $ 25,900,000 | $ 25,900,000 |
| Other disbursements, includes legal fees | (4,657,000) | - | (1) |
| Net Operating Cash flow | 15,648,000 | 25,900,000 | 25,900,000 |
| Capital Expenditures | (3,969,000) | (3,200,000) | (3,200,000) |
| Restructure payments | (10,034,000) | (10,000,000) | - |
| Tax payments and other | (817,000) | (300,000) | (300,000) |
| Net cash available for interest | 828,000 | 12,400,000 | 27,400,000 |
| Cash interest expense | (15,998,000) | (13,500,000) | (2) (27,850,000) |
| Cash shortfall | $ (15,170,000) | $ (1,100,000) | $ (5,450,000) |

Debt Balances, with $40 million paydown on the Series B 2nd Quarter:

| | |
|---|---|
| Series A | $ 168,423,372 |
| Series B | 52,084,099 |
| Senior | 44,000,000 |
| Total | $ 264,507,471 |

(1) Other expenses listed separately in the Board budget were primarily bonuses and legal fees. These costs are included in the operating expenses line for the Operating budget

(2) Cash interest is different because the Board budget assumed the interest that was due January 15th would be paid in cash and it was paid as PIK.

COR.-EQTY0002789

A/R & A/P

COR.-EQTY0002790

CORAM HEALTHCARE CORPORATION
Summary of Selected Financial Information

| | Q1-98 | Q2-98 | Q3-98 | Q4-98 | 1998 | Q1-99 | Q2-99 | Q3-99 | Unaudited Q4-99 | Unaudited 1999 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Accounts Receivable** | | | | | | | | | | |
| DSO Net A/R (less Aetna Cap) | 73 | 73 | 76 | 73 | 73 | 82 | 78 | 81 | 82 | 82 (1) |
| A/R Net of Allowance (in thousands) | $88,496 | $93,429 | $103,879 | $113,697 | $113,697 | $129,896 | $120,106 | $126,232 | $110,245 | $110,245 |
| Bad Debt Reserve (in thousands) | $17,039 | $17,743 | $17,154 | $18,128 | $18,128 | $19,178 | $16,254 | $21,377 | $32,129 | $32,129 |
| | | | | | | | | | | |
| **Accounts Payable (in thousands)** | | | | | | | | | | |
| A/P, vendors | $30,330 | $25,633 | $22,510 | $52,930 | $52,930 | $58,398 | $72,356 | $55,628 | $67,375 | $67,375 |
| Cardinal Deposit | $ - | $ - | $(3,500) | $(3,500) | $(3,500) | $(3,500) | $(3,500) | $(3,500) | $(5,500) | $(5,500) |
| Net A/P | $30,330 | $25,633 | $19,010 | $49,430 | $49,430 | $54,898 | $68,856 | $52,128 | $61,875 | $61,875 |

| A/P Agings - Over 30 Days | Q1-99 | Q2-99 | Q3-99 | Q4-99 |
|---|---|---|---|---|
| CPS, Base, Corporate | (2) | 7,257 | 9,413 | 10,770 |
| RNET | | 12,372 | 22,004 | 28,195 |
| Total | (2) | 19,629 | 31,417 | 38,966 |

Notes
(1) DSO Including RNET reserve is 76. Including RNET and other special reserves is 72
(2) Information not available

COR.-EQTY0002791

A295

Proprietary and Confidential

Coram Healthcare Corporation
Stark II Compliance

## Preliminary December 31, 1999 Analysis

### Quarterly Average Equity Test:

| | 1999 @ Feb 10 Prelim |
|---|---|
| Average Equity with '99 at $(112.7) net loss | $ 76,119 |
| Minimum Equity | $ 75,001 |
| Over (Under) | $ 1,118 |

