Section 4

Valuation analysis

# Section 4

Valuation analysis

Deutsche Banc Alex. Brown

Deutsche Bank

COR.-EQTY0000241



Valuation analysis

Section 4

# Preliminary valuation summary

Valuation methodology

Comparable companies

Precedent transactions

Discounted cash flow

GTCR proposal
$41.3 mm

$9.7 — $145.0

$13.4 — $51.7

$24.6 — $53.6

$0    $20    $40    $60    $80    $100    $120    $140    $160    $180    $200

Implied total enterprise value ($mm)

Deutsche Banc Alex. Brown    Deutsche Bank

15

COR.-EQTY0000242

Valuation analysis

Section 4

# Summary data for selected PBM companies

($mm, except per share data)

| Company | Market statistics | | | Valuation benchmarks | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Enterprise value as a multiple of LTM | | | Equity value as a multiple of: | | |
| | Stock price 6/2/00 | Equity value | Enterprise value | Revenue | EBITDA | EBIT | Trailing EPS | Cal. '00 EPS | Cal. '01 EPS |
| Advance Paradigm, Inc. | $18.88 | $450.9 | $451.3 | 0.3x | 11.2x | 13.8x | 24.7x | 18.9x | 14.5x |
| Caremark Rx, Inc. | 6.00 | 1,205.8 | 2,448.4 | 0.7 | 12.2 | 13.6 | 20.9 | 13.6 | 10.3 |
| Express Scripts, Inc. | 53.81 | 2,129.4 | 2,632.6 | 0.6 | 10.6 | 15.0 | 28.1 | 23.1 | 18.1 |
| ProVantage | 12.19 | 221.2 | 210.3 | 0.3 | 8.0 | 11.6 | 16.2 | 16.7 | 14.5 |
| Mean: | | | | 0.5x | 10.5x | 13.5x | 22.5x | 18.1x | 14.3x |
| Median: | | | | 0.4 | 10.9 | 13.7 | 22.8 | 17.8 | 14.5 |
| High: | | | | 0.7 | 12.2 | 15.0 | 28.1 | 23.1 | 18.1 |
| Low: | | | | 0.3 | 8.0 | 11.6 | 16.2 | 13.6 | 10.3 |

16

Deutsche Banc Alex. Brown

Deutsche Bank

COR.-EQTY0000243

Valuation analysis

# Summary data for selected specialty distribution companies

($mm, except per share data)

| Company | Stock price 6/2/00 | Equity value | Enterprise value | Enterprise value as a multiple of LTM | | | Equity value as a multiple of: | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Revenue | EBITDA | EBIT | Trailing EPS | Cal. '00 EPS | Cal. '01 EPS |
| Accredo Health, Incorporated | $21.75 | $228.2 | $363.3 | 1.2x | 18.5x | 23.0x | 46.0x | 31.1x | 25.6x |
| AmeriSource Health Corporation | 25.25 | 1,297.8 | 1,961.4 | 0.2 | 9.9 | 10.9 | 15.6 | 12.9 | 11.0 |
| Bergen Brunswig Corporation | 5.25 | 706.0 | 2,374.0 | 0.1 | 8.0 | 10.0 | 9.5 | 7.9 | 6.2 |
| Bindley Western Industries, Inc. | 21.00 | 717.3 | 1,116.1 | 0.1 | 11.1 | 12.5 | 19.2 | 16.0 | 13.5 |
| Cardinal Health, Inc. | 63.56 | 18,459.6 | 20,000.6 | 0.8 | 14.6 | 17.8 | 29.4 | 22.7 | 19.1 |
| Chronimed, Inc. | 6.63 | 80.4 | 82.9 | 0.4 | 6.1 | 16.2 | 23.6 | 14.1 | 10.1 |
| Fisher Scientific International Inc. | 35.75 | 1,584.0 | 2,586.5 | 1.0 | 11.7 | 16.3 | 50.0 | NM | NM |
| Henry Schein, Inc. | 18.25 | 744.5 | 1,089.9 | 0.5 | 7.4 | 9.1 | 13.0 | 11.3 | 9.7 |
| McKesson HBOC, Inc. | 16.88 | 4,754.5 | 5,905.7 | 0.2 | 10.2 | 16.8 | 44.9 | 14.0 | 10.3 |
| Owens & Minor, Inc. | 10.50 | 344.7 | 650.5 | 0.2 | 7.4 | 9.6 | 15.0 | 11.2 | 9.9 |
| Patterson Dental Company | 51.38 | 1,736.0 | 1,649.2 | 1.7 | 16.3 | 18.0 | 28.7 | 24.5 | 20.6 |
| Priority Healthcare Corporation | 50.19 | 1,189.9 | 1,090.7 | 2.3 | 30.8 | 32.0 | 44.5 | 37.5 | 28.4 |
| PSS World Medical, Inc. | 9.59 | 681.4 | 875.9 | 0.5 | 7.9 | 9.6 | 12.4 | 10.8 | 9.3 |
| Syncor International Corp. | 48.88 | 675.3 | 739.1 | 1.4 | 12.5 | 18.7 | 30.7 | 26.3 | 22.2 |
| Mean: | | | | 0.8x | 12.3x | 15.7x | 27.3x | 18.5x | 15.1x |
| Median: | | | | 0.5 | 10.7 | 16.2 | 26.1 | 14.1 | 10.6 |
| High: | | | | 2.3 | 30.8 | 32.0 | 50.0 | 37.5 | 28.4 |
| Low: | | | | 0.1 | 6.1 | 9.1 | 9.5 | 7.9 | 6.2 |

