JACKSON SQUARE PARTNERS, L.P.
By:      Jackson Square Management, LLC
Its:     General Partner

         By:      Will K. Weinstein
                  Revocable Trust
                  UTA dated 2-27-90

         By:      /s/ Will K. Weinstein
                  ------------------------
         Name:    Will K. Weinstein
                  ------------------------
         Title:   Trustee
                  ------------------------

JACKSON SQUARE MANAGEMENT, LLC

         By:      Will K. Weinstein
                  Revocable Trust
                  UTA dated 2-27-90
         Its:     Executive Member-Manager

         By:      /s/ Will K. Weinstein
                  ------------------------
         Name:    Will K. Weinstein
                  ------------------------
         Title:   Trustee
                  ------------------------

WILL K. WEINSTEIN
REVOCABLE TRUST
UTA dated 2-27-90

By:      /s/ Will K. Weinstein
         ------------------------
Name:    Will K. Weinstein
         ------------------------
Title:   Trustee
         ------------------------

JB CAPITAL MANAGEMENT, INC.

By:      /s/ Jerome Blank
         ------------------------
Name:    Jerome Blank
         ------------------------
Title:   President
         ------------------------

BERNARD OSHER TRUST
UTA dated 3-8-88

By:      /s/ Bernard Osher
         ------------------------
Name:    Bernard Osher
         ------------------------
Title:   Trustee
         ------------------------

AEOW '96, LLC

By:      Will K. Weinstein
         Revocable Trust
         UTA dated 2-27-90
Its:     Executive Member-Manager

By:      /s/ Will K. Weinstein
         ------------------------
Name:    Will K. Weinstein
         ------------------------
Title:   Trustee
         ------------------------

*By: /s/ Richard F. Levy
     ------------------------
     Richard F. Levy
     Attorney-in-Fact

40

<PAGE>

HELLER FAMILY L.P.

By:      RHH Company
Its:     General Partner

RHH COMPANY

By:      /s/ Harvey Heller
         ------------------------
Name:    Harvey Heller
         ------------------------

A421

By:      /s/ Hervey Heller
        ---------------------                    Title:   President
Name:      Harvey Heller                                   --------------------
        ---------------------
Title:   President
        ---------------------

/s/ Mark Slezak                                  /s/ Jeanmaire Weinstein
- ---------------------                           ------------------------
Mark Slezak                                      Jeanmaire Weinstein

/s/ Jerome Blank                                 /s/ Andrew Blank
- ---------------------                           ------------------------
Jerome Blank                                     Andrew Blank

/s/ F. Philip Handy                              /s/ Harry Heller Falk
- ---------------------                           ------------------------
F. Philip Handy                                  Harry Heller Falk

/s/ Will K. Weinstein                            /s/ Peter Imber
- ----------------------                          ------------------------
Will K. Weinstein                                Peter Imber

/s/ Scott Dalton                                 /s/ Michiko D. Baldridge
- ---------------------                           ------------------------
Scott Dalton                                     Michiko D. Baldridge

/s/ Richard L. Haydon                            /s/ Bernard Osher
- ----------------------                          ------------------------
Richard L. Haydon                                Bernard Osher

BEDFORD OAK PARTNERS, L.P.                        BEDFORD OAK ADVISORS, LLC
By:      Bedford Oak Advisors, LLC
Its:     Investment Advisor

        By:  /s/ Harvey P. Eisen                 By:      /s/ Harvey P. Eisen
            -----------------------                      -----------------------
        Name:  Harvey P. Eisen                   Name:      Harvey P. Eisen
            -----------------------                      -----------------------
        Title:  Managing Member                  Title:      Managing Member
            -----------------------                      -----------------------

/s/ Harvey P. Eisen
- ----------------------
Harvey P. Eisen

                              41

```
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-1
<SEQUENCE>2
<FILENAME>ex-1.txt
<DESCRIPTION>EXHIBIT 1
<TEXT>
```

<PAGE>

EXHIBIT 1

Pursuant to Rule 13d-1(k)(1)(iii) of Regulation 13D-G of the General Rules and Regulations under the Securities Exchange Act of 1934, as amended, the undersigned agree that the statement to which this Exhibit is attached is filed on behalf of each of them in the capacities set forth below.

