## COMPANY PROJECTIONS (CONTINUED)

### *Revenue – Infusion Services*

#### *Patient Census*

- During FY 2000, AMC is projected to increase by 3.4% to 16,058 from 15,528 based on YTD operating results.

  ⇒ Core Therapies AMC is expected to total 7,566, a 7.3% increase over YTD levels of 7,053.

⇒ Reflects targeted marketing initiatives of specialty physician referral sources and managed care companies.

  ⇒ Non-core therapy AMC is expected to total 8,492, a 0.2% increase over YTD levels of 8,475.

⇒ The flat patient volume reflects initiatives to screen low margined and unprofitable therapies while maintaining a base to build referrals for the Core Therapies.

- During FY 2001, growth in AMC is expected to trend similar to FY 2000 results.

  ⇒ Core Therapies AMC is projected to total 7,945, a 5.0% increase over Projected FY 2000 levels.

  ⇒ Non-core therapy AMC is projected to total 8,662, a 2.0% increase over Projected FY 2000 levels.

COR-SUB.CON 0023776

TRUSTEE05282

**AMC Statistics**

| | 1999 | YTD Annualized | 2000 | 2001 |
|---|---|---|---|---|
| Total therapy AMC | 17,443 | 15,528 | 16,058 | 16,507 |
| % increase over YTD | | | 3.4% | 7.0% |
| % increase over 2000 | | | | 3.4% |
| Core Therapies AMC | 7,837 | 7,053 | 7,566 | 7,945 |
| % increase over YTD | | | 7.3% | 12.6% |
| % increase over 2000 | | | | 5.0% |
| Non-core therapy AMC | 9,606 | 8,475 | 8,492 | 8,662 |
| % increase over YTD | | | 0.2% | 2.2% |
| % increase over 2000 | | | | 2.0% |

COR-SUB.CON 0023777

TRUSTEE05283

| | AMRP | | | |
|---|---|---|---|---|
| | 1999 | YTD Annualized | 2000 | 2001 |
| Total therapy AMRP | $2,131 | $2,245 | $2,299 | $2,327 |
| % increase over YTD | | | 2.4% | 3.7% |
| % increase over 2000 | | | | 1.2% |
| Core Therapies AMRP | $2,904 | $3,173 | $3,224 | $3,259 |
| % increase over YTD | | | 1.6% | 2.7% |
| % increase over 2000 | 0 | 0 | 0 | 1.1% |
| Non-core therapy AMRP | $1,500 | $1,473 | $1,474 | $1,472 |
| % increase over YTD | | | 0.1% | (0.0%) |
| % increase over 2000 | | | | (0.1%) |

COR-SUB.CON 0023778

TRUSTEE05284

**A483**

## COMPANY PROJECTIONS (CONTINUED)

### Revenue – Infusion Services

#### Average Monthly Revenue per Patient

- During FY 2000, AMRP is projected to increase by approximately 2.4% to $2,299 from $2,245 based on YTD results.

  ⋏ Core Therapies AMRP is projected to increase by approximately 1.6% to $3,224 from $3,173 based on YTD results.

  ⇉ Reflects continued price increases under its managed care contracts. Coram has targeted its 50 largest contracts for renegotiations.

  ⋏ Non-core therapies AMRP is projected to increase by approximately 0.1% to $1,475 from $1,475 based on YTD results.

- During FY 2001, AMRP is projected to increase by approximately 1.2% to $2,327 over 2000 Projected levels.

  ⋏ Core Therapies AMRP is projected to increase by approximately 1.1% to $3,259 from Projected 2000 levels.

  ⋏ Non-core therapies AMRP is projected to remain relatively flat totaling $1,472 compared to Projected 2000 of $1,474.

COR-SUB.CON 0023779

TRUSTEE05285

**A484**

COMPANY PROJECTIONS (CONTINUED)

### Gross Margins – Infusion Services

- During FY 2000, gross margins are projected to improve to approximately 30.3% from YTD levels of 28.6%.

  ➢ Revenue from the Core Therapies, which maintain higher ANS margins than non-core therapies, are expected to increase to 66.1% of revenue compared YTD levels of 64.2%.

  ➢ Nursing costs as a percent of revenue are expected to decline to 7.7% from YTD levels of 8.5%.

