

CONFIDENTIAL
EMB 001705

CH-11 TRUSTEE/
CrowleyAdmin006206

A931



# Core Revenue Percentage

- Core therapies continued to grow, accounting for 72% of consolidated revenues in the latest period, vs. 71% for the same period a year ago

Eleven Months Ended Nov 30

73.0%
72.0%
71.0%
70.0%

2001    2002

CONFIDENTIAL
EMB 001706

CH-11 TRUSTEE/
CrowleyAdmin006207

A932



# Revenue Per Patient Per Day

- Average daily revenues per core patient grew 6% to $155 from the same period a year ago.
  - Emphasis on chronic TPN and Hemophilia and IVIG patients.

**Eleven Months Ended Nov 30**

(Bar chart with y-axis values: $125, $130, $135, $140, $145, $150, $155; x-axis categories: 2001, 2002)

CONFIDENTIAL
EMB 001707

CH-11 TRUSTEE/
CrowleyAdmin006208

A933

# Revenue Diversification

- Coram's focus on *chronic* TPN, IVIG and hemophilia patients *increases* revenue per patient and reduces risk by enhancing the diversity and stability of revenues

- Strategy: continue to build on these therapies while supported by a large, stable anti-infectives business base

CONFIDENTIAL
EMB 001708

CH-11 TRUSTEE/
CrowleyAdmin006209



# Blood Products Initiatives

• Hemophilia

  – Added "Product Champion"

  – Added specialty sales force and patient advocates

  – Created central distribution center

  – Supplier alliance (FFF) improved product availability and reduced costs

CONFIDENTIAL
EMB 001709

CH-11 TRUSTEE/
CrowleyAdmin006210



# Hemophilia Revenue Results
(in millions)

- Strategy to change mix to more profitable chronic care patients

- Hemophilia grew $16 million or 47% year over year, contributing to Coram's overall EBITDA improvement.

CONFIDENTIAL
EMB 001710

CH-11 TRUSTEE/
CrowleyAdmin006211



# Hemophilia Revenue Growth

(in millions)

- Hemophilia grew to 13% of total revenues from 10%

- Has higher drug cost (factor), but has lower overall Clinical and G&A, resulting in higher contribution to margin and EBITDA

Eleven Months Ended Nov 30

2001    2002

☐ All Other ☐ Hemophilia

$400
$350
$300
$250
$200

CONFIDENTIAL
EMB 001711

CH-11 TRUSTEE/
CrowleyAdmin006212

A937



# Blood Products Initiatives

- IVIG
  - Created viable product by reducing costs
  - Improved sales incentives
  - Refined sales to target neurology referrals for more persistent, *chronic* patients
    - Realizing greater yield per patient

CONFIDENTIAL
EMB 001712

CH-11 TRUSTEE/
CrowleyAdmin006213



# IVIG Product Cost Trend

Cost of Goods Sold (COGS) Percentage

CONFIDENTIAL
EMB 001713

CH-11 TRUSTEE/
CrowleyAdmin006214

A939



# IVIG Revenue Increase
### (in millions)

- After reduced costs made it profitable, revenues increased 16.5% due to SBU focus targeting neurology referrals and enhanced sales incentives.

CONFIDENTIAL
EMB 001714

CH-11 TRUSTEE/
CrowleyAdmin006215

A940

# Nutrition Initiatives

- Added SBU "Product Champion"
- Targeted marketing initiatives for patients, payers, referral sources and hospitals
- Sales focused on *chronic* patients
- Reduced costs allows sales of enteral, which captures patients who use both enteral and TPN

CONFIDENTIAL
EMB 001715

CH-11 TRUSTEE/
CrowleyAdmin006216



# Nutrition Initiative Results

(in millions)

- TPN up 5.2% due to increased focus on getting and retaining chronic customers, improved sales incentives

**Eleven Months Ended Nov 30**

CONFIDENTIAL
EMB 001716

CH-11 TRUSTEE/
CrowleyAdmin006217

# Recent Revenue Initiatives

- Hospital Rx outsourcing
  - Established SoluNet subsidiary to market TPN and other specialty Rx services to hospitals
  - Brings additional revenue to branches, increases leverage with vendors, connects us to patients before they leave the hospital
  - Currently have contracts with Desert Samaritan Medical Center, New England Medical Center, Mt. Auburn Hospital and Carney Hospital.

