## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 17th day of April, 2007, the **Appendix of Documents in Support of Daniel D. Crowley's Opening Brief in Support of His Motion for Summary Judgment (Part 2)** was served as indicated upon the following counsel.

**E-FILE AND HAND DELIVERY**
Richard A. Barkasy, Esquire
Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

**E-FILE AND FEDERAL EXPRESS**
Barry E. Bressler, Esquire
Wilbur L. Kipnes, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

/s/ **Christina M. Thompson**
Christina M. Thompson (#3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
E-mail: cthompson@cblh.com