**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ARLIN M. ADAMS, *Chapter 11 Trustee of* )
*the Post-Confirmation Bankruptcy Estates of* )
*CORAM HEALTHCARE CORP. and CORAM,* )
*INC.,* )
           )   Civ. Action No. 04-cv-1565(SLR)
           Plaintiff, )
       v. )
           )
DANIEL D. CROWLEY, *et al.,* )
           )
           Defendants. )
           )

---

**MOTION FOR SUMMARY JUDGMENT**
**ON LIABILITY OR, IN THE**
**ALTERNATIVE, FOR THE**
**COURT TO DEEM**
**CERTAIN FACTS ESTABLISHED**

---

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff, Arlin M. Adams,

Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of Coram Healthcare

Corporation and Coram, Inc., by his undersigned attorneys and for the reasons set forth in the

brief that accompanies this motion, hereby moves for summary judgment on liability. In the

alternative, Plaintiff seeks an order under Federal Rule of Civil Procedure 56(d) specifying that

certain facts (as set forth fully in Plaintiff's brief) appear without substantial controversy and

shall be deemed established upon the trial of this action.

Dated: April 17, 2007

                            /s/ Michael J. Barrie
                            Richard A. Barkasy (#4683)
                            Michael J. Barrie (#4684)
                            SCHNADER HARRISON SEGAL & LEWIS LLP
                            824 Market Street Mall, Suite 1001
                            Wilmington, DE 19801

(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)
mbarrie@schnader.com


OF COUNSEL:
Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (*pro hac vice admission pending*)

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*
*Arlin M. Adams, Chapter 11 Trustee of the Post-*
*Confirmation Bankruptcy Estates of CORAM*
*HEALTHCARE CORP. and CORAM, INC.*