IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 04-cv-1565(SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

 **AND NOW**, this ____ day of _____, 2007, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's answering brief thereto, and Plaintiff's reply brief thereon, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. The Clerk of Court shall enter judgment in favor of Plaintiff and against Defendant.

---------------------------------------
Honorable Sue L. Robinson, U.S.D.J.