IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 04-1565 (SLR)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on April 17, 2007, I caused a true and correct copy of Plaintiff's Motion for Summary Judgment on Liability or, in the Alternative, for the Court to Deem Certain Facts Established to be served upon the following:

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
(*via CM/ECF and hand delivery on April 18, 2007*)

Elliot R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(*via CM/ECF, email and overnight mail*)

Dated: April 17, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
　　Richard A. Barkasy (#4683)
　　Michael J. Barrie (#4684)
　　824 N. Market Street, Suite 1001
　　Wilmington, DE 19801
　　Telephone: (302) 888-4554
　　Facsimile: (302) 888-1696

OF COUNSEL:

Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (*pro hac vice admission pending)*
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,
Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*