IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*,<br><br>      Plaintiff,<br><br>  v.<br><br>DANIEL D. CROWLEY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civ. Action No. 04-cv-1565(SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX OF DOCUMENTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
OR, IN THE ALTERNATIVE,
FOR THE COURT TO DEEM
CERTAIN FACTS ESTABLISHED**

Dated: April 17, 2007

Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 Market Street Mall, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)
mbarrie@schnader.com

OF COUNSEL:
Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (*pro hac vice* admission *pending*)

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*
*Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*

## APPENDIX TABLE OF CONTENTS

December 1, 2000 Hearing Transcript Excerpts ................................................................. A1

December 15, 2000 Hearing Transcript Excerpts ............................................................... A4

December 15, 2000 Hearing Sign-In Sheet ....................................................................... A34

December 21, 2000 Hearing Transcript Excerpts ............................................................. A36

December 13, 2001 Hearing Transcript Excerpts ............................................................. A42

Attorneys Fees Incurred by DHS Related to Coram Bankruptcy ..................................... A53