# SIGN-IN SHEET

CASE NAME: Oran Healthcare  
CASE NO.: 00-3299  
COURTROOM NO.: ___  
DATE: 12/15/0

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Theodore Sewertz | Wachtell, Lipton, Rosen & Katz | Creditors Committee |
| Richard Levy | Altheimer & Gray | Equity Committee |
| Theodor Low | Altheimer & Gray | Equity Committee |
| Brandy Sargent | Altheimer & Gray | Equity Committee |
| David K. Gorman | Kasowitz Benson Torres + Friedman | Debtors |
| Adam L. Ship | Kasowitz Benson Torres + Friedman | " |
| Mark Minuti | Saul Ewing LLP | Equity Committee |
| Ed Hareon | YCST | Oran Subsidiaries |
| Christopher Laulin | PSZYJ | Debtors |
| Decroix Nylund | ktF | Creditors Committee |
| Brian B. Millch | Wilk Gosrant Marps | Noteholders |
| Phillips Warren | Pillsbury Winthrop Shaw Pittman | R. Crowley |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

A-34

# SIGN-IN SHEET

CASE NAME: Oram Healthcare

CASE NO.: 00-3299

COURTROOM NO.: ___

DATE: 12/15/00

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Theodore Gewertz | Wachtell, Lipton, Rosen & Katz | Creditors Committee |
| Richard Levy | Altheimer & Gray | Equity Committee |
| Theodore Low | Altheimer & Gray | Equity Committee |
| Brandy Sargent | Altheimer & Gray | Equity Committee |
| David M. Friedman | Kasowitz Benson Torres & Friedman | Debtors |
| Adam L. Shiff | Kasowitz Benson Torres & Friedman | " |
| Mark Minuti | Saul Ewing LLP | Equity Committee |
| Ed Hareon | YCST | Enron Subsidiaries |
| Christopher Loizides | PSZYJ | Debtors |
| Deirdre Richards | LRF | Cedars Canyon |
| Alan B. Miller | Weil Gotshal + Manges | Bondholders |
| Philips Warden | Pillsbury Madison Sutro | P. Crowley |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

A-35