Attorney Fees Incurred by DHS Related to Coram Bankruptcy

Much Shelist Freed Denenberg
Coram Bankruptcy Matter #0001-02

| Date | Legal Fees | Expenses | Sub-Total |
|---|---|---|---|
| 1/30/02 | $ 25,000.00 | retainer fee | |
| 1/31/02 | $ 6,299.60 | $ 4.96 | |
| 2/28/02 | $ 14,750.00 | $ 173.82 | |
| 3/31/02 | $ 3,852.50 | $ 1,364.84 | |
| 4/30/02 | $ 9,661.00 | $ 250.10 | |
| 5/31/02 | $ 6,488.00 | $ 58.44 | |
| 6/30/02 | $ 2,030.00 | $ 0.93 | |
| 7/31/02 | $ 10,255.50 | $ 46.55 | |
| 8/30/02 | $ 24,740.00 | $ 174.34 | |
| 9/30/02 | $ 9,110.00 | $ 542.64 | |
| 10/31/02 | $ 3,172.00 | $ 18.27 | |
| 11/30/02 | $ 5,872.50 | $ 78.85 | |
| TOTAL | $ 96,231.10 | $ 2,713.74 | $ 98,944.84 |

Pillsbury Madison & Sutro LLP
Coram Bankruptcy Matter

| | | |
|---|---|---|
| 1/31/01 | $ 54,108.15 | |
| 2/28/01 | $ 11,446.83 | |
| 3/26/02 | $ 34,173.27 | |
| 4/30/02 | $ 36,757.08 | |
| 5/18/01 | $ 22,533.78 | |
| 6/29/01 | $ 3,693.85 | |
| 8/31/01 | $ 25,039.68 | |
| 9/19/01 | $ 2,281.56 | |
| 11/16/01 | $ 10,380.39 | |
| 12/7/01 | $ 3,181.36 | |
| TOTAL | $ 203,595.95 | $ 203,595.95 |
| GRAND TOTAL | | $ 302,540.79 |

CROWLEYKVN 013320

A-53