**EXHIBIT B-2**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,<br><br>                   Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>                  Defendants. | Case No. 04-1565 (SLR) |

### DEFENDANT DANIEL D. CROWLEY'S INITIAL DISCLOSURES

Defendant Daniel D. Crowley, by and through his attorneys, discloses the following information pursuant to Fed. R. Civ. P. Rule 26(a)(1) and D. Del. L.R. 16.2:

This case is in its initial stage. Accordingly, the information provided and witnesses identified herein are based on what is presently known at this time. Mr. Crowley may discover additional witnesses that possess relevant information, or additional documents that may be relevant to the disputed facts in the case. Consequently, Mr. Crowley hereby reserves his right to supplement and/or amend these Initial Disclosures pursuant to Fed. R. Civ. P. Rule 26(e).

//
//
//
//
//

372883.1

1

## I. DISCLOSURE OF WITNESSES

Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Mr. Crowley discloses that the following individuals may have discoverable information that Mr. Crowley may use to support his defenses:

[

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Daniel D. Crowley<br>c/o Elliot R. Peters<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(415) 391-5400 | Mr. Crowley's work for Coram; Mr. Crowley's relationship with Cerberus;[1] disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for other Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to the Coram's bankruptcy proceedings (hereinafter, the "Bankruptcy Cases") before the United States Bankruptcy Court for the District of District of Delaware (hereinafter, the "Bankruptcy Court"); Coram's First Plan of Reorganization; Coram's decision to hire Goldin Associates to investigate the alleged conflict of interest; Coram's Second Plan of Reorganization; the Trustee's and the Trustees' counsel's communications with Mr. Crowley and his counsel; the Trustee's decision to retain Mr. Crowley's services on behalf of Coram; the Trustee's negotiations with Mr. Crowley for an extension of his employment with Coram; the Trustee's consent to waiving claims against Mr. Crowley in the Transition Agreement and in conjunction with his Trustee's Motion for Authorization to Enter Into Termination and Employment Extension Agreement with Daniel D. Crowley ("Employment Extension Motion") in the Coram's bankruptcy proceedings; Mr. Feinberg's communications with Mr. Crowley during Coram's Bankruptcy Cases; Mr. Crowley's services on behalf of Cerberus and Cerberus affiliated entities including Winterland |

---

[1] Capitalized terms herein are defined as stated in the Trustee's Complaint, unless otherwise stated.

372883.1

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Donald J. Amaral<br>c/o Boris Feldman<br>Wilson Sonsini Goodrich & Rosati<br>605 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300 | Mr. Crowley's work for Coram; negotiations and communications surrounding Mr. Crowley's employment agreement with Coram, and/or any amendments thereto; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases; Coram's First Plan of Reorganization; Coram's decision to hire Goldin Associates to investigate the alleged conflict of interest; Coram's Second Plan of Reorganization |
| William J. Casey<br>c/o Boris Feldman<br>Wilson Sonsini Goodrich & Rosati<br>605 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300 | Mr. Crowley's work for Coram; negotiations and communications surrounding Mr. Crowley's employment agreement with Coram, and/or any amendments thereto; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases; Coram's First Plan of Reorganization; Coram's decision to hire Goldin Associates to investigate the alleged conflict of interest; Coram's Second Plan of Reorganization |
| Peter Smith<br>c/o Boris Feldman<br>Wilson Sonsini Goodrich & Rosati<br>605 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300 | Mr. Crowley's work for Coram; negotiations and communications surrounding Mr. Crowley's employment agreement with Coram, and/or any amendments thereto; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases; Coram's First Plan of Reorganization; Coram's decision to hire Goldin Associates to investigate the alleged conflict of interest; Coram's Second Plan of Reorganization |

