**EXHIBIT B-8**

FW: A few thaughts                                                                 Page 1 of 2

Crowley, Dan
_____

**REDACTED**

-----Original Message-----
**From:** Kipnes, Will [mailto:WKipnes@schnader.com]
**Sent:** Thursday, March 06, 2003 2:56 PM
**To:** Crowley, Dan
**Subject:** RE: A few thaughts

Dear Dan:

I appreciate the sentiment very much. We did the very best we could. I was shocked and disappointed at the ruling; I still don't understand the legal underpinnings. Not wishing to be deposed by Mr. Levy, I think it best to leave it that.

I wish you all the best. I know you won't be down for long.

Will

    -----Original Message-----
    **From:** Crowley, Dan [mailto:dcrowley@coramhc.com]
    **Sent:** Thursday, March 06, 2003 5:40 PM
    **To:** 'aadams@schnader.com'; 'bbressler@schnader.com'; 'wkipnes@schnader.com'
    **Cc:** 'Scott Schreiber'
    **Subject:** FW: A few thaughts
    **Importance:** High

Dear Judge Adams, Mr. Bressler, and Mr. Kipnes,

First, I want to personally thank you for the professional, thoughtful, and sincere manner in which you approached the Coram situation and the Motion(s) that related to "me". I am most sad about the outcome because I dearly wished to see the process through and be on the other side "leading Coram". You will always have my deepest respect and admiration for the way you handled everything. So, first and always............*thank you.*

Secondly, I want you to rely upon the fact that it is my intention to depart Coram in the most respectful, professional and positive manner. Simply said, I earnestly wish every good thing for Coram, its mission, its wonderful people, and the important work that remains for you in your efforts to help Coram emerge from Chapter 11 fairly.

I have received several notes like the one below.

Dan Crowley

3/7/2003                                                                        CROWLEYKVN 018896

FW: A few thaughts                                                              Page 2 of 2

-----Original Message-----
From: Maxson, Ben
Sent: Thursday, March 06, 2003 10:59 AM
To: Crowley, Dan
Subject: A few thaughts


Dear Mr. Crowley,

I am sure I was not the only one dissapointed by todays news! I came to Coram, not only because of

the outstanding reputation it had in the Infusion Industry, but because I saw the hard work and dedication each

person had that worked for the company. People don't put in long hours and weekends, unless they

really believe in something. After working here for over a year, I learned what each manager believed in, IT WAS YOU!

You have the talent to inspire people, I could see it not only through my boss, Debbie Meyer, but through your

Senior Management Team, which someday, I aspired to be a part of!

Companies are made up of people. An employee, is only as strong as the person above them, which put

a lot of responsability on you. No matter how we spin this, this company will not be the same without you!

Please take my heart felt thanks for giving me a job when I needed it most, thank you for believing in me(when I

was on the road, I kept saying "I can't let people down!) and for giving me the opportunity to work with, and for you!

I truly hope I may have the opportunity to work for you again someday. With deepest appreciation!

Warm Regards, Ben Maxson


3/7/2003

CROWLEYKVN 018897