IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 04-1565 |

## ORDER DENYING MOTION FOR A PROTECTIVE ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the *Motion for a Protective Order*, dated April 13, 2007 ("Motion") and any and all papers submitted on the Motion:

IT IS HEREBY ORDERED that the Motion is DENIED.

_____
The Honorable Sue L. Robinson
Chief United States District Court Judge

#536278