

824 N.MARKET STREET   SUITE 1001
WILMINGTON, DE 19801
302.888.4554   FAX 302.888.1696   schnader.com

May 2, 2007

Michael J. Barrie
E-mail: mbarre@schnader.com

**VIA CM/ECF FILING**

Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE  19801

      RE:   *Adams v. Crowley*,
              **Case No. 1:04-cv-1565-SLR**

Dear Judge Robinson:

       We represent the plaintiff, Arlin M. Adams, Chapter 11 Trustee of Coram Healthcare Corporation and Coram, Inc. (the "Trustee") in the above matter.  We are in receipt of defense counsel's email to the Court dated April 30, 2007, inquiring whether the Court would be scheduling a hearing or conference (telephonically or in-person) in connection with the Trustee's Motion for a Protective Order (D.I. 120).

       We wish to advise the Court that, pursuant to D. Del. LR 7.1.2(a), the Trustee will file a reply to Defendant's Opposition to Plaintiff's Motion for a Protective Order on May 10, 2007.  Accordingly, should the Court wish to hold a hearing or conference on this discovery-related issue, telephonically or in-person, we respectfully request that the Court not schedule any such hearing or conference until after the conclusion of briefing on this motion.

              Respectfully,

              Michael J. Barrie
              For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:    Richard A. Barkasy, Esq. (via email)
       Elliot R. Peters, Esq. (via email)
       R. James Slaughter, Esq. (via email)
       Christina M. Thompson, Esq. (via email)
       Nancy L. Winkelman, Esq. (via email)