# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY,<br><br>Defendants. | Case No. 04-1565 |

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY OR, IN THE ALTERNATIVE, FOR THE COURT TO DEEM CERTAIN FACTS ESTABLISHED

AND NOW, this _____ day of _____, 2007, upon consideration of the *Plaintiff's Motion for Summary Judgment on Liability or, in the Alternative, for the Court to Deem Certain Facts Established*, dated April 17, 2007 ("Motion") and any and all papers submitted on the Motion:

IT IS HEREBY ORDERED that the Motion is DENIED.

_____
The Honorable Sue L. Robinson
Chief United States District Court Judge

#536278