IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>                      Plaintiffs,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>                      Defendants. | Case No. 04-1565 (SLR) |

**DECLARATION OF DANIEL CROWLEY IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:
John W. Keker
Elliot R. Peters
R. James Slaughter
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
TEL: (415) 391-5400

Jeffrey C. Wisler - #2795
Christina M. Thompson - #3976
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
TEL: (302) 658-9141
EMAIL: jwisler@cblh.com
EMAIL: cthompson@cblh.com
*Attorneys for Defendant*
*DANIEL D. CROWLEY*

Dated: May 4, 2007

393404.01

I, Daniel Crowley, declare and state as follows:

1. I have never owned shares of Coram Healthcare Corporation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of May, 2007 at San Francisco, California.

_____
Daniel Crowley

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 4th day of May, 2007, the **Declaration of Daniel Crowley in Opposition to Plaintiff's Motion for Summary Judgment** was served as indicated upon the following counsel.

**E-FILE AND HAND DELIVERY**
Richard A. Barkasy, Esquire
Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

**FEDERAL EXPRESS**
Barry E. Bressler, Esquire
Wilbur L. Kipnes, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Christina M. Thompson (#3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
E-mail: cthompson@cblh.com

#537342