## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*,  <br><br>             Plaintiff,  <br>     v.  <br><br>DANIEL D. CROWLEY, *et al.*,  <br><br>             Defendants. | ) ) ) ) ) ) Civ. Action No. 04-cv-1565(SLR) ) ) ) ) ) ) ) |

**ORDER**

**AND NOW**, this ____ day of _____, 2007, upon consideration of Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment, Plaintiff's Response thereto, and any Replies thereon, it is hereby **ORDERED** that the Motion is **DENIED**.

                                                                        _____
                                                                        Honorable Sue L. Robinson, U.S.D.J.