IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of* CORAM HEALTHCARE CORP. *and* CORAM, INC., <br><br>　　　　Plaintiff, <br>　v. <br><br>DANIEL D. CROWLEY, *et al.*, <br><br>　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 04-cv-1565(SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

---

**APPENDIX OF DOCUMENTS IN SUPPORT OF MEMORANDUM OF ARLIN M. ADAMS IN OPPOSITION TO MOTION OF DANIEL D. CROWLEY FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

---

Dated: May 4, 2007

Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)

SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)

OF COUNSEL:
Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (admitted *pro hac vice*)

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*

*Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*

# TABLE OF CONTENTS

| Document Description | Page |
|---|---|
| May 4, 1999 Letter from Crowley to Feinberg | B1 |
| June 28, 1999 Letter from Crowley to Feinberg | B16 |
| August 27, 1999 Letter from Crowley to Feinberg | B18 |
| November 12, 1999 Letter from Crowley to Feinberg | B19 |
| November 16, 1999 Letter from Crowley to Feinberg | B21 |
| November 19, 1999 Cerberus/Crowley Employment Agreement | B31 |
| November 24, 1999 Letter from Crowley to Tice | B50 |
| November 30, 1999 Coram/Crowley Employment Agreement | B52 |
| November 30, 1999 Coram 8-K | B63 |
| December 16, 1999 Letter from Crowley to Denver Planning Meeting Attendees | B66 |
| Coram 10-K for the Year Ending December 31, 1999 | B68 |
| February 28, 2000 Letter from Friedman to Crowley | B74 |
| February 28, 2000 Letter from Crowley to Coram Board | B78 |
| April 6, 2000 Second Amendment to Employment Agreement | B87 |
| July 21, 2000 Letter from Feinberg to Crowley | B92 |
| July 31, 2000 Letter form Crowley to Noteholders | B93 |
| July 31, 2000 Letter from Crowley to Board | B94 |
| August 8, 2000 Coram Disclosure Statement | B96 |
| October 11, 2000 First Amended Disclosure Statement | B101 |
| November 16, 2000 Notice of Withdraw of Debtors' Application for Order Authorizing Employment and Retention of Dynamic | B109 |

| | |
|---|---|
| November 28, 2000 Feinberg Deposition Transcript Excerpts | B119 |
| December 7, 2000 Crowley Deposition Transcript Excerpts | B124 |
| December 8, 2000 Amaral Deposition Transcript Excerpts | B131 |
| December 15, 2000 Hearing Transcript Excerpts | B139 |
| December 21, 2000 Hearing Transcript Excerpt | B150 |
| April 2, 2001 Letter from Crowley/Danitz to Ernst & Young | B153 |
| June 1, 2001 Invoice from Dynamic to Cerberus | B162 |
| July 31, 2001 Second Joint Disclosure Statement | B163 |
| September 4, 2001 Updated Goldin Report Excerpts | B171 |
| September 5, 2001 Letter from Neporent to Crowley with Information Memo | B174 |
| September 24, 2001 Smith Deposition Transcript Excerpts | B181 |
| September 28, 2001 Casey Deposition Transcript Excerpts | B187 |
| September 28, 2001 Smoley Deposition Transcript Excerpt | B190 |
| October 25, 2001 Crowley Deposition Transcript Excerpt | B192 |
| October 26, 2001 Amaral Deposition Transcript Excerpts | B195 |
| November 1, 2001 Invoice from Dynamic to Cerberus | B208 |
| December 13, 2001 Hearing Transcript Excerpts | B209 |
| April 5, 2002 E-mail from Schreiber to Cook | B212 |
| May 6, 2002 Draft Letter from Crowley to Feinberg | B213 |
| August 20, 2002 Letter from Crowley to Feinberg | B216 |
| March 3, 2003 Hearing Transcript | B217 |
| December 11, 2003 Hearing Transcript Excerpts | B414 |
| December 22, 2003 Press Release, Expense Scripts | B417 |
| January 22, 2004 Hearing Transcript Excerpts | B418 |

| | |
|---|---|
| March 4, 2004 Hearing Transcript Excerpt | B425 |
| April 7, 2004 Hearing Transcript Excerpt | B427 |
| October 27, 2004 Order Confirming Second Amended Joint Plan of Reorganization | B429 |
| December 16, 2004 Letter from Crowley to Feinberg | B453 |
| April 19, 2005 Letter from Schreiber to Feinberg | B454 |
| March 16, 2007 Friedman Deposition Transcript Excerpts | B456 |
| March 21, 2007 Goldin Deposition Transcript Excerpt | B463 |
| March 26, 2007 Morrison Deposition Transcript Excerpt | B466 |
| March 27, 2007 Adams Deposition Transcript Excerpts | B469 |
| April 4, 2007 Tice Deposition Transcript Excerpts | B475 |
| April 5, 2007 Marabito Deposition Transcript Excerpt | B478 |
| April 6, 2007 Crowley Deposition Transcript Excerpts | B480 |
| April 6, 2007 Danitz Deposition Transcript Excerpts | B491 |
| Coram Corporate Compliance Handbook | B495 |
| May 8, 2002 Draft Letter from Crowley to Feinberg | B497 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of* CORAM HEALTHCARE CORP. *and* CORAM, INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, *et al.*,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 04-1565 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on May 4, 2007, I caused a true and correct copy of the Appendix of Documents in Support of Memorandum of Arlin M. Adams in Opposition to Motion of Daniel D. Crowley for Summary Judgment, or, in the Alternative, Partial Summary Judgment, to be served upon the following:

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
(*via CM/ECF and hand delivery*)

Elliot R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(*via CM/ECF, email and overnight mail*)

Dated: May 4, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
　　Richard A. Barkasy (#4683)
　　Michael J. Barrie (#4684)
　　824 N. Market Street, Suite 1001
　　Wilmington, DE 19801
　　Telephone: (302) 888-4554
　　Facsimile: (302) 888-1696