IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY,<br><br>Defendants. | )<br>)<br>)  Case No. 04-1565 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Related to Docket Nos.:**<br>)  **122, 123, 137, 143**<br>)<br>)<br>)<br>) |

## REQUEST FOR ORAL ARGUMENT

Defendant Daniel D. Crowley, by and through his undersigned counsel, hereby respectfully requests that oral argument be heard on the *Motion of Daniel D. Crowley for Summary Judgment, or, in the Alternative, Partial Summary Judgment* [D.I. 122].

Dated:  May 15, 2007            CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Christina M. Thompson_____**
Jeffrey C. Wisler - #2795
Christina M. Thompson - #3976
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141

　　　　　　-and-

John W. Keker
Elliot R. Peters
R. James Slaughter
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400
*Attorneys for Defendant Daniel D. Crowley*

#539094