# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL D. CROWLEY,<br><br>　　　　　　　　　　　Defendant. | Case No. 04-1565 (SLR) |

### MOTION TO STRIKE EVIDENCE CITED IN THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Daniel D. Crowley ("Crowley"), by and through his undersigned counsel, hereby moves this Court for an order striking from Plaintiff's Motion for Summary Judgment (D.I. 129) and Opposition to Crowley's Motion for Summary Judgment (D.I. 137) evidence of, and references to, the findings and conclusions of the Bankruptcy Court in *In re Coram Healthcare Corporation* for the reasons stated in the accompanying opening brief.

[Signature Page Follows]

| | |
|---|---|
| Dated: May 15, 2007 | CONNOLLY BOVE LODGE & HUTZ LLP |

**/s/ Christina M. Thompson**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

-and-

John W. Keker
Elliot R. Peters
R. James Slaughter
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400

*Attorneys for Daniel D. Crowley*

#539144
395455.01

2