## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware corporation, and of CORAM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY,<br><br>Defendants. | Case No. 04-1565 (SLR) |

## ORDER GRANTING MOTION TO STRIKE

AND NOW, this _____ day of _____, 2007, upon consideration of the *Motion to Strike Evidence Cited in the Trustee's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment* ("Motion"), dated May 15, 2007 and any and all papers submitted on the Motion:

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. All evidence of, and references to, the findings and conclusions of the Bankruptcy Court in *In re Coram Healthcare Corporation* are hereby stricken from Plaintiff's Motion for Summary Judgment (D.I. 129) and Opposition to Crowley's Motion for Summary Judgment (D.I. 137).

_____

The Honorable Sue L. Robinson
Chief United States District Court Judge

#539141