IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*, | ) ) ) ) ) |
| Plaintiff, | ) Civ. Action No. 04-cv-1565(SLR) ) ) |
| v. | ) ) |
| DANIEL D. CROWLEY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

---

**APPENDIX OF DOCUMENTS IN SUPPORT OF
REPLY BRIEF IN SUPPORT OF THE TRUSTEE'S
MOTION FOR SUMMARY JUDGMENT
OR, IN THE ALTERNATIVE,
FOR THE COURT TO DEEM
CERTAIN FACTS ESTABLISHED**

---

Dated: May 15, 2007

Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 Market Street Mall, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)
mbarrie@schnader.com

OF COUNSEL:
Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (admitted *pro hac vice*)

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*
*Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*

# APPENDIX TABLE OF CONTENTS

August 2, 2000 Third Amendment to Employment Agreement ................................................. C1

August 8, 2000 Debtors' Joint Plan Pursuant to Chapter 11 of the U.S. Bankruptcy Code ......... C3

September 27, 2000 Proofs of Claim Filed By Crowley ............................................................. C45

November 21, 2000 Equity Committee Objections to the Joint Plan of Reorganization ........... C48

December 21, 2000 Hearing Transcript ..................................................................................... C66

February 6, 2001 Equity Committee Motion for Leave to File Adversary Proceeding ............. C75

July 31, 2001 Debtors' Second Joint Plan Pursuant to
Chapter 11 of the U.S. Bankruptcy Code ................................................................................. C145

October 22, 2001 Equity Committee Objections to Debtors' Second Joint Plan of
Reorganization ......................................................................................................................... C203

December 17, 2001 Hearing Transcript ................................................................................... C241

December 30, 2004 Crowley Request for Payment of Administrative Expense ..................... C246

January 3, 2006 Stipulation Withdrawing Request of Crowley for Payment of Administrative
Expense Claim ......................................................................................................................... C259