# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation,<br><br>           Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY,<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>: Case No. 04-1565 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## REQUEST FOR ORAL ARGUMENT

Plaintiff Arlin M. Adams, the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., pursuant to D. Del. LR 7.1.4, hereby requests that oral argument be scheduled on the Trustee's Motion For Summary Judgment Or, In The Alternative, For The Court To Deem Certain Facts Established [D.I. 128].

Dated: May 16, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie

Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
824 Market Street Mall, Suite 1001
Wilmington, Delaware 19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)

-and-

Barry E. Bressler
Wilbur L. Kipnes
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2000 (telephone)
(215) 751-2205 (facsimile)

Counsel to Plaintiff,
Arlin M. Adams, Chapter 11 Trustee