**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

CERTIFICATE OF SERVICE

       I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on May 16, 2007, I caused a true and correct copy of the Request for Oral Argument on the Trustee's Motion For Summary Judgment Or, In The Alternative, For The Court To Deem Certain Facts Established [D.I. 128] to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE  19899<br>(*via CM/ECF and hand delivery*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>(*via email and first class mail*) |

Dated:  May 16, 2007           SCHNADER HARRISON SEGAL & LEWIS LLP

           By: /s/ Michael J. Barrie
               Richard A. Barkasy (#4683)
               Michael J. Barrie (#4684)
               824 N. Market Street, Suite 1001
               Wilmington, DE  19801
               Telephone:  (302) 888-4554
               Facsimile:   (302) 888-1696

               Counsel for Plaintiff,
               Arlin M. Adams, as Chapter 11 Trustee