IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY,<br><br>Defendants. | Case No. 04-1565 (SLR)<br><br>**Related to Docket Nos.:**<br>**146, 147, 152, 153** |

## REQUEST FOR ORAL ARGUMENT

Defendant Daniel D. Crowley, by and through his undersigned counsel, hereby respectfully requests that oral argument be heard on the *Motion to Strike Evidence Cited in the Trustee's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment* [D.I. 146].

Dated: June 14, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler - #2795
Christina M. Thompson - #3976
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

-and-

John W. Keker
Elliot R. Peters
R. James Slaughter
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
*Attorneys for Defendant Daniel D. Crowley*

#545007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 14th day of June, 2007, the **Request for Oral Argument** was served as indicated upon the following counsel.

### E-FILE AND HAND DELIVERY
Richard A. Barkasy, Esquire
Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

### FEDERAL EXPRESS
Barry E. Bressler, Esquire
Wilbur L. Kipnes, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Christina M. Thompson (#3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
E-mail: cthompson@cblh.com

#545008