IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY,<br><br>Defendants. | Case No. 04-1565 (SLR) |

## NOTICE OF DEPOSITION SUBPOENA TO SANDRA SMOLEY

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Daniel Crowley ("Crowley"), by his attorneys, will take the deposition of **Sandra Smoley** ("Smoley") at the offices of DLA Piper, 400 Capitol Mall, Ste. 2400, Sacramento, CA 95814, commencing at **9:00 a.m. on July 26, 2007**, and continuing from day to day, excluding Saturdays and Sundays, until concluded.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by the law to administer oaths, and may be recorded both stenographically and by sound-and-visual means (i.e., by videotape), and provision may be made for real-time monitoring using LiveNote™ or similar means. Crowley reserves the right to use this videotape deposition at the time of trial.

Dated:  June 21, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*

Jeffrey C. Wisler (#2795)
Christina M. Thompson (#3976)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE   19899
(302) 658-9141

-and-

Elliot R. Peters
R. James Slaughter
Warren Braunig
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
Tel:  (415) 391-5400

Attorneys for Defendant Daniel D. Crowley

#546256

AO88 (Rev. 12/06) Subpoena in a Civil Case

Issued by the
# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corp., et al.
V.
DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SMOLEY

**SUBPOENA IN A CIVIL CASE**

Case Number: [1] 04-1565(SLR) Pending in the U.S. District Court for the District of Delaware

TO: SANDRA SMOLEY

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| DLA Piper, 400 Capitol Mall, Ste. 2400  Sacramento, CA 94518 | July 26, 2007 at 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6/20/07 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Warren A. Braunig, Esq.
Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, CA 94111 (415) 391-5400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On June 20, 2007, I served the following document:

### NOTICE OF DEPOSITION SUBPOENA TO SANDRA SMOLEY

☑     by **FACSIMILE TRANSMISSION (IKON)** to all parties, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error; and

☑     by **FEDERAL EXPRESS** to counsel for Sandra Smoley, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

Peri Nielsen, Esq.  
Wilson Sonsini Goodrich & Rosati, P.C.  
650 Page Mill Road  
Palo Alto, CA 94304  
TEL: (650) 493-9000  
FAX: (650) 493-6811

Barry E. Bressler, Esq.  
Wilbur L. Kipnes, Esq.  
Nancy Winkelman, Esq.  
Mark Lee, Esq.  
Richard K. Barkasy, Esq.  
Han Nguyen, Esq.  
Schnader Harrison Segal & Lewis LLP  
1600 Market Street, Ste. 3600  
Philadelphia, PA 19103-7286  
TEL: (215) 751-2000 (main #)  
FAX: (215) 751-2205

Rolin P. Bissell, Esq.  
Young Conaway Stargatt & Taylor LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801  
TEL: (302) 571-6600  
FAX: (302) 571-1253

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 20, 2007, at San Francisco, California.

_____  
Bryant L. Cavers

PROOF OF SERVICE  
Case No: 04-1565-SLR

370161.02

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of June, 2007, the **Notice of Deposition Subpoena to Sandra Smoley** was served as indicated upon the following counsel.

**E-FILE AND HAND DELIVERY**
Richard A. Barkasy, Esq.
Michael J. Barrie, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

**TELEFAX AND FIRST CLASS U.S. MAIL**
Barry E. Bresler, Esq.
Wilbur L. Kipnes, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Christina M. Thompson (#3976)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
E-mail: cthompson@cblh.com

#546257