IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware Corporation, and of CORAM INC., a Delaware Corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, and SANDRA L. SMOLEY,<br><br>                    Defendants. | Case No. 04-1565 (SLR) |

## DEFENDANT DANIEL D. CROWLEY'S
## MOTION TO CONTINUE THE TRIAL DATE

Dated: June 22, 2007

Jeffrey C. Wisler - #2795
Christina M. Thompson - #3976
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

-and-

John W. Keker
Elliot R. Peters
R. James Slaughter
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

*Attorneys for Defendant DANIEL D. CROWLEY*

#546734-1

Pursuant to D. Del. LR 16.5[1], Defendant Daniel D. Crowley, by and through his undersigned counsel, hereby moves this Court for an order continuing the trial in the above-captioned case until March 17, 2008, or a subsequent date convenient for the Court, for the reasons stated in the accompanying opening brief.[2]

Dated: June 22, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler - #2795
Christina M. Thompson - #3976
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

-and-

John W. Keker
Elliott R. Peters
R. James Slaughter
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

Attorneys for Defendant
DANIEL D. CROWLEY

---

[1] Renumbered to D. Del. LR. 16.4 effective June 30, 2007.

[2] The certifications required by D. Del. LR. 7.1.1 and 16.5 are attached hereto as <u>Exhibit A.</u>

#546734-1