# EXHIBIT A

## CERTIFICATIONS

Pursuant to D. Del. LR 7.1.1, I hereby certify that counsel for Defendant Daniel D. Crowley has discussed the subject of the foregoing Motion to Continue the Trial Date with counsel for Plaintiff Arlin M. Adams and has not been able to reach agreement on the matters therein.

Pursuant to D. Del. LR 16.5, I hereby certify that I have sent a copy of the Motion to Continue the Trial Date, and the opening brief in support thereof, to the defendant Daniel D. Crowley.

R. James Slaughter
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
*Attorneys for Daniel D. Crowley*

Dated:   June 22, 2007