IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION, a Delaware corporation, and of CORAM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, DONALD J. AMARAL, WILLIAM J. CASEY, L. PETER SMITH, AND SANDRA L. SOMELY,<br><br>Defendants. | )<br>)<br>)  Case No. 04-1565 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO CONTINUE TRIAL DATE

AND NOW, this _____ day of _____, 2007, upon consideration of the *Defendant Daniel D. Crowley's Motion to Continue the Trial Date* ("Motion"), dated June 22, 2007 and any and all papers submitted on the Motion:

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The September 17, 2005, trial date in the above-captioned civil action is hereby continued to _____, 2008.

_____
The Honorable Sue L. Robinson
Chief United States District Court Judge

#546764