# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY,

     Plaintiff,

v.

DANIEL D. CROWLEY,

     Defendant.

---

## MINUTE ORDER

---

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

The following minute order is entered by Judge Walker D. Miller:

Jury trial (5 days) will begin **February 11, 2008, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902. Counsel shall contact chambers after ruling on the dispositive motions to schedule the trial preparation conference.

Dated: February 21, 2007

                             s/ Jane Trexler, Judicial Assistant