# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : : Case No. 04-1565 (SLR) |
| v. | : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

## JOINT NOTICE OF RECENT COURT DECISION

PLEASE TAKE NOTICE that, on June 25, 2007, the Honorable Walker D. Miller of the District Court of Colorado issued an opinion in *Genesis Insurance Co. v. Crowley, et al.*, Civil Action No. 05-335 (the "Colorado action").

On June 22, 2007, Defendant, Daniel Crowley, filed a motion and opening brief seeking to continue the trial date in the above-captioned action from the currently-scheduled date of September 17, 2007. The Trustee intends to oppose Defendant's motion to continue the trial date and will file his opposition on or before July 12, 2007.

A copy of the court's opinion in the Colorado action is attached to this Notice as Exhibit A.

Respectfully submitted by:

| | |
|---|---|
| /s/ Michael J. Barrie | /s/ Christina M. Thompson |
| Richard A. Barkasy (#4683) | Jeffrey C. Wisler (#2795) |
| Michael J. Barrie (#4684) | Christina M. Thompson (#3976) |
| | |
| SCHNADER HARRISON SEGAL | Connolly Bove Lodge & Hutz LLP |
| & LEWIS LLP | 1007 N. Orange Street, P.O. Box 2207 |
| 824 Market Street Mall, Suite 1001 | Wilmington, DE 19899 |
| Wilmington, DE 19801 | |
| (302) 888-4554 (telephone) | |
| (302) 888-1696 (facsimile) | -and- |
| | |
| -and- | Elliot R. Peters (admitted *pro hac vice*) |
| | Laurie Carr Mims (admitted *pro hac vice*) |
| Barry E. Bressler (admitted *pro hac vice*) | |
| Wilbur L. Kipnes (admitted *pro hac vice*) | Keker & Van Nest, LLP |
| | 710 Sansome Street |
| 1600 Market Street, Suite 3600 | San Francisco, CA 94111 |
| Philadelphia, PA 19103-7286 | |
| (215) 751-2000 (telephone) | |
| (215) 751-2205 (facsimile) | |
| | |
| Counsel to Plaintiff, | Counsel to Defendant, |
| Arlin M. Adams, as Chapter 11 Trustee | Daniel D. Crowley |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, : : : : : | |
| Plaintiff, : | Case No. 04-1565 (SLR) |
| v. : : | |
| DANIEL D. CROWLEY, : : | |
| Defendant. : | |

CERTIFICATE OF SERVICE

  I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on June 28, 2007, I caused a true and correct copy of the Joint Notice of Recent Court Opinion to be served upon the following:

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
(*via CM/ECF and email*)

Elliot R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(*via email and facsimile*)

Dated: June 28, 2007    SCHNADER HARRISON SEGAL & LEWIS LLP

  By: /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 N. Market Street, Suite 1001
    Wilmington, DE 19801
    Telephone: (302) 888-4554
    Facsimile: (302) 888-1696

    Counsel for Plaintiff,
    Arlin M. Adams, as Chapter 11 Trustee