# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY, a Connecticut corporation,

    Plaintiff(s),

v.

DANIEL D. CROWLEY;
DONALD J. AMARAL;
WILLIAM J. CASEY;
L. PETER SMITH; and
SANDRA L. SMOLEY,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

IT IS HEREBY **ORDERED** that a Settlement Conference is set for **September 14, 2007 at 10:30 a.m.**, 5th Floor, Arraj Courthouse.

Confidential Settlement Statements are due on or before **September 10, 2007,** and should be e-mailed to the Magistrate Judge.

Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to the Magistrate Judge.

*Counsel and parties with full authority to settle must be present.*

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: June 27, 2007