IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., and Coram, Inc., | : : : : | |
| Plaintiff, | : : | Adv. No. 04-1565-SR |
| v. | : : | |
| DANIEL D. CROWLEY, | : : | |
| Defendant. | : : | |

NOTICE OF SERVICE OF DISCOVERY

    PLEASE TAKE NOTICE that on July 11, 2007, the undersigned caused a copy of the Response of Arlin M. Adams, Chapter 11 Trustee, to Defendant Daniel D. Crowley's Notice of Expert Deposition of Jeffrey L. Baliban and Requests for Production of Documents, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE  19899<br>Email:  jwisler@cblh.com<br>Email:  cthompson@cblh.com<br>(*via email and hand delivery*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>Email:  epeters@kvn.com<br>Email:  lmims@kvn.com<br>(*via email and First Class Mail*) |

Dated:  July 11, 2007                  SCHNADER HARRISON SEGAL & LEWIS LLP

                                        By: /s/ Michael J. Barrie
                                           Richard A. Barkasy (#4683)
                                           Michael J. Barrie (#4684)
                                           824 N. Market Street, Suite 1001
                                           Wilmington, DE  19801
                                           Telephone:  (302) 888-4554
                                           Facsimile:   (302) 888-1696

                                           Counsel for Plaintiff Arlin M. Adams,
                                           Chapter 11 Trustee