IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., and Coram, Inc., | : <br> : <br> : <br> : |
| Plaintiff, | : Adv. No. 04-1565-SR <br> : |
| v. | : <br> : |
| DANIEL D. CROWLEY, | : <br> : |
| Defendant. | : <br> : |

CERTIFICATE OF SERVICE

      I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on July 11, 2007, I caused a true and correct copy of (i) the Response of Arlin M. Adams, Chapter 11 Trustee, to Defendant Daniel D. Crowley's Notice of Expert Deposition of Jeffrey L. Baliban and Requests for Production of Documents, and (ii) notice of service thereof, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire <br> Christina M. Thompson, Esquire <br> Connolly Bove Lodge & Hutz LLP <br> 1007 N. Orange St., P.O. Box 2207 <br> Wilmington, DE 19899 <br> Email: jwisler@cblh.com <br> Email: cthompson@cblh.com <br> (*via email and hand delivery*) | Elliot R. Peters, Esquire <br> Laurie Carr Mims, Esquire <br> Keker & Van Nest, LLP <br> 710 Sansome Street <br> San Francisco, CA 94111 <br> Email: epeters@kvn.com <br> Email: lmims@kvn.com <br> (*via email and First Class Mail*) |

Dated: July 11, 2007            SCHNADER HARRISON SEGAL & LEWIS LLP

                                      By: /s/ Michael J. Barrie
                                            Richard A. Barkasy (#4683)
                                            Michael J. Barrie (#4684)
                                            824 N. Market Street, Suite 1001
                                            Wilmington, DE 19801
                                            Telephone: (302) 888-4554
                                            Facsimile: (302) 888-1696

                                            Counsel for Plaintiff Arlin M. Adams,
                                            Chapter 11 Trustee