**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., and Coram, Inc., : : : : Plaintiff, : : v. : : DANIEL D. CROWLEY, : : Defendant. : : | Adv. No. 04-1565-SR |

**NOTICE OF SERVICE OF DISCOVERY**

      PLEASE TAKE NOTICE that on July 11, 2007, the undersigned caused a copy of the Plaintiff's Requests for the Production of Documents Directed to Unnamed Expert Witness(es) Retained by Defendant, to be served upon the following:

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
Email: jwisler@cblh.com
Email: cthompson@cblh.com
(*via email and hand delivery*)

Elliot R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Email: epeters@kvn.com
Email: lmims@kvn.com
(*via email and First Class Mail*)

Dated: July 11, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 N. Market Street, Suite 1001
    Wilmington, DE 19801
    Telephone: (302) 888-4554
    Facsimile: (302) 888-1696

    Counsel for Plaintiff Arlin M. Adams,
    Chapter 11 Trustee