IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., and Coram, Inc., | : : : : |
| Plaintiff, | : Adv. No. 04-1565-SR : |
| v. | : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : : |

CERTIFICATE OF SERVICE

       I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on July11, 2007, I caused a true and correct copy of (i) the Plaintiff's Requests for the Production of Documents Directed to Unnamed Expert Witness(es) Retained by Defendant, and (ii) notice of service thereof, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE  19899<br>Email:  jwisler@cblh.com<br>Email:  cthompson@cblh.com<br>(*via email and hand delivery*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>Email:  epeters@kvn.com<br>Email:  lmims@kvn.com<br>(*via email and First Class Mail*) |

Dated:  July 11, 2007
                              SCHNADER HARRISON SEGAL & LEWIS LLP

                              By: /s/ Michael J. Barrie
                                  Richard A. Barkasy (#4683)
                                  Michael J. Barrie (#4684)
                                  824 N. Market Street, Suite 1001
                                  Wilmington, DE  19801
                                  Telephone:  (302) 888-4554
                                  Facsimile:   (302) 888-1696

                                  Counsel for Plaintiff Arlin M. Adams,
                                  Chapter 11 Trustee