IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of* CORAM HEALTHCARE CORP. *and* CORAM, INC., | )<br>)<br>)<br>) |
| Plaintiff, | ) Civ. Action No. 04-cv-1565(SLR)<br>) |
| v. | )<br>) |
| DANIEL D. CROWLEY, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of Defendant's Daniel D. Crowley' Motion to Continue the Trial Date, Plaintiff's Response thereto, and any Replies thereon, it is hereby **ORDERED** that the Motion is **DENIED**.

_____
Honorable Sue L. Robinson, U.S.D.J.