# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, | : : : : : |
| Plaintiff, | : Case No. 04-1565 (SLR) |
| v. | : : : |
| DANIEL D. CROWLEY, | : : |
| Defendant. | : |

NOTICE TO TAKE DEPOSITOIN OF WILLIAM J. CASEY

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Arlin M. Adams, as the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., by his attorneys, will take the deposition of William J. Casey at The Residence Inn - Chico (Meeting Room), 2485 Carmichael Drive, Chico, CA 95928, commencing at 10:00 a.m. on July 25, 2007, and continuing from day to day until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the deposition will be taken before a notary public or other officer authorized by law to administer oaths, and may be recorded sternographically, by sound and/or by sound-and-visual means, and provision may be made for the real-time monitoring using LiveNote or similar means. Plaintiff reserves the right to use any recording of this deposition at time of trial.

Dated:  July 17, 2007                         SCHNADER HARRISON SEGAL & LEWIS LLP

                              By:  /s/ Michael J. Barrie
                                  Richard A. Barkasy (#4683)
                                Michael J. Barrie (#4684)
                                824 Market Street Mall, Suite 1001
                                Wilmington, Delaware 19801
                                (302) 888-4554 (telephone)
                                (302) 888-1696 (facsimile)

                                -and-

                                Barry E. Bressler
                                Wilbur L. Kipnes
                                1600 Market Street, Suite 3600
                                Philadelphia, Pennsylvania  19103-7286
                                (215) 751-2000 (telephone)
                                (215) 751-2205 (facsimile)

                                Counsel to Plaintiff,
                                Arlin M. Adams, as Chapter 11 Trustee