## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., a Delaware Corporation, and Coram, Inc., a Delaware Corporation, : : : : : | |
| Plaintiff, : : | Case No. 04-1565 (SLR) |
| v. : : | |
| DANIEL D. CROWLEY, : : | |
| Defendant. : | |

CERTIFICATE OF SERVICE

       I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on July 17, 2007, I caused a true and correct copy of the Notice of Deposition of William J. Casey to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire | Elliot R. Peters, Esquire |
| Christina M. Thompson, Esquire | R. James Slaughter, Esquire |
| Connolly Bove Lodge & Hutz LLP | Laurie Carr Mims, Esquire |
| 1007 N. Orange St., P.O. Box 2207 | Keker & Van Nest, LLP |
| Wilmington, DE 19899 | 710 Sansome Street |
| (*via CM/ECF and email*) | San Francisco, CA 94111 |
| | (*via email and facsimile*) |

Dated: July 17, 2007        SCHNADER HARRISON SEGAL & LEWIS LLP

        By: /s/ Michael J. Barrie
           Richard A. Barkasy (#4683)
           Michael J. Barrie (#4684)
           824 N. Market Street, Suite 1001
           Wilmington, DE 19801
           Telephone: (302) 888-4554
           Facsimile: (302) 888-1696

           Counsel for Plaintiff,
           Arlin M. Adams, as Chapter 11 Trustee