IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) Civ. No. 04-1565-SLR ) ) ) ) ) |

**O R D E R**

At Wilmington this 19th day of July, 2007, having reviewed defendant's motion to continue the trial date, plaintiff's motion for a protective order, and the materials submitted in connection thereto;

IT IS ORDERED that:

1. Defendant's motion to continue the trial date (D.I. 157) is denied, as defendant has presented no compelling reason to do so.

2. Plaintiff's motion for a protective order (D.I. 120) is granted, as the defendant has failed to persuade the court that the unusual request to depose plaintiff's trial

counsel is justified.

_____
United States District Judge