**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., and Coram, Inc., | : : : : | |
| Plaintiff, | : : | Case No. 04-1565-SLR |
| v. | : : | |
| DANIEL D. CROWLEY, | : : | |
| Defendant. | : : | |

NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on August 1, 2007, the undersigned caused a copy of the Response of Arlin M. Adams, Chapter 11 Trustee, to Defendant Daniel D. Crowley's Notice of Expert Deposition of J. Scott Victor and Request for Production of Documents, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE 19899<br>Email: jwisler@cblh.com<br>Email: cthompson@cblh.com<br>(*via email and First Class Mail*) | Elliot R. Peters, Esquire<br>R. James Slaughter, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Email: epeters@kvn.com<br>Email: lmims@kvn.com<br>(*via email and First Class Mail*) |

Dated: August 1, 2007        SCHNADER HARRISON SEGAL & LEWIS LLP

    By: /s/ Michael J. Barrie
        Richard A. Barkasy (#4683)
        Michael J. Barrie (#4684)
        824 N. Market Street, Suite 1001
        Wilmington, DE 19801
        Telephone: (302) 888-4554
        Facsimile: (302) 888-1696

        Counsel for Plaintiff Arlin M. Adams,
        Chapter 11 Trustee

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., and Coram, Inc., | : | |
| Plaintiff, | : | Case No. 04-1565-SLR |
| v. | : | |
| DANIEL D. CROWLEY, | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on August 1, 2007, I caused a true and correct copy of (i) the Response of Arlin M. Adams, Chapter 11 Trustee, to Defendant Daniel D. Crowley's Notice of Expert Deposition of J. Scott Victor and Request for Production of Documents, and (ii) notice of service thereof, to be served upon the following:

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
Email: jwisler@cblh.com
Email: cthompson@cblh.com
(*via email and First Class Mail*)

Elliot R. Peters, Esquire
R. James Slaughter, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Email: epeters@kvn.com
Email: lmims@kvn.com
(*via email and First Class Mail*)

Dated: August 1, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
824 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 888-4554
Facsimile: (302) 888-1696

Counsel for Plaintiff Arlin M. Adams,
Chapter 11 Trustee