**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., and Coram, Inc., | : : : : | |
| Plaintiff, | : : | No. 04-1565-SLR |
| v. | : : | |
| DANIEL D. CROWLEY, | : : | |
| Defendant. | : : | |

NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on August 6, 2007, the undersigned caused a copy of the Notice to Take Deposition of Joseph A. Dworetzky and Subpoena in a Civil Case, to be served upon the following:

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE  19899
Email:  jwisler@cblh.com
Email:  cthompson@cblh.com
(*via email and First Class Mail*)

Elliot R. Peters, Esquire
R. James Slaughter, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111
Email:  epeters@kvn.com
Email:  lmims@kvn.com
(*via email and First Class Mail*)

2

Dated: August 7, 2007                SCHNADER HARRISON SEGAL & LEWIS LLP

                                     By: /s/ Michael J. Barrie
                                         Richard A. Barkasy (#4683)
                                         Michael J. Barrie (#4684)
                                         824 N. Market Street, Suite 1001
                                         Wilmington, DE 19801
                                         Telephone: (302) 888-4554
                                         Facsimile:   (302) 888-1696

                                         Counsel for Plaintiff Arlin M. Adams,
                                         Chapter 11 Trustee

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARLIN M. ADAMS, as Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp., and Coram, Inc., | : : : : | |
| Plaintiff, | : : | No. 04-1565-SLR |
| v. | : : | |
| DANIEL D. CROWLEY, | : : | |
| Defendant. | : : | |

CERTIFICATE OF SERVICE

       I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on August 7, 2007, I caused a true and correct copy of the Notice of Service of Discovery, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE  19899<br>Email:  jwisler@cblh.com<br>Email:  cthompson@cblh.com<br>(*via email and First Class Mail*) | Elliot R. Peters, Esquire<br>R. James Slaughter, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>Email:  epeters@kvn.com<br>Email:  lmims@kvn.com<br>(*via email and First Class Mail*) |

4

| | |
|---|---|
| Dated:  August 7, 2007 | SCHNADER HARRISON SEGAL & LEWIS LLP |

By: /s/ Michael J. Barrie
Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
824 N. Market Street, Suite 1001
Wilmington, DE  19801
Telephone:  (302) 888-4554
Facsimile:    (302) 888-1696

Counsel for Plaintiff Arlin M. Adams,
Chapter 11 Trustee