IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*, <br><br> Plaintiff, <br> v. <br><br> DANIEL D. CROWLEY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 04-cv-1565(SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

**AND NOW**, this ____ day of _____, 2007, upon consideration of the Trustee's Motion in Limine Under Rule 408 to Exclude Evidence of the Trustee's Settlement with the Outside Directors, and Defendant's answering brief thereto, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. Defendant is precluded from introducing evidence at trial of the Trustee's settlement with the Outside Directors or mentioning such settlement to the jury.

_____
Sue L. Robinson, U.S.D.J.