IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of* CORAM HEALTHCARE CORP. and CORAM, INC.,<br><br>        Plaintiff,<br>  v.<br><br>DANIEL D. CROWLEY, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Civ. Action No. 04-cv-1565(SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

**MOTION IN LIMINE OF
CHAPTER 11 TRUSTEE TO
EXCLUDE IRRELEVANT EVIDENCE
REGARDING CORAM INTEREST HOLDERS AND
DISTRIBUTION OF DAMAGES**

---

Pursuant to Rule 402 of the Federal Rules of Evidence and this Court's Scheduling Order of April 25, 2006, Plaintiff, Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of Coram Healthcare Corporation and Coram, Inc., by his undersigned attorneys and for the reasons set forth in the brief that accompanies this motion, hereby moves in limine for an order to exclude evidence: (1) that Coram's former shareholders collectively and its trade creditors received more money under the Trustee's confirmed plan of reorganization than they would have received under the plans that Coram proposed that were not confirmed; (2) relating to the identity of individual shareholders and whether they earned a profit on their investments in Coram common stock; and (3) relating to how any damages awarded in this case will be distributed.

Dated: August 20, 2007

/s/ Michael J. Barrie
Richard A. Barkasy (#4683)
Michael J. Barrie (#4684)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 Market Street Mall, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)
mbarrie@schnader.com

OF COUNSEL:

Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (admitted *pro hac vice*)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*
*Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*