IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of* CORAM HEALTHCARE CORP. and CORAM, INC., <br><br>      Plaintiff, <br><br>   v. <br><br>DANIEL D. CROWLEY, *et al.*, <br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 04-cv-1565(SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**AND NOW**, this ____ day of _____, 2007, upon consideration of the Trustee's Motion in Limine to Exclude Irrelevant Evidence Regarding Coram Interest Holders And Distribution Of Damages, Defendant's Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

 

_____
Honorable Sue L. Robinson, U.S.D.J.