IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 04-1565 (SLR)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on August 20, 2007, I caused a true and correct copy of the Trustee's Motion in Limine to Exclude Irrelevant Evidence Regarding Coram Interest Holders And Distribution Of Damages the Trustee's Brief in Support of the Motion, to be served upon the following:

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
(*via CM/ECF and hand delivery*)

Elliot R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(*via CM/ECF, email and overnight mail*)

Dated: August 20, 2007

　　　　　　　　　SCHNADER HARRISON SEGAL & LEWIS LLP

　　　　　　　　　By:　/s/ Michael J. Barrie
　　　　　　　　　　　Richard A. Barkasy (#4683)
　　　　　　　　　　　Michael J. Barrie (#4684)
　　　　　　　　　　　824 N. Market Street, Suite 1001
　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　Telephone: (302) 888-4554
　　　　　　　　　　　Facsimile:　(302) 888-1696

OF COUNSEL:

Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (admitted *pro hac vice)*
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*
Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.