IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of* CORAM HEALTHCARE CORP. *and* CORAM, INC., <br><br>            Plaintiff, <br><br>    v. <br><br>DANIEL D. CROWLEY, *et al.*, <br><br>            Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 04-cv-1565(SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

---

**CERTIFICATE OF COMPLIANCE WITH
DELAWARE LOCAL RULE 7.1.1**

---

I, Barry E. Bressler, hereby certify pursuant to Delaware Local Rule 7.1.1, that I, counsel for the Plaintiff, have made a reasonable effort to reach agreement with counsel for Defendant on the matters set forth in the foregoing motion and brief and that counsel for the parties have not been able to resolve their disagreement on these issues.

/s/ Barry E. Bressler
Barry E. Bressler (admitted *pro hac vice*)

Dated: August 20, 2007