IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of* CORAM HEALTHCARE CORP. *and* CORAM, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>DANIEL D. CROWLEY, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No. 04-cv-1565(SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION IN LIMINE OF CHAPTER 11 TRUSTEE TO ADMIT FINDINGS MADE IN THE PRIOR BANKRUPTCY COURT PROCEEDINGS FOR A LIMITED, NON-HEARSAY PURPOSE

Pursuant to this Court's Scheduling Order of April 25, 2006, Plaintiff, Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of Coram Healthcare Corporation and Coram, Inc., by his undersigned attorneys and for the reasons set forth in the brief that accompanies this motion, hereby moves in limine for an Order that findings made in the prior Bankruptcy Court proceedings be admitted for a limited, non-hearsay purpose.

Dated: August 20, 2007

                /s/ Michael J. Barrie
                Richard A. Barkasy (#4683)
                Michael J. Barrie (#4684)
                SCHNADER HARRISON SEGAL & LEWIS LLP
                824 Market Street Mall, Suite 1001
                Wilmington, DE 19801
                (302) 888-4554 (telephone)
                (302) 888-1696 (facsimile)
                mbarrie@schnader.com

OF COUNSEL:

Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (admitted *pro hac vice*)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*
*Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*