IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.*, <br><br> Plaintiff, <br> v. <br><br> DANIEL D. CROWLEY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 04-cv-1565(SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

      **AND NOW**, this ____ day of _____, 2007, upon consideration of the Trustee's Motion in Limine to Admit Findings Made in the Prior Bankruptcy Court Proceedings for a Limited, Non-Hearsay Purpose and Defendant's Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

                                                                                     _____
                                                                                     Honorable Sue L. Robinson, U.S.D.J.