IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, *Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of* CORAM HEALTHCARE CORP. *and* CORAM, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL D. CROWLEY, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 04-1565 (SLR)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on August 20, 2007, I caused a true and correct copy of the Trustee's Motion in Limine to Admit Findings Made in the Prior Bankruptcy Court Proceedings for a Limited, Non-Hearsay Purpose and the Trustee's Brief in Support of the Motion, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE 19899<br>(*via CM/ECF and hand delivery*) | Elliot R. Peters, Esquire<br>Laurie Carr Mims, Esquire<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(*via CM/ECF, email and overnight mail*) |

Dated: August 20, 2007

                                SCHNADER HARRISON SEGAL & LEWIS LLP

                                By:  /s/ Michael J. Barrie
                                    Richard A. Barkasy (#4683)
                                    Michael J. Barrie (#4684)
                                    824 N. Market Street, Suite 1001
                                    Wilmington, DE 19801
                                    Telephone: (302) 888-4554
                                    Facsimile:  (302) 888-1696

OF COUNSEL:

Barry E. Bressler (admitted *pro hac vice*)
Wilbur L. Kipnes (admitted *pro hac vice*)
Nancy Winkelman (admitted *pro hac vice)*
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2400 (telephone)
(215) 751-2205 (facsimile)

*Counsel to Plaintiff,*
Arlin M. Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORP. and CORAM, INC.