# EXHIBIT B

Coram Healthcare Corporation
Exhibit B
Cash Flow from Operations
December 31, 1995 through December 31, 2003

| | 12/31/1995 | 12/31/1996 | 12/31/1997 | 12/31/1998 | 12/31/1999 | 12/31/2000 | 12/31/2001 | 12/31/2002 | 12/31/2003 |
|---|---|---|---|---|---|---|---|---|---|
| Cash Flow From Operations (as reported) | $ (16,783) | $ 60,219 | $ 68,838 | $ (16,119) | $ (9,468) | $ 44,144 | $ 14,193 | $ 19,561 | $ 28,960 |

Page 1 of 1
Ueltzen & Company, LLP

# EXHIBIT C

Coram Healthcare Corporation
Exhibit C
Equivalent Calculation of Normalized Free Cash Flow
December 31, 1995 through December 31, 2003

| | 12/31/1995 | 12/31/1996 | 12/31/1997 | 12/31/1998 | 12/31/1999 | 12/31/2000 | 12/31/2001 | 12/31/2002 | 12/31/2003 |
|---|---|---|---|---|---|---|---|---|---|
| Cash Flow From Operations (as reported) | $ (16,783) | $ 60,219 | $ 68,838 | $ (16,119) | $ (9,468) | $ 44,144 | $ 14,193 | $ 19,561 | $ 28,960 |
| Adjustment for Sale of CPS in 2000 | | | | | | (9,694) | | | |
| Adjustment to Match Depreciation to Capital Expenditures | (39,591) | (56,556) | (48,058) | (20,625) | (15,961) | (15,296) | (12,777) | (1,188) | 978 |
| Normalized Capital Expenditures | (7,931) | (7,931) | (7,931) | (7,931) | (7,931) | (7,931) | (7,931) | (7,931) | (7,931) |
| Interest Expense Add Back | 29,845 | 47,260 | 45,016 | 19,640 | 17,858 | 16,073 | 3,991 | 940 | 1,015 |
| Normalized Free Cash Flow | (34,260) | 42,992 | 57,865 | (25,035) | (15,502) | 27,296 | (2,524) | 11,382 | 23,022 |
| Capitalization factor | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 |
| Coram Value | $ — | $ 439,592 | $ 591,683 | $ — | $ — | $ 279,100 | $ — | $ 116,376 | $ 235,332 |

# EXHIBIT D

Coram Healthcare Corporation
Exhibit D
Corrected Baliban Calculation of Normalized Free Cash Flow and Value
December 31, 2000

|  | 12/31/2000 per Baliban | 12/31/2000 Corrected |
|---|---|---|
| Cash Flow From Operations (as reported) | $ 44,144 | $ 44,144 |
| Adjustment for Sale of CPS in 2000 | (9,694) | (9,694) |
| Adjustment to Match Depreciation to Capital Expenditures | (15,296) | - |
| Normalized Capital Expenditures | (7,931) | (7,931) |
| Interest Expense Add Back | 16,073 | 16,073 |
| Normalized Free Cash Flow | $ 27,296 | $ 42,592 |
| Expected Terminal Free Cash Flow | $ 34,441 | $ 53,741 |
| Capitalization Factor | 10.2 | 10.2 |
| Coram Value | $ 352,158 | $ 549,499 |

Page 1 of 1
Ueltzen & Company, LLP

# EXHIBIT E

Coram Healthcare Corporation
Exhibit B
Enterprise Value Data per Balihan (with Option Care adjustment)
December 29, 2000 through December 31, 2004

| | Enterprise Value | | | | | | Enterprise Value Growth | | | | | Average without Option Care |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | AHOM | AHG | GTIV | OPTN | Total | | AHOM | AHG | GTIV | OPTN | Average | |
| 12/29/2000 | 289.91 | 1901.76 | 376.09 | 92.17 | 2659.93 | | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 12/31/2001 | 288.72 | 1666.66 | 479.19 | 344.86 | 2779.43 | | 1.00 | 0.88 | 1.27 | 3.74 | 1.72 | 1.05 |
| 12/31/2002 | -20.22 | 1493.76 | 134.26 | 173.62 | 1781.42 | | -0.07 | 0.79 | 0.36 | 1.88 | 0.74 | 0.36 |
| 12/31/2003 | 271.69 | 1826.13 | 219.23 | 224.18 | 2541.23 | | 0.94 | 0.96 | 0.58 | 2.43 | 1.23 | 0.83 |
| 12/31/2004 | 309.39 | 2064.45 | 290.11 | 346.33 | 3010.28 | | 1.07 | 1.09 | 0.77 | 3.76 | 1.67 | 0.98 |
| Avg % of total | 8.9% | 70.1% | 11.7% | 9.2% | | | | | | | 13.70% | 0.00% |

Peer Compound Annual Average Enterprise Value Growth as of 12/31/2004

# EXHIBIT F

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Requested Expenses |
|---|---|---|---|---|
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 09/08/00 | 08/31/00 | 29,558.50 | 621.66 |
| Wachtell, Lipton, Rosen & Katz | 09/01/00 | 09/30/00 | 11,924.00 | |
| Richards, Layton & Finger, P.A. | 08/24/00 | 09/30/00 | 10,595.00 | 828.91 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 09/01/00 | 09/30/00 | 30,483.40 | 3,377.36 |
| Wachtell, Lipton, Rosen & Katz | 10/01/00 | 10/31/00 | 35,352.50 | 331.21 |
| Richards, Layton & Finger, P.A. | 10/01/00 | 10/31/00 | 3,909.00 | 801.61 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 10/01/00 | 10/31/00 | 32,256.00 | 14,718.70 |
| Chanin Capital Partners, LLC | 09/19/00 | 10/31/00 | 161,000.00 | 4,228.75 |
| Kasowitz, Benson, Torres & Friedman, LLP | 08/08/00 | 10/31/00 | 302,323.00 | 10,638.55 |
| Wachtell, Lipton, Rosen & Katz | 11/01/00 | 11/30/00 | 29,760.00 | 285.42 |
| Richards, Layton & Finger, P.A. | 11/01/00 | 11/30/00 | 6,449.00 | 1,115.76 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 11/01/00 | 11/30/00 | 13,359.50 | 3,426.00 |
| Chanin Capital Partners, LLC | 11/01/00 | 11/30/00 | 115,000.00 | 749.68 |
| Kasowitz, Benson, Torres & Friedman, LLP | 11/01/00 | 11/30/00 | 177,119.55 | 35,622.96 |
| 12/21/00 - 12/21/01 | | | | |
| Wachtell, Lipton, Rosen & Katz | 12/01/00 | 12/31/00 | 129,632.50 | 3,371.65 |
| Richards, Layton & Finger, P.A. | 12/01/00 | 12/31/00 | 8,538.00 | 2,948.72 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 12/01/00 | 12/31/00 | 20,256.50 | 16,232.33 |
| Chanin Capital Partners, LLC | 12/01/00 | 12/31/00 | 115,000.00 | 3,961.38 |
| Kasowitz, Benson, Torres & Friedman, LLP | 12/01/00 | 12/31/00 | 217,366.20 | 37,856.86 |
| Altheimer & Gray, LLP | 10/01/00 | 01/31/01 | 619,867.50 | 102,746.47 |
| Deloitte & Touche, LLP | 11/08/00 | 01/31/01 | 539,150.00 | 29,908.75 |
| Wachtell, Lipton, Rosen & Katz | 01/01/01 | 01/31/01 | 14,310.00 | 2,120.05 |
| Richards, Layton & Finger, P.A. | 01/01/01 | 01/31/01 | 2,275.50 | 635.33 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 01/01/01 | 01/31/01 | 22,860.00 | 19,443.68 |

