# EXHIBIT G

Case 1:04-cv-01565-SLR   Document 177-11   Filed 08/20/2007   Page 1 of 18

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| Altheimer & Gray | Counsel to Official Committee of Equity Security Holders | 10/01/00 | 01/31/01 | 619,047.50 | 102,746.47 | | |
| | | 02/01/01 | 02/28/01 | 106,687.50 | 4,082.42 | | |
| | | 03/01/01 | 03/31/01 | 90,227.50 | 34,605.79 | | |
| | | 04/01/01 | 04/30/01 | 62,361.50 | 3,126.46 | | |
| | | 05/01/01 | 05/31/01 | 39,232.00 | 3,979.55 | | |
| | | 06/01/01 | 06/30/01 | 94,971.25 | 7,659.41 | | |
| | | 07/01/01 | 07/31/01 | 133,663.00 | 3,275.69 | | |
| | | 08/01/01 | 08/31/01 | 186,442.00 | 17,085.27 | | |
| | | 09/01/01 | 09/30/01 | 204,660.50 | 24,339.25 | | |
| | | 10/01/01 | 10/31/01 | 284,275.00 | 58,019.42 | | |
| | | 11/01/01 | 11/30/01 | 267,322.50 | 74,505.31 | | |
| | | 12/01/01 | 12/31/01 | 144,602.00 | 41,409.18 | | |
| | | 01/01/02 | 01/31/02 | 189,540.00 | 46,107.90 | | |
| | | 02/01/02 | 02/28/02 | 145,413.50 | 13,140.00 | | |
| | | 03/01/02 | 03/31/02 | 33,448.00 | 11,618.21 | | |
| | | 04/01/02 | 05/14/02 | 2,432.50 | 253.23 | | |
| | Total | | | 2,604,326.25 | 445,953.56 | | |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 2,233,492.25 | 374,834.22 | 2,415,058.64 2,071,174.71 | 445,953.56 374,834.22 |
| Deloitte & Touche, LLP | Business Valuation and Financial Advisors to Official Committee of Equity Security Holders | 11/08/00 | 01/31/01 | 539,190.00 | 29,308.75 | | |
| | | 03/12/01 | 05/05/01 | 326,665.00 | 37,354.30 | | |
| | | 05/05/01 | 06/02/01 | 277,997.50 | 18,923.49 | | |
| | | 06/03/01 | 06/30/01 | 291,652.50 | 1,552.96 | | |
| | | 07/01/01 | 07/28/01 | 320,875.00 | 6,304.96 | | |
| | | 07/29/01 | 08/25/01 | 175,480.00 | 6,499.80 | | |
| | | 08/26/01 | 09/22/01 | 146,390.00 | 3,846.32 | | |
| | | 09/23/01 | 10/20/01 | 208,365.00 | 9,908.24 | | |
| | | 10/21/01 | 12/01/01 | 287,270.00 | 14,056.06 | | |
| | | 12/02/01 | 12/29/01 | 74,640.00 | 4,654.26 | | |
| | | 12/30/01 | 03/06/02 | 16,235.00 | 199.25 | | |
| | | 03/07/02 | 01/04/03 | 21,370.00 | 1,076.44 | | |
| | | 01/04/03 | 04/30/03 | 101,350.00 | 625.00 | | |
| | | 05/01/03 | 05/31/03 | 179,350.00 | 3,667.94 | | |
| | | 06/01/03 | 06/30/03 | 357,580.00 | 1,741.13 | | |
| | | 07/01/03 | 07/31/03 | 121,230.00 | 1,080.24 | | |
| | | 08/01/03 | 08/31/03 | 114,150.00 | 115.00 | | |
| | | 09/01/03 | 09/30/03 | 362,195.00 | 4,356.17 | | |
| | | 10/01/03 | 10/31/03 | 130,450.00 | 1,260.18 | | |
| | | 11/01/03 | 11/30/03 | 125,362.00 | 2,730.02 | | |

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 12/01/03 | 12/31/03 | 43,220.00 | 1,117.86 | | |
| | | 01/01/04 | 01/31/04 | 138,945.00 | 4,045.73 | | |
| | | 02/01/04 | 02/28/04 | 86,311.00 | 2,064.19 | | |
| | | 03/01/04 | 03/31/04 | 184,555.00 | 4,338.31 | | |
| | | 04/01/04 | 04/30/04 | 69,045.00 | 2,183.29 | | |
| | | 05/01/04 | 05/31/04 | 17,905.00 | 14.36 | | |
| | | 06/01/04 | 06/30/04 | 12,560.00 | 7.18 | | |
| | | 07/01/04 | 07/31/04 | 41,410.00 | 7.18 | | |
| | | 08/01/04 | 08/31/04 | 8,780.00 | 14.36 | | |
| | | 09/01/04 | 09/30/04 | 3,405.00 | 7.18 | | |
| | | 10/01/04 | 10/31/04 | 16,670.00 | - | | |
| | | 11/01/04 | 11/30/04 | 4,260.00 | 7.18 | | |
| | Total | | | 4,804,863.00 | 163,067.33 | 4,714,863.00 | 163,067.33 |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 2,648,525.00 | 132,409.14 | 2,598,915.42 | 132,409.14 |
| Ernst & Young, LLP | Accountant, Auditor and Tax Services Provider to Debtors | 12/22/00 | 02/28/01 | 233,628.00 | 7,304.00 | | |
| | | 03/01/01 | 03/31/01 | 544,074.00 | 23,112.00 | | |
| | | 04/01/01 | 04/30/01 | 134,926.00 | 300.00 | | |
| | | 05/01/01 | 05/31/01 | 60,526.00 | 1,625.00 | | |
| | | 06/01/01 | 06/30/01 | 25,738.00 | - | | |
| | | 07/01/01 | 08/31/01 | 96,066.00 | 954.00 | | |
| | | 09/01/01 | 09/30/01 | 19,127.00 | 56.00 | | |
| | | 10/01/01 | 10/31/01 | 39,078.00 | 119.00 | | |
| | | 11/01/01 | 11/30/01 | 90,731.00 | 328.00 | | |
| | | 12/01/01 | 12/31/01 | 72,268.00 | 246.00 | | |
| | | 01/01/02 | 01/31/02 | 52,309.00 | 1,514.00 | | |
| | | 02/01/02 | 03/06/02 | 172,448.00 | 3,696.00 | | |
| | | 03/07/02 | 03/31/02 | 63,711.00 | 213.00 | | |
| | | 04/01/02 | 04/30/02 | 151,464.00 | 164.00 | | |
| | | 05/01/02 | 05/31/02 | 55,917.00 | - | | |
| | | 06/01/02 | 06/30/02 | 9,280.00 | - | | |
| | | 07/01/02 | 07/31/02 | 6,766.00 | - | | |
| | | 08/01/02 | 08/31/02 | 26,033.00 | - | | |
| | | 09/01/02 | 09/30/02 | 35,993.00 | - | | |
| | | 10/01/02 | 10/31/02 | 28,281.00 | 40.00 | | |
| | | 11/01/02 | 11/30/02 | 42,539.00 | 1,426.00 | | |
| | | 12/01/02 | 12/31/02 | 121,456.00 | 3,877.00 | | |
| | | 01/01/03 | 01/31/03 | 30,953.00 | 1,479.00 | | |
| | | 02/01/03 | 02/28/03 | 158,335.00 | 316.00 | | |
| | | 03/01/03 | 03/31/03 | 94,336.00 | 51.00 | | |
| | | 04/01/03 | 04/30/03 | 126,079.00 | 160.00 | | |
| | | 05/01/03 | 05/31/03 | 65,136.00 | 62.00 | | |