### Coram's Estimated 3 Year Quarterly Equity Average

| | |
|---|---|
| Cumulative Quarterly Equity, 1997 - 1999 | $ 913,428 |
| Divided by 12 Quarters | 12 |
| Coram's Estimated 3 Year Average, Quarterly Equity | $ 76,119 |

### Stockholder Equity Quarterly Totals

| | Totals | 1997 | 1998 | 1999 |
|---|---|---|---|---|
| Mar | $ 170,044 | $ (30,538) | $ 108,086 | $ 92,496 |
| Jun | $ 274,776 | $ 129,133 | $ 91,001 | $ 54,642 |
| Sep | $ 270,319 | $ 138,784 | $ 91,978 | $ 39,557 |
| Dec | $ 198,289 | $ 125,026 | $ 92,857 | $ (19,594) prelim |
| Totals | $ 913,428 | $ 362,405 | $ 383,922 | $ 167,101 prelim |

Note: Stockholder Equity Balances agree to Form 10Q's and 10K's through September 30, 1999.

1/1

## Projected December 31, 2000 Analysis

### Year End Equity Test:

| | Target Budget | Operational Budget |
|---|---|---|
| December 31, 2000 Estimated Stockholder Equity | $ (5,894) | $ (5,094) |
| Minimum Equity | $ 75,001 | $ 75,001 |
| Over (Under) | $ (80,895) | $ (80,095) |

### Coram's Estimated Equity December 31, 2000

| | Target Budget | Operational Budget |
|---|---|---|
| December 31, 1999 Estimated Stockholder Equity: | $ (19,594) | $ (19,594) |
| 2000 Budgeted Net Income | 13,700 | 14,500 |
| December 31, 2000 Estimated Stockholder Equity | $ (5,894) | $ (5,094) |

Note: The Annual Average, Monthly Average and Quarterly Average Tests are not met with the applicable years for the averages being '98, preliminary '99 and Budget '00. The Year End Test is the only applicable test for 2000.

2/12/00

COR.-EQTY0002793

A296

Proprietary and Confidential

**Coram Healthcare Corporation - Consolidated**
**Comparative Historical Operating Results**
**1997 and 1998, 1999e & Budget 2000**

| | 1997 | 1998 | Preliminary 1999 (Unaudited) | Target Budget 2000 | Operational Budget 2000 |
|---|---|---|---|---|---|
| **RESULTS OF OPERATIONS** | | | | | |
| Net Revenue | $ 473,141 | $ 526,516 | $ 598,479 | $ 453,200 | $ 469,700 |
| Cost of Sales | 337,537 | 394,532 | 495,347 | 348,800 | 336,600 |
| Gross Profit | 135,604 | 131,984 | 103,132 | 104,400 | 133,100 |
| % to Net Revenue | 28.7% | 25.1% | 17.2% | 23.0% | 28.3% |
| Operating Expenses (see comments) | 122,962 | 119,153 | 166,248 | 110,200 | 118,600 |
| Operating Income (Loss) | $ 12,642 | $ 12,831 | $ (63,116) | $ (5,800) | $ 14,500 |
| Income (Loss) before Minority Interest & Taxes | $ 140,093 | $ (17,996) | $ (110,810) | $ 15,000 | $ 15,300 |
| Net Income (Loss) | $ 125,260 | $ (21,695) | $ (112,720) | $ 13,700 | $ 14,500 |
| Net Income (Loss), without settlement & business sales | $ (73,438) | $ (22,766) | $ (112,720) | $ (31,300) | $ (10,500) |
| NOTE: 1999 does not include restatement of Revenue, COS, Operating Expenses & Operating Income for discontinued operations of RNET. | | | | | |
| EBITDA | $ 233,690 | $ 35,780 | $ (44,300) | $ 59,000 | $ 60,000 |
| EBITDA without settlements & business sales | $ 34,972 | $ 34,709 | $ (44,300) | $ 14,000 | $ 35,000 |
| **CASH ACTIVITY** | | | | | |
| Cash Receipts (see comments) | $ 471,748 | $ 489,571 | $ 552,002 | $ 455,000 | $ 459,800 |
| Cash Disbursements | (454,984) | (496,162) | (571,250) | (454,200) | (447,400) |
| Cash from Operations | 16,764 | (6,591) | (19,248) | 800 | 12,400 |
| Interest Payments | (15,870) | (8,500) | (9,837) | (16,000) | (13,500) |
| Debt and Credit Facility Activity, net | (77,700) | (60,000) | 29,500 | (60,000) | (41,500) |
| Increase (Decrease) in Cash Before Other Cash, Net | $ (76,806) | $ (95,091) | $ 415 | $ (75,200) | $ (42,600) |
| Other Cash, Net (settlements, business sales, etc.) | 183,000 | 140 | 485 | 65,000 | 40,000 |
| Total Increase (Decrease) in Cash | $ 106,194 | $ (94,951) | $ 900 | $ (10,200) | $ (2,600) |