Deutsche Banc Alex. Brown

Deutsche Bank ☑

COR.-EQTY0000244

Valuation analysis

Section 4

# Comparable companies valuation

($000)

| Estimated valuation range | TEV as a multiple of: | | Equity value to: | |
| --- | --- | --- | --- | --- |
| | LTM revenue | LTM EBITDA | 2000E net income | 2001E net income |
| PBM companies | 0.3x – 0.7x | 8.0x – 12.0x | 13.5x – 23.0x | 10.0x – 18.0x |
| Specialty distribution | 0.1 – 1.5 | 6.0 – 9.0 | 8.0 – 30.0 | 7.0 – 20.0 |
| Relevant range | 0.1x – 1.5x | 6.0x – 12.0x | 8.0x – 30.0x | 7.0x – 20.0x |
| Caddy parameter | $96,671 | $1,669 | $2,469 | $3,517 |
| Implied enterprise value | $9,667 – $145,007 | $10,014 – $20,028 | $19,752 – $74,070 | $24,619 – $70,340 |

Deutsche Banc Alex. Brown

Deutsche Bank

18

COR.-EQTY0000245

Valuation analysis

Section 4

# Selected recent transactions in the PBM industry

| | | Equity purchase price | TEV | TEV as a multiple of LTM: | | | Equity purchase price as a multiple of: | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Revenue | EBITDA | EBIT | Trailing net income | Forward net income | Book value |
| 05/04/00 | ProVantage Health Services, Inc./ Merck & Co. (Medco) | $222 | $208 | 0.2x | 7.3x | 11.4x | 20.1x | 16.2x | 1.6x |
| 02/09/99 | Diversified Pharmacy Services, Inc./ Express Scripts Inc. | 700 | 700 | 3.3 | 11.7 | NM | NM | NA | NM |
| 02/24/99 | Preferred Payment Systems, Inc.(1)/ Concentra Managed Care, Inc. | 287 | 316 | 7.2 | 17.5 | 19.5 | 25.6 | NA | NM |
| 02/20/98 | ValueRX/ Express Scripts Inc. | 445 | 445 | 0.3 | 11.3 | 21.6 | 53.8 | NA | NA |
| 04/15/97 | Value Health, Inc.(2)/ Columbia/HCA Healthcare Corporation | 1,124 | 1,122 | 0.6 | 6.5 | 8.5 | 15.4 | 12.7 | 1.7 |
| | Mean: | | | 2.3x | 11.0x | 15.3x | 28.7x | 14.5x | 1.7x |
| | Median: | | | 0.6 | 11.3 | 15.5 | 22.9 | 14.5 | 1.7 |
| | High: | | | 7.2 | 17.5 | 21.6 | 53.8 | 16.2 | 1.7 |
| | Low: | | | 0.2 | 6.5 | 8.5 | 15.4 | 12.7 | 1.6 |

(1) Preferred Payment numbers from S-1 filed November 21, 1997. The 8/20 numbers are annualized due to the acquisition of About Health, Inc.
(2) Terms presented here were renegotiated and announced 4/15/97. Original deal was announced 1/15/97; premiums are presented for periods prior to original announcement. Figures exclude pre-tax non-recurring charges of $3.3MM and $10.5MM in 1996.

Deutsche Banc Alex. Brown

Deutsche Bank ◹

COR.-EQTY0000246

0000001634 Pfizer eAnglewood\ValuExpress.doc

A366

Valuation analysis

Section 4

# Selected recent transactions in the specialty distribution industry

($mm)

| Date ann. | Target/acquiror | Equity purchase price | TEV | TEV as a multiple of LTM: | | | Equity purchase price as a multiple of: | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Revenue | EBITDA | EBIT | Trailing net income | Forward net income | Book value |
| 04/25/99 | C.D. Smith Healthcare Inc./ AmeriSource Health Corp. | $73.9 | $171.1 | 0.2x | 9.8x | 11.1x | 18.6x | 11.5x | NA |
| 10/06/98 | Allegiance Corp./ Cardinal Health, Inc. | 4,728.4 | 5,582.2 | 1.2 | 15.7 | 24.0 | 44.2 | NA | 5.1 |
| 05/16/98 | R.P. Scherer Corp./ Cardinal Health, Inc. | 2,303.2 | 2,458.7 | 3.9 | 18.8 | 22.6 | 33.0 | 32.4 | 5.8 |
| 12/17/97 | Suburban Ostomy Supply Co./ Invacare, Inc. | 135.0 | 136.4 | 1.4 | 14.1 | 15.8 | 29.4 | NA | 4.0 |
| 12/15/97 | Gulf South Medical Supply, Inc./ Physician Sales & Service, Inc. | 685.5 | 636.3 | 2.5 | 26.0 | 27.5 | 43.2 | NM | 4.4 |
| 09/23/97 | AmeriSource Health Corporation/N/ McKesson Corporation | 1,738.9 | 2,187.3 | 0.3 | 19.3 | 21.4 | 39.0 | 23.6 | NM |
| 08/25/97 | Bergen Brunswig Corporation/N/ Cardinal Health, Inc. | 2,450.7 | 2,877.1 | 0.2 | 13.8 | 17.0 | 30.1 | 24.3 | 4.0 |
| 06/04/97 | Sullivan Dental Products, Inc./ Henry Schein, Inc. | 318.8 | 314.3 | 1.2 | 18.7 | 21.8 | 34.9 | 25.2 | 3.3 |
| 06/05/97 | Fisher Scientific International, Inc/N/ Thomas H. Lee Co. | 1,041.0 | 1,339.8 | 0.6 | 8.9 | 12.8 | 23.4 | 17.2 | 2.6 |
| 03/07/97 | Micro Bio-Medics, Inc./ Henry Schein, Inc. | 109.4 | 117.0 | 0.7 | 22.7 | 30.9 | 62.7 | NA | 3.5 |
| 01/28/97 | General Medical, Inc./ McKesson Corporation | 547.0 | 762.9 | 0.4 | 12.7 | 16.1 | NA | NA | NA |
| | Mean: | | | 1.2x | 16.6x | 20.1x | 35.9x | 22.4x | 4.2x |
| | Median: | | | 0.8 | 15.7 | 21.4 | 34.0 | 24.0 | 4.0 |
| | High: | | | 3.9 | 26.0 | 30.9 | 62.7 | 32.4 | 5.8 |
| | Lower: | | | 0.2 | 8.9 | 11.1 | 18.6 | 11.9 | 2.6 |