Dated:    July 27, 2000

ANN & ROBERT H. LURIE FOUNDATION

By:       /s/ Ann Lurie
          --------------------
Name:     Ann Lurie
          --------------------
Title:    President
          --------------------

SAMSTOCK, L.L.C.

By:       /s/ Donald J. Liebentritt*
          --------------------------
Name:     Donald J. Liebentritt
          --------------------------
Title: Vice-President
          --------------------------

JACKSON SQUARE PARTNERS, L.P.
By:       Jackson Square Management, LLC
Its:      General Partner

          By:       Will K. Weinstein
                    Revocable Trust
                    UTA dated 2-27-90

          By:       /s/ Will K. Weinstein
                    --------------------
          Name:     Will K. Weinstein
                    --------------------
          Title:    Trustee
                    --------------------

JACKSON SQUARE MANAGEMENT, LLC

          By:       Will K. Weinstein
                    Revocable Trust
                    UTA dated 2-27-90
          Its:      Executive Member-Manager

          By:       /s/ Will K. Weinstein
                    --------------------
          Name:     Will K. Weinstein
                    --------------------
          Title:    Trustee
                    --------------------

WILL K. WEINSTEIN
REVOCABLE TRUST
UTA dated 2-27-90

By:       /s/ Will K. Weinstein
          --------------------
Name:     Will K. Weinstein
          --------------------
Title:    Trustee
          --------------------

JB CAPITAL MANAGEMENT, INC.

By:       /s/ Jerome Blank
          --------------------
Name:     Jerome Blank
          --------------------
Title:    President
          --------------------

BERNARD OSHER TRUST
UTA dated 3-8-88

By:       /s/ Bernard Osher
          --------------------
Name:     Bernard Osher
          --------------------
Title:    Trustee
          --------------------

AEOW '96, LLC

By:       Will K. Weinstein
          Revocable Trust
          UTA dated 2-27-90
Its:      Executive Member-Manager

By:       /s/ Will K. Weinstein

```
                                    Name:    Will K. Weinstein
                                    ----------------------------
                                    Title:   Trustee
                                    ----------------------------
```

*By: /s/ Richard F. Levy
     ----------------------------
     Richard F. Levy
     Attorney-in-Fact

\<PAGE\>

HELLER FAMILY L.P.                      RHH COMPANY

By:     RHH Company                     By:     /s/ Harvey Heller
Its:    General Partner                         ----------------------------
                                        Name:   Harvey Heller
By:     /s/ Hervey Heller                       ----------------------------
        ----------------------------    Title:  President
Name:   Harvey Heller                           ----------------------------
        ----------------------------
Title:  President
        ----------------------------


/s/ Mark Slezak                         /s/ Jeanmaire Weinstein
- ----------------------------          ----------------------------
Mark Slezak                             Jeanmaire Weinstein

/s/ Jerome Blank                        /s/ Andrew Blank
- ----------------------------          ----------------------------
Jerome Blank                            Andrew Blank

/s/ F. Philip Handy                     /s/ Harry Heller Falk
- ----------------------------          ----------------------------
F. Philip Handy                         Harry Heller Falk

/s/ Will K. Weinstein                   /s/ Peter Imber
- ----------------------------          ----------------------------
Will K. Weinstein                       Peter Imber

/s/ Scott Dalton                        /s/ Michiko D. Baldridge
- ----------------------------          ----------------------------
Scott Dalton                            Michiko D. Baldridge

/s/ Richard L. Haydon                   /s/ Bernard Osher
- ----------------------------          ----------------------------
Richard L. Haydon                       Bernard Osher

BEDFORD OAK PARTNERS, L.P.              BEDFORD OAK ADVISORS, LLC
By:     Bedford Oak Advisors, LLC
Its:    Investment Advisor

        By:  /s/ Harvey P. Eisen        By:  /s/ Harvey P. Eisen
             ----------------------          ----------------------
        Name:   Harvey P. Eisen         Name:   Harvey P. Eisen
                ----------------------           ----------------------
        Title:  Managing Member         Title:  Managing Member
```

```
            --------------            --------------

/s/ Harvey P. Eisen
- ----------------------
Harvey P. Eisen

</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-2
<SEQUENCE>3
<FILENAME>ex-2.txt
<DESCRIPTION>EXHIBIT 2
<TEXT>