  ⇑ Reflects increased levels of part-time and agency nursing with reductions in full time nursing staff

  ⇑ Improvements from staffing mix changes will be partially offset by wage inflation of approximately 3.0%.

  ➢ Pharmacy costs as a percent of revenue are expected to decline to 5.9% from YTD levels of 6.3%.

  ⇑ Reflects increased use of pharmacy technicians in non-critical roles.

  ⇑ Improvements from staffing mix changes will be partially offset by wage inflation of approximately 3.0%.

COR-SUB.CON 0023780

TRUSTEE05286

**A485**

# COMPANY PROJECTIONS (CONTINUED)

## Gross Margins – Infusion Services

- During FY 2001, Coram is expecting gross margins to remain relatively unchanged totaling approximately 30.1% compared to approximately 30.3% projected in FY 2000.

  ➤ Increased input costs are offset by continued efficiencies and slight increases in AMRP.

($ in 000's)

| | 1999 | YTD Annualized | Gross Margins 2000 | 2001 |
|---|---|---|---|---|
| Total infusion revenues | $446,006 | $418,305 | $442,995 | $463,752 |
| Core Therapies ANS | $171,069 | $169,818 | $184,445 | $190,255 |
| Non-core therapy ANS | 87,430 | 80,723 | 81,182 | 84,013 |
| ANS | 258,499 | 250,541 | 265,627 | $274,268 |
| % of revenue | 58.0% | 59.9% | 60.0% | 59.1% |
| Nursing costs | 46,074 | 35,565 | 34,002 | 33,869 |
| Pharmacy costs | 27,695 | 26,297 | 26,106 | 26,279 |
| Other costs | 77,524 | 68,988 | 71,279 | 74,328 |
| Cost of clinical services | 151,293 | 130,850 | 131,387 | 134,476 |
| % of revenue | 33.9% | 31.3% | 29.7% | 29.0% |
| Gross margin | $107,206 | $119,691 | $134,240 | $139,792 |
| % of revenue | 24.0% | 28.6% | 30.3% | 30.1% |

COR-SUB.CON 0023781

TRUSTEE05287

COMPANY PROJECTIONS (CONTINUED)

*Branch Operating Expenses – Infusion Services*

- During FY 2000 and 2001, branch operating expenses are projected to remain relatively constant at approximately 12.3% and 12.2% of revenue, respectively, compared to YTD levels of approximately 12.2%.

➤ Costs savings from the continued consolidation of operations are expected to be offset by increased sales staff and wage inflation.

($ in 000's)

|  | 1999 | YTD Annualized | 2000 | 2001 |
|---|---|---|---|---|
|  |  | **Branch Operating Expenses** | | |
| Total infusion revenues | $446,006 | $418,305 | $442,995 | $463,752 |
| Selling | $18,433 | $16,303 | $17,218 | $17,993 |
| Billing | 15,320 | 16,337 | 16,001 | 15,478 |
| Admissions | 7,925 | 7,880 | 7,745 | 7,884 |
| Uncollectable accounts | 7,427 | 15,063 | 14,587 | 14,473 |
| Other operating expenses | 4,766 | (3,678) | (648) | 655 |
| Other expense | 1,052 | (913) | (272) | 139 |
| Total branch expenses | $54,923 | $50,992 | $54,632 | $56,623 |
| % of revenue | 12.3% | 12.2% | 12.3% | 12.2% |

COR-SUB.CON 0023782

TRUSTEE05288

COR-SUB.CON 0023783
TRUSTEE05289

## COMPANY PROJECTIONS (CONTINUED)

### CTI Operations

- During FY 2000 and 2001, CTI operations are not expected to contribute significantly to Continuing Operations.

  ∧ During FY 2000 and 2001, CTI revenue is projected to total approximately $3.8 million (0.9% of Continuing Operations revenue) and $4.7 million (1.0% of Continuing Operations revenue) respectively.

  ∧ During FY 2000 and 2001, CTI contribution from branch operations is projected to total approximately $0.5 million (0.6% of Continuing Operations contribution from branch operations) and $1.0 million (1.2% of Continuing Operations contribution from branch operations) respectively.