CONFIDENTIAL
EMB 001717

CH-11 TRUSTEE/
CrowleyAdmin006218



# Recent Revenue Initiatives

- Retained a Product Champion to develop and expand respiratory therapy capabilities
  - A higher margin segment of the business that Coram has not served
  - Has potential to be synergistic and add volume to our branches

CONFIDENTIAL
EMB 001718

CH-11 TRUSTEE/
CrowleyAdmin006219

# Reasons for Accelerated Growth

- Product Champion focus is working
- New leadership in sales taking effect
  - Greater focus and discipline
  - More straight-forward sales incentives
- Actively recruiting *chronic* core patients no longer wanted by Accredo after it bought and then shut down the Gentiva infusion business

CONFIDENTIAL
EMB 001719

CH-11 TRUSTEE/
CrowleyAdmin006220

A945

# Reasons for Accelerated Growth

- Cost cutting has worked so we can push products we couldn't offer profitably before
  - Reintroduction of IVIG and Enteral Nutrition
- Improved contracting and vendor relations
- Actively recruiting patients of numerous local and regional infusion providers that failed or suffered setbacks due to the difficult operating environment
- Continued reputation for quality and service
- Strong leadership from a stable, motivated management team

CONFIDENTIAL
EMB 001720

CH-11 TRUSTEE/
CrowleyAdmin006221

# Cutting the Costs

- Improving clinical services productivity while maintaining or improving quality
- Leveraged volume to purchase drugs and supplies more effectively
  - Formulary
- Reduced administrative costs to reflect business realities
- Leveraging our people and infrastructure through better technology solutions

CONFIDENTIAL
EMB 001721

CH-11 TRUSTEE/
CrowleyAdmin006222

A947

# Infusion Cost of Services



Bar chart: Cost of Service as a % of Net Revenue

Y-axis: 80.0%, 70.0%, 60.0%, 50.0%, 40.0%

X-axis: 1999, 2000, 2001, 2002-Nov

Callout: Steady despite higher cost ratio of Vancomycin replacements and hemophilia growth with 75.5% CODS

Legend: Cost of Service as a % of Net Revenue

Note: Excluding effects of depreciation and amortization

CONFIDENTIAL
EMB 001722

CH-11 TRUSTEE/
CrowleyAdmin006223

A948



CONFIDENTIAL
EMB 001723

CH-11 TRUSTEE/
CrowleyAdmin006224

**A949**



# SG&A Expenses

Eleven Months Ended Nov 30

- SG&A remains stable, in line with growth.

Note: For comparison purposes, reflects SEC classifications and excludes effects of depreciation, amortization and MIP amounts

CONFIDENT
EMB 00

CH-11 TRUSTEE/
CrowleyAdmin006225



# G & A Cost Initiatives
## FTE Headcount

- Revenue is growing faster than headcount due to:

  - Increased productivity, organizational changes and improved sales and marketing strategies

CONFIDENTIAL
EMB 001725

CH-11 TRUSTEE/
CrowleyAdmin006226



# Approximate Revenues per FTE

- Improved productivity
  - Revenues per FTE increased approximately 7%

Eleven Months Ended Nov 30

Note: based on net revenues annualized

CONFIDENTIAL
EMB 001726

CH-11 TRUSTEE/
CrowleyAdmin006227



# Reduced Employee Turnover

- A more stable, more motivated workforce

**Annualized Employee Turnover**

35%
30%
25%
20%
15%
10%

2001    2002 YTD

CONFIDENTIAL
EMB 001727

CH-11 TRUSTEE/
CrowleyAdmin006228

A953

# Collecting the Cash

- Disciplined management initiatives improving collection results
  - December 2002 cash collections stronger than 2000 and 2001
  - July to December 2002 stronger than same period in 2001
  - December 2002 YTD Net Operating Treasury Cash Flow improved over 2001 by $12.2 million

CONFIDENTIAL
EMB 001728

CH-11 TRUSTEE/
CrowleyAdmin006229



# Cash Initiatives

- Reduced cash collection sites from 21 to 12
  - Consolidated for better management
  - Improved training
  - Increased specialization by payer type
- Automated, electronic billing implemented for several key payers
  - To improve accuracy and cash flow

CONFIDENTIAL
EMB 001729

CH-11 TRUSTEE/
CrowleyAdmin006230

# Cash Initiatives (cont.)

- New managers working with information systems to implement daily reporting of outcomes, productivity and trending
- Setting standards to employee level
- Compliance audits
- "We're getting it right."

CONFIDENTIAL
EMB 001730

CH-11 TRUSTEE/
CrowleyAdmin006231

A956

# Cash Initiatives (cont.)

- Improved vendor relationships resulted in better terms and trade credit, freeing cash

- Improved AP system
  - Realize prompt pay discounts of approximately $400,000 annually

- Improved cash management resulted in *no net draws* on revolver since 1999

CONFIDENTIAL
EMB 001731

CH-11 TRUSTEE/
CrowleyAdmin006232



# Cash
## (in millions)

- Available cash has grown despite temporary impact of collection center consolidation and seasonally soft summer and fall collection period

CONFIDENTIAL
EMB 001732

CH-11 TRUSTEE/
CrowleyAdmin006233

A958



# Improved Cash Management
(in millions)

- Payables remain current

- Receivables are higher due to increased sales and *temporary effect* of collection site consolidation

CONFIDENTIAL
EMB 001733

CH-11 TRUSTEE/
CrowleyAdmin006234

# Bottom Line Results

- Improved sales, cost reductions, productivity enhancements and cash management are resulting in improved margins.

- "We're getting it right."

CONFIDENTIAL
EMB 001734

CH-11 TRUSTEE/
CrowleyAdmin006235

**A960**