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Sandra L. Smoley<br>c/o Boris Feldman<br>Wilson Sonsini Goodrich & Rosati<br>605 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300 | Mr. Crowley's work for Coram; negotiations and communications surrounding Mr. Crowley's employment agreement with Coram, and/or any amendments thereto; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases; Coram's First Plan of Reorganization; Coram's decision to hire Goldin Associates to investigate the alleged conflict of interest; Coram's Second Plan of Reorganization |
| Hon. Arlin M. Adams (Ret.) ("Trustee")<br>c/o Barry E. Bressler<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>(215) 751-2000 | All facts alleged in the Complaint; communications and negotiations between Mr. Crowley and his counsel and the Trustee and his counsel regarding the Transition Agreement and the Trustee's Employment Extension Motion; Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; matters relating to Coram's Bankruptcy Cases; the Trustee's plans for reorganization |
| Stephen A. Feinberg<br>c/o Cerberus Partners LP<br>450 Park Avenue<br>New York, NY 10022<br>(212) 891-2100 | Mr. Crowley's relationship with Cerberus; negotiations and communications surrounding Mr. Crowley's employment agreement with Cerberus, and/or any amendments thereto; Mr. Crowley's services on behalf of Cerberus and Cerberus affiliated entities including Winterland; Mr. Crowley's work for Coram; negotiations and communications surrounding Mr. Crowley's employment agreement with Coram, and/or any amendments thereto; the value of Mr. Crowley's services on behalf of Coram; disclosure of Crowley's relationship with Cerberus to the Coram Board of Directors and others; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases; Mr. Feinberg's communications with Mr. Crowley during Coram's Bankruptcy Cases |

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Mark A. Neporent<br>c/o Cerberus Partners LP<br>450 Park Avenue<br>New York, NY 10022<br>(212) 891-2100 | Mr. Crowley's relationship with Cerberus; negotiations and communications surrounding Mr. Crowley's employment agreement with Cerberus; Mr. Crowley's services on behalf of Cerberus and Cerberus affiliated entities including Winterland; disclosure of Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Coram |
| Harrison Goldin<br>c/o Kenneth H. Eckstein<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 715-9100 | The facts and circumstances investigated in preparing his Report and Updated Report as an Independent Restructing Advisor submitted in Coram's Bankruptcy Cases |
| Scott Danitz<br>*(address as of March 2003)*<br>Home: 8886 S. Forrest Drive<br>Highlands Ranch, CO 80126<br>(303) 683-9112 | The valuation of Coram; the financial condition of Coram; Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases; Coram's First Plan of Reorganization; Coram's decision to hire Goldin Associates to investigate the alleged conflict of interest; Coram's Second Plan of Reorganization |
| Scott N. Schrieber<br>c/o Much Shelist Freed Denenberg Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>(312) 521-2000 | Communications and negotiations between Mr. Crowley and his counsel and the Trustee and his counsel regarding the Transition Agreement and the Trustee's Employment Extension Motion |
| David M. Friedman<br>c/o Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York NY 10019-6799<br>(212) 506-1700 | Matters relating to Coram's Bankruptcy Cases; Coram's First Plan of Reorganization; Coram's decision to hire Goldin Associates to investigate the alleged conflict of interest, Coram's Second Plan of Reorganization; discussions and negotiations regarding what was to be included in the Disclosure Statements filed by Coram in conjunction with the First Plan of Reorganization; the Trustee's alleged damages; discussions and negotiations regarding retaining Mr. Crowley as CEO of Coram after approval of First and Second Plans of Reorganization were denied |