Conan Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Requested Expenses |
|---|---|---|---|---|
| Chanin Capital Partners, LLC | 01/01/01 | 01/31/01 | 115,000.00 | 2,013.15 |
| Kasowitz, Benson, Torres & | 01/01/01 | 01/31/01 | 56,963.00 | 6,313.51 |
| Altheimer & Gray | 02/01/01 | 02/28/01 | 106,687.50 | 4,082.62 |
| Kasowitz, Benson, Torres & | 02/01/01 | 02/28/01 | 80,493.75 | 1,177.86 |
| Friedman, LLP | 12/22/00 | 02/28/01 | 235,638.00 | 7,304.00 |
| Ernst & Young, LLP | | | | |
| Wachtell, Lipton, Rosen & | 02/01/01 | 02/28/01 | 56,572.50 | 2,442.59 |
| Katz | 10/19/00 | 02/28/01 | 20,077.50 | 7,739.74 |
| Saul Ewing, LLP | | | | |
| Richards, Layton & Finger, | 02/01/01 | 02/28/01 | 3,051.50 | 1,131.22 |
| P.A. | | | | |
| Pachulski, Stang, Ziehl, Young | 02/28/01 | 02/28/01 | 10,002.50 | 3,962.72 |
| & Jones, P.C. | 02/01/01 | 02/28/01 | 115,000.00 | 3,959.98 |
| Chanin Capital Partners, LLC | 03/01/01 | 03/31/01 | 90,227.50 | 34,605.79 |
| Altheimer & Gray | 09/01/01 | 03/31/01 | 564,074.00 | 23,112.00 |
| Ernst & Young LLP | | | | |
| Wachtell, Lipton, Rosen & | 03/01/01 | 03/31/01 | 24,970.00 | 553.19 |
| Katz | | | | |
| Richards, Layton & Finger, | 03/01/01 | 03/31/01 | 5,027.00 | 1,024.21 |
| P.A. | | | | |
| Pachulski, Stang, Ziehl, Young | 03/01/01 | 03/31/01 | 17,608.00 | 11,399.00 |
| & Jones, P.C. | 03/01/01 | 03/31/01 | 115,000.00 | 1,666.52 |
| Chanin Capital Partners, LLC | | | | |
| Kasowitz, Benson, Torres & | 03/01/01 | 03/31/01 | 65,587.25 | 3,713.07 |
| Friedman, LLP | 04/01/01 | 04/30/01 | 62,561.50 | 3,126.66 |
| Altheimer & Gray | 04/01/01 | 04/30/01 | 134,926.00 | 300.00 |
| Ernst & Young, LLP | | | | |
| Wachtell, Lipton, Rosen & | 04/01/01 | 04/30/01 | 26,455.00 | 270.29 |
| Katz | 03/01/01 | 04/30/01 | 5,052.00 | 3,210.68 |
| Saul Ewing, LLP | | | | |
| Richards, Layton & Finger, | 04/01/01 | 04/30/01 | 4,296.50 | 1,352.12 |
| P.A. | | | | |
| Pachulski, Stang, Ziehl, Young | 04/01/01 | 04/30/01 | 15,870.00 | 6,483.57 |
| & Jones, P.C. | 04/01/01 | 04/30/01 | 115,000.00 | 1,639.50 |
| Chanin Capital Partners, LLC | | | | |
| Kasowitz, Benson, Torres & | 04/01/01 | 04/30/01 | 51,166.80 | 2,017.87 |
| Friedman, LLP | 09/12/01 | 05/05/01 | 326,665.00 | 37,354.30 |
| Deloitte & Touche, LLP | 05/01/01 | 05/31/01 | 39,233.00 | 3,979.55 |
| Altheimer & Gray | 05/01/01 | 05/31/01 | 60,526.00 | 1,625.00 |
| Ernst & Young, LLP | | | | |
| Wachtell, Lipton, Rosen & | 05/01/01 | 05/31/01 | 10,777.50 | 470.22 |
| Katz | | | | |
| Richards, Layton & Finger, | 05/05/01 | 05/31/01 | 4,405.50 | 998.52 |
| P.A. | | | | |
| Pachulski, Stang, Ziehl, Young | 05/05/01 | 05/31/01 | 18,254.00 | 11,029.80 |
| & Jones, P.C. | 05/01/01 | 05/31/01 | 115,000.00 | 597.63 |
| Chanin Capital Partners, LLC | | | | |