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 06/01/03 | 06/30/03 | 98,333.00 | 1,497.00 | | |
| | | 07/01/03 | 07/31/03 | 10,255.00 | 12.00 | | |
| | | 08/01/03 | 08/31/03 | 38,287.00 | 102.00 | | |
| | | 09/01/03 | 09/30/03 | 19,832.00 | - | | |
| | | 10/01/03 | 10/31/03 | 44,321.00 | - | | |
| | | 11/01/03 | 11/30/03 | 75,265.00 | 1,044.00 | | |
| | | 12/01/03 | 12/31/03 | 39,695.00 | 94.00 | | |
| | | 01/01/04 | 01/31/04 | 46,575.00 | 2,259.00 | | |
| | | 02/01/04 | 02/29/04 | 159,067.00 | 910.00 | | |
| | | 03/01/04 | 03/31/04 | 133,905.00 | 199.00 | | |
| | | 04/01/04 | 04/30/04 | 135,975.00 | 204.00 | | |
| | | 05/01/04 | 05/31/04 | 60,380.00 | 66.00 | | |
| | | 06/01/04 | 06/30/04 | 72,146.00 | - | | |
| | | 07/01/04 | 07/31/04 | 4,723.00 | 10.00 | | |
| | | 08/01/04 | 08/31/04 | 51,349.00 | 97.00 | | |
| | | 09/01/04 | 09/30/04 | 20,600.00 | - | | |
| | | 10/01/04 | 10/31/04 | 12,451.00 | 41.00 | | |
| | | 11/01/04 | 11/30/04 | 47,512.00 | 1,665.00 | | |
| | Total | | | 3,629,869.00 | 55,242.00 | | |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | | 55,242.00 | 3,629,869.00 | 55,242.00 |
| Ewing Bemiss & Co. | Investment Bankers to Chapter 11 Trustee | 10/02/02 | 07/31/04 | 1,316,162.00 | 34,044.00 | | |
| | Total | | | 690,000.00 | 29,038.02 | 1,316,162.00 | 34,044.00 |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 690,000.00 | 29,038.02 | 690,000.00 | 29,038.02 |
| Jenner & Block, LLP | Counsel to Official Committee of Equity Security Holders | 03/16/02 | 04/30/02 | 235,508.50 | 10,747.15 | | |
| | | 05/01/02 | 05/31/02 | 156,114.50 | 11,938.05 | | |
| | | 06/01/02 | 06/30/02 | 53,248.00 | 2,853.95 | | |
| | | 06/12/02 | 06/30/02 | 2,321.50 | - | | |
| | | 07/01/02 | 07/31/02 | 46,967.00 | 2,390.13 | | |
| | | 08/01/02 | 08/31/02 | 98,578.50 | 4,230.47 | | |
| | | 09/01/02 | 09/30/02 | 117,766.00 | 3,770.25 | | |
| | | 10/01/02 | 10/31/02 | 86,349.00 | 1,646.13 | | |
| | | 11/01/02 | 11/30/02 | 75,217.50 | 1,997.83 | | |
| | | 12/01/02 | 12/31/02 | 125,101.25 | 1,655.85 | | |
| | | 01/01/03 | 01/31/03 | 140,760.50 | 2,780.95 | | |
| | | 02/01/03 | 02/28/03 | 266,071.00 | 23,985.87 | | |

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 03/01/03 | 03/31/03 | 202,215.00 | 15,445.94 | | |
| | | 04/01/03 | 04/30/03 | 191,283.50 | 17,631.51 | | |
| | | 05/01/03 | 05/31/03 | 358,425.50 | 31,583.80 | | |
| | | 06/01/03 | 06/30/03 | 243,275.50 | 18,814.08 | | |
| | | 07/01/03 | 07/31/03 | 251,679.00 | 12,746.19 | | |
| | | 08/01/03 | 08/31/03 | 386,882.50 | 18,613.52 | | |
| | | 09/01/03 | 09/30/03 | 519,004.00 | 47,052.05 | | |
| | | 10/01/03 | 10/31/03 | 385,518.50 | 20,035.99 | | |
| | | 11/01/03 | 11/30/03 | 299,068.00 | 267,864.37 | | |
| | | 12/01/03 | 12/31/03 | 164,024.00 | 23,385.20 | | |
| | | 01/01/04 | 01/31/04 | 342,720.50 | 34,997.70 | | |
| | | 02/01/04 | 02/29/04 | 324,763.00 | 26,871.03 | | |
| | | 03/01/04 | 03/31/04 | 338,611.00 | 146,658.73 | | |
| | | 04/01/04 | 04/30/04 | 254,630.50 | 30,436.25 | | |
| | | 05/01/04 | 05/31/04 | 403,499.00 | 19,319.43 | | |
| | | 06/01/04 | 06/30/04 | 221,257.00 | 9,032.66 | | |
| | | 07/01/04 | 07/31/04 | 74,006.50 | 2,539.16 | | |
| | | 08/01/04 | 08/31/04 | 7,626.00 | 244.62 | | |
| | | 09/01/04 | 09/30/04 | 6,305.00 | 611.14 | | |
| | | 10/01/04 | 10/31/04 | 105,866.00 | 2,218.23 | | |
| | | 11/01/04 | 11/30/04 | 121,583.00 | 3,663.72 | | |
| | | 11/30/04 | 02/28/05 | (23,225.00) | | | |
| Total | | | | 6,583,021.25 | 817,761.95 | 6,026,950.75 | 817,761.95 |
| Total encompassing 12/21/00 to 12/21/01 time frame | | | | | | | |
| Weir & Partners, LLP | Co-Counsel to Chapter 11 Trustee | 03/07/02 | 03/31/02 | 8,738.00 | 250.60 | | |
| | | 04/01/02 | 04/30/02 | 16,719.50 | 2,340.15 | | |
| | | 05/01/02 | 05/31/02 | 15,938.50 | 6,028.91 | | |
| | | 06/01/02 | 06/30/02 | 12,236.00 | 1,676.07 | | |
| | | 07/01/02 | 07/31/02 | 11,274.00 | 2,467.25 | | |
| | | 08/01/02 | 08/31/02 | 13,000.50 | 7,191.04 | | |
| | | 09/01/02 | 09/30/02 | 26,863.00 | 4,021.37 | | |
| | | 10/01/02 | 10/31/02 | 19,968.00 | 10,044.63 | | |
| | | 11/01/02 | 11/30/02 | 30,793.00 | 9,066.20 | | |
| | | 12/01/02 | 12/31/02 | 19,615.00 | 8,533.00 | | |
| | | 01/01/03 | 01/31/03 | 17,861.50 | 7,715.54 | | |
| | | 02/01/03 | 02/28/03 | 16,888.50 | 4,334.33 | | |
| | | 03/01/03 | 03/31/03 | 30,546.00 | 6,248.96 | | |
| | | 04/01/03 | 04/30/03 | 20,398.50 | 11,402.63 | | |
| | | 05/01/03 | 05/31/03 | 27,765.00 | 9,838.77 | | |
| | | 06/01/03 | 06/30/03 | 31,262.50 | 12,097.37 | | |
| | | 07/01/03 | 07/31/03 | 18,790.00 | 10,288.73 | | |
| | | 08/01/03 | 08/31/03 | 35,480.00 | 7,480.71 | | |
| | | 09/01/03 | 09/30/03 | 37,104.00 | 10,378.42 | | |