2/12/00; 12:21 PM; Exec Summary

1 / 2

COR.-EQTY0002795

Proprietary and Confidential

**Coam Healthcare Corporation - Consolidated**
**Comparative Historical Operating Results**
**1997 and 1998, 1999e & Budget 2000**

| COMMENTS | 1997 | 1998 | Preliminary 1999 (Unaudited) | Target Budget 2000 | Operational Budget 2000 |
|---|---|---|---|---|---|
| **(a)** 1997 Operating Expenses exclude income from litigation settlement. | | | | | |
| **(b)** Other Income (Expense): | | | | | |
| Income from litigation settlement | $ 156,792 @ | $ | $ | $ | $ |
| Gains on sale of businesses | 26,744 @ | 1,071 @ | - | 45,000 @ | 25,000 @ |
| Termination fee | 15,182 @ | - | - | - | - |
| Interest Expense | (75,026) | (32,734) | (29,533) | (23,700) | (23,700) |
| Losses attributable to discontinued operations / Q4 '99 | - | - | (18,061) | (500) | (500) |
| Other, net | 3,759 | 836 | (47,594) | - | 800 |
| Total Other Income (Expense) | $ 127,451 | $ (30,827) | $ 485 | $ 20,800 | $ 800 |
| Settlements & business sales adjustments to EBITDA | $ 198,718 @ | $ 1,071 @ | $ - @ | $ 45,000 @ | $ 25,000 @ |
| **(c)** Cash Activity: | | | | | |
| 1) Other Cash, Net (settlements, business sales, etc.) | $ 126,600 | $ (180) | $ - | $ | $ |
| Litho Sale - includes $820k in '98 from I H S stock | 41,400 | - | - | - | - |
| Caremark Settlement | 15,000 | - | - | - | - |
| IHS Termination Fee | - | 100 | - | - | - |
| CHT Sale | - | 750 | - | - | - |
| Healthcare At Home Sale (England) | - | 7,450 | 675 | - | - |
| Prior period cash returns of LOC's, deposits, etc. | - | (4,950) | - | - | - |
| Debt restructure - warrant payments & fees | - | (2,500) | - | - | - |
| Healthquest Acquisition | - | (530) | (50) | - | - |
| Homecare Hawaii Acquisition | - | - | (140) | - | - |
| Cognitive Design Acquisition | - | - | - | 65,000 | 40,000 |
| Sale of CPS, net of fees | $ 183,000 | $ 140 | $ 485 | $ 65,000 | $ 40,000 |

2) Debt and Credit Facility activity for 1999 excludes non-cash activity due to Aetna's draw against the RNET letters of credit of $14.5 million.

3) '00 Target Budget paydown on the Series B $60 million. Operation Budget paydown on the Series B $40 million.

2/12/00; 12:21 PM; Exec Summary

2/2

COR.-EQTY0002796

ProCare

INDIVIDUAL NEEDS. INDIVIDUAL CARE.