20

COR-EQTY0000247

A367

Valuation analysis

Section 4

# Precedent transactions valuation

| ($000) | TEV as a multiple of: | | | | Equity value to: | |
| --- | --- | --- | --- | --- | --- | --- |
| | LTM revenue | | LTM EBITDA | | Forward net income | |
| Estimated valuation range | | | | | | |
| PBM companies | 0.2x – | 0.3x | 8.0x – | 18.0x | 12.0x – | 16.0x |
| Specialty distribution | 0.2 – | 0.4 | 10.0 – | 20.0 | 12.0 – | 25.0 |
| Relevant range | 0.2x – | 0.4x | 8.0x – | 20.0x | 12.0x – | 25.0x |
| Caddy parameter | $96,671 | | $1,669 | | $2,469 | |
| Implied enterprise value | $19,334 – | $38,668 | $13,353 – | $33,384 | $29,631 – | $61,732 |

21

Deutsche Banc Alex. Brown

Deutsche Bank

COR.-EQTY0000248

A368

Valuation analysis

Section 4

# Discounted cash flow valuation

## Summary projections

| ($000) | 2000E | 2001E | 2002E | 2003E | 2004E |
|---|---|---|---|---|---|
| EBITDA | $4,598 | $6,315 | $8,900 | $11,700 | $15,200 |
| Less: depreciation | (550) | (550) | (550) | (550) | (550) |
| EBITA | 4,048 | 5,765 | 8,350 | 11,150 | 14,650 |
| Less: Taxes on EBITA | (1,579) | (2,248) | (3,257) | (4,349) | (5,714) |
| After tax EBITA | 2,470 | 3,517 | 5,094 | 6,802 | 8,937 |
| Plus: Depreciation | 550 | 550 | 550 | 550 | 550 |
| Capital expenditures | (300) | (300) | (300) | (300) | (300) |
| Investment in working capital | (4,978) | (6,770) | (787) | (8,103) | (9,322) |
| Free cash flow | (2,259) | (3,004) | 4,556 | (1,051) | (135) |

## Total enterprise value[1]

| | LTM EBITDA exit multiple | | |
|---|---|---|---|
| Discount rate | 8.0x | 9.0x | 10.0x |
| 25.0% | 42,457 | 48,025 | 53,594 |
| 30.0 | 35,237 | 39,905 | 44,573 |
| 35.0 | 29,339 | 33,337 | 37,276 |
| 40.0 | 24,641 | 27,985 | 31,329 |

(1) Discounted to June 30, 2000.

Deutsche Banc Alex. Brown

☑ Deutsche Bank

22

COR.-EQTY0000249

A369

JUN 13 2000 11:42 FR CORAM LEGAL          303 298 0047 TO 19164496059          P.03/04

Deutsche Banc Alex. Brown

**Deutsche Bank**

Deutsche Banc Alex. Brown
Deutsche Bank Securities, Inc
One South Street
Baltimore, MD 21202

June 9, 2000

Board of Directors
CORAM HEALTHCARE CORPORATION
1125 Seventeenth Street, Suite 2100
Denver, CO 80202

ATTN: Mr. Daniel D. Crowley
       Chairman of the Board

Lady and Gentlemen:

Deutsche Bank Securities Inc. ("Deutsche Bank") has acted as financial advisor to Coram Healthcare Corporation (the "Company") in connection with the sale of the mail order services business and pharmacy benefit management services business (collectively, the "Business") of Curaflex Health Services, Inc., a wholly owned subsidiary of the Company (the "Subsidiary"), to Curascript Pharmacy, Inc. and Curascript PBM Services, Inc., (collectively, the "Buyer") pursuant to the Asset Purchase Agreement, dated as of June 9, 2000 by and among the Subsidiary, the Company, the buyer and GTCR Fund VI (the "Agreement").

As set forth more fully in the Agreement, the Buyer will purchase substantially all the assets used in the Business from the Subsidiary and the Buyer will assume substantially all the liabilities relating to the Business, other than certain excluded liabilities, for a purchase price of $41,300,000 in cash less the amount of certain liabilities to employees to be assumed by the Buyer (the "Consideration").

You have requested Deutsche Bank's opinion, as investment bankers, as to the fairness, from a financial point of view, to the Company of the Consideration to be received by the Subsidiary in connection with the Transaction.