<PAGE>
```

EXHIBIT 2

POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that the undersigned has made, constituted
and appointed, and by these presents does make, constitute and appoint, Richard
F. Levy and John E. Lowe, and each of them, his true and lawful attorney-in-fact
and agent, for him and in his name, place and stead to execute, acknowledge,
deliver and file any and all filings with respect to securities of Coram
Healthcare Corp. required by Section 13 of the Securities Exchange Act of 1934,
as amended, and the rules and regulations promulgated thereunder, including, but
not limited to, Schedules 13D, hereby ratifying and confirming all that said
attorney-in-fact and agent may do or cause to be done by virtue hereof.

The validity of this Power of Attorney shall not be affected in any manner
by reason of the execution, at any time, of other powers of attorney by the
undersigned in favor of persons other than the attorney-in-fact named herein.

WITNESS THE EXECUTION HEREOF this 27th day of July, 2000 by Donald J.
Liebentritt.

SAMSTOCK, L.L.C.

By:  /s/ Donald J. Liebentritt
    ------------------------------
Name:    Donald J. Liebentritt
Title:   Vice President

STATE OF ILLINOIS  )
COUNTY OF COOK     )

/s/ Jamie Jedras
- ------------------------
Notary Public
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----

Danitz Ex. 8

EXHIBIT
Morrison 20
CW 3/24/07

# Coram Healthcare Corporation

## Strategic Alternatives

Deutsche Banc Alex. Brown

Deutsche Bank ☑

TRUSTEE00247

# Company objectives

- As currently projected, Coram will not be in compliance with the public company exception of Stark II by end of 2000

- In order to avail itself of the Stark II exception, Coram would have to:
  - raise $110–$125 million equity, or
  - become a private company

- Each of the capital raising alternatives outlined below are not viable options for Coram at this time

Deutsche Banc Alex. Brown

Deutsche Bank ☑

2

TRUSTEE00248

A427

# Capital raising alternatives

- Follow-on offering - selling primary (and sometimes secondary) shares in the public market

- Rights offering - selling shares to existing shareholders

- Strategic investment by a third party - new investor acquires newly issued shares in a privately negotiated transaction

- Leveraged buyout - new capital structure (debt and equity) to acquire all or most of the shares of a company and recapitalize balance sheet

Deutsche Banc Alex. Brown

Deutsche Bank

TRUSTEE00249

# Follow-on offering

■ Issues:

– Very few institutional holders

– No existing research coverage

– Would need to raise almost 10 times current equity value

– Company would still have significant leverage

– Difficult environment for healthcare issuers, especially healthcare service issuers

– Would need to be treated as if the Company were undertaking an initial public offering – however, companies typically only sell 25-33% of their pro forma value on an IPO

■ Timing:

– 60-90 days based on drafting, filing with the SEC, and a roadshow

**Deutsche Banc Alex. Brown**

**Deutsche Bank** ☑

TRUSTEE00250

A429

# Rights offering

- **Issues:**

  - Very few institutional holders - existing holders will not likely be able to raise sufficient funds through a rights offering

  - Typically need an equity back stop in the event the existing holders are unable or unwilling to raise sufficient funds

  - Will need to raise funds significantly in excess of current market value

- **Timing:**

  - 60-90 days after a backstop investor is identified

Deutsche Banc Alex. Brown

Deutsche Bank

5

TRUSTEE00251

A430

# Strategic investment by a third party

■ Issues:

- Would result in a change of control based on current equity value

- Most buyout funds have recently shown little interest in healthcare services companies

- High ongoing leverage

- Potential need to raise new debt funds

■ Timing:

- 90-180 days

Deutsche Banc Alex. Brown

Deutsche Bank

TRUSTEE00252