COR-SUB.CON 0023784

TRUSTEE05290

($ in 000's)

| | 1999 | YTD Annualized | CTI Operations 2000 | 2001 |
|---|---|---|---|---|
| Revenues | $1,748 | $3,882 | $3,760 | $4,718 |
| Cost of drugs | 800 | 2,369 | 2,168 | 2,595 |
| Cost of clincial services | - | 19 | 6 | 2,123 |
| Gross margin | 948 | 1,495 | 1,587 | 2,123 |
| Operating expenses | 850 | 1,314 | 1,085 | 1,109 |
| Contribution - branch operation | $98 | $181 | $502 | $1,014 |
| Revenue as % of Continuing Operations | 0.4% | 0.9% | 0.8% | 1.0% |
| Contribution as % of Continuing Operations | 0.2% | 0.3% | 0.6% | 1.2% |

COR-SUB.CON 0023785

TRUSTEE05291

COMPANY PROJECTIONS (CONTINUED)

*Overhead*

- During FY 2000, corporate overhead is projected to remain relatively constant at approximately $46.5 million (11.0% of Continuing Operations revenue) compared to annualized YTD levels of $46.5 million (11.0% of Continuing Operations revenue).

  ➤ During FY 2000, MIP is projected to total $16.5 million or 3.6% of Continuing Operations revenue.

- During FY 2001, corporate overhead is expected to decline to approximately $39.8 million (8.0% of Continuing Operations revenue) due to a decline in MIP.

  ➤ MIP is expected to total $6.0 million or 1.3% of Continuing Operations revenue from FY 2001 through 2004.

COR-SUB.CON 0023786

TRUSTEE05292

**A491**

*189. Pro Forma Period*

COR-SUB.CON 0023787
TRUSTEE05293

# PRO FORMA PERIOD

## *Summary*

- Pro Forma Period results were extrapolated from the Projections using growth rates consistent with industry trends.

($ in 000's)

| | 1999 | YTD Annualized | Continuing Operations Summary [1] | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 2000 | 2001 | 2002 | 2003 | 2004 |
| Revenues | $447,754 | $422,188 | $446,755 | $468,470 | $478,323 | $488,510 | $499,038 |
| Cost of drugs | 188,307 | 170,133 | 179,535 | 192,079 | 190,602 | 194,472 | 198,478 |
| Cost of clincial services | 151,293 | 130,869 | 131,393 | 134,476 | 137,207 | 140,012 | 142,900 |
| Gross Margin | 108,154 | 121,185 | 135,827 | 141,915 | 150,515 | 154,026 | 157,660 |
| % of revenue | 24.2% | 28.7% | 30.4% | 30.3% | 31.5% | 31.5% | 31.6% |
| Branch operating expenses | 54,720 | 53,218 | 55,989 | 57,592 | 58,996 | 60,443 | 61,933 |
| Other expense (income) | 1,052 | (913) | (272) | 139 | 142 | 145 | 148 |
| Contribution – branch operations | 52,381 | 68,880 | 80,110 | 84,183 | 91,376 | 93,438 | 95,579 |
| % of revenue | 11.7% | 16.3% | 17.9% | 18.0% | 19.1% | 19.1% | 19.2% |
| Corporate overhead | 34,808 | 46,521 | 46,521 | 39,769 | 40,782 | 41,825 | 42,900 |
| EBITDA | 17,573 | 22,358 | 33,589 | 44,415 | 50,594 | 51,613 | 52,679 |
| % of revenue | 3.9% | 5.3% | 7.5% | 9.5% | 10.6% | 10.6% | 10.6% |

Notes:
1) Continuing Operations is defined as Infusion Services and CTI operations.

COR-SUB.CON 0023788

TRUSTEE05294

**A493**

## PRO FORMA PERIOD (CONTINUED)

### *Revenue – Infusion Services*

- During FY 2002 through 2004, Infusion Services revenue is projected to grow at a compounded annual growth rate of approximately 2.0%.

  Ⱶ During FY 2002 through 2004, revenue for the Core Therapies is projected to grow at a CAGR of 3.0%.

  Ⱶ During FY 2002 through 2004, non-core therapy revenue is projected to remain flat at approximately $153.1 million.

⇨ Reflects Coram's continued focus on Core Therapies and the screening of non-core therapies.