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Adam L. Shiff<br>c/o Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York NY 10019-6799<br>(212) 506-1700 | Matters relating to Coram's Bankruptcy Cases; Coram's First Plan of Reorganization; Coram's decision to hire Goldin Associates to investigate the alleged conflict of interest; Coram's Second Plan of Reorganization; discussions and negotiations regarding what was to be included in the Disclosure Statements filed by Coram in conjunction with the First Plan of Reorganization; the Trustee's alleged damages; discussions and negotiations regarding retaining Mr. Crowley as CEO of Coram after approval of First and Second Plans of Reorganization were denied |
| Kurt Davis<br>c/o Dynamic Healthcare Solutions, L.L.C.<br>400 Capitol Mall, Suite 1250<br>Sacramento, CA 95814<br>(916) 449-6056 | Relationships of Coram, Mr. Crowley, and the Noteholders with Dynamic Healthcare Solutions, L.L.C. ("Dynamic"); the receipt and distribution of compensation received by Dynamic from Cerberus for services provided by Mr. Crowley; Mr. Crowley's work for Cerberus and Cerberus affiliated entities |
| Pam Herrera<br>c/o Dynamic Healthcare Solutions, L.L.C.<br>400 Capitol Mall, Suite 1250<br>Sacramento, CA 95814<br>(916) 449-6056 | Relationships of Coram, Mr. Crowley, and the Noteholders with Dynamic; the receipt and distribution of compensation received by Dynamic from Cerberus for services provided by Mr. Crowley; Mr. Crowley's work for Cerberus and Cerberus affiliated entities |
| Jerome J. Shestack<br>c/o Wolf, Block, Schorr and Solis-Cohen<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA 19103 | Investigation and alleged facts supporting the conclusion stated in the Expert Report of Jerome J. Shestack, Esquire of September 8, 2003 |
| J. Scott Victor<br>c/o SSG Capital Advisors, LLP<br>300 Barr Harbor Drive, Suite 420<br>W. Conshohocken, PA 19428 | Matters relating to Coram's Bankruptcy Cases |
| Samuel Bemiss<br>c/o Ewing Bemiss & Co.<br>Riverfront Plaza, West Tower<br>901 East Byrd Street, Suite 1650<br>Richmond, Virginia 23219<br>(804) 780-1920 | Matters relating to Coram's Bankruptcy Cases |

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Richard F. Levy<br>c/o Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>(312) 222-9350 | Matters relating to Coram's Bankruptcy Cases |
| Donn Tice<br>c/o Nano-Tex, LLC<br>5770 Shellmound Street<br>Emeryville, CA 94608<br>(510) 420-3772 | Mr. Crowley's services on behalf of Cerberus and Cerberus affiliated entities including Winterland |
| Kevin Genda<br>c/o Cerberus Capital Management<br>299 Park Avenue<br>New York, NY 10171<br>(212) 891-2100 | Mr. Crowley's services on behalf of Cerberus and Cerberus affiliated entities including Winterland |
| Warren Feder<br>c/o Stepping Stone Capital<br>126 East 56th Street<br>New York, NY 10022<br>(212) 421-4800 | Mr. Crowley's services on behalf of Cerberus and Cerberus affiliated entities including Winterland |
| Allen Marabito<br>5899 Wedgewood Drive<br>Granite Bay, CA 95746<br>(916) 797-0197 | Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases |
| Richard Fink<br>*(address unknown)* | Mr. Crowley's work for Coram; negotiations and communications surrounding Mr. Crowley's employment agreement with Coram, and/or any amendments thereto; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others |

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Frank Geiger<br>c/o Coram<br>1675 Broadway #900<br>Denver, CO 80202<br>(303) 672-8880 | Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases |
| Gerald Reynolds<br>*(address as of March 2003)*<br>3153 Soaring Eagle Lane<br>Castle Rock, CO 80104<br>(303) 841-8562 | Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases |
| Vito Ponzio<br>c/o Coram<br>1675 Broadway #900<br>Denver, CO 80202<br>(303)-672-8880 | Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases |
| Debbie Meyer<br>*(address as of March 2003)*<br>1512 Larimer #23<br>Denver, CO 80202<br>(303) 725-9308 (cell) | Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases |
| Michale Saracco<br>*(address as of March 2003)*<br>Home: 37 Verkade Drive<br>Wayne, NJ 07470<br>(973) 812-5387 | Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; Mr. Crowley's work for Cerberus affiliated entities; Coram's decision to file for bankruptcy; matters relating to Coram's Bankruptcy Cases |