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Requested Expenses |
|---|---|---|---|---|
| Kasowitz, Benson, Torres & Friedman, LLP | 05/01/01 | 05/31/01 | 32,446.35 | 2,480.00 |
| Deloitte & Touche, LLP | 05/05/01 | 06/02/01 | 277,997.50 | 18,923.49 |
| Altheimer & Gray | 06/01/01 | 06/30/01 | 94,971.25 | 7,639.41 |
| Deloitte & Touche, LLP | 06/03/01 | 06/30/01 | 281,632.50 | 1,552.96 |
| Ernst & Young, LLP | 06/09/01 | 06/30/01 | 25,738.00 | |
| Wachtell, Lipton, Rosen & Katz | 06/30/01 | 06/30/01 | 3,275.00 | 216.90 |
| Saul Ewing, LLP | 05/05/01 | 06/30/01 | 2,736.50 | 1,501.98 |
| Richards, Layton & Finger, P.A. | 06/30/01 | 06/30/01 | 1,974.50 | 536.93 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 06/01/01 | 06/30/01 | 7,759.50 | 7,289.38 |
| Chanin Capital Partners, LLC | 06/01/01 | 06/30/01 | 115,000.00 | 626.66 |
| Kasowitz, Benson, Torres & Friedman, LLP | 06/30/01 | 06/30/01 | 18,762.75 | 194.22 |
| Deloitte & Touche, LLP | 07/01/01 | 07/28/01 | 320,875.00 | 6,304.96 |
| Altheimer & Gray | 07/01/01 | 07/31/01 | 133,663.00 | 3,275.69 |
| Wachtell, Lipton, Rosen & Katz | 07/01/01 | 07/31/01 | 13,112.50 | 330.96 |
| Saul Ewing, LLP | 07/01/01 | 07/31/01 | 2,020.50 | 1,079.66 |
| Richards, Layton & Finger, P.A. | 07/01/01 | 07/31/01 | 945.00 | 278.55 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 07/01/01 | 07/31/01 | 8,909.50 | 11,855.35 |
| Chanin Capital Partners, LLC | 07/01/01 | 07/31/01 | 115,000.00 | 648.17 |
| Kasowitz, Benson, Torres & Friedman, LLP | 07/01/01 | 07/31/01 | 163,152.45 | 984.15 |
| Deloitte & Touche, LLP | 07/29/01 | 08/25/01 | 175,480.00 | 6,499.80 |
| Altheimer & Gray | 08/01/01 | 08/31/01 | 186,442.00 | 17,085.27 |
| Ernst & Young, LLP | 07/01/01 | 08/31/01 | 96,066.00 | 954.00 |
| Wachtell, Lipton, Rosen & Katz | 08/01/01 | 08/31/01 | 22,700.00 | 658.04 |
| Saul Ewing, LLP | 08/01/01 | 08/31/01 | 6,902.00 | 2,536.62 |
| Richards, Layton & Finger, P.A. | 08/01/01 | 08/31/01 | 3,636.00 | 412.13 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 08/01/01 | 08/31/01 | 7,136.50 | 7,018.54 |
| Chanin Capital Partners, LLC | 08/01/01 | 08/31/01 | 115,000.00 | 1,754.44 |
| Kasowitz, Benson, Torres & Friedman, LLP | 08/01/01 | 08/31/01 | 98,808.20 | 4,556.59 |
| Deloitte & Touche, LLP | 08/26/01 | 09/22/01 | 146,390.00 | 3,846.32 |
| Altheimer & Gray | 09/01/01 | 09/30/01 | 204,660.50 | 24,339.25 |
| Ernst & Young, LLP | 09/01/01 | 09/30/01 | 15,127.00 | 56.00 |
| Wachtell, Lipton, Rosen & Katz | 09/01/01 | 09/30/01 | 15,050.00 | 925.20 |
| Saul Ewing, LLP | 09/01/01 | 09/30/01 | 6,756.00 | 924.45 |

Page 3 of 13
Ueltzen & Company, LLP

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Expenses |
|---|---|---|---|---|
| Richards, Layton & Finger, P.A. | 09/01/01 | 09/30/01 | 4,215.00 | 465.69 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 09/01/01 | 09/30/01 | 7,865.00 | 5,559.11 |
| Chanin Capital Partners, LLC | 09/01/01 | 09/30/01 | 115,000.00 | 718.65 |
| Kasowitz, Benson, Torres & Friedman, LLP | 09/01/01 | 09/30/01 | 137,056.95 | 40,661.00 |
| Equity Security Holders (Lexicon) | 09/01/01 | 09/30/01 | 61,612.50 | 13,754.56 |
| Deloitte & Touche, LLP | 09/23/01 | 10/20/01 | 208,365.00 | 9,908.24 |
| Altheimer & Gray | 10/01/01 | 10/31/01 | 284,275.00 | 58,019.62 |
| Ernst & Young, LLP | 10/01/01 | 10/31/01 | 39,078.00 | 119.00 |
| Wachtell, Lipton, Rosen & Katz | 10/01/01 | 10/31/01 | 33,930.00 | 723.16 |
| Saul Ewing, LLP | 10/01/01 | 10/31/01 | 6,297.00 | 3,056.69 |
| Richards, Layton & Finger, P.A. | 10/01/01 | 10/31/01 | 6,430.50 | 1,206.03 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 10/01/01 | 10/31/01 | 13,730.00 | 3,839.93 |
| Chanin Capital Partners, LLC | 10/01/01 | 10/31/01 | 115,000.00 | 3,207.40 |
| Kasowitz, Benson, Torres & Friedman, LLP | 10/01/01 | 10/31/01 | 293,562.45 | 21,109.30 |
| Equity Security Holders (Lexicon) | 10/01/01 | 10/31/01 | 71,560.00 | 1,770.05 |
| Altheimer & Gray | 11/01/01 | 11/30/01 | 267,322.50 | 74,505.51 |
| Ernst & Young, LLP | 11/01/01 | 11/30/01 | 90,751.00 | 308.00 |
| Wachtell, Lipton, Rosen & Katz | 11/01/01 | 11/30/01 | 108,692.50 | 6,808.26 |
| Saul Ewing, LLP | 11/01/01 | 11/30/01 | 15,973.50 | 4,365.10 |
| Richards, Layton & Finger, P.A. | 11/01/01 | 11/30/01 | 6,791.00 | 3,815.46 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 11/01/01 | 11/30/01 | 25,555.50 | 18,621.35 |
| Chanin Capital Partners, LLC | 11/01/01 | 11/30/01 | 115,000.00 | 16,320.51 |
| Kasowitz, Benson, Torres & Friedman, LLP | 11/01/01 | 11/30/01 | 238,716.90 | 58,580.07 |
| Equity Security Holders (Lexicon) | 11/30/01 | 11/30/01 | 107,073.75 | 7,293.81 |
| Deloitte & Touche, LLP | 10/21/01 | 12/01/01 | 287,270.00 | 14,056.06 |
| Deloitte & Touche, LLP | 12/02/01 | 12/29/01 | 74,600.00 | 4,654.26 |
| Altheimer & Gray | 12/01/01 | 12/31/01 | 144,602.00 | 42,409.18 |
| Ernst & Young, LLP | 12/01/01 | 12/31/01 | 72,268.00 | 266.00 |
| Wachtell, Lipton, Rosen & Katz | 12/01/01 | 12/31/01 | 78,840.00 | 887.84 |
| Saul Ewing, LLP | 12/01/01 | 12/31/01 | 6,955.00 | 4,693.56 |
| Richards, Layton & Finger, P.A. | 12/01/01 | 12/31/01 | 4,452.00 | 2,117.85 |