Page 4 of 12
Ueltzen & Company, LLP

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 10/01/03 | 10/31/03 | 27,190.00 | 20,995.27 | | |
| | | 11/01/03 | 11/30/03 | 24,723.50 | 8,989.53 | | |
| | | 12/01/03 | 12/31/03 | 20,305.00 | 11,341.66 | | |
| | | 01/01/04 | 01/31/04 | 19,751.50 | 5,596.44 | | |
| | | 02/01/04 | 02/29/04 | 14,117.50 | 7,404.89 | | |
| | | 03/01/04 | 03/31/04 | 22,435.50 | 8,388.71 | | |
| | | 04/01/04 | 04/30/04 | 11,900.00 | 6,719.54 | | |
| | | 05/01/04 | 05/31/04 | 14,566.50 | 5,058.21 | | |
| | | 06/01/04 | 07/31/04 | 25,128.00 | 15,050.80 | | |
| | | 08/01/04 | 08/31/04 | 4,831.00 | 1,068.51 | | |
| | | 09/01/04 | 09/30/04 | 7,098.00 | 2,752.77 | | |
| | | 10/01/04 | 10/31/04 | 8,246.00 | 2,930.74 | | |
| | | 11/01/04 | 11/30/04 | 7,065.50 | 4,385.06 | | |
| | Total | | | 618,599.50 | 232,086.81 | | |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | | | 618,599.50 | 232,086.81 |
| Wachtell, Lipton, Rosen & Katz | Co-Counsel to Official Committee of Unsecured Creditors | 09/01/00 | 09/30/00 | 11,924.00 | 331.21 | | |
| | | 10/01/00 | 10/31/00 | 35,352.50 | 285.42 | | |
| | | 11/01/00 | 11/30/00 | 29,760.00 | 3,371.65 | | |
| | | 12/01/00 | 12/31/00 | 129,432.50 | 2,120.05 | | |
| | | 01/01/01 | 01/31/01 | 14,310.00 | 2,442.39 | | |
| | | 02/01/01 | 02/28/01 | 56,572.50 | 553.19 | | |
| | | 03/01/01 | 03/31/01 | 24,970.00 | 270.29 | | |
| | | 04/01/01 | 04/30/01 | 26,455.00 | 470.22 | | |
| | | 05/01/01 | 05/31/01 | 10,777.50 | 216.90 | | |
| | | 06/01/01 | 06/30/01 | 3,275.00 | 330.96 | | |
| | | 07/01/01 | 07/31/01 | 13,112.50 | 458.04 | | |
| | | 08/01/01 | 08/31/01 | 22,700.00 | 925.20 | | |
| | | 09/01/01 | 09/30/01 | 15,060.00 | 723.16 | | |
| | | 10/01/01 | 10/31/01 | 33,930.00 | 6,808.26 | | |
| | | 11/01/01 | 11/30/01 | 108,592.50 | 887.84 | | |
| | | 12/01/01 | 12/31/01 | 78,840.00 | 670.65 | | |
| | | 01/01/02 | 01/31/02 | 38,602.50 | 739.57 | | |
| | | 02/01/02 | 02/28/02 | 16,647.50 | 149.34 | | |
| | | 03/01/02 | 03/31/02 | 4,157.50 | 34.00 | | |
| | | 04/01/02 | 04/30/02 | 7,995.00 | 130.39 | | |
| | | 05/01/02 | 05/31/02 | 7,292.50 | 67.47 | | |
| | | 06/01/02 | 06/30/02 | 3,040.00 | - | | |
| | | 07/01/02 | 07/31/02 | 1,340.00 | - | | |
| | | 08/01/02 | 08/31/02 | 3,692.50 | 108.33 | | |
| | | 09/01/02 | 09/30/02 | 4,962.50 | 13.87 | | |
| | | 10/01/02 | 10/31/02 | 3,057.50 | | | |