Dennis Burton
President

March 3, 2000

**STRICTLY PRIVATE AND CONFIDENTIAL**

Coram Healthcare Corporation
c/o Deutsche Banc Alex. Brown
One South Street
Baltimore, Maryland 21202
Attention: Joseph Guthner
            Christina T. Morrison



Ladies and Gentlemen:

ProCare Pharmacy, Inc. ("CVS ProCare"), a subsidiary of CVS Corporation, is pleased to submit its offer to acquire the assets of Coram Prescription Services (the "Company").

Based upon and consistent with the terms and conditions contained in the attached Asset Purchase Agreement, which has been marked to reflect our proposed changes (the "Revised Agreement"), we are prepared to pay thirty four million five hundred thousand dollars ($34,500,000.00) in cash at closing for the Company's assets. This purchase price represents the sum of three components: our determination of the Company's base asset value (including premium), inventory value as of the December 31, 1999 unaudited balance sheet, and accounts receivable value as of the Accounts Receivable Aging Report dated February 25, 2000 and based upon other information provided us. As you will see in the Revised Agreement, our determination of the Company's inventory value and accounts receivable value may differ at the closing based on changes which occur in the Company's business.

Our proposed purchase price also assumes that the Company will reach an agreement with Johns Hopkins whereby the Company's lease of retail pharmacy space, and its specialty pharmacy and pharmacy benefit management agreements with John Hopkins will be extended to at least June 30, 2002 on terms reasonably satisfactory to us, which terms must include PBM pricing sufficient to maintain break-even profitability while the pharmacy maintains the same reimbursement levels on a fee-for-service basis. The Revised Agreement will need to include a purchase price adjustment mechanism to be negotiated if these conditions are not satisfied prior to closing.

We are prepared to enter into a definitive agreement with terms substantially consistent with those set out in this letter and the Revised Agreement. We understand additional modifications will be necessary to the Revised Agreement, and we stand ready to negotiate these terms upon your acceptance of this offer.

CROWLEY 0098

One CVS Drive • Woonsocket, RI 02895 • Tel. (401) 770-2090 • Fax (401) 765-7803

**A299**

Coram Healthcare Corporation
c/o Deutsche Banc Alex Brown
March 3, 2000
Page 2

Also enclosed are revised versions of the Transitional Services Agreement and the Marketing Services Agreement [as well as a draft proposal of the allocation of purchase price which can be discussed further with your tax department if CVS ProCare's offer is accepted.]

Our offer is not contingent on financing, and we will complete this proposed transaction using cash or funds available under existing credit lines.

Approval of CVS ProCare's Board of Directors will be required before entering into a definitive agreement. Obviously, we will also need to obtain certain governmental approvals (including expiration of applicable waiting periods under Hart-Scott-Rodino), licenses and permits in order to consummate the transaction. However, we are very familiar with this process and do not anticipate any unusual complications. The Revised Agreement includes other conditions to closing.

We believe we have completed most of our due diligence exercise. Limited additional due diligence will be required before signing the Revised Agreement, mostly confirmatory in nature and mainly focusing on review of the Company's accounts receivable, documents and other information which has not yet been provided by the Company. We expect the additional due diligence will be completed by March 10, 2000.

In consideration of the time and resources that we will devote to the transaction contemplated hereby, and if our offer is accepted, we will expect to be granted a customary exclusivity period to complete the transaction. We will consider our offer withdrawn in the event that you disclose our offer or any other information regarding our interest in the Company to any other party.

We are prepared to devote our full resources and energy to completing this transaction on an expeditious basis. Please do not hesitate to contact me or any of the parties listed below with any questions or comments regarding CVS ProCare's proposal to acquire the assets of the Company. We look forward to hearing from you.

Sincerely,

Dennis Burton

CROWLEY 0099

PRV_Goliath Cvr Ltr.DOC/CGRAHAM