In connection with Deutsche Bank's role as financial advisor to the Company, and in arriving at its opinion, Deutsche Bank has reviewed certain financial and other information concerning the Business and certain internal analyses furnished to it by the Company and Subsidiary. Deutsche Bank has also held discussions with members of the senior management of the Company and Subsidiary regarding the business and prospects of the Business. In addition, Deutsche Bank has (i) compared certain financial information for the Subsidiary with similar information for certain other companies whose securities are publicly traded, (ii) reviewed the financial terms of certain recent business combinations which it deemed comparable in whole or in part, (iii) reviewed the terms of the Agreement and certain related documents, and (iv) performed such other studies and analyses and considered such other factors as it deemed appropriate.



EXHIBIT
Morrison 17
CW 3/26/07

COR-EQTY 0011168

A370

JUN 13 2000 11:43 FR CORAM LEGAL        303 298 0047 TO 19164496059        P.04/04

Deutsche Bank 🗹

Deutsche Banc Alex. Brown

CORAM HEALTHCARE CORPORATION
June 9, 2000
Page 2

Deutsche Bank has not assumed responsibility for independent verification of, and has not independently verified any information furnished to it, concerning the Business, including, without limitation, any financial information, forecasts or projections considered in connection with the rendering of its opinion. Accordingly, for purposes of its opinion, Deutsche Bank has assumed and relied upon the accuracy and completeness of all such information and Deutsche Bank has not conducted a physical inspection of any of the properties or assets, and has not prepared or obtained any independent evaluation or appraisal of any of the assets or liabilities, of the Business. With respect to the financial forecasts and projections made available to Deutsche Bank and used in its analyses, Deutsche Bank has assumed that they have been reasonably prepared on bases reflecting the best currently available estimates and judgments of the management of the Company and Subsidiary as to the matters covered thereby. In rendering its opinion, Deutsche Bank expresses no view as to the reasonableness of such forecasts and projections or the assumptions on which they are based. Deutsche Bank's opinion is necessarily based upon economic, market and other conditions as in effect on, and the information made available to it as of, the date hereof.

For purposes of rendering its opinion, Deutsche Bank has assumed that, in all respects material to its analysis, the representations and warranties of the Subsidiary contained in the Agreement are true and correct.

This opinion is addressed to, and is for the use and benefit of, the Board of Directors of the Company. This opinion is limited to the fairness, from a financial point of view, to the Company of the Consideration to be received by the Subsidiary in connection with the Transaction, and Deutsche Bank expresses no opinion as to the merits of the underlying decision by the Company and the Subsidiary to engage in the Transaction.

Deutsche Bank will be paid a fee for its services as financial advisor to the Company in connection with the Transaction. We are an affiliate of Deutsche Bank AG (together with its affiliates, the "DB Group"). In the ordinary course of business, members of the DB Group may actively trade in the securities and other instruments and obligations of the Company for their own accounts and for the accounts of their customers, or have other business dealings with GTCR Fund VI, LP or other GTCR affiliates. Accordingly, the DB Group may at any time hold a long or short position in such securities, instruments and obligations of the Company, or have other pending business with GTCR Fund VI, LP or other GTCR affiliates.

Based upon and subject to the foregoing, it is Deutsche Bank's opinion as investment bankers that the Consideration to be received by the Subsidiary in connection with the Transaction is fair, from a financial point of view, to the Company.                                    ✱

Very truly yours,

*Deutsche Bank Securities Inc.*

DEUTSCHE BANK SECURITIES INC.

COR-EQTY 0011169

** TOTAL PAGE.03 **

** TOTAL PAGE.04 **

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 ScU53Yk88uXPMp6xy+bTkJ9hN3ptvPLcCVlptfBfUudnPlnPQdWT73yP9+EgEWmy
 5oPiftPGIP8mVvYKZ2ItvA==
```

```
<SEC-DOCUMENT>/in/edgar/work/20000727/0000912057-00-033436/0000912057-00-033436.txt
<SEC-HEADER>0000912057-00-033436.hdr.sgml : 20000921
ACCESSION NUMBER:        0000912057-00-033436
CONFORMED SUBMISSION TYPE:  SC 13D/A
PUBLIC DOCUMENT COUNT:   3
FILED AS OF DATE:        20000727
GROUP MEMBERS:          AEOW '96, L.L.C.
GROUP MEMBERS:          ANDREW BLANK
GROUP MEMBERS:          BEDFORD OAK ADVISORS. L.L.C.
GROUP MEMBERS:          BEDFORD OAK PARTNERS, L.P.
GROUP MEMBERS:          BERNARD OSHER
GROUP MEMBERS:          BERNARD OSHER TRUST UTA DATED 3-8-88
GROUP MEMBERS:          F. PHILIP HANDY
GROUP MEMBERS:          HARRY HELLER FALK
GROUP MEMBERS:          HARVEY P. EISEN
GROUP MEMBERS:          HELLER FAMILY LIMITED PARTNERSHIP
GROUP MEMBERS:          JACKSON SQUARE MANAGEMENT, LLC
GROUP MEMBERS:          JACKSON SQUARE PARTNERS, L.P.
GROUP MEMBERS:          JB CAPITAL MANAGEMENT, INC.
GROUP MEMBERS:          JEANMAIRE WEINSTEIN
GROUP MEMBERS:          JEROME BLANK
GROUP MEMBERS:          LURIE ANN & ROBERT H FAMILY FOUNDATION
GROUP MEMBERS:          MARK SLEZAK
GROUP MEMBERS:          MICHIKO D. BALDRIDGE
GROUP MEMBERS:          PETER IMBER
GROUP MEMBERS:          RHH COMPANY
GROUP MEMBERS:          RICHARD L. HAYDON
GROUP MEMBERS:          SAMSTOCK, L.L.C.
GROUP MEMBERS:          SCOTT DALTON
GROUP MEMBERS:          WILL K. WEINSTEIN
GROUP MEMBERS:          WILL K. WEINSTEIN REVOCABLE TRUST UTA DATED 2/27/90