A431

# Leveraged buyout

- Issues
  - Need to raise new debt / negotiate with existing debtholders
  - Cash flow history, RNet bankruptcy and healthcare services environment would dramatically limit ability to raise new debt
  - New investors will want ownership control
  - Most buyout funds have recently shown little interest in healthcare services

- Timing:
  - 90–180 days

Deutsche Banc Alex. Brown

Deutsche Bank

TRUSTEE00253

A432

FILE COPY

EXHIBIT
3D 2/14/07

*Presentation to the*
*Board of Directors of:*

# CORAM HEALTHCARE CORPORATION



C O R A M

*July 31, 2000*



CHANIN CAPITAL PARTNERS

COR-SUB.CON 0023726
TRUSTEE05234

A433

COR-SUB.CON 0023727

*Los Angeles · New York*

CHANIN CAPITAL PARTNERS

TABLE OF CONTENTS

1. EXECUTIVE SUMMARY . . . . . . . . . . . . . . . . . 3
2. OVERVIEW OF THERAPIES . . . . . . . . . . . . . . 17
3. HISTORICAL PERFORMANCE . . . . . . . . . . . . . 29
4. COMPANY PROJECTIONS . . . . . . . . . . . . . . . 37
5. PRO FORMA PERIOD . . . . . . . . . . . . . . . . . . 47
6. SENIOR MANAGEMENT/CORPORATE STRUCTURE . . 53
7. DUE DILIGENCE OVERVIEW . . . . . . . . . . . . . 61
8. VALUATION SUMMARY . . . . . . . . . . . . . . . . 67
9. DEBT CAPACITY . . . . . . . . . . . . . . . . . . . . 86

TRUSTEE05235

A434

# EXECUTIVE SUMMARY (CONTINUED)

## *Company Overview*

- Coram is engaged in two primary business lines: infusion therapy services ("Infusion Services") and medical information services operated by its subsidiary, CTI Network, Inc. ("CTI"). Together, these business lines will be referred to as continuing operations ("Continuing Operations")

- Based on annualized operating results for the four month period ended April 30, 2000 ("YTD"), Continuing Operations revenues and earnings before interest, taxes, depreciation, and amortization ("EBITDA") totaled $422.2 million and $22.4 million (5.3% of revenue), respectively.

  ➢ Revenues and EBITDA for Infusion Services totaled $418.3 million and $22.2 million, respectively.

  ➢ Revenues and EBITDA for CTI totaled $3.9 million and $181,000, respectively.

COR-SUB.CON 0023730

TRUSTEE05236

**A435**

($in 000's)

| | Infusion Services[1] | | CTI | | Continuing Operations | |
|---|---|---|---|---|---|---|
| | YTD Annualized | % of Revenue | YTD Annualized | % of Revenue | YTD Annualized | % of Revenue |
| Revenues | $418,305 | 100.0% | $3,882 | 100.0% | $422,188 | 100.0% |
| Cost of drugs | 167,765 | 40.1% | 2,369 | 61.0% | 170,133 | 40.3% |
| Cost of clinical services | 130,850 | 31.3% | 19 | 0.5% | 130,869 | 31.0% |
| Gross margin | 119,691 | 28.6% | 1,495 | 38.5% | 121,185 | 28.7% |
| Branch operating expenses | 51,904 | 12.4% | 1,314 | 33.8% | 53,218 | 12.6% |
| Other expense (income) | (913) | -0.2% | | 0.0% | (913) | -0.2% |
| Contribution – branch operations | 68,659 | 16.4% | 181 | 4.7% | 68,880 | 16.3% |
| Corporate overhead | 46,521 | 11.1% | | 0.0% | 46,521 | 11.0% |
| EBITDA | $22,177 | 5.3% | 181 | 4.7% | $22,358 | 5.3% |

Notes:
1) Overhead has been allocated to Infusion Services.

COR-SUB.CON 0023731

TRUSTEE05237

# EXECUTIVE SUMMARY (CONTINUED)

## Strategic Initiatives - Infusion Services

- In the fourth quarter of fiscal year ("FY") 1999, Coram implemented three strategic initiatives aimed at improving the profitability of Infusion Services:

  A  Improving revenues and gross margins by focusing growth on a select number of high revenue, high margin therapies (the "Core Therapies");

  A  Reducing costs of goods sold through nursing and pharmacy staffing efficiencies as well as strategic purchasing alliances; and

  A  Reducing general and administrative expenses through the realignment and consolidation of operations.

## Core Therapies

- Coram has identified five Core Therapies: anti-infectives, pain management, total parenteral nutrition ("TPN"), Hemophilia, and intravenous immunoglobin ("IVIG").