($ in 000's)

| | 1999 | YTD Annualized | Revenue-Infusion Services | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 2000 | 2001 | 2002 | 2003 | 2004 | |
| Total therapy revenue | $466,006 | $418,305 | $442,995 | $463,752 | $473,133 | $482,801 | $492,758 | |
| Core Therapies revenue | $273,112 | $268,517 | $292,763 | $310,689 | $320,071 | $329,739 | $339,695 | |
| % of revenue | 61.2% | 64.2% | 66.1% | 67.0% | 67.6% | 68.3% | 68.9% | |
| Non-core therapy revenue | $172,894 | $149,788 | $150,232 | $153,062 | $153,062 | $153,062 | $153,062 | |
| % of revenue | 38.8% | 35.8% | 33.9% | 33.0% | 32.4% | 31.7% | 31.1% | |

COR-SUB.CON 0023789

TRUSTEE05295

**A494**

PRO FORMA PERIOD (CONTINUED)

## *Gross Margins – Infusion Services*

- During FY 2002 through 2004 gross margins are projected to remain relatively constant between approximately 31.3% and 31.4% as increased labor and drug costs are offset by:

  ➢ Improved pricing of its managed care contracts; and

  ➢ Continued focus on the Core Therapies.

($ in 000's)

| | 1999 | YTD Annualized | Gross Margins 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|
| Total infusion revenues | $446,006 | $418,305 | $442,995 | $463,752 | $473,133 | $482,801 | $492,758 |
| Core Therapies ANS | $171,069 | $169,818 | $184,445 | $190,255 | $201,382 | $207,465 | $213,729 |
| Non-core therapy ANS | 87,430 | 80,723 | 81,182 | 84,013 | 84,004 | 84,004 | 84,004 |
| ANS | 258,499 | 250,541 | $265,627 | $274,268 | $285,386 | $291,469 | $297,734 |
| *% of revenue* | 58.0% | 59.9% | 60.0% | 59.1% | 60.3% | 60.4% | 60.4% |
| Nursing costs | 46,074 | 35,565 | 34,002 | 33,869 | 34,554 | 35,260 | 35,988 |
| Pharmacy costs | 27,695 | 26,297 | 26,106 | 26,279 | 26,811 | 27,359 | 27,923 |
| Other costs | 77,524 | 68,988 | 71,279 | 74,328 | 75,831 | 77,381 | 78,977 |
| Cost of clinical services | 151,293 | 130,850 | 131,387 | 134,476 | 137,197 | 140,000 | 142,887 |
| *% of revenue* | 33.9% | 31.3% | 29.7% | 29.0% | 29.0% | 29.0% | 29.0% |
| Gross margin | $107,206 | $119,691 | $134,240 | $139,792 | $148,189 | $151,469 | $154,846 |
| *% of revenue* | 24.0% | 28.6% | 30.3% | 30.1% | 31.3% | 31.4% | 31.4% |

COR-SUB.CON 0023790

TRUSTEE05296

A495

COR.SUB.CON 0023791

TRUSTEE05297

PRO FORMA PERIOD (CONTINUED)

*Branch Operating Expenses*

- During FY 2002 through 2004, branch operating expenses are projected to remain relatively constant between 12.3% and 12.4% of revenue.

($ in 000's)

| | 1999 | YTD Annualized | Branch Operating Expenses | | | | | |
| | | | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|
| Total infusion revenues | $446,006 | $418,305 | $442,995 | $463,752 | $473,133 | $482,801 | $492,758 |
| Selling | $18,433 | $16,303 | $17,218 | $17,993 | $18,357 | $18,732 | $19,118 |
| Billing | 15,320 | 16,337 | 16,001 | 15,478 | 15,943 | 16,421 | 16,914 |
| Admissions | 7,925 | 7,880 | 7,745 | 7,884 | 8,121 | 8,364 | 8,615 |
| Uncollectible accounts | 7,427 | 15,063 | 14,587 | 14,473 | 14,765 | 15,067 | 15,378 |
| Other operating expenses | 4,766 | (3,678) | (648) | 655 | 668 | 682 | 696 |
| Other expense | 1,052 | (913) | (272) | 139 | 142 | 145 | 148 |
| Total branch expenses | $54,923 | $50,992 | $54,632 | $56,623 | $57,996 | $59,412 | $60,869 |
| *% of revenue* | 12.3% | 12.2% | 12.3% | 12.2% | 12.3% | 12.3% | 12.4% |

COR-SUB.CON 0023792

TRUSTEE05298

# PRO FORMA PERIOD (CONTINUED)

### *CTI Operations / Corporate Overhead*

- During FY 2002 through 2004, CTI operations are expected to contribute to Continuing Operations in the following manner:

  ➢ Revenue of approximately $5.2 million (1.1% of Continuing Operation's revenue) increasing to approximately $6.3 million (1.3% of Continuing Operations revenue).