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Wendy Simpson<br>(address as of April 2000)<br>c/o TLC Properties, Inc.<br>300 Esplanade Drive #1860<br>Oxnard, CA 93030<br>(805) 981-8655 | Mr. Crowley's work for Coram; the value of Mr. Crowley's services on behalf of Coram; disclosure of Mr. Crowley's relationship with Cerberus to the Coram Board of Directors and others; the financial condition of Coram between March 1998 and March 2000 |
| Alan B. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153<br>(212) 310-8000 | Matters relating to Coram's Bankruptcy Cases |
| Eugene Tillman<br>Reed Smith LLP<br>1301 K Street, N.W.<br>Suite 1100 - East Tower<br>Washington DC 20005<br>(202) 414-9244 | Matters relating to Coram's Bankruptcy Cases; communications and decisionmaking process regarding disclosures of Mr. Crowley's relationship with Cerberus in regulatory filings |
| Eric A. Scroggins<br>Levine Leichtman Capital Partners<br>335 North Maple Drive, Suite 90210<br>Beverly Hills, California 90210<br>(310) 275-5335 | Matters relating to Coram's Bankruptcy Cases; financial condition and valuation of Coram |
| Arlyn Dozeman<br>Ernst & Young<br>370 17th St., Suite 4300<br>Denver, CO 80202<br>(720) 931-4000 | Matters relating to Coram's Bankruptcy Cases; the financial condition and valuation of Coram |
| Daniel R. Fischel<br>Lexecon Inc.<br>332 South Michigan Ave.<br>Chicago, Illinois 60604<br>(312) 322-0209 | Matters relating to Coram's Bankruptcy Cases; Trustee's alleged damages; investigation and alleged facts supporting the conclusion stated in the "Report of Daniel R. Fischel Concerning Expert Testimony to be Given on Behalf of the Equity Committee" dated November 13, 2001 and in the "Report of Daniel R. Fischel dated September 3, 2003" |
| Daniel M. Lynn<br>Deloitte & Touche<br>111 S Wacker Dr., Floor 17<br>Chicago, IL 60606<br>(312) 486-2917 | Matters relating to Coram's Bankruptcy Cases; the financial condition and valuation of Coram |

372883.1

9

| Name, address and telephone Number: | Factual knowledge relevant to this case includes: |
|---|---|
| Christina Morrison<br>Deutsche Banc Alex Brown<br>1 South Street<br>Baltimore, MD 21202<br>(410) 895-4569 | Matters relating to Coram's Bankruptcy Cases; the financial condition and valuation of Coram |
| Edward Mule<br>SilverPoint Capital<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>(203) 542-4010 | Matters relating to Coram's Bankruptcy Cases; Crowley's relationship and communications with Cerberus and with the other Noteholders |
| M. Edward Stearns<br>Foothill Capital Corp.<br>2450 Colorado Avenue, Suite 3000 West<br>Santa Monica, CA 90404<br>(310) 453-7376 | Matters relating to Coram's Bankruptcy Cases; Crowley's relationship and communications with Cerberus and with the other Noteholders |
| Barry E. Bressler<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>(215) 751-2000 | Communications and negotiations between Mr. Crowley and his counsel and the Trustee and his counsel regarding the Transition Agreement and the Trustee's Employment Extension Motion |
| Michael Barrie<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>(215) 751-2000 | Communications and negotiations between Mr. Crowley and his counsel and the Trustee and his counsel regarding the Transition Agreement and the Trustee's Employment Extension Motion |
| Wilbur Kipnes<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>(215) 751-2000 | Communications and negotiations between Mr. Crowley and his counsel and the Trustee and his counsel regarding the Transition Agreement and the Trustee's Employment Extension Motion |

## II. DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure, Rule 26(a)(1)(B), Mr. Crowley lists the following categories of documents that he may use to support his claims:

1. All pleadings, filings, transcripts and records in Coram's Bankruptcy Cases.

2. Transcripts of all depositions taken of, or testimony given under oath by, the individuals identified in Section I *supra*.