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Fees (Requested) | Expenses (Requested) |
|---|---|---|---|---|
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 12/01/01 | 12/31/01 | 24,710.00 | 19,294.50 |
| Chanin Capital Partners, LLC | 12/01/01 | 12/31/01 | 115,000.00 | 3,317.06 |
| Kasowitz, Benson, Torres & Friedman, LLP | 12/01/01 | 12/31/01 | 151,464.60 | 23,233.15 |
| Equity Security Holders (Lexicon) | 12/01/01 | 12/31/01 | 98,496.25 | 5,638.78 |
| Goldin Associates, L.L.C. | 02/26/01 | 12/31/01 | 1,800,000.00 | 26,991.14 |
| UBS Securities, LLC | 03/21/01 | 12/20/01 | 450,000.00 | 16,540.15 |
| Kramer, Levin, Naftalis &Frankel LLP | 03/23/01 | 12/31/01 | 684,874.50 | 61,466.72 |
| **Total** | | | **13,438,800.40** | **1,125,275.72** |
| Altheimer & Gray | 01/31/02 | 01/31/02 | 169,540.00 | 46,107.90 |
| Ernst & Young, LLP | 01/01/02 | 01/31/02 | 52,309.00 | 1,314.00 |
| Wachtell, Lipton, Rosen & Katz | 01/01/02 | 01/31/02 | 38,602.50 | 570.65 |
| Saul Ewing, LLP | 01/01/02 | 01/31/02 | 2,623.00 | 2,219.53 |
| Richards, Layton & Finger, P.A. | 01/01/02 | 01/31/02 | 4,008.50 | 1,508.37 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 01/01/02 | 01/31/02 | 19,127.50 | 12,744.62 |
| Chanin Capital Partners, LLC | 01/01/02 | 01/31/02 | 115,000.00 | 1,532.89 |
| Kasowitz, Benson, Torres & Friedman, LLP | 01/01/02 | 01/31/02 | 138,437.55 | 4,705.51 |
| Equity Security Holders (Lexicon) | 01/01/02 | 01/31/02 | 33,442.50 | 5,272.95 |
| Altheimer & Gray | 01/01/02 | 02/28/02 | 145,413.50 | 13,140.00 |
| Wachtell, Lipton, Rosen & Katz | 02/01/02 | 02/28/02 | 16,647.50 | 739.57 |
| Saul Ewing, LLP | 02/01/02 | 02/28/02 | 5,762.50 | 2,109.15 |
| Richards, Layton & Finger, P.A. | 02/01/02 | 02/28/02 | 3,229.50 | 353.37 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 02/01/02 | 02/28/02 | 13,590.00 | 8,755.13 |
| Chanin Capital Partners, LLC | 02/01/02 | 02/28/02 | 115,000.00 | 1,308.11 |
| Equity Security Holders (Lexicon) | 02/01/02 | 02/28/02 | 30,095.00 | 1,049.19 |
| Deloitte & Touche, LLP | 12/30/01 | 03/06/02 | 16,235.00 | 159.25 |
| Ernst & Young, LLP | 02/01/02 | 03/06/02 | 172,468.00 | 3,696.00 |
| Kasowitz, Benson, Torres & Friedman, LLP | 02/01/02 | 03/06/02 | 148,564.80 | 13,140.72 |
| Kasowitz, Benson, Torres & Friedman, LLP | 02/01/02 | 03/06/02 | 108,810.60 | 4,752.77 |
| Friedman, LLP | 03/01/02 | 03/07/02 | 25,967.74 | 1,213.87 |
| Chanin Capital Partners, LLC | 03/01/02 | 03/31/02 | 33,448.00 | 11,618.21 |
| Altheimer & Gray | | | | |

Page 5 of 13
Uchtzen & Company, LLP

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Fees Requested | Expenses |
|---|---|---|---|---|
| Ernst & Young, LLP | 03/07/02 | 03/31/02 | 63,711.00 | 213.00 |
| Weir & Partners, LLP | 03/07/02 | 03/31/02 | 8,738.00 | 250.60 |
| Wachtell, Lipton, Rosen & Katz | 03/01/02 | 03/31/02 | 4,157.50 | 169.34 |
| Schnader Harrison Segal & Lewis, LLP | 03/01/02 | 03/31/02 | 22,702.50 | 1.31 |
| Saul Ewing, LLP | 03/01/02 | 03/31/02 | 4,115.00 | 1,301.55 |
| Richards, Layton & Finger, P.A. | 03/01/02 | 03/31/02 | 3,938.50 | 386.35 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 03/01/02 | 03/31/02 | 13,930.50 | 11,941.48 |
| Equity Security Holders (Lexicon) | 03/01/02 | 03/31/02 | 10,557.50 | (1,023.19) |
| Ernst & Young, LLP | 04/01/02 | 04/30/02 | 151,664.00 | 164.00 |
| Jenner & Block, LLP | 03/16/02 | 04/30/02 | 235,508.50 | 10,707.15 |
| Weir & Partners, LLP | 04/01/02 | 04/30/02 | 16,719.50 | 2,340.15 |
| Wachtell, Lipton, Rosen & Katz | 04/01/02 | 04/30/02 | 7,995.00 | 34.00 |
| Schnader Harrison Segal & Lewis, LLP | 04/01/02 | 04/30/02 | 116,117.00 | 4,295.27 |
| Saul Ewing, LLP | 04/01/02 | 04/30/02 | 3,838.00 | 1,238.04 |
| Richards, Layton & Finger, P.A. | 04/01/02 | 04/30/02 | 3,911.00 | 204.87 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 04/01/02 | 04/30/02 | 9,283.00 | 7,535.05 |
| Equity Security Holders (Lexicon) | 04/01/02 | 04/30/02 | 30,832.50 | 2,189.44 |
| Altheimer & Gray | 05/14/02 | 05/31/02 | 2,432.50 | 253.23 |
| Ernst & Young, LLP | 04/01/02 | 05/31/02 | 55,507.00 | |
| Jenner & Block, LLP | 05/01/02 | 05/31/02 | 156,114.50 | 11,938.05 |
| Weir & Partners, LLP | 05/01/02 | 05/31/02 | 15,938.50 | 6,028.91 |
| Wachtell, Lipton, Rosen & Katz | 05/01/02 | 05/31/02 | 7,292.50 | 130.39 |
| Schnader Harrison Segal & Lewis, LLP | 05/01/02 | 05/31/02 | 136,636.50 | 3,598.49 |
| Saul Ewing, LLP | 05/01/02 | 05/31/02 | 2,410.50 | 658.50 |
| Richards, Layton & Finger, P.A. | 05/01/02 | 05/31/02 | 2,683.50 | 1,244.74 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 05/01/02 | 05/31/02 | 2,050.50 | 1,791.55 |
| Equity Security Holders (Lexicon) | 05/01/02 | 05/31/02 | 38,480.00 | 3,772.60 |
| Ernst & Young, LLP | 06/01/02 | 06/30/02 | 9,280.00 | |
| Jenner & Block, LLP | 06/01/02 | 06/30/02 | 53,268.00 | 2,853.95 |
| Jenner & Block, LLP | 06/12/02 | 06/30/02 | 2,321.50 | |
| Weir & Partners, LLP | 06/01/02 | 06/30/02 | 12,236.00 | 1,676.07 |
| Wachtell, Lipton, Rosen & Katz | 06/01/02 | 06/30/02 | 3,040.00 | 67.97 |