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 11/01/02 | 11/30/02 | 3,057.50 | - | | |
| | | 12/01/02 | 12/31/02 | 2,980.00 | 25.68 | | |
| | | 01/01/03 | 01/31/03 | 9,170.00 | 37.73 | | |
| | | 02/01/03 | 02/28/03 | 6,347.50 | - | | |
| | | 03/01/03 | 03/31/03 | 3,600.00 | - | | |
| | | 04/01/03 | 04/30/03 | 2,882.50 | 22.69 | | |
| | | 05/01/03 | 05/31/03 | 7,407.50 | 8.30 | | |
| | | 06/01/03 | 06/30/03 | 8,508.75 | 29.47 | | |
| | | 07/01/03 | 07/31/03 | 2,257.50 | 51.43 | | |
| | | 08/01/03 | 08/31/03 | 6,035.00 | 16.80 | | |
| | | 09/01/03 | 09/30/03 | 5,277.50 | 19.89 | | |
| | | 10/01/03 | 10/31/03 | 5,890.00 | 55.51 | | |
| | | 11/01/03 | 04/30/04 | 6,635.00 | 42.53 | | |
| | | 05/01/04 | 12/01/04 | 54,045.00 | 219.03 | | |
| | Total | | | 829,945.25 | 22,637.46 | | 22,637.46 |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 538,027.50 | 19,578.15 | 809,945.25 | 19,578.15 |
| SSG Capital Advisors, LP | Investment Banker to Chapter 11 Trustee | 10/02/02 | 07/31/04 | 890,000.00 | 18,155.65 | | |
| | Total | | | 890,000.00 | 18,155.65 | | 18,155.65 |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | | | 890,000.00 | |
| Schneider Harrison Segal & Lewis, LLP | Counsel to Chapter 11 Trustee | 03/07/02 | 03/31/02 | 22,702.50 | 1.31 | | |
| | | 04/01/02 | 04/30/02 | 116,117.00 | 4,295.27 | | |
| | | 05/01/02 | 05/31/02 | 136,636.50 | 3,398.49 | | |
| | | 06/01/02 | 06/30/02 | 111,932.00 | 2,107.42 | | |
| | | 07/01/02 | 07/31/02 | 147,252.50 | 3,474.93 | | |
| | | 08/01/02 | 08/31/02 | 166,485.50 | 7,842.34 | | |
| | | 09/01/02 | 09/30/02 | 149,110.00 | 4,136.05 | | |
| | | 10/01/02 | 10/31/02 | 148,585.50 | 6,404.16 | | |
| | | 11/01/02 | 11/25/02 | 144,411.00 | 5,313.56 | | |
| | | 11/26/02 | 12/31/02 | 241,189.00 | 5,766.69 | | |
| | | 01/01/03 | 01/31/03 | 252,030.00 | 4,724.43 | | |
| | | 02/01/03 | 02/28/03 | 363,942.50 | 8,518.00 | | |
| | | 03/01/03 | 03/31/03 | 371,426.00 | 26,536.54 | | |
| | | 04/01/03 | 04/30/03 | 325,646.50 | 8,342.62 | | |
| | | 05/01/03 | 05/31/03 | 417,571.00 | 20,321.93 | | |
| | | 06/01/03 | 06/30/03 | 288,229.50 | 23,618.82 | | |
| | | 07/01/03 | 07/31/03 | 251,612.50 | 9,997.96 | | |
| | | 08/01/03 | 08/31/03 | 334,457.50 | 21,371.15 | | |
| | | 09/01/03 | 09/30/03 | 353,423.50 | 20,795.25 | | |
| | | 10/01/03 | 10/31/03 | 293,630.00 | 21,550.20 | | |

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 11/01/03 | 11/30/03 | 250,274.00 | 19,594.34 | | |
| | | 12/01/03 | 12/31/03 | 208,041.50 | 25,780.13 | | |
| | | 01/01/04 | 01/31/04 | 278,251.00 | 8,057.68 | | |
| | | 02/01/04 | 02/28/04 | 286,691.00 | 28,678.29 | | |
| | | 03/01/04 | 03/31/04 | 356,206.00 | 15,913.88 | | |
| | | 04/01/04 | 04/30/04 | 294,472.00 | 20,576.64 | | |
| | | 05/01/04 | 05/31/04 | 313,232.50 | 15,137.29 | | |
| | | 06/01/04 | 06/30/04 | 266,407.00 | 15,998.21 | | |
| | | 07/01/04 | 07/31/04 | 213,129.00 | 11,488.77 | | |
| | | 08/01/04 | 08/31/04 | 149,229.00 | 2,353.59 | | |
| | | 09/01/04 | 09/30/04 | 121,190.50 | 3,526.60 | | |
| | | 10/01/04 | 10/31/04 | 234,238.00 | 12,127.11 | | |
| | | 11/01/04 | 11/30/04 | 362,663.50 | 11,273.52 | | |
| | | 12/01/04 | 12/31/04 | 26,446.50 | 1,162.04 | | |
| Total | | | | 7,981,862.00 | 400,185.21 | 7,980,637.00 | 399,800.24 |
| Total encompassing 12/21/00 to 12/21/01 time frame | | | | | | | |
| Saul Ewing, LLP | Co-Counsel to Official Committee of Equity Security Holders | | | | | | |
| | | 10/19/00 | 02/28/01 | 20,077.50 | 7,799.74 | | |
| | | 03/01/01 | 04/30/01 | 5,062.00 | 3,210.68 | | |
| | | 05/05/01 | 06/30/01 | 2,736.50 | 1,501.98 | | |
| | | 07/01/01 | 07/31/01 | 2,020.50 | 1,079.46 | | |
| | | 08/01/01 | 08/31/01 | 6,902.00 | 2,536.62 | | |
| | | 09/01/01 | 09/30/01 | 6,736.00 | 924.45 | | |
| | | 10/01/01 | 10/31/01 | 6,297.00 | 3,096.69 | | |
| | | 11/01/01 | 11/30/01 | 15,475.50 | 4,365.10 | | |
| | | 12/01/01 | 12/31/01 | 6,955.00 | 4,699.56 | | |
| | | 01/01/02 | 01/31/02 | 2,823.00 | 2,219.53 | | |
| | | 02/01/02 | 02/28/02 | 5,762.50 | 2,109.15 | | |
| | | 03/01/02 | 03/31/02 | 4,115.00 | 1,301.55 | | |
| | | 04/01/02 | 04/30/02 | 3,833.00 | 1,238.04 | | |
| | | 05/01/02 | 05/31/02 | 2,410.50 | 858.50 | | |
| | | 06/01/02 | 06/30/02 | 3,470.00 | 719.89 | | |
| | | 07/01/02 | 07/31/02 | 1,386.00 | 882.82 | | |
| | | 08/01/02 | 08/31/02 | 2,402.00 | 370.06 | | |
| | | 09/01/02 | 11/30/02 | 8,805.00 | 2,588.89 | | |
| | | 12/01/02 | 12/31/02 | 13,873.00 | 1,817.57 | | |
| | | 01/01/03 | 01/31/03 | 6,642.00 | 2,763.90 | | |
| | | 02/01/03 | 02/28/03 | 5,058.50 | 4,817.17 | | |
| | | 03/01/03 | 03/31/03 | 10,241.00 | 3,632.58 | | |
| | | 04/01/03 | 04/30/03 | 3,217.50 | 1,534.38 | | |
| | | 05/01/03 | 05/31/03 | 10,720.50 | 7,573.24 | | |
| | | 06/01/03 | 06/30/03 | 7,719.00 | 3,203.51 | | |