SUBJECT COMPANY:

        COMPANY DATA:
                COMPANY CONFORMED NAME:        CORAM HEALTHCARE CORP
                CENTRAL INDEX KEY:             0000924174
                STANDARD INDUSTRIAL CLASSIFICATION:   [8082
]               IRS NUMBER:                    330615337
                STATE OF INCORPORATION:        DE
                FISCAL YEAR END:               1231
        </COMPANY-DATA>

                FILING VALUES:
                        FORM TYPE:        SC 13D/A
                        SEC ACT:
                        SEC FILE NUMBER:  005-43605
                        FILM NUMBER:      680237
        </FILING-VALUES>
```

*Levy*

DEP. EXH. # 7
Date: 5/22/07

*RD*

```
                    BUSINESS ADDRESS:
                         STREET 1:         1125 SEVENTEENTH ST  STE  21
                         CITY:             DENVER
                         STATE:            CO
                         ZIP:              80202
                         BUSINESS PHONE:   3032924973
    </BUSINESS-ADDRESS>

                         MAIL ADDRESS:
                              STREET 1:       ONE LAKESHORE CENTRE
                              STREET 2:       3281 GUASTI ROAD SUI
                              CITY:           ONTARIO
                              STATE:          CA
                              ZIP:            91761
    </MAIL-ADDRESS>
    </SUBJECT-COMPANY>

                              FILED BY:

                         COMPANY DATA:
                              COMPANY CONFORMED NAME:
                              CENTRAL INDEX KEY:
                              STANDARD INDUSTRIAL CLASSIFI
    ]</COMPANY-DATA>


    </FILING-VALUES>
                         FILING VALUES:
                              FORM TYPE:


                              BUSINESS ADDRESS:
                                   STREET 1:
                                   STREET 2:
                                   CITY:
                                   STATE:
                                   ZIP:
                                   BUSINESS PHO
    </BUSINESS-ADDRESS>

                                   MAIL ADDRESS
                                        STRE
                                        STRE
                                        CITY
                                        STAT
                                        ZIP:
    </MAIL-ADDRESS>
    </FILED-BY>
    </SEC-HEADER>
    <DOCUMENT>
    <TYPE>SC 13D/A
    <SEQUENCE>1
    <FILENAME>sc13da.txt
    <DESCRIPTION>SC 13D/A
    <TEXT>

    <PAGE>


                         SECURITIES AND EXCHANGE COMMISSION
                              WASHINGTON, D.C. 20549
```

SCHEDULE 13D
(RULE 13d-101)

INFORMATION TO BE INCLUDED IN STATEMENTS FILED PURSUANT
TO RULE 13d-1(a) AND AMENDMENTS THERETO FILED PURSUANT TO
RULE 13d-2(a)

(AMENDMENT NO. 1)*

Coram Healthcare Corp.

----------------------------------------------------------------------

(Name of Issuer)

Common Stock, $0.001 par value

----------------------------------------------------------------------

(Title of Class of Securities)

218103109

----------------------------------------------------------------------

(CUSIP Number)

Richard F. Levy, Esq.
Altheimer & Gray
10 South Wacker Drive
Chicago, Illinois 60606
(312) 715-4600

------------------------------

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

JULY 25, 2000
------------------------------

(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition which is the subject of this Schedule 13D, and is filing this
Schedule because of Rule 13d-1(e), 13d-1(f) or 13d-1(g), check the following
box. / /

NOTE: Schedules filed in paper format shall include a signed original and five
copies of the schedule, including all exhibits. SEE Rule 13d-7(b) for other
parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's
initial filing on this form with respect to the subject class of securities, and
for any subsequent amendment containing information which would alter
disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed
to be "filed" for the purpose of Section 18 of the Securities Exchange Act of
1934, as amended ("Act"), or otherwise subject to the liabilities of that
section of the Act but shall be subject to all other provisions of the Act
(however, SEE the NOTES).

1

<PAGE>

A374

```
---------------------------------------------------------------------
      CUSIP No. 218103109          13D        Page 2 of 39 Pages
      ------------                            --
---------------------------------------------------------------------
```

1.   NAME OF REPORTING PERSON
     IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

     Ann & Robert H. Lurie Foundation (f/k/a Ann & Robert H. Lurie Family
     Foundation)

```
---------------------------------------------------------------------
```

2.   CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:        (a) / /

                                                             (b) /X/
```
---------------------------------------------------------------------
```

3.   SEC USE ONLY

```
---------------------------------------------------------------------
```

4.   SOURCE OF FUNDS:   Not applicable

```
---------------------------------------------------------------------
```

5.   CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
     ITEMS 2(d) OR 2(e):

                                                                   / /
```
---------------------------------------------------------------------
```

6.   CITIZENSHIP OR PLACE OF ORGANIZATION:  Illinois

```
                         -----------------------------------------------
      NUMBER OF
       SHARES           7.   SOLE VOTING POWER: 3,999,900
    BENEFICIALLY        -----------------------------------------------
      OWNED BY
       EACH
     REPORTING          8.   SHARED VOTING POWER:   -0-
      PERSON            -----------------------------------------------
       WITH

                        9.   SOLE DISPOSITIVE POWER: 3,999,900

                        -----------------------------------------------

                        10.  SHARED DISPOSITIVE POWER:   -0-
```
```
---------------------------------------------------------------------
```

11.  AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

     3,999,900