- During FY 2001, Coram is projecting to increase its revenue from the Core Therapies to approximately $310.7 million (67.0% of total Infusion Services revenue) from revenue of $268.5 million (64.2% of total Infusion Services revenue) based on annualized YTD operating results.

COR-SUB.CON 0023732

TRUSTEE05238

A437

- During FY 2001, Coram is projecting to increase its ANS® contribution from the Core Therapies to approximately $190.3 million (69.4% of total ANS contribution) from $169.8 million (67.8% of total ANS contribution) based on annualized YTD operating results.

*Risk of Core Therapy Focus*

- Coram's pro forma profitability is increasingly dependent on the Core Therapies. A decrease in the reimbursement for any of the Core Therapies could adversely impact the financial performance of the Company.

Notes:
(1) ANS margin = gross revenue less contractual allowances less cost of drugs and supplies.

COR-SUB.CON 0023733

TRUSTEE05239

**A438**

EXECUTIVE SUMMARY (CONTINUED)

*Historical Results – Infusion Services*

- Based on annualized YTD operating results, revenue from Infusion Services decreased by approximately 6.2% to $418.3 million from $446.1 million during FY 1999.

  ➢ The decline was a result of a decrease in patient volumes of approximately 8.0% from the termination of its Aetna agreement and the liquidation of its R-Net operations.

- As a result of its cost reduction initiatives, annualized YTD contribution from branch operations improved to $68.7 million (16.4% of revenue) from $52.3 million (11.7% of revenue during FY 1999).

- Based on annualized YTD operating results, EBITDA improved to $22.2 million or 5.3% of revenue compared to $17.5 million or 3.9% of revenue during FY 1999.

  ➢ Annualized YTD results include an accrual for Coram's management incentive program ("MIP") of $9.5 million or 2.2% of revenue, which is not included in FY 1999 results.

COR-SUB.CON 0023734

TRUSTEE05240

# EXECUTIVE SUMMARY (CONTINUED)

## Projected Results 2000 and 2001 – Infusion Services

- Coram completed projections for both Infusion Services and CTI covering July of 2000 through December of 2001 (the "Projections").

- The Projections anticipate revenues increasing to approximately $463.8 million during FY 2001 from the current level of $418.3 million based on annualized YTD operating results.  The majority of the growth is attributed to increased patient volumes of the Core Therapies.

  ➤ Core Therapies patient volume as measured by average monthly census ("AMC") is projected to total approximately 7,945 during FY 2001 compared to 7,053 based on YTD operating results (a 12.7% increase).

- The Projections anticipate contribution from branch operations increasing to $83.2 million (17.9% of revenue) during FY 2001 from $68.7 million (16.4% or revenue) based on annualized YTD operating results.  The improvement is the result of:

  ➤ An increased percentage of revenue coming from higher margin Core Therapies; and

  ➤ Continued efficiencies from its cost reduction initiatives, which are projected to outpace increases in wages and drug costs.

- EBITDA is projected to total approximately $43.4 million (9.4% of revenue) during FY 2001 compared to $22.2 million (5.3% of revenue) based on annualized YTD operating results.

COR-SUB.CON 0023735

TRUSTEE05241

**A440**

# EXECUTIVE SUMMARY (CONTINUED)

## Risks Associated with Projections

- The Projections anticipate a substantial increase in patient volumes for the Core Therapies. However, the market sizes of the Core Therapies are limited, generally under 50,000 aggregate patients per therapy.

  - Growing patient volumes in these limited markets while maintaing pricing discipline will be challenging. To the extent volumes cannot be achieved, the financial performance of Coram may be adversely impacted.

- The Projections anticipate non-core therapies patient volumes to remain constant.

  - Changes in Medicaid reimbursement have made the provision of certain therapies unprofitable. If Coram is not able to replace this business, its financial performance may be adversely impacted