  ➢ CTI branch contribution earnings are projected to total approximately $1.2 million (1.3% of Continuing Operations revenue) increasing to $1.6 million (1.7% of Continuing Operations revenue).

- During FY 2002 through 2004, corporate overhead as a percent of revenue is anticipated to remain constant at 8.5%.

($ in 000's)

| | 1999 | YTD Annualized | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|
| | | | | CTI Operations | | | |
| Revenues | $1,748 | $3,882 | $3,760 | $4,718 | $5,190 | $5,709 | $6,280 |
| Cost of drugs | 800 | 2,369 | 2,168 | 2,595 | 2,855 | 3,140 | 3,454 |
| Cost of clinical services | - | 19 | 6 | 6 | 10 | 11 | 13 |
| Gross margin | 948 | 1,495 | 1,587 | 2,123 | 2,325 | 2,558 | 2,813 |
| Operating expenses | 850 | 1,314 | 1,085 | 1,109 | 1,142 | 1,176 | 1,212 |
| Contribution- branch operation | $98 | $181 | $502 | $1,014 | $1,183 | $1,381 | $1,602 |
| Revenue as % of Continuing Operations | 0.4% | 0.9% | 0.8% | 1.0% | 1.1% | 1.2% | 1.3% |
| Contribution as % of Continuing Operations | 0.2% | 0.3% | 0.6% | 1.2% | 1.3% | 1.5% | 1.7% |

COR-SUB.CON 0023793

TRUSTEE05299

# 203. Senior Management/Corporate

## Structure

COR-SUB.CON 0023794

TRUSTEE05300

A499

# SENIOR MANAGEMENT/CORPORATE STRUCTURE

## *Senior Management*

| Officer | Age | Position |
|---|---|---|
| Daniel D. Crowley | 52 | Chairman, Chief Executive Officer and President |
| Allen J. Marabito | 53 | Executive Vice President |
| Scott R. Danitz | 42 | Senior Vice President, Finance and Chief Accounting Officer |
| Scott T. Larson | 37 | Senior Vice President, General Counsel and Secretary |
| Vito Ponzio, Jr. | 45 | Senior Vice President, Human Resources |

Mr. Crowley joined Coram as its Chairman, Chief Executive Officer and President on November 30, 1999. He is also Chairman of Winterland, a privately held affinity merchandise company in the music and entertainment industry, and Chairman, Chief Executive Officer and President of Dynamic Healthcare Solutions, LLC, a privately held management consulting and investment firm that he established in 1997. Prior to founding Dynamic Healthcare Solutions, Mr. Crowley served as the Chairman, Chief Executive Officer and President of Foundation Health Corporation, a post that he had served in since 1989.

Mr. Marabito joined Coram on November 30, 1999 as Executive Vice President. From 1997 to 1999, Mr. Marabito was a Senior Vice President with Dynamic Healthcare Solutions, LLC. From 1991 to 1997, he served as the Senior Vice President, Secretary and General Counsel of Foundation Health Corporation.

COR-SUB.CON 0023795

TRUSTEE05301

COR-SUB.CON 0023796

TRUSTEE05302

# SENIOR MANAGEMENT/CORPORATE STRUCTURE (CONTINUED)

## *Senior Management*

Mr. **Danitz** served as the Company's Vice President and Controller from January 1998 through December 1999 and has served as Senior Vice President of Finance and Chief Accounting Officer since January 2000. From 1989 to 1997, Mr. Danitz was employed by First Data Corporation holding various positions, the most recent being Vice President and Controller, Payment Instruments division.