3. Written correspondence between the parties.

4. Written correspondence between counsel for the parties.

10

372883.1

5. Written correspondence among Mr. Crowley, Cerberus, and/or the other Noteholders.

6. Written correspondence among counsel for the Trustee and counsel for the Noteholders.

7. Written correspondence between counsel for the Trustee and counsel for the Equity Committee.

8. Written correspondence between counsel for the Noteholders and counsel for the Equity Committee.

9. Mr. Crowley's contracts with Coram and Cerberus.

10. All Coram financial information for the two years before Mr. Crowley became CEO through the two years after his employment terminated as CEO. These documents are located at Coram's headquarters or are publicly available.

11. All Coram Board minutes for the two years before Mr. Crowley became CEO through the two years after his employment terminated as CEO. These documents are located at Coram's headquarters.

12. Deposition and court testimony of the Trustee given in connection with (i) the Trustee's Employment Extension Motion, and (b) the Trustee's Plan of Reorganization.

13. Trustee's Employment Extension Motion and all supporting and opposing pleadings filed in the Bankruptcy Court.

14. Monthly Reports prepared by Mr. Crowley and sent to the Trustee relating to Coram's financial performance.

15. Documents introduced into evidence at the confirmation hearing on Coram's First Joint Plan of Reorganization.

16. Report of Independent Restructuring Advisors, Goldin Associates, L.L.C.

17. Documents introduced into evidence at the confirmation hearing on Coram's Second Joint Plan of Reorganization.

18. Documents produced by the Equity Committee, the Noteholders and the Trustee in connection with the March 3, 2003 hearing before the Bankruptcy Court.

19. Documents introduced into evidence at the hearing before the Bankruptcy Court held on March 3, 2003.

20. Document relating to Mr. Crowley's employment at Coram including, but not limited to, his employment file, expense reimbursements, compensation documents and work product.

21. Transcripts of proceedings related to the Bankruptcy Cases in the Bankruptcy Court.

22. Documents of record in the Bankruptcy Court for the Bankruptcy Cases.

372883.1

23. Documents produced by the Equity Committee, the Noteholders and the Trustee in connection with the hearings on Confirmation of the Trustee's Second Amended Joint Plan of Reorganization and the Second Amended Plan of Reorganization of the Equity Committee.

24. Opinions of the Bankruptcy Court in the Bankruptcy Cases.

25. The expert reports filed in the Bankruptcy Cases and documents identified in or attached to such expert reports.

26. Financial data relating to Coram.

27. Coram's filings of with the Securities and Exchange Commission.

28. PowerPoint presentations prepared by Mr. Crowley or employees of Coram.

29. Documents otherwise relating to Mr. Crowley's employment for Coram and for Cerberus.

Upon information and belief, the Trustee already has access to, or possession of, all of the foregoing documents. Pursuant to Fed. R. Civ. P. Rule26(e), Mr. Crowley reserves the right to supplement, modify and/or amend the foregoing list of documents as investigation and discovery continue.

### III. INSURANCE AGREEMENTS

Pursuant to the Federal Rules of Civil Procedure, Rule 26(a)(1)(D), Mr. Crowley discloses that he is aware of the following insurance policies under which insurance carriers may be liable to satisfy part or all of any judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy any judgment in this action:

A. For the time period from January 27, 2001 to January 27, 2002:

| Carrier & Policy Number | Carrier Contact |
|---|---|
| Genesis Insurance Company<br>Policy No. YXBOO1625A<br>(This policy is the subject of a declaratory judgment action filed by Genesis Insurance Company in the United States District Court for the District of Colorado, *Genesis Insurance Company v. Daniel D. Crowley et al*, Case No. 05-DV-00335-WDM-PAC) | Jason P. Cronic<br>Wiley, Rein & Fielding LLP<br>1776 K Street NW<br>Washington, DC 20006<br>(202) 719-7175 |