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Requested Expenses |
|---|---|---|---|---|
| Schnader Harrison Segal & Lewis, LLP | 06/01/02 | 06/30/02 | 111,932.00 | 2,107.42 |
| Saul Ewing, LLP | 06/01/02 | 06/30/02 | 3,470.00 | 713.89 |
| Richards, Layton & Finger, P.A. | 06/01/02 | 06/30/02 | 2,030.50 | 210.68 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 06/01/02 | 06/30/02 | 4,501.00 | 1,185.24 |
| Ernst & Young, LLP | 07/01/02 | 07/31/02 | 6,766.00 | - |
| Jenner & Block, LLP | 07/01/02 | 07/31/02 | 66,967.00 | 2,390.13 |
| Weir & Partners, LLP | 07/01/02 | 07/31/02 | 11,274.00 | 2,467.25 |
| Wachtell, Lipton, Rosen & Katz | 07/01/02 | 07/31/02 | 1,340.00 | - |
| Schnader Harrison Segal & Lewis, LLP | 07/01/02 | 07/31/02 | 147,252.50 | 3,674.93 |
| Saul Ewing, LLP | 07/01/02 | 07/31/02 | 1,385.00 | 882.82 |
| Richards, Layton & Finger, P.A. | 07/01/02 | 07/31/02 | 1,044.50 | 928.55 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 07/01/02 | 07/31/02 | 2,280.00 | 162.09 |
| Kramer, Levin, Naftalis & Frankel, LLP | 12/22/01 | 08/29/02 | 10,597.50 | 950.06 |
| Ernst & Young, LLP | 08/01/02 | 08/31/02 | 26,033.00 | - |
| Jenner & Block, LLP | 08/01/02 | 08/31/02 | 98,578.50 | 4,230.67 |
| Weir & Partners, LLP | 08/01/02 | 08/31/02 | 13,000.50 | 7,151.04 |
| Wachtell, Lipton, Rosen & Katz | 08/01/02 | 08/31/02 | 3,692.50 | - |
| Schnader Harrison Segal & Lewis, LLP | 08/01/02 | 08/31/02 | 166,485.50 | 7,842.34 |
| Saul Ewing, LLP | 08/01/02 | 08/31/02 | 2,402.00 | 370.06 |
| Richards, Layton & Finger, P.A. | 08/01/02 | 08/31/02 | 2,019.50 | 260.73 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 08/01/02 | 08/31/02 | 4,310.00 | 4,634.79 |
| Ernst & Young, LLP | 09/01/02 | 09/30/02 | 35,593.00 | - |
| Jenner & Block, LLP | 09/01/02 | 09/30/02 | 117,766.00 | 3,770.25 |
| Weir & Partners, LLP | 09/01/02 | 09/30/02 | 26,953.00 | 4,021.57 |
| Wachtell, Lipton, Rosen & Katz | 09/01/02 | 09/30/02 | 4,962.50 | 108.33 |
| Schnader Harrison Segal & Lewis, LLP | 09/01/02 | 09/30/02 | 149,110.00 | 4,136.05 |
| Richards, Layton & Finger, P.A. | 09/01/02 | 09/30/02 | 1,069.00 | 135.95 |
| Ernst & Young, LLP | 10/01/02 | 10/31/02 | 28,281.00 | 40.00 |
| Jenner & Block, LLP | 10/01/02 | 10/31/02 | 86,349.00 | 1,446.13 |
| Weir & Partners, LLP | 10/01/02 | 10/31/02 | 19,968.00 | 10,044.63 |
| Wachtell, Lipton, Rosen & Katz | 10/01/02 | 10/31/02 | 3,057.50 | 13.87 |

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Expenses |
|---|---|---|---|---|
| Schnader Harrison Segal & Lewis, LLP | 10/01/02 | 10/31/02 | 168,985.50 | 6,404.16 |
| Richards, Layton & Finger, P.A. | 10/01/02 | 10/31/02 | 2,196.50 | 1,711.43 |
| Schnader Harrison Segal & Lewis, LLP | 11/01/02 | 11/25/02 | 144,411.00 | 5,315.56 |
| Ernst & Young, LLP | 11/01/02 | 11/30/02 | 42,539.00 | 1,426.00 |
| Jenner & Block, LLP | 11/01/02 | 11/30/02 | 75,217.50 | 1,997.83 |
| Weir & Partners, LLP | 11/01/02 | 11/30/02 | 30,793.00 | 9,046.20 |
| Wachtell, Lipton, Rosen & Katz | 11/01/02 | 11/30/02 | 3,057.50 | - |
| Saul Ewing, LLP | 09/01/02 | 11/30/02 | 8,805.00 | 2,588.89 |
| Richards, Layton & Finger, P.A. | 11/01/02 | 11/30/02 | 3,025.50 | 405.55 |
| Equity Security Holders (Lexdon) | 11/30/02 | 11/30/02 | 4,380.00 | 4.60 |
| Ernst & Young, LLP | 12/01/02 | 12/31/02 | 121,456.00 | 3,677.00 |
| Jenner & Block, LLP | 12/01/02 | 12/31/02 | 125,101.25 | 1,655.55 |
| Weir & Partners, LLP | 12/01/02 | 12/31/02 | 19,615.00 | 8,533.00 |
| Wachtell, Lipton, Rosen & Katz | 12/01/02 | 12/31/02 | 2,980.00 | 25.68 |
| Schnader Harrison Segal & Lewis, LLP | 11/26/02 | 12/31/02 | 261,169.00 | 5,766.69 |
| Saul Ewing, LLP | 12/01/02 | 12/31/02 | 13,873.00 | 1,817.57 |
| Richards, Layton & Finger, P.A. | 12/01/02 | 12/31/02 | 2,562.00 | 2,390.08 |
| Deloitte & Touche, LLP | 03/07/02 | 01/04/03 | 21,370.00 | 1,076.64 |
| Ernst & Young, LLP | 01/01/03 | 01/31/03 | 30,953.00 | 1,679.00 |
| Jenner & Block, LLP | 01/01/03 | 01/31/03 | 140,760.50 | 2,760.95 |
| Weir & Partners, LLP | 01/01/03 | 01/31/03 | 117,851.50 | 7,715.54 |
| Wachtell, Lipton, Rosen & Katz | 01/01/03 | 01/31/03 | 9,170.00 | 37.73 |
| Schnader Harrison Segal & Lewis, LLP | 01/01/03 | 01/31/03 | 253,030.00 | 4,724.43 |
| Saul Ewing, LLP | 01/01/03 | 01/31/03 | 6,642.00 | 2,763.50 |
| Richards, Layton & Finger, P.A. | 01/01/03 | 01/31/03 | 1,160.00 | 735.35 |
| Ernst & Young, LLP | 02/01/03 | 02/28/03 | 158,356.00 | 316.00 |
| Jenner & Block, LLP | 02/01/03 | 02/28/03 | 266,071.00 | 23,985.87 |
| Weir & Partners, LLP | 02/01/03 | 02/28/03 | 16,888.50 | 4,334.33 |
| Wachtell, Lipton, Rosen & Katz | 02/01/03 | 02/28/03 | 6,347.50 | |
| Schnader Harrison Segal & Lewis, LLP | 02/01/03 | 02/28/03 | 363,942.50 | 8,518.00 |
| Saul Ewing, LLP | 02/01/03 | 02/28/03 | 5,035.50 | 4,517.17 |
| Ernst & Young, LLP | 03/01/03 | 03/31/03 | 94,336.00 | 51.00 |
| Jenner & Block, LLP | 03/01/03 | 03/31/03 | 202,215.00 | 15,645.54 |