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 07/01/03 | 07/31/03 | 4,206.00 | 2,103.46 | | |
| | | 08/01/03 | 08/31/03 | 7,983.00 | 3,752.01 | | |
| | | 09/01/03 | 09/30/03 | 11,042.50 | 3,622.13 | | |
| | | 10/01/03 | 10/31/03 | 13,005.50 | 9,865.86 | | |
| | | 11/01/03 | 11/30/03 | 13,793.00 | 5,902.80 | | |
| | | 12/01/03 | 12/31/03 | 6,388.50 | 10,299.40 | | |
| | | 01/01/04 | 01/31/04 | 13,320.00 | 3,789.92 | | |
| | | 02/01/04 | 02/29/04 | 9,754.00 | 10,452.54 | | |
| | | 03/01/04 | 03/31/04 | 20,671.50 | 9,800.17 | | |
| | | 04/01/04 | 04/30/04 | 7,717.50 | 14,236.39 | | |
| | | 05/01/04 | 05/31/04 | 11,258.50 | 5,269.81 | | |
| | | 06/01/04 | 06/30/04 | 7,449.00 | 5,314.86 | | |
| | | 07/01/04 | 07/31/04 | 10,268.00 | 1,930.60 | | |
| | | 08/01/04 | 08/31/04 | 3,443.00 | 2,368.90 | | |
| | | 09/01/04 | 09/30/04 | 11,371.50 | 1,540.02 | | |
| | | 10/01/04 | 10/31/04 | 19,614.00 | 6,072.25 | | |
| | | 11/01/04 | 11/30/04 | 38,701.00 | 7,624.36 | | |
| **Total** | | | | **374,727.00** | **170,790.54** | **374,727.00** | **170,790.54** |
| Total encompassing 12/21/00 to 12/21/01 time frame | | | | **72,262.00** | **29,214.28** | **72,262.00** | **29,214.28** |
| Richards, Layton & Finger, P.A. | Co-Attorneys to Official Committee of Unsecured Creditors | 08/24/00 | 09/30/00 | 10,595.00 | 828.91 | | |
| | | 10/01/00 | 10/31/00 | 3,909.00 | 801.61 | | |
| | | 11/01/00 | 11/30/00 | 6,449.00 | 1,115.76 | | |
| | | 12/01/00 | 12/31/00 | 8,538.00 | 2,948.72 | | |
| | | 01/01/01 | 01/31/01 | 2,279.50 | 635.33 | | |
| | | 02/01/01 | 02/28/01 | 3,051.50 | 1,131.22 | | |
| | | 03/01/01 | 03/31/01 | 5,027.00 | 1,026.21 | | |
| | | 04/01/01 | 04/30/01 | 4,296.50 | 1,352.12 | | |
| | | 05/05/01 | 05/31/01 | 4,405.50 | 998.52 | | |
| | | 06/01/01 | 06/30/01 | 1,974.50 | 536.93 | | |
| | | 07/01/01 | 07/31/01 | 943.00 | 278.55 | | |
| | | 08/01/01 | 08/31/01 | 3,426.00 | 412.13 | | |
| | | 09/01/01 | 09/30/01 | 4,215.00 | 445.69 | | |
| | | 10/01/01 | 10/31/01 | 6,430.50 | 1,206.03 | | |
| | | 11/01/01 | 11/30/01 | 6,791.00 | 3,815.46 | | |
| | | 12/01/01 | 12/31/01 | 4,452.00 | 2,117.85 | | |
| | | 01/01/02 | 01/31/02 | 4,008.50 | 1,308.37 | | |
| | | 02/01/02 | 02/28/02 | 3,229.50 | 353.37 | | |
| | | 03/01/02 | 03/31/02 | 3,998.50 | 386.35 | | |
| | | 04/01/02 | 04/30/02 | 3,911.00 | 204.87 | | |

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 05/01/02 | 05/31/02 | 2,683.50 | 1,244.74 | | |
| | | 06/01/02 | 06/30/02 | 2,030.50 | 210.63 | | |
| | | 07/01/02 | 07/31/02 | 1,044.50 | 928.55 | | |
| | | 08/01/02 | 08/31/02 | 2,019.50 | 260.73 | | |
| | | 09/01/02 | 09/30/02 | 1,069.00 | 135.95 | | |
| | | 10/01/02 | 10/31/02 | 2,196.50 | 1,711.43 | | |
| | | 11/01/02 | 11/30/02 | 3,025.50 | 405.56 | | |
| | | 12/01/02 | 12/31/02 | 2,562.00 | 2,390.08 | | |
| | | 01/01/03 | 01/31/03 | 1,160.00 | 735.35 | | |
| | | 02/01/03 | 04/30/03 | 3,569.50 | 396.17 | | |
| | | 05/01/03 | 08/31/03 | 6,931.50 | 622.40 | | |
| | | 09/01/03 | 12/31/03 | 19,053.50 | 751.72 | | |
| | | 01/01/04 | 03/31/04 | 15,956.50 | 254.18 | | |
| | | 04/01/04 | 06/30/04 | 3,913.00 | 155.93 | | |
| | | 07/01/04 | 09/30/04 | 4,193.00 | 199.29 | | |
| | | 10/01/04 | 11/30/04 | 5,495.00 | 643.51 | | |
| Total | | | | 168,713.50 | 32,950.22 | 168,713.00 | 32,896.68 |
| Total encompassing 12/21/00 to 12/21/01 time frame | | | | 55,830.00 | 16,904.76 | 55,830.00 | 16,904.76 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | Counsel to Official Committee of Unsecured Creditors; Counsel to Official Committee of Equity Security Holders; Counsel to Senior Noteholders; Counsel to DIP Lenders | 08/08/00 | 08/31/00 | 29,558.50 | 621.66 | | |
| | | 09/01/00 | 09/30/00 | 30,483.40 | 3,377.36 | | |
| | | 10/01/00 | 10/31/00 | 32,256.00 | 14,718.70 | | |
| | | 11/01/00 | 11/30/00 | 13,359.50 | 3,426.00 | | |
| | | 12/01/00 | 12/31/00 | 20,256.50 | 16,232.33 | | |
| | | 01/01/01 | 01/31/01 | 22,860.00 | 19,463.68 | | |
| | | 02/01/01 | 02/28/01 | 10,002.50 | 3,962.72 | | |
| | | 03/01/01 | 03/31/01 | 17,608.00 | 11,389.00 | | |
| | | 04/01/01 | 04/30/01 | 15,870.00 | 6,451.57 | | |
| | | 05/01/01 | 05/31/01 | 18,234.00 | 11,029.80 | | |
| | | 06/01/01 | 06/30/01 | 7,739.50 | 7,289.38 | | |
| | | 07/01/01 | 07/31/01 | 8,909.50 | 11,855.35 | | |
| | | 08/01/01 | 08/31/01 | 7,136.50 | 7,018.54 | | |
| | | 09/01/01 | 09/30/01 | 7,865.00 | 5,559.11 | | |
| | | 10/01/01 | 10/31/01 | 13,730.00 | 3,839.93 | | |
| | | 11/01/01 | 11/30/01 | 25,555.50 | 18,421.35 | | |
| | | 12/01/01 | 12/31/01 | 24,710.00 | 19,294.50 | | |