```
---------------------------------------------------------------------
```

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
       CERTAIN SHARES:                                                    / /

_____

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 8.1% (1)

_____

14.    TYPE OF REPORTING PERSON: OO (Illinois not-for-profit corporation)

_____

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
     2000, as reported in the Issuer's most recent Form 10-Q.

                                       2

<PAGE>

_____

       CUSIP No. 218103109        13D        Page 3 of 39 Pages
       ---------                              --

_____

1.     NAME OF REPORTING PERSON
       IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

       Mark Slezak

_____

2.     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:        (a) / /

                                                               (b) /X/
_____

3.     SEC USE ONLY

_____

4.     SOURCE OF FUNDS: Not applicable

_____

5.     CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
       ITEMS 2(d) OR 2(e):

                                                                         / /
_____

6.     CITIZENSHIP OR PLACE OF ORGANIZATION:  United States

                          _____
       NUMBER OF
        SHARES
     BENEFICIALLY     7.   SOLE VOTING POWER: 606,000
      OWNED BY
        EACH              _____
      REPORTING
       PERSON        8.   SHARED VOTING POWER:    -0-

WITH            ------------------------------------------------

        9.    SOLE DISPOSITIVE POWER: 606,000

           ------------------------------------------------

        10.   SHARED DISPOSITIVE POWER:   -0-

---------------------------------------------------------------

11.     AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

      606,000

---------------------------------------------------------------

12.     CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
      CERTAIN SHARES:                      / /

---------------------------------------------------------------

13.     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 1.2% (1)

---------------------------------------------------------------

14.     TYPE OF REPORTING PERSON:  IN

---------------------------------------------------------------

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
    2000, as reported in the Issuer's most recent Form 10-Q.

&lt;PAGE&gt;                  3

---------------------------------------------------------------

     CUSIP No. 218103109.     13D     Page 4 of 39 Pages
     ----------                      --

---------------------------------------------------------------

1.     NAME OF REPORTING PERSON
      IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

      Samstock, L.L.C.

---------------------------------------------------------------

2.     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:    (a) / /

                                                              (b) /X/

---------------------------------------------------------------

3.     SEC USE ONLY

---------------------------------------------------------------

4.     SOURCE OF FUNDS: Not applicable

---

5.    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
      ITEMS 2(d) OR 2(e):

                                                                      / /

---

6.    CITIZENSHIP OR PLACE OF ORGANIZATION: Delaware

              NUMBER OF        _____
               SHARES
            BENEFICIALLY       7.    SOLE VOTING POWER: 450,000
             OWNED BY
               EACH            _____
             REPORTING
              PERSON           8.    SHARED VOTING POWER:   -0-
               WITH
                               _____

                               9.    SOLE DISPOSITIVE POWER: 450,000

                               _____

                               10.    SHARED DISPOSITIVE POWER:   -0-

---

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON: 450,000

---

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
       CERTAIN SHARES:                                          / /

---

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 0.9% (1)

---

14.    TYPE OF REPORTING PERSON: OO (Delaware limited liability company)

---

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
     2000, as reported in the Issuer's most recent Form 10-Q.

                                        4

<PAGE>

---

        CUSIP No. 218103109          13D        Page 5 of 39 Pages
        ----------                              --

---

1.    NAME OF REPORTING PERSON
      IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

      Jeanmaire Weinstein

---

2.    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:         (a) / /

                                                               (b) /X/

---

3.    SEC USE ONLY

---

4.    SOURCE OF FUNDS: Not applicable.

---

5.    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
      ITEMS 2(d) OR 2(e):
                                                                    / /

---

6.    CITIZENSHIP OR PLACE OF ORGANIZATION: United States

|                          |      |                                   |
|--------------------------|------|-----------------------------------|
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7.   | SOLE VOTING POWER: 450,000        |
|                          | 8.   | SHARED VOTING POWER: -0-           |
|                          | 9.   | SOLE DISPOSITIVE POWER: 450,000    |
|                          | 10.  | SHARED DISPOSITIVE POWER: -0-      |

---

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

       450,000

---

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
       CERTAIN SHARES:                                             / /

---

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 0.9% (1)

---

14.        TYPE OF REPORTING PERSON: IN

---
(1) Based on 49,638,452 shares of Common Stock outstanding as of April 30, 2000, as reported in the Issuer's most recent Form 10-Q.

5

\<PAGE\>

---

CUSIP No. 218103109        13D        Page 6 of 39 Pages
          ---------                      --

---

1.    NAME OF REPORTING PERSON
      IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

      Jackson Square Partners, L.P.

---

2.    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:        (a) / /

                                                              (b) /X/

---

3.    SEC USE ONLY

---

4.    SOURCE OF FUNDS: Not applicable

---

5.    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
      ITEMS 2(d) OR 2(e):

                                                              / /

---

6.    CITIZENSHIP OR PLACE OF ORGANIZATION: California

---

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7.    SOLE VOTING POWER: 1,965,000 |
|---|---|
| | 8.    SHARED VOTING POWER:    -0- |
| | 9.    SOLE DISPOSITIVE POWER: 1,965,000 |
| | 10.    SHARED DISPOSITIVE POWER:    -0- |

-------------------------------------------------------------------

11.       AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

          1,965,000

-------------------------------------------------------------------

12.       CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
          CERTAIN SHARES:                                            / /

-------------------------------------------------------------------

13.       PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 4.0% (1)

-------------------------------------------------------------------

14.       TYPE OF REPORTING PERSON: OO (a California limited partnership)

-------------------------------------------------------------------

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
     2000, as reported in the Issuer's most recent Form 10-Q.

                                    6

<PAGE>

-------------------------------------------------------------------

          CUSIP No. 218103109        13D        Page 7 of 39 Pages
          ---------                              --

-------------------------------------------------------------------

1.        NAME OF REPORTING PERSON
          IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

          Jackson Square Management, LLC

-------------------------------------------------------------------

2.        CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:        (a) / /

                                                                  (b) /X/

-------------------------------------------------------------------

3.        SEC USE ONLY

-------------------------------------------------------------------

4.        SOURCE OF FUNDS: Not applicable

-------------------------------------------------------------------

5.        CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
          ITEMS 2(d) OR 2(e):

                                                                    / /

-------------------------------------------------------------------

6.        CITIZENSHIP OR PLACE OF ORGANIZATION: California