- Clinical wage and drug cost increases are assumed to be offset by cost savings. If cost savings cannot be achieved, the financial performance of Coram may be adversely impacted.

- The Projections do not anticipate any significant adverse consequences as a result of restructuring. Areas which might be adversely impacted include:

  - Loss of senior management; and

  - Loss of referral sources.

COR-SUB.CON 0023736

TRUSTEE05242

**A441**

# EXECUTIVE SUMMARY (CONTINUED)

## FY 2002 through 2004 – Infusion Services

- Projections for FY 2002 through 2004 (the "Pro Forma Period") were extrapolated from the Projections using growth rates consistent with industry trends.

- The Pro Forma Period anticipates:

  ➢ Revenues growing at a compounded annual growth rate of approximately 2.0% totaling approximately $492.8 million in FY 2004.

  ➢ Contribution margins from branch operations remaining constant at approximately 19.1% totaling approximately $94.0 million in FY 2004.

  ➢ EBITDA margins remaining flat at 10.4% totaling approximately $51.1 million in FY 2004.

COR-SUB.CON 0023737

TRUSTEE05243

# EXECUTIVE SUMMARY (CONTINUED)

## Summary – Infusion Services FY 1999 through FY 2004

($ in 000's)

| | 1999 | YTD Annualized | Infusion Services[1] 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|
| Revenues | $446,006 | $418,305 | $442,995 | $463,752 | $473,133 | $482,801 | $492,758 |
| Cost of drugs | 187,507 | 167,765 | 177,368 | 189,484 | 187,747 | 191,332 | 195,024 |
| Cost of clincial services | 151,293 | 130,850 | 131,387 | 134,476 | 137,197 | 140,000 | 142,887 |
| Gross margin | 107,206 | 119,691 | 134,240 | 139,792 | 148,189 | 151,469 | 154,846 |
| *% of revenue* | 24.0% | 28.6% | 30.3% | 30.1% | 31.3% | 31.4% | 31.4% |
| Branch operating expenses | 53,870 | 51,904 | 54,904 | 56,483 | 57,854 | 59,267 | 60,721 |
| Other expense (income) | 1,052 | (913) | (272) | 139 | 142 | 145 | 148 |
| Contribution – branch operations | 52,283 | 68,699 | 79,608 | 83,169 | 90,193 | 92,057 | 93,977 |
| *% of revenue* | 11.7% | 16.4% | 18.0% | 17.9% | 19.1% | 19.1% | 19.1% |
| Corporate overhead | 34,808 | 46,521 | 46,521 | 39,769 | 40,782 | 41,825 | 42,900 |
| EBITDA | 17,475 | 22,177 | 33,087 | 43,400 | 49,411 | 50,232 | 51,077 |
| *% of revenue* | 3.9% | 5.3% | 7.5% | 9.4% | 10.4% | 10.4% | 10.4% |

Notes:
(1) FY 2000 and 2001 are Company projections. FY 2002, 2003, and 2004 were extrapolated from FY 2000 and 2001 projections.

COR-SUB.CON 0023738

TRUSTEE05244

A443

# EXECUTIVE SUMMARY (CONTINUED)

## Overview Enterprise Valuation

• In May 2000 Chanin was retained to perform an Enterprise Valuation ("EV") of Coram. The EV calculated by Chanin reflects the Continuing Operations of Coram with the current and anticipated benefits of its strategic initiatives.

&gt; The EV includes the projected operations of Infusion Services and CTI for FY 2000 through 2004.

⇒ FY 2000 and 2001 projections were provided by Coram management.

⇒ FY 2002 through FY 2004 projections were extrapolated based on discussions with management and growth rates consistent with current industry trends.

&gt; The EV excludes the CPS operations, which are assumed to be divested during FY 2000.

&gt; The EV does not anticipate substantial litigation as a result of the R-Net liquidation.

COR-SUB.CON 0023739

TRUSTEE05245

## EXECUTIVE SUMMARY (CONTINUED)

### *Summary – Continuing Operations*

($ in 000's)

| | 1999 | YTD Annualized | Continuing Operations [1] | | | | |
|---|---|---|---|---|---|---|---|
| | | | 2000 | 2001 | 2002 | 2003 | 2004 |
| Revenue | $447,754 | $422,188 | $446,755 | $468,470 | $478,323 | $488,510 | $499,038 |
| *% Growth* | | | *5.8%* | *4.9%* | *2.1%* | *2.1%* | *2.2%* |
| Gross margins | 108,154 | 121,185 | 135,827 | 141,915 | 150,515 | 154,026 | 157,660 |
| *% Margin* | *24.2%* | *28.7%* | *30.4%* | *30.3%* | *31.5%* | *31.5%* | *31.6%* |