Mr. **Larson** has served as the Company's Senior Vice President and General Counsel since July 1998 and was elected Secretary in April 1999. Previously, Mr. Larson served as the Company's Vice President and Legal Counsel from March 1996 to July 1998 and as Assistant General Counsel from July 1994 through February 1996. Between 1992 and July 1994, Mr. Larson served as Corporate Counsel and later as Assistant General Counsel for T(2) Medical, Inc. ("T(2) Medical"). Before joining T(2) Medical, Mr. Larson was employed as an attorney with the Atlanta-based law firm of Alston & Bird.

Vito **Ponzio, Jr.** has served as the Company's Senior Vice President of Human Resources since September 1998. Previously, Mr. Ponzio served as the Company's Vice President of Human Resources from February 1996 to September 1998 and as Director of Human Resources from February 1994 to February 1996.

COR-SUB.CON 0023797

TRUSTEE05303

**A502**

# SENIOR MANAGEMENT/CORPORATE STRUCTURE (CONTINUED)

## *Organizational Structure*

- Coram's Office of the Chairman is organized as follows:.

COR-SUB.CON 0023798

TRUSTEE05304

# SENIOR MANAGEMENT/CORPORATE STRUCTURE (CONTINUED)

## *Organizational Structure*

- Coram's business affairs and corporate administration is organized as follows:



COR-SUB.CON 0023799

TRUSTEE05305

# SENIOR MANAGEMENT/CORPORATE STRUCTURE (CONTINUED)

## Organizational Structure

- Coram's home infusion sales and operations are divided into three regional areas with a special emphasis on selected therapies and clinical services.

COR-SUB.CON 0023800

TRUSTEE05306

# SENIOR MANAGEMENT/CORPORATE STRUCTURE (CONTINUED)

## *Organizational Structure*

- Coram's financial administration is organized as follows:



COR-SUB.CON 0023801

TRUSTEE05307

# SENIOR MANAGEMENT/CORPORATE STRUCTURE (CONTINUED)

## *Organizational Structure*

- CTI Network, Inc. is organized as follows:



COR-SUB.CON 0023802

TRUSTEE05308

# 209. Due Diligence Overview

COR-SUB.CON 0023803

TRUSTEE05309

# DUE DILIGENCE OVERVIEW

## *Management Discussions*

- Discussions and meetings with Daniel D. Crowley, Chief Executive Officer for Coram, with specific emphasis on current and pro forma operating strategies for the Company.

- Discussions and meetings with Scott Danitz, Senior Vice President, Finance and Chief Accounting Officer for Coram. Topics included the ongoing performance and projections of the Company.

- Discussions and meetings with Scott Larson, General Counsel and Secretary for Coram. Topics included divestiture of CPS and dialogue with respect to legal contracts.

- Discussions and meetings with Allen T. Marabito, Executive Vice President for Coram. Topics included general business operations and corporate administrative issues.

- Discussions with Joseph D. Smith, former Chief Operating Officer, regarding the operational aspects of the Company.

- Discussions and meetings with Perry Bernocchi, Senior Vice President for Coram. Topics included current operational and projected results.

- Discussions and meetings with Linda McBride, head of Anti Infectives for Coram. Topics include an overview of the anti-infective operations and projected results.

COR-SUB.CON 0023804

TRUSTEE05310

A509

# DUE DILIGENCE OVERVIEW (CONTINUED)

## *Management Discussions*

- Discussions and meetings with Eric Hill, head of Hemophilia for Coram. Topics included an overview of the Hemophilia operations and projected results.

- Discussions and meetings with Michael Saracco, head of Nutrition for Coram. Topics included an overview of the Nutrition operation and its future growth opportunities with an emphasis on Total Parental Nutrition.

- Discussions and meetings with Robin Ward, Director of Strategic Operations for Coram. Topics included the Company's strategic opportunities as well as general operational issues.

- Discussions and meetings with John Ellis, Assistant Vice President of Operations for Coram. Topics included general operational issues.

- Discussions and meetings with Richard Irfye, Assistant Vice President of Interim Sales for Coram. Topics included sales issues and concerns of the Company.

- Discussions and meetings with Debbie Meyer, Assistant Vice President of Sales for Coram. Topics included sales issues and patterns of the Company.

COR-SUB.CON 0023805

TRUSTEE05311

A510