| Carrier & Policy Number | Carrier Contact |
|---|---|
| Executive Risk Specialty Insurance Company<br><br>Policy No.: 752-152504-99 | Linda Quartermain<br>Senior Claims Attorney<br>Executive Risk Specialty Insurance Company<br>Chubb Specialty Insurance<br>82 Hopmeadow Street<br>P.O. Box 2002<br>Simsbury, CT 06070-7683 |
| RLI Insurance Company<br><br>Policy No.: EPG0001054 | Amy E. Johnson<br>Senior Claim Advisor<br>RLI Insurance Company<br>525 W. Van Buren Street<br>Congress Center, Suite 350<br>Chicago, IL 60607-3823<br>(312) 360-1566 |
| Zurich American Insurance Company<br><br>Policy No.: DOC 3636937 00 | Zurich American Insurance Company<br>Attn: Executive Assurance Dept.<br>One Liberty Plaza, 30th Floor<br>New York, NY 10006 |
| The Hartford, the Twin City Fire Insurance Co. (previously Reliance Insurance Company)<br><br>Policy Nos.:<br>NDA 0160273-99<br>NDA 0160273-00 | The Hartford<br>Attn: Claims Division<br>Hartford Plaza<br>Hartford, CT 06115 |
| Gulf Insurance Group<br><br>Policy No.: GAO491129 | Andre E. Harlfinger, Director<br>Gulf Insurance Group<br>One State Street Plaza<br>10th Floor<br>New York, NY 10004<br>(917) 320-7371 |
| Royal & Sun Alliance<br><br>Policy No.: P SF001588 | Royal & Sun Alliance<br>Financial Products Claims Division<br>9300 Arrowpoint Blvd.<br>Charlotte, NC 28273-8135<br>(704) 522-2000 |

372883.1

B. For the time period from January 27, 2001 to January 27, 2002:

| Carrier & Policy Number | Carrier Contact |
|---|---|
| AIG<br>National Union Fire Insurance Co. of Pittsburgh, PA<br><br>Policy No.: 872-47-42 | Dean Constantine<br>AIG Technical Services, Inc.<br>National Union Fire Insurance Company of Pittsburgh, PA<br>175 Water Street, 9th Floor<br>New York, NY 10038 |
| RLI Insurance Company<br>Policy No.: EPG0001155 | Robert MacAneney<br>RLI Insurance Company<br>1384 Broadway, 21st Floor<br>New York, N.Y 10018 |
| The Hartford Twin City Fire Insurance Co.<br>Policy No.: NDA 0160273-01 | The Hartford<br>Attn: Claims Division<br>Hartford Plaza<br>Hartford, CT 06115 |
| Greenwich Insurance Co. XL Specialty Insurance Co.<br>Policy No.: ELU 8216801 | John Burrows<br>Executive Liability Underwriters<br>One Financial Plaza, 10th Floor<br>755 Main Street<br>Hartford, CT 06103 |

Upon information and belief, the Trustee already has access to, or possession of, all of these insurance policies.

Dated: May 12, 2006

Respectfully submitted,

*/s/ John W. Keker/*
JOHN W. KEKER
ELLIOT R. PETERS
LAURIE CARR MIMS
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Email: jkeker@kvn.com
Email: epeters@kvn.com
Email: lmims@kvn.com

Attorneys for Defendant
DANIEL D. CROWLEY

14

372883.1

## CERTIFICATE OF SERVICE

I, Laurie Carr Mims, certify that I am not less than 18 years of age and that service of Defendant Daniel D. Crowley's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and D. Del. L.R. 16.2 was made on May 12, 2006, upon:

Richard A. Barkasy
Michael J. Barrie
Barry E. Bressler
Schnader Harrison Segal & Lewis LLP
824 Market Street, Suite 1001
Wilmington, DE 19801

*(Via Electronic Transmission and First Class Mail)*

Colin P. Bissell, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

*(Via Electronic Transmission and First Class Mail)*

I certify the foregoing is true and correct under penalty of perjury.

Dated: May 12, 2006

LAURIE CARR MIMS

15

372883.1