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Expenses |
|---|---|---|---|---|
| Weir & Partners, LLP | 03/01/03 | 03/31/03 | 30,546.00 | 6,248.56 |
| Wachtell, Lipton, Rosen & Katz | 03/01/03 | 03/31/03 | 3,600.00 | - |
| Schnader Harrison Segal & Lewis, LLP | 03/01/03 | 03/31/03 | 371,626.00 | 26,596.54 |
| Saul Ewing, LLP | 03/01/03 | 03/31/03 | 10,241.00 | 3,632.58 |
| Deloitte & Touche, LLP | 01/04/03 | 04/30/03 | 103,580.00 | 625.00 |
| Ernst & Young, LLP | 04/01/03 | 04/30/03 | 126,079.00 | 160.00 |
| Jenner & Block, LLP | 04/01/03 | 04/30/03 | 191,283.50 | 17,651.51 |
| Weir & Partners, LLP | 04/01/03 | 04/30/03 | 20,598.50 | 11,402.63 |
| Wachtell, Lipton, Rosen & Katz | 04/01/03 | 04/30/03 | 2,882.50 | 22.69 |
| Schnader Harrison Segal & Lewis, LLP | 04/01/03 | 04/30/03 | 325,646.50 | 8,342.62 |
| Saul Ewing, LLP | 04/01/03 | 04/30/03 | 3,217.50 | 1,554.38 |
| Richards, Layton & Finger, P.A. | 02/01/03 | 04/30/03 | 3,569.50 | 398.17 |
| Deloitte & Touche, LLP | 05/01/03 | 05/31/03 | 179,350.00 | 3,667.94 |
| Ernst & Young, LLP | 05/01/03 | 05/31/03 | 65,136.00 | 62.00 |
| Jenner & Block, LLP | 05/01/03 | 05/31/03 | 339,425.50 | 31,583.80 |
| Weir & Partners, LLP | 05/01/03 | 05/31/03 | 27,766.00 | 9,838.77 |
| Wachtell, Lipton, Rosen & Katz | 05/01/03 | 05/31/03 | 7,407.50 | 8.30 |
| Schnader Harrison Segal & Lewis, LLP | 05/01/03 | 05/31/03 | 437,571.00 | 20,321.33 |
| Saul Ewing, LLP | 05/01/03 | 05/31/03 | 10,720.50 | 7,575.24 |
| Deloitte & Touche, LLP | 06/01/03 | 06/30/03 | 357,580.00 | 1,742.13 |
| Ernst & Young, LLP | 06/01/03 | 06/30/03 | 98,333.00 | 1,497.00 |
| Jenner & Block, LLP | 06/01/03 | 06/30/03 | 262,275.50 | 18,816.08 |
| Weir & Partners, LLP | 06/01/03 | 06/30/03 | 31,262.50 | 12,057.37 |
| Wachtell, Lipton, Rosen & Katz | 06/01/03 | 06/30/03 | 8,508.75 | 29.47 |
| Schnader Harrison Segal & Lewis, LLP | 06/01/03 | 06/30/03 | 283,225.50 | 23,618.82 |
| Saul Ewing, LLP | 06/01/03 | 06/30/03 | 7,713.00 | 3,213.51 |
| Deloitte & Touche, LLP | 07/01/03 | 07/31/03 | 121,230.00 | 1,080.24 |
| Ernst & Young, LLP | 07/01/03 | 07/31/03 | 10,255.00 | 12.00 |
| Jenner & Block, LLP | 07/01/03 | 07/31/03 | 251,679.00 | 12,746.19 |
| Weir & Partners, LLP | 07/01/03 | 07/31/03 | 18,790.00 | 10,288.73 |
| Wachtell, Lipton, Rosen & Katz | 07/01/03 | 07/31/03 | 2,257.50 | 51.43 |
| Schnader Harrison Segal & Lewis, LLP | 07/01/03 | 07/31/03 | 251,612.50 | 9,997.96 |
| Saul Ewing, LLP | 07/01/03 | 07/31/03 | 6,206.00 | 2,103.46 |
| Deloitte & Touche, LLP | 08/01/03 | 08/31/03 | 114,150.00 | 115.00 |
| Ernst & Young, LLP | 08/01/03 | 08/31/03 | 38,287.00 | 102.00 |
| Jenner & Block, LLP | 08/01/03 | 08/31/03 | 386,882.50 | 16,613.52 |
| Weir & Partners, LLP | 08/01/03 | 08/31/03 | 35,680.00 | 7,680.71 |