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | | 01/01/02 | 01/31/02 | 19,127.50 | 12,744.62 | | |
| | | 02/01/02 | 02/28/02 | 13,590.00 | 8,755.13 | | |
| | | 03/01/02 | 03/31/02 | 13,930.50 | 11,041.48 | | |
| | | 04/01/02 | 04/30/02 | 9,283.00 | 7,535.06 | | |
| | | 05/01/02 | 05/31/02 | 2,050.50 | 1,791.55 | | |
| | | 06/01/02 | 06/30/02 | 4,501.00 | 1,185.24 | | |
| | | 07/01/02 | 07/31/02 | 2,280.00 | 162.09 | | |
| | | 08/01/02 | 08/31/02 | 4,310.00 | 4,636.79 | | |
| Total | | | | 373,206.90 | 211,782.94 | 365,206.90 | 211,782.94 |
| Total encompassing 12/21/00 to 12/21/01 time frame | | | | 200,477.00 | 141,787.26 | 195,133.82 | 141,787.26 |
| Chanin Capital Partners, LLC | Provider to Debtors | 09/19/00 | 10/31/00 | 161,000.00 | 4,228.75 | | |
| | | 11/01/00 | 11/30/00 | 115,000.00 | 749.68 | | |
| | | 12/01/00 | 12/31/00 | 115,000.00 | 3,961.38 | | |
| | | 01/01/01 | 01/31/01 | 115,000.00 | 2,013.15 | | |
| | | 02/01/01 | 02/28/01 | 115,000.00 | 3,959.98 | | |
| | | 03/01/01 | 03/31/01 | 115,000.00 | 1,666.52 | | |
| | | 04/01/01 | 04/30/01 | 115,000.00 | 1,603.50 | | |
| | | 05/01/01 | 05/31/01 | 115,000.00 | 597.63 | | |
| | | 06/01/01 | 06/30/01 | 115,000.00 | 424.86 | | |
| | | 07/01/01 | 07/31/01 | 115,000.00 | 649.17 | | |
| | | 08/01/01 | 08/31/01 | 115,000.00 | 1,754.44 | | |
| | | 09/01/01 | 09/30/01 | 115,000.00 | 718.65 | | |
| | | 10/01/01 | 10/31/01 | 115,000.00 | 3,207.40 | | |
| | | 11/01/01 | 11/30/01 | 115,000.00 | 16,320.91 | | |
| | | 12/01/01 | 12/31/01 | 115,000.00 | 3,317.06 | | |
| | | 01/01/02 | 01/31/02 | 115,000.00 | 1,532.89 | | |
| | | 02/01/02 | 02/28/02 | 115,000.00 | 1,308.11 | | |
| | | 03/01/02 | 03/07/02 | 25,967.74 | 1,213.87 | | |
| Total | | | | 2,026,967.74 | 49,227.95 | 2,026,967.74 | 49,227.95 |
| Total encompassing 12/21/00 to 12/21/01 time frame | | | | 1,495,000.00 | 40,194.65 | 1,495,000.00 | 40,194.65 |
| Goldin Associates, L.L.C. | Provider to Debtors | 02/26/01 | 12/31/01 | 1,800,000.00 | 26,991.14 | 1,690,000.00 | 26,991.14 |
| Total | | | | 1,800,000.00 | 26,991.14 | 1,690,000.00 | 26,991.14 |
| Total encompassing 12/21/00 to 12/21/01 time frame | | | | 1,800,000.00 | 26,991.14 | 1,690,000.00 | 26,991.14 |

Case 1:04-cv-01565-SLR   Document 177-11   Filed 08/20/2007   Page 12 of 18

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| UBS Securities, LLC | Provider to Official Committee of Unsecured Creditors | 03/21/01 | 12/20/01 | 450,000.00 | 16,540.15 | | |
| | | 12/20/01 | 10/31/03 | 700,000.00 | 30,545.70 | | |
| | Total | | | 1,150,000.00 | 47,085.85 | 450,000.00 | 16,540.15 |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 450,000.00 | 16,540.15 | 450,000.00 | 16,540.15 |
| Arlin M. Adams | Chapter 11 Trustee | 03/07/02 | 12/01/05 | 616,100.00 | 10,327.02 | | |
| | Total | | | 616,100.00 | 10,327.02 | 616,100.00 | 10,327.02 |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | — | — | — | — |
| Young, Conaway, Stargatt & Taylor, LLC | Co-Counsel to Chapter 11 Trustee | 10/26/04 | 12/01/04 | 34,129.50 | 953.07 | | |
| | Total | | | 34,129.50 | 953.07 | 34,129.50 | 953.07 |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | — | — | — | — |
| Kramer, Levin, Naftalis & Frankel LLP | Counsel to Debtors to Advise Independent Restructuring Advisor | 03/23/01 | 12/21/01 | 684,874.50 | 61,456.72 | | |
| | | 12/22/01 | 08/29/02 | 10,587.50 | 950.06 | | |
| | Total | | | 695,462.00 | 62,406.78 | | |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 684,874.50 | 61,456.72 | 684,874.50 | 61,456.72 |
| Kasowitz, Benson, Torres & Friedman LLP | Counsel to Debtors | 08/08/00 | 10/31/00 | 302,823.00 | 10,838.35 | | |
| | | 11/01/00 | 11/30/00 | 177,119.55 | 35,422.96 | | |
| | | 12/01/00 | 12/31/00 | 217,366.20 | 37,856.86 | | |
| | | 01/01/01 | 01/31/01 | 56,943.00 | 6,313.51 | | |
| | | 02/01/01 | 02/28/01 | 80,493.75 | 1,177.86 | | |
| | | 03/01/01 | 03/31/01 | 65,387.25 | 3,713.07 | | |
| | | 04/01/01 | 04/30/01 | 51,166.80 | 2,017.87 | | |
| | | 05/01/01 | 05/31/01 | 32,446.35 | 2,480.00 | | |
| | | 06/01/01 | 06/30/01 | 18,762.75 | 194.22 | | |
| | | 07/01/01 | 07/31/01 | 163,152.45 | 984.15 | | |
| | | 08/01/01 | 08/31/01 | 98,908.20 | 4,536.59 | | |
| | | 09/01/01 | 09/30/01 | 137,056.95 | 40,661.00 | | |
| | | 10/01/01 | 10/31/01 | 293,562.45 | 21,109.30 | | |
| | | 11/01/01 | 11/30/01 | 238,716.90 | 58,580.47 | | |
| | | 12/01/01 | 12/31/01 | 151,464.60 | 23,239.15 | | |
| | | 01/01/02 | 01/31/02 | 138,437.55 | 4,705.51 | | |
| | | 02/01/02 | 03/06/02 | 148,564.80 | 13,140.72 | | |
| | | 02/01/02 | 03/06/02 | 108,840.60 | 4,752.77 | | |
| | Total | | | 2,481,213.15 | 271,724.36 | 2,323,621.98 | 271,724.36 |