```
                          ----------------------------------------------------
   NUMBER OF
    SHARES            7.   SOLE VOTING POWER:  1,965,000
 BENEFICIALLY
  OWNED BY            ----------------------------------------------------
    EACH
 REPORTING           8.   SHARED VOTING POWER:  -0-
  PERSON
   WITH              ----------------------------------------------------

                     9.   SOLE DISPOSITIVE POWER: 1,965,000

                    ----------------------------------------------------

                    10.   SHARED DISPOSITIVE POWER:  -0-
```

---

11.     AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:
        1,965,000

---

12.     CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
        CERTAIN SHARES:                                              / /

---

13.     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 4.0% (1)

---

14.     TYPE OF REPORTING PERSON: OO (a California limited liability company)

---

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
     2000, as reported in the Issuer's most recent Form 10-Q.

                                    7

<PAGE>

---

     CUSIP No. 218103109          13D          Page 8 of 39 Pages
     ---------                                  --

---

1.     NAME OF REPORTING PERSON
       IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

       Will K. Weinstein Revocable Trust UTA dated 2-27-90

---

2.     CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:        (a) / /

                                                                (b) /X/

3.    SEC USE ONLY

---

4.    SOURCE OF FUNDS: Not applicable

---

5.    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
      ITEMS 2(d) OR 2(e):

                                                                    / /

---

6.    CITIZENSHIP OR PLACE OF ORGANIZATION: California

| NUMBER OF | | |
|---|---|---|
| SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7. SOLE VOTING POWER: -0- | |
| | 8. SHARED VOTING POWER: 2,015,000 | |
| | 9. SOLE DISPOSITIVE POWER: -0- | |
| | 10. SHARED DISPOSITIVE POWER: 2,015,000 | |

---

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

       2,015,000

---

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
       CERTAIN SHARES:                                          / /

---

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 4.1% (1)

---

14.    TYPE OF REPORTING PERSON: OO (a California revocable trust)

---

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
     2000, as reported in the Issuer's most recent Form 10-Q.

                                    8

<PAGE>

---

CUSIP No. 218103109          13D          Page 9 of 39 Pages

---

1.    NAME OF REPORTING PERSON
      IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

      Will K. Weinstein

---

2.    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:          (a) / /

                                                                (b) /X/

---

3.    SEC USE ONLY

---

4.    SOURCE OF FUNDS: Not applicable

---

5.    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
      ITEMS 2(d) OR 2(e):

                                                                / /

---

6.    CITIZENSHIP OR PLACE OF ORGANIZATION: United States

          NUMBER OF     _____
           SHARES
        BENEFICIALLY    7.    SOLE VOTING POWER:    -0-
          OWNED BY      _____
            EACH
         REPORTING      8.    SHARED VOTING POWER: 2,015,000
           PERSON
            WITH        _____

                        9.    SOLE DISPOSITIVE POWER: -0-

                        _____

                        10.   SHARED DISPOSITIVE POWER: 2,015,000

---

11.   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

      2,015,000

---

12.   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
      CERTAIN SHARES:                                         / /

- -------------------------------------------------------------

13.        PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 4.1% (1)

- -------------------------------------------------------------

14.        TYPE OF REPORTING PERSON: IA

- -------------------------------------------------------------

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
     2000, as reported in the Issuer's most recent Form 10-Q.

                                    9
<PAGE>

- -------------------------------------------------------------

        CUSIP No. 218103109        13D        Page 10 of 39 Pages
        ---------                              --
- -------------------------------------------------------------

1.        NAME OF REPORTING PERSON
          IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

          Peter Imber

- -------------------------------------------------------------

2.        CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:        (a) / /

                                                                  (b) /X/
- -------------------------------------------------------------

3.        SEC USE ONLY

- -------------------------------------------------------------

4.        SOURCE OF FUNDS: Not applicable

- -------------------------------------------------------------

5.        CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
          ITEMS 2(d) OR 2(e):

                                                                         / /
- -------------------------------------------------------------

6.        CITIZENSHIP OR PLACE OF ORGANIZATION: United States

                              --------------------------------------------------
        NUMBER OF
         SHARES
       BENEFICIALLY        7.        SOLE VOTING POWER:    -0-
        OWNED BY             --------------------------------------------------
          EACH
        REPORTING        8.        SHARED VOTING POWER: 1,965,000
         PERSON             --------------------------------------------------
          WITH

A385

9.    SOLE DISPOSITIVE POWER: -0-

-------------------------------------------------------

10.    SHARED DISPOSITIVE POWER: 1,965,000

---------------------------------------------------------

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

        1,965,000

---------------------------------------------------------

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
       CERTAIN SHARES:                                         / /

---------------------------------------------------------

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 4.0% (1)

---------------------------------------------------------

14.    TYPE OF REPORTING PERSON: IN

---------------------------------------------------------

(1) Based on 49,638,452 shares of Common Stock outstanding as of April 30,
    2000, as reported in the Issuer's most recent Form 10-Q.

                            10

<PAGE>

---------------------------------------------------------

      CUSIP No. 218103109        13D        Page 11 of 39 Pages
      ---------                                --

---------------------------------------------------------

1.    NAME OF REPORTING PERSON
      IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

      Scott Dalton

---------------------------------------------------------