| *% Growth* | | | *12.1%* | *4.3%* | *6.1%* | *2.3%* | *2.4%* |
| EBITDA [1] | 17,573 | 22,358 | 33,589 | 44,415 | 50,594 | 51,613 | 52,679 |
| *% Margin* | *3.9%* | *5.3%* | *7.5%* | *9.5%* | *10.6%* | *10.6%* | *10.6%* |
| *% Growth* | | | *50.2%* | *32.2%* | *13.9%* | *2.0%* | *2.1%* |
| EBITDA – Capital expenditures | 17,573 | 18,063 | 24,423 | 33,316 | 42,066 | 42,904 | 43,783 |
| *% Margin* | *3.9%* | *4.3%* | *5.5%* | *7.1%* | *8.8%* | *8.8%* | *8.8%* |
| *% Growth* | | | *35.2%* | *36.4%* | *26.3%* | *2.0%* | *2.0%* |
| A/R days sales outstanding | | 75.6 | 75.6 | 78.2 | 75.6 | 75.6 | 75.6 |
| Net working capital turnover | | | 87.0x | 15.7x | 12.9x | 12.2x | 11.9x |

Notes:
1) Continuing Operations is defined as Infusion Services and CTI operations.

COR-SUB.CON 0023740

TRUSTEE05246

**A445**

EXECUTIVE SUMMARY (CONTINUED)

## *Valuation Methodology*

- The EV for Coram is based upon the weighted average of three valuation methodologies:

  - Discounted cash flow analysis

  - Public company comparable multiples analysis

    ⇨ EV / revenues

    ⇨ EV / EBITDA

    ⇨ EV / EBITDA – capital expenditures

  - Comparable transaction analysis

    ⇨ EV / revenues

    ⇨ EV / EBITDA

- Weighting the above methodologies yields an EV of approximately $207.0 million.

COR-SUB.CON 0023741

TRUSTEE05247

A446

# EXECUTIVE SUMMARY (CONTINUED)

## *Valuation Summary*

Valuation Summary

($ in 000's)

| Valuation Methodology | Comparable Multiple [1] | FY 2000 Metric | EV | Weight | Weighted Average EV |
|---|---|---|---|---|---|
| Public company comparable multiples valuation | | | | | |
| EV / revenues | 0.78x | $446,755 | $346,958 | 5.0% | $17,348 |
| EV / EBITDA | 5.71x | $33,589 | $191,892 | 20.0% | $38,378 |
| EV / EBITDA - capital expenditures | 7.41x | $24,428 | $181,047 | 25.0% | $45,262 |
| Comparable transactions valuation | | | | | |
| EV / revenues | 0.41x | $446,755 | $184,245 | 5.0% | $9,212 |
| EV / EBITDA | 9.97x | $33,589 | $334,959 | 5.0% | $16,748 |
| Discounted cash flow valuation | | | $200,000 | 40.0% | $80,000 |
| | | | Rounded | 100.0% | $207,000 |

Notes:
(1) Companies used for the public company comparable multiples valuation were Apria Healthcare Group, Inc., Lincare Holdings, Inc., Option Care, Inc. and Gentiva Health Services, Inc. Companies used for the comparable transactions valuation were Housecall Medical Services, EMSA Government Services, Inc. and In Home Health, Inc.

COR-SUB.CON 0023742
TRUSTEE05248

A447

# EXECUTIVE SUMMARY (CONTINUED)

## *Due Diligence*

- To complete its valuation, Chanin performed extensive due diligence.

⇑ Interviews with senior management to discuss:

⇑ Current operations; and

⇑ Strategic plans.

⇑ Meetings with field personnel including:

⇑ Branch administrators,

⇑ Regional marketing personnel;

⇑ Regional accounts receivable ("AR") managers;

⇑ Area Vice Presidents; and

⇑ Product line managers.

⇑ Branch tours

⇑ Nine sites in eight states.

⇑ Financial due diligence and the review of significant contracts.

⇑ Competitor analysis.

COR-SUB.CON 0023743

TRUSTEE05249

**A448**

*22.  Overview of Therapies*

COR-SUB.CON 0023744
TRUSTEE05250

**A449**

# OVERVIEW OF THERAPIES

*General*

- Coram has segmented its Infusion Services into Core Therapies and non-core therapies.

| Core Therapies | Non-Core Therapies |
|---|---|
| TPN | Biotherapy |
| Anti-infectives | Cath care, nursing, supplies |
| Hemophilia | Chemotherapy |
| IVIG | Enteral |
| Pain management | Growth hormone |
|  | Hydration |
|  | Other therapies |

- Core Therapies maintain higher average monthly revenue per patient ("AMRP") and ANS contribution than non-core therapies.

  ➢ Based on YTD operating results, AMRP for the Core Therapies totaled $3,173 compared to $1,473 for non-core therapies.

  ➢ Based on YTD operating results, average ANS contribution for the Core Therapies totaled $2,005 compared to $793 for non-core therapies.

COR-SUB.CON 0023745

TRUSTEE05251

A450