Coram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Expenses |
|---|---|---|---|---|
| Wachtell, Lipton, Rosen & Katz | 08/01/03 | 08/31/03 | 6,035.00 | 16.80 |
| Schnader Harrison Segal & Lewis, LLP | 08/01/03 | 08/31/03 | 334,457.50 | 21,371.15 |
| Saul Ewing, LLP | 08/01/03 | 08/31/03 | 7,983.00 | 3,752.01 |
| Richards, Layton & Finger, P.A. | 05/01/03 | 08/31/03 | 6,531.50 | 622.60 |
| Deloitte & Touche, LLP | 09/01/03 | 09/30/03 | 362,195.00 | 4,356.17 |
| Ernst & Young, LLP | 09/01/03 | 09/30/03 | 19,632.00 | |
| Jenner & Block, LLP | 09/01/03 | 09/30/03 | 513,004.00 | 47,952.05 |
| Weir & Partners, LLP | 09/01/03 | 09/30/03 | 37,104.00 | 10,378.42 |
| Wachtell, Lipton, Rosen & Katz | 09/01/03 | 09/30/03 | 5,277.50 | 19.89 |
| Schnader Harrison Segal & Lewis, LLP | 09/01/03 | 09/30/03 | 353,623.50 | 20,795.25 |
| Saul Ewing, LLP | 09/01/03 | 09/30/03 | 11,062.50 | 3,622.13 |
| Deloitte & Touche LLP | 10/01/03 | 10/31/03 | 130,450.00 | 1,250.18 |
| Ernst & Young, LLP | 10/01/03 | 10/31/03 | 44,321.00 | |
| Jenner & Block, LLP | 10/01/03 | 10/31/03 | 385,518.50 | 20,035.99 |
| Weir & Partners, LLP | 10/01/03 | 10/31/03 | 27,190.00 | 20,995.27 |
| Wachtell, Lipton, Rosen & Katz | 10/01/03 | 10/31/03 | 5,890.00 | 55.51 |
| Schnader Harrison Segal & Lewis, LLP | 10/01/03 | 10/31/03 | 293,630.00 | 21,550.20 |
| Saul Ewing, LLP | 10/01/03 | 10/31/03 | 13,005.50 | 9,865.86 |
| UBS Securities, LLC | 12/20/01 | 10/31/03 | 700,000.00 | 30,545.70 |
| Deloitte & Touche, LLP | 11/01/03 | 11/30/03 | 125,962.00 | 2,780.02 |
| Ernst & Young, LLP | 11/01/03 | 11/30/03 | 75,265.00 | 1,044.00 |
| Jenner & Block, LLP | 11/01/03 | 11/30/03 | 299,058.00 | 267,864.37 |
| Weir & Partners, LLP | 11/01/03 | 11/30/03 | 24,723.50 | 8,989.53 |
| Schnader Harrison Segal & Lewis, LLP | 11/01/03 | 11/30/03 | 250,274.00 | 19,594.34 |
| Saul Ewing, LLP | 11/01/03 | 11/30/03 | 13,793.00 | 5,502.80 |
| Deloitte & Touche, LLP | 12/01/03 | 12/31/03 | 43,220.00 | 1,317.86 |
| Ernst & Young, LLP | 12/01/03 | 12/31/03 | 39,955.00 | 94.00 |
| Jenner & Block, LLP | 12/01/03 | 12/31/03 | 164,074.00 | 23,385.20 |
| Weir & Partners, LLP | 12/01/03 | 12/31/03 | 20,305.00 | 11,361.66 |
| Schnader Harrison Segal & Lewis, LLP | 12/01/03 | 12/31/03 | 208,041.50 | 25,780.13 |
| Saul Ewing, LLP | 12/01/03 | 12/31/03 | 6,388.50 | 10,299.40 |
| Richards, Layton & Finger, P.A. | 09/01/03 | 12/31/03 | 19,055.50 | 783.72 |
| Deloitte & Touche, LLP | 01/01/04 | 01/31/04 | 438,945.00 | 4,945.73 |
| Ernst & Young, LLP | 01/01/04 | 01/31/04 | 48,575.00 | 2,259.00 |
| Jenner & Block, LLP | 01/01/04 | 01/31/04 | 342,720.50 | 34,597.70 |
| Weir & Partners, LLP | 01/01/04 | 01/31/04 | 19,751.50 | 5,696.44 |

**Coram Healthcare Corporation**
**Fee Summary by Date**
**Exhibit F**

| Consultant | Beginning Period | Ending Period | Requested Fees | Requested Expenses |
|---|---|---|---|---|
| Schnader Harrison Segal & Lewis, LLP | 01/01/04 | 01/31/04 | 278,253.00 | 8,057.68 |
| Saul Ewing, LLP | 01/01/04 | 01/31/04 | 13,320.00 | 5,789.92 |
| Deloitte & Touche, LLP | 02/01/04 | 02/28/04 | 86,311.00 | 2,054.19 |
| Schnader Harrison Segal & Lewis, LLP | 02/01/04 | 02/28/04 | 285,691.00 | 28,676.29 |
| Ernst & Young, LLP | 02/01/04 | 02/29/04 | 159,057.00 | 910.00 |
| Jenner & Block, LLP | 02/01/04 | 02/29/04 | 326,763.00 | 26,871.03 |
| Weir & Partners, LLP | 02/01/04 | 02/29/04 | 14,117.50 | 7,404.89 |
| Saul Ewing, LLP | 02/01/04 | 02/29/04 | 9,756.00 | 10,652.54 |
| Deloitte & Touche, LLP | 03/01/04 | 03/31/04 | 184,355.00 | 4,338.31 |
| Jenner & Block, LLP | 03/01/04 | 03/31/04 | 133,935.00 | 199.00 |
| Ernst & Young, LLP | 03/01/04 | 03/31/04 | 22,635.50 | 8,388.71 |
| Schnader Harrison Segal & Lewis, LLP | 03/01/04 | 03/31/04 | 355,206.00 | 15,913.88 |
| Weir & Partners, LLP | 03/01/04 | 03/31/04 | 20,671.50 | 9,800.17 |
| Saul Ewing, LLP | 03/01/04 | 03/31/04 | 15,956.50 | 254.18 |
| Deloitte & Touche, LLP | 04/01/04 | 04/30/04 | 69,045.00 | 2,183.29 |
| Ernst & Young, LLP | 04/01/04 | 04/30/04 | 135,975.00 | 204.00 |
| Jenner & Block, LLP | 04/01/04 | 04/30/04 | 254,630.50 | 30,436.25 |
| Weir & Partners, LLP | 04/01/04 | 04/30/04 | 11,900.00 | 6,719.54 |
| Wachtell, Lipton, Rosen & Katz | 11/01/03 | 04/30/04 | 6,635.00 | 42.53 |
| Schnader Harrison Segal & Lewis, LLP | 04/01/04 | 04/30/04 | 284,472.00 | 20,576.64 |
| Saul Ewing, LLP | 04/01/04 | 04/30/04 | 7,717.50 | 14,236.39 |
| Deloitte & Touche, LLP | 05/01/04 | 05/31/04 | 17,905.00 | 14.35 |
| Ernst & Young, LLP | 05/01/04 | 05/31/04 | 60,380.00 | 66.00 |
| Jenner & Block, LLP | 05/01/04 | 05/31/04 | 403,469.00 | 19,319.43 |
| Weir & Partners, LLP | 05/01/04 | 05/31/04 | 14,566.50 | 5,058.21 |
| Schnader Harrison Segal & Lewis, LLP | 05/01/04 | 05/31/04 | 313,232.50 | 15,137.29 |
| Saul Ewing, LLP | 05/01/04 | 05/31/04 | 11,258.50 | 5,269.81 |
| Deloitte & Touche, LLP | 05/01/04 | 05/31/04 | 12,560.00 | 7.18 |
| Ernst & Young, LLP | 06/01/04 | 06/30/04 | 72,146.00 |  |
| Jenner & Block, LLP | 06/01/04 | 06/30/04 | 221,257.00 | 9,032.66 |
| Schnader Harrison Segal & Lewis, LLP | 06/01/04 | 06/30/04 | 266,407.00 | 15,998.21 |
| Saul Ewing, LLP | 06/01/04 | 06/30/04 | 7,469.00 | 5,314.86 |
| Richards, Layton & Finger, P.A. | 04/01/04 | 06/30/04 | 3,913.00 | 155.53 |
| Deloitte & Touche, LLP | 07/01/04 | 07/31/04 | 41,410.00 | 7.18 |
| Ernst & Young, LLP | 07/01/04 | 07/31/04 | 4,723.00 | 10.00 |