Page 11 of 12
Ueltzen & Company, LLP

Coram Healthcare Corporation
Fee Summary by Consultant
Exhibit G

| Consultant | Role | Beginning Period | Ending Period | Requested Fees | Requested Expenses | Awarded Fees | Awarded Expenses |
|---|---|---|---|---|---|---|---|
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 1,605,427.65 | 202,864.05 | 1,503,460.91 | 202,864.05 |
| Equity Security Holders | Reimbursement of payments to Lexicon, Inc. (dates and amounts listed are from underlying Lexicon billings) | 09/01/01 | 09/30/01 | 61,612.50 | 13,754.56 | | |
| | | 10/01/01 | 10/31/01 | 71,540.00 | 1,770.05 | | |
| | | 11/01/01 | 11/30/01 | 107,073.75 | 7,293.81 | | |
| | | 12/01/01 | 12/31/01 | 98,496.25 | 5,638.78 | | |
| | | 01/01/02 | 01/31/02 | 83,442.50 | 5,272.95 | | |
| | | 02/01/02 | 02/28/02 | 30,095.00 | 1,049.19 | | |
| | | 03/01/02 | 03/31/02 | 10,557.50 | (1,023.19) | | |
| | | 04/01/02 | 04/30/02 | 30,832.50 | 2,189.44 | | |
| | | 05/01/02 | 05/31/02 | 38,480.00 | 3,772.60 | | |
| | | 11/01/02 | 11/30/02 | 4,380.00 | 4.40 | | |
| | Total | | | 486,510.00 | 39,722.59 | 150,000.00 | - |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 338,722.50 | 28,457.20 | 104,434.39 | - |
| | Total | | | 38,841,516.04 | 3,108,090.45 | 36,670,851.26 | 3,037,383.65 |
| | Total encompassing 12/21/00 to 12/21/01 time frame | | | 13,438,800.40 | 1,125,475.72 | 12,762,302.98 | 1,096,818.52 |

**EXHIBIT H**

Coram Healthcare Corporation
Fee Summary by Consultant
Fees Requested v. Awarded
Exhibit H

| Consultant | Requested | | Awarded | | Difference | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| Altheimer & Gray | 2,604,326.25 | 445,953.56 | 2,415,058.64 | 445,953.56 | 189,267.61 | - |
| Deloitte & Touche, LLP | 4,804,863.00 | 163,067.33 | 4,714,863.00 | 163,067.33 | 90,000.00 | - |
| Ernst & Young, LLP | 3,629,869.00 | 55,242.00 | 3,629,869.00 | 55,242.00 | - | - |
| Ewing Bemiss & Co. | 690,000.00 | 29,038.02 | 690,000.00 | 29,038.02 | - | - |
| Jenner & Block, LLP | 6,583,021.25 | 817,761.95 | 6,026,950.75 | 817,761.95 | 556,070.50 | - |
| Weir & Partners, LLP | 618,599.50 | 232,086.81 | 618,599.50 | 232,086.81 | - | - |
| Wachtell, Lipton, Rosen & Katz | 829,945.25 | 22,637.46 | 809,945.25 | 22,637.46 | 20,000.00 | - |
| SSG Capital Advisors, LP | 890,000.00 | 18,155.65 | 890,000.00 | 18,155.65 | - | - |
| Schnader Harrison Segal & Lewis, LLP | 7,981,862.00 | 400,185.21 | 7,980,637.00 | 399,800.24 | 1,225.00 | 384.97 |
| Saul Ewing, LLP | 374,727.00 | 170,790.54 | 374,727.00 | 170,790.54 | - | - |
| Richards, Layton & Finger, P.A. | 168,713.50 | 32,950.22 | 168,713.00 | 32,896.68 | 0.50 | 53.54 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 375,206.90 | 211,782.94 | 365,206.90 | 211,782.94 | 10,000.00 | - |
| Chanin Capital Partners, LLC | 2,026,967.74 | 49,227.95 | 2,026,967.74 | 49,227.95 | - | - |
| Goldin Associates, L.L.C. | 1,800,000.00 | 26,991.14 | 1,690,000.00 | 26,991.14 | 110,000.00 | - |
| UBS Securities, LLC | 1,150,000.00 | 47,085.85 | 450,000.00 | 16,540.15 | 700,000.00 | 30,545.70 |
| Arlin M. Adams | 616,100.00 | 10,327.02 | 616,100.00 | 10,327.02 | - | - |
| Young, Conaway, Stargatt & Taylor, LLC | 34,129.50 | 953.07 | 34,129.50 | 953.07 | - | - |
| Kramer, Levin, Naftalis & Frankel LLP | 695,462.00 | 62,406.78 | 695,462.00 | 62,406.78 | - | - |
| Kasowitz, Benson, Torres & Friedman LLP | 2,481,213.15 | 271,724.36 | 2,323,621.98 | 271,724.36 | 157,591.17 | - |
| Equity Security Holders | 486,510.00 | 39,722.59 | 150,000.00 | - | 336,510.00 | 39,722.59 |
| Total | 38,841,516.04 | 3,108,090.45 | 36,670,851.26 | 3,037,383.65 | 2,170,664.78 | 70,706.80 |