2.    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:      (a) / /

                                                             (b) /X/

---------------------------------------------------------

3.    SEC USE ONLY

---------------------------------------------------------

4.    SOURCE OF FUNDS: Not applicable

---

5.    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
      ITEMS 2(d) OR 2(e):

                                                                    / /

---

6.    CITIZENSHIP OR PLACE OF ORGANIZATION: United States

                    ----------------------------------------------

    NUMBER OF
     SHARES         7.    SOLE VOTING POWER:    -0-
   BENEFICIALLY
    OWNED BY        ----------------------------------------------
      EACH
   REPORTING        8.    SHARED VOTING POWER: 1,965,000
     PERSON
      WITH          ----------------------------------------------

                    9.    SOLE DISPOSITIVE POWER: -0-

                    ----------------------------------------------

                    10.    SHARED DISPOSITIVE POWER: 1,965,000

---

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

       1,965,000

---

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
       CERTAIN SHARES:                                                / /

---

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 4.0% (1)

---

14.    TYPE OF REPORTING PERSON: IN

---

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
     2000, as reported in the Issuer's most recent Form 10-Q.

11

<PAGE>

---

     CUSIP No. 218103109            13D            Page 12 of 39 Pages

---------------------------------------------------------------------

1.    NAME OF REPORTING PERSON
      IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

      Michiko D. Baldridge

---------------------------------------------------------------------

2.    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:        (a) / ./

                                                              (b) /X/

---------------------------------------------------------------------

3.    SEC USE ONLY

---------------------------------------------------------------------

4.    SOURCE OF FUNDS: Not applicable

---------------------------------------------------------------------

5.    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
      ITEMS 2(d) OR 2(e):

                                                              / /

---------------------------------------------------------------------

6.    CITIZENSHIP OR PLACE OF ORGANIZATION: United States

           NUMBER OF      --------------------------------------------
            SHARES        7.    SOLE VOTING POWER:   -0-
         BENEFICIALLY
           OWNED BY       --------------------------------------------
             EACH
          REPORTING       8.    SHARED VOTING POWER: 1,965,000
            PERSON
             WITH         --------------------------------------------

                          9.    SOLE DISPOSITIVE POWER: -0-

                          --------------------------------------------

                          10.   SHARED DISPOSITIVE POWER: 1,965,000

---------------------------------------------------------------------

11.   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

      1,965,000

---------------------------------------------------------------------

12.   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
      CERTAIN SHARES:                                          / /

---------------------------------------------------------------------

13.   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 4.0% (1)

---------------------------------------------------------------------

14.       TYPE OF REPORTING PERSON: IN

---------------------------------------------------------------------

(1)  Based on 49,638,452 shares of Common Stock outstanding as of April 30,
     2000, as reported in the Issuer's most recent Form 10-Q.

                                    12

<PAGE>

---------------------------------------------------------------------

          CUSIP No. 218103109          13D        Page 13 of 39 Pages
          ---------                                --

---------------------------------------------------------------------

1.    NAME OF REPORTING PERSON
      IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

      Jerome Blank

---------------------------------------------------------------------

2.    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:        (a) / /

                                                              (b) /X/

---------------------------------------------------------------------

3.    SEC USE ONLY

---------------------------------------------------------------------

4.    SOURCE OF FUNDS: Not applicable

---------------------------------------------------------------------

5.    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
      ITEMS 2(d) OR 2(e):

                                                              / /

---------------------------------------------------------------------

6.    CITIZENSHIP OR PLACE OF ORGANIZATION: United States

                              -------------------------------------------
      NUMBER OF
      SHARES         7.   SOLE VOTING POWER:  400,000
      BENEFICIALLY
      OWNED BY       -------------------------------------------
      EACH
      REPORTING      8.   SHARED VOTING POWER:  -0-
      PERSON
      WITH           -------------------------------------------

A389

9.    SOLE DISPOSITIVE POWER: 400,000

------------------------------------------------------------

10.    SHARED DISPOSITIVE POWER:    -0-

------------------------------------------------------------

11.    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:

       400,000

------------------------------------------------------------

12.    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
       CERTAIN SHARES:                                          / /

------------------------------------------------------------

13.    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11): 0.8% (1)

------------------------------------------------------------

14.    TYPE OF REPORTING PERSON:   IN

------------------------------------------------------------

(1) Based on 49,638,452 shares of Common Stock outstanding as of April 30,
    2000, as reported in the Issuer's most recent Form 10-Q.

                                    13

<PAGE>


------------------------------------------------------------

       CUSIP No. 218103109        13D       Page 14 of 39 Pages
                 ---------                        --

------------------------------------------------------------

1.    NAME OF REPORTING PERSON
      IRS IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY):

      AEOW `96, L.L.C.

------------------------------------------------------------

2.    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:      (a) / /

                                                            (b) /X/

------------------------------------------------------------

3.    SEC USE ONLY

------------------------------------------------------------

4.    SOURCE OF FUNDS: Not applicable