Conan Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested Fees | Expenses |
|---|---|---|---|---|
| Ewing Bemiss & Co. | 10/02/02 | 07/31/04 | 690,000.00. | 29,038.02 |
| Jenner & Block, LLP | 07/01/04 | 07/31/04 | 76,006.50 | 2,539.16 |
| Weir & Partners, LLP | 06/01/04 | 07/31/04 | 25,123.00 | 15,050.80 |
| SSG Capital Advisors, LP | 10/02/02 | 07/31/04 | 890,000.00 | 18,155.65 |
| Schnader Harrison Segal & Lewis, LLP | 07/01/04 | 07/31/04 | 213,129.00 | 11,488.77 |
| Saul Ewing, LLP | 07/01/04 | 07/31/04 | 10,268.00 | 1,930.60 |
| Deloitte & Touche, LLP | 08/01/04 | 08/31/04 | 8,780.00 | 14.36 |
| Ernst & Young, LLP | 08/01/04 | 08/31/04 | 51,349.00 | 97.00 |
| Jenner & Block, LLP | 08/01/04 | 08/31/04 | 7,626.00 | 246.62 |
| Weir & Partners, LLP | 08/01/04 | 08/31/04 | 6,931.00 | 1,068.51 |
| Schnader Harrison Segal & Lewis, LLP | 08/01/04 | 08/31/04 | 149,229.00 | 2,355.59 |
| Saul Ewing, LLP | 08/01/04 | 08/31/04 | 3,443.00 | 2,368.50 |
| Deloitte & Touche, LLP | 09/01/04 | 09/30/04 | 3,405.00 | 7.18 |
| Ernst & Young, LLP | 09/01/04 | 09/30/04 | 20,600.00 | - |
| Jenner & Block, LLP | 09/01/04 | 09/30/04 | 6,305.00 | 611.14 |
| Weir & Partners, LLP | 09/01/04 | 09/30/04 | 7,058.00 | 2,752.77 |
| Schnader Harrison Segal & Lewis, LLP | 09/01/04 | 09/30/04 | 121,190.50 | 3,526.60 |
| Saul Ewing, LLP | 09/01/04 | 09/30/04 | 11,575.50 | 1,560.02 |
| Richards, Layton & Finger, P.A. | 07/01/04 | 09/30/04 | 4,193.00 | 199.29 |
| Deloitte & Touche, LLP | 10/01/04 | 10/31/04 | 16,670.00 | - |
| Ernst & Young, LLP | 10/01/04 | 10/31/04 | 12,451.00 | 41.00 |
| Jenner & Block, LLP | 10/01/04 | 10/31/04 | 105,866.00 | 2,218.23 |
| Weir & Partners, LLP | 10/01/04 | 10/31/04 | 8,266.00 | 2,930.74 |
| Schnader Harrison Segal & Lewis, LLP | 10/01/04 | 10/31/04 | 234,238.00 | 12,127.11 |
| Saul Ewing, LLP | 10/01/04 | 10/31/04 | 19,616.00 | 6,072.25 |
| Deloitte & Touche, LLP | 11/01/04 | 11/30/04 | 4,260.00 | 7.18 |
| Ernst & Young, LLP | 11/01/04 | 11/30/04 | 47,512.00 | 1,665.00 |
| Jenner & Block, LLP | 11/01/04 | 11/30/04 | 121,583.00 | 3,663.72 |
| Weir & Partners, LLP | 11/01/04 | 11/30/04 | 7,065.50 | 4,385.06 |
| Schnader Harrison Segal & Lewis, LLP | 11/01/04 | 11/30/04 | 362,663.50 | 11,273.52 |
| Saul Ewing, LLP | 11/01/04 | 11/30/04 | 38,701.00 | 7,624.36 |
| Richards, Layton & Finger, P.A. | 10/01/04 | 11/30/04 | 5,435.00 | 648.51 |
| Wachtell, Lipton, Rosen & Katz | 05/01/04 | 12/01/04 | 54,045.00 | 219.03 |
| Young, Conaway, Stargatt & Taylor, LLP | 10/26/04 | 12/01/04 | 34,129.50 | 953.07 |

Cram Healthcare Corporation
Fee Summary by Date
Exhibit F

| Consultant | Beginning Period | Ending Period | Requested | |
|---|---|---|---|---|
| | | | Fees | Expenses |
| Arlin M. Adams | 03/07/02 | 12/01/05 | 616,100.00 | 10,327.02 |
| Schnader Harrison Segal & Lewis, LLP | 12/01/04 | 12/31/04 | 26,446.50 | 1,162.04 |
| Jenner & Block, LLP | 11/30/04 | 02/28/05 | (23,225.00) | - |
| | | | | |
| Total | | | 38,941,516.04 | 3,108,000.65 |