Page 1 of 1
Ueltzen & Company, LLP

# EXHIBIT I

Coram Healthcare Corporation
Fee Summary by Consultant
Reconciliation of U&Co. v. Trustee Analyses
Exhibit I

| Consultant | Per U&Co. Analysis Total Fees and Expenses | Per Trustee Analysis Total Fees and Expenses | Difference | Comments |
|---|---|---|---|---|
| Altheimer & Gray | 2,861,012.20 | 2,263,027.73 | 597,984.47 | Difference re cut-off periods and alloc. of disallowed amt? |
| Deloitte & Touche, LLP | 4,877,930.33 | 4,309,431.58 | 568,498.75 | OK. Agrees after adjustment for cut-off periods. |
| Ernst & Young, LLP | 3,685,111.00 | 3,685,111.00 | - | OK. No difference. |
| Ewing Bemiss & Co. | 719,038.02 | 719,038.02 | - | OK. No difference. |
| Jenner & Block, LLP | 6,844,712.70 | 6,842,033.32 | 2,679.38 | OK. Likely due to final adjustment to expenses allowed |
| Weir & Partners, LLP | 850,686.31 | 850,686.31 | - | OK. No difference. |
| Wachtell, Lipton, Rosen & Katz | 832,582.71 | 619,875.43 | 212,707.28 | Off by $2,250 after adj for cut-off periods |
| SSG Capital Advisors, LP | 908,155.65 | 908,155.65 | - | OK. No difference. |
| Schnader Harrison Segal & Lewis, LLP | 8,380,437.24 | 7,881,858.24 | 498,579.00 | No explanation for difference? |
| Saul Ewing, LLP | 545,517.54 | 517,640.30 | 27,877.24 | OK. Agrees after adjustment for cut-off periods. |
| Richards, Layton & Finger, P.A. | 201,609.68 | 166,423.62 | 35,186.06 | OK. Agrees after adjustment for cut-off periods. |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 576,989.84 | 412,889.89 | 164,099.95 | OK. Difference is only $190 after adjustment for cut-off periods |
| Chanin Capital Partners, LLC | 2,076,195.69 | 1,676,288.88 | 399,906.81 | OK. Difference is only $33 after adjustment for cut-off periods |
| Goldin Associates, L.L.C. | 1,716,991.14 | 1,716,991.14 | - | OK. No difference. |
| UBS Securities, LLC | 466,540.15 | 450,000.00 | 16,540.15 | Off by expenses allowed |
| Arlin M Adams | 626,427.02 | 626,427.02 | - | OK. No difference. |
| Kasowitz, Benson, Torres & Freedman, LLP | 2,595,346.34 | 1,813,919.42 | 781,426.92 | OK. Agrees after adjustment for cut-off periods |
| Official Committee of Equity Security Holders | 150,000.00 | 186,197.23 | (36,197.23) | No explanation of difference |
| Kramer, Levin, Naftalis & Frankel | 757,868.78 | 757,868.78 | - | OK. No difference. |
| Young, Conaway, Stargatt & Taylor, LLP | 35,082.57 | 35,082.57 | - | OK. No difference. |
| Total | 39,708,234.91 | 36,438,946.13 | 3,269,288.78 | |

Coram Healthcare Corporation
Fee Summary by Consultant
Detailed Reconciliation of U&Co. v. Trustee Analyses
Exhibit I

| Consultant | Per U&Co. Analysis Total Fees and Expenses | Adjustments Less Amounts Prior to Trustee Cut-Off | Adjustments Less Amounts After Trustee Cut-Off | Per U&Co. Analysis Adjusted Fees and Expenses | Per Trustee Analysis Total Fees and Expenses | Difference |
|---|---|---|---|---|---|---|
| Altheimer & Gray | 2,861,012.20 | (721,793.97) | (2,685.73) | 2,136,532.50 | 2,263,027.73 | (126,495.23) |
| Deloitte & Touche, LLP | 4,877,930.33 | (568,498.75) | - | 4,309,431.58 | 4,309,431.58 | - |
| Ernst & Young, LLP | 3,685,111.00 | - | - | 3,685,111.00 | 3,685,111.00 | - |
| Ewing Bemiss & Co. | 719,038.02 | - | - | 719,038.02 | 719,038.02 | - |
| Jenner & Block, LLP | 6,844,712.70 | - | - | 6,844,712.70 | 6,842,033.32 | 2,679.38 |
| Weir & Partners, LLP | 850,686.31 | - | - | 850,686.31 | 850,686.31 | - |
| Wachtell, Lipton, Rosen & Katz | 832,582.71 | (210,457.28) | - | 622,125.43 | 619,875.43 | 2,250.00 |
| SSG Capital Advisors, LP | 908,155.65 | - | - | 908,155.65 | 908,155.65 | - |
| Schnader Harrison Segal & Lewis, LLP | 8,380,437.24 | - | (27,608.54) | 8,352,828.70 | 7,881,858.24 | 470,970.46 |
| Saul Ewing LLP | 545,517.54 | (27,877.24) | - | 517,640.30 | 517,640.30 | - |
| Richards, Layton & Finger, P.A. | 201,609.68 | (35,186.00) | - | 166,423.68 | 166,423.62 | 0.06 |
| Pachulski, Stang, Ziehl, Young & Jones, P.C. | 576,989.84 | (164,289.95) | - | 412,699.89 | 412,889.89 | (190.00) |
| Chanin Capital Partners, LLC | 2,076,195.69 | (399,939.81) | - | 1,676,255.88 | 1,676,288.88 | (33.00) |
| Goldin Associates, L.L.C. | 1,716,991.14 | - | - | 1,716,991.14 | 1,716,991.14 | - |
| UBS Securities, LLC | 466,540.15 | - | - | 466,540.15 | 450,000.00 | 16,540.15 |
| Arlin M Adams | 626,427.02 | - | - | 626,427.02 | 626,427.02 | - |
| Kasowitz, Benson, Torres & Freedman, LLP | 2,595,346.34 | (781,426.92) | - | 1,813,919.42 | 1,813,919.42 | - |
| Official Committee of Equity Security Holders | 150,000.00 | - | - | 150,000.00 | 186,197.23 | (36,197.23) |
| Kramer, Levin, Naftalis & Frankel | 757,868.78 | - | - | 757,868.78 | 757,868.78 | - |
| Young, Conaway, Stargatt & Taylor, LLP | 35,082.57 | - | - | 35,082.57 | 35,082.57 | - |
| Total | 39,708,234.91 | (2,909,469.92) | (30,294.27) | 36,768,470.72 | 36,438,946.13 | 329,524.59 |