# EXHIBIT J

# Coram Healthcare Corporation
## Exhibit J
## Summary of Mitigating Factors

| Item | Amount |
|------|--------|
| November 1999 interest forbearance | $11 million |
| Unpaid Crowley compensation | $16.8 million |
| 2004 noteholder payment | $56 million |
| Total | $83.8 million |

Page 1 of 1

Ueltzen & Company, LLP

# EXHIBIT K

# CORAM HEALTHCARE CORPORATION
## Balance Sheet
### December 31, 1999 to December 31, 2003

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $ 6,633 | $ 27,259 | $ 21,339 | $ 30,591 | $ 38,449 |
| Cash limited as to use | 613 | 387 | 269 | 217 | 84 |
| Accounts receivable | 106,935 | 77,387 | 88,567 | 103,498 | 107,620 |
| Inventories | 22,966 | 12,796 | 13,557 | 13,160 | 12,715 |
| Deferred income taxes, net | 364 | 428 | 178 | 107 | 110 |
| Prepaid reorganization costs | - | - | - | - | - |
| Other current assets | 5,614 | 4,759 | 4,823 | 5,658 | 5,831 |
| Total Current Assets | 149,125 | 123,016 | 128,733 | 153,231 | 164,809 |
| **OTHER ASSETS** | | | | | |
| Property and equipment, net | 22,198 | 15,292 | 15,030 | 10,439 | 13,197 |
| Deferred income taxes, net | 1,481 | 1,697 | 719 | 449 | 463 |
| Other assets | 6,548 | 3,068 | 4,843 | 5,064 | 5,428 |
| Other deferred costs | 13,337 | 8,448 | 6,270 | 5,270 | 4,760 |
| Goodwill, net of accumulated amortization | 216,062 | 193,855 | 180,871 | 57,186 | 57,186 |
| Total Other Assets | 259,626 | 222,360 | 207,733 | 78,408 | 81,034 |
| Total Assets | $ 402,751 | $ 345,576 | $ 336,466 | $ 231,639 | $ 245,843 |

## CORAM HEALTHCARE CORPORATION
### Balance Sheet
### December 31, 1999 to December 31, 2003

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| **LIABILITIES & EQUITY** | | | | | |
| | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | $ 37,600 | $ 21,450 | $ 23,840 | $ 27,986 | $ 29,171 |
| Accrued compensation | 11,273 | 24,598 | 26,349 | 23,882 | 23,723 |
| Interest payable | 5,100 | 4 | - | - | - |
| Current maturities of long-term debt | 390 | 179 | 60 | 61 | 1,712 |
| Insurance note payable | - | - | - | - | - |
| Income taxes payable | 240 | 773 | 316 | 3,280 | 4,519 |
| Deferred income taxes | 419 | 52 | 462 | 556 | 573 |
| Reserve for litigation | - | - | - | - | - |
| Accrued merger and restructuring | 7,392 | 2,301 | 583 | 190 | 55 |
| Accrued reorganization costs for admin professionals | - | 4,831 | 7,615 | 7,610 | 8,596 |
| Net liabilities of discontinued operations | - | - | - | - | - |
| Other accrued liabilities | 9,666 | 6,845 | 6,363 | 8,479 | 12,363 |
| Other current liabilities | - | - | - | - | - |
| Total current liabilities not subject to compromise | 72,080 | 61,033 | 65,588 | 72,044 | 80,712 |
| Total current liabilities subject to compromise | - | 159,127 | 139,346 | 15,630 | 16,846 |
| Total Current Liabilities | 72,080 | 220,160 | 204,934 | 87,674 | 97,558 |

Ueltzen & Company, LLP

CORAM HEALTHCARE CORPORATION
Balance Sheet
December 31, 1999 to December 31, 2003

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| **Long-term Liabilities** | | | | | |
| Long-term debt | 302,662 | 24 | 150 | 73 | 2,206 |
| Minority interest in consolidated joint ventures | 1,652 | 5,978 | 6,290 | 6,215 | 6,510 |
| Income taxes payable | - | - | 17,784 | 15,600 | 15,615 |
| Other liabilities | 14,092 | 13,630 | 1,901 | 4,095 | 4,242 |
| Deferred income tax | 1,427 | 2,073 | 435 | - | - |
| Net liabilities of discontinued operations | 32,537 | 26,533 | 26,783 | 27,275 | 27,161 |
| Commitments and contingencies | - | - | - | - | - |
| Total Long-term Liabilities | 352,370 | 48,238 | 53,343 | 53,258 | 55,734 |
| | | | | | |
| Total Liabilities | 424,450 | 268,398 | 258,277 | 140,932 | 153,292 |
| | | | | | |
| **Stockholders' Equity** | | | | | |
| Preferred stock | - | - | - | - | - |
| Common stock | 50 | 50 | 50 | 50 | 50 |
| Additional paid-in capital | 427,399 | 427,357 | 427,353 | 427,354 | 427,526 |
| Accumulated deficit | (449,148) | (350,429) | (349,214) | (336,697) | (335,025) |
| Total Stockholders' Equity (deficit) | (21,699) | 76,978 | 78,189 | 90,707 | 92,551 |
| | | | | | |
| Total Liabilities & Equity | $ 402,751 | $ 345,376 | $ 336,466 | $ 231,639 | $ 245,843 |

*Source: Coram Healthcare Corp.'s 10-K's*

3 of 6

Ueltzen & Company, LLP

## CORAM HEALTHCARE CORPORATION
Income Statement
December 31, 1999 to 2003

|  | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Net revenue | $ 521,196 | $ 464,820 | $ 393,629 | $ 433,470 | $ 476,496 |
| Cost of service | 408,878 | 341,656 | 279,275 | 309,338 | 344,356 |
| Gross Profit | 112,318 | 123,164 | 114,354 | 124,132 | 132,140 |
| | | | | | |
| **Operating Expenses** | | | | | |
| Selling, general and administrative expenses | 96,809 | 90,329 | 83,836 | 91,304 | 93,355 |
| Provision for estimated uncollectible accounts | 28,310 | 9,773 | 17,533 | 15,887 | 19,813 |
| Amortization of goodwill | 10,784 | 10,227 | 9,822 | - | - |
| Restructuring costs | 5,831 | (322) | (679) | (113) | (39) |
| Losses on impairments of long-lived assets | 9,100 | 8,323 | 3,255 | 51,783 | - |
| Total operating expenses | 150,834 | 118,330 | 113,767 | 158,861 | 113,129 |
| Operating income (loss) | (38,516) | 4,834 | 587 | (34,729) | 19,011 |
| | | | | | |
| **Other income (expenses)** | | | | | |
| Interest expense | (29,763) | (26,788) | (6,652) | (1,566) | (1,692) |
| Interest income | 655 | 991 | 1,216 | 436 | 329 |
| Other income (net) | 405 | 2,473 | 55 | 1,003 | (463) |
| Gain on sales of businesses | - | 18,649 | - | 46 | - |
| Gains (losses) on dispositions of property and equipment, net | (107) | (224) | 1 | 3 | (10) |
| Equity in net income of unconsolidated joint ventures | 442 | 759 | 730 | 1,504 | 1,196 |
| | | | | | |
| Income (loss) from continuing operations before reorganization | (66,884) | 694 | (4,063) | (33,303) | 18,291 |

4 of 6

Ueltzen & Company, LLP

**CORAM HEALTHCARE CORPORATION**
Income Statement
December 31, 1999 to 2003

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Reorganization expenses, net | - | (8,264) | 14,397 | 4,275 | 15,655 |
| Loss of continuing operations before income tax and minority interests | (66,884) | (7,570) | (18,460) | (37,578) | 2,736 |
| Income tax expense | 440 | 250 | 150 | 71 | 245 |
| Minority interests in net income of consolidated joint ventures | 1,470 | 571 | 631 | 764 | 731 |
| Income (loss) from continuing operations after income tax and minority interests | (68,794) | (8,391) | (19,241) | (38,413) | 1,760 |
| Discontinued Operations | | | | | |
| Loss from operations | (28,411) | | | | |
| Loss from disposal | (17,618) | (662) | (250) | (685) | (88) |
| Extraordinary gain on troubled debt restruction | - | 107,772 | 20,706 | 123,517 | - |
| Cumulative effect of a change in accounting principle | | | | (71,902) | |
| Net Profit (Loss) | $ (114,823) | $ 98,719 | $ 1,215 | $ 12,517 | $ 1,672 |

*Source: Coram Healthcare Corp.'s 10K's*

5 of 6

Ueltzen & Company, LLP

## CORAM HEALTHCARE CORPORATION
### Statement of Cash Flows
### December 31, 1999 to December 31, 2002

|  | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Net loss from continuing operations | (68,794) | (8,391) | (19,241) | (38,413) | 1,760 |
| Net cash provided by (used in) continuing operations before reorganization expenses | (9,468) | 44,144 | 14,193 | 19,561 | 28,960 |
| Net cash used by reorganization items, net | - | (1,581) | (10,776) | (5,195) | (14,669) |
| Net cash provided by continuing operations (net of reorganization items) | (9,468) | 42,563 | 3,417 | 14,366 | 14,291 |
| Net cash provided by (used in) investing activities | (7,269) | 37,797 | (7,513) | (4,427) | (5,764) |
| Net cash provided by (used in) financing activities | 43,353 | (56,003) | (1,824) | (494) | (467) |
| Net increase (decrease) in cash from continuing operations | 26,616 | 24,357 | (5,920) | 9,445 | 8,060 |
| Net cash provided by (used in) discontinued operations | (20,186) | (3,731) | - | (193) | (202) |
| Net and cash equivalents at beginning of year | 203 | 6,633 | 27,259 | 21,339 | 30,591 |
| Cash and cash equivalents at end of year | 6,633 | 27,259 | 21,339 | 30,591 | 38,449 |

*Source: Coram Healthcare Corp's 10K's*

Ueltzen & Company, LLP

# EXHIBIT L

**Coram Healthcare Corporation**
**Exhibit L**
**Information Considered**

_Legal documents:_

➢ Complaint dated December 29, 2004, with exhibits

➢ Plaintiff's Answers to Defendant Crowley's First Set of Interrogatories dated December 20, 2006

➢ Motion of Trustee for Authorization to Enter Into Termination and Employment Extension Agreement with Daniel Crowley dated January 24, 2003

➢ Bankruptcy Court Opinion dated October 5, 2004

➢ Bankruptcy Court Order Confirming Plaintiff's Second Amended Joint Plan of Reorganization dated October 27, 2004

➢ Opening Brief in Support of the Outside Director Defendants' Motion to Dismiss dated March 4, 2005

➢ Declaration of Peter J. Walsh, Jr. in Support of the Outside Director Defendants' Motion to Dismiss dated March 4, 2005, with exhibits

➢ Plaintiff's Answering Brief in Opposition to Defendants' Motion to Transfer Venue dated March 8, 2005, with exhibits

➢ Defendant Crowley's Opening Brief in Support of his Motion for Summary Judgment dated May 5, 2005

➢ Settlement Agreement dated April 5, 2006 regarding outside directors

➢ Opening Brief of Defendant Crowley in Support of Motion for Summary Judgment dated April 17, 2007

➢ Memorandum of Plaintiff in Opposition to Motion of Crowley for Summary Judgment dated May 4, 2007

➢ Reply Brief of Crowley in Support of Motion for Summary Judgment dated May 15, 2007

➢ Request of Daniel Crowley for Payment of Administrative Expense dated December 30, 2004

1

Coram Healthcare Corporation
Exhibit L
Information Considered (Continued)

*Legal documents (continued):*

➢ Stipulated Withdrawal of Request of Daniel Crowley for Payment of Administrative Expense Claim dated December 29, 2005

*Valuation reports:*

➢ Report of Independent Restructuring Advisor Goldin Associates, LLC dated July 11, 2001

➢ Chanin Capital Partners Presentation dated July 31, 2000

➢ Updated Report of Independent Restructuring Advisor Goldin Associates, LLC dated September 4, 2001

➢ UBS Warburg Plan of Reorganization: Valuation Analysis dated December 11, 2000

➢ Deloitte & Touche Valuation Analysis as of November 15, 2000

➢ Chanin Capital Partners Presentation Update dated December 4, 2000

➢ SSG/Ewing Amended Enterprise Valuation Analysis as of December 11, 2002

➢ Deloitte & Touche Valuation Analysis as of March 31, 2003

➢ SSG/Ewing Amended Enterprise Valuation Analysis as of June 30, 2003

➢ Deloitte & Touche Valuation Analysis as of August 29, 2003

➢ Chanin Capital Partners Preferred Stock Valuation Presentation dated February 20, 2001

➢ Deutsche Bank fairness letter dated June 9, 2000

2

Coram Healthcare Corporation
Exhibit L
Information Considered (Continued)

### *Expert reports:*

➢ Report of Daniel R. Fischel Concerning Expert Testimony to be Given on Behalf Of the Equity Committee dated November 13, 2001

➢ Report of Daniel R. Fischel dated September 10, 2003

➢ Expert Report of David Tabak dated March 31, 2004

➢ Expert Report of David Tabak dated October 4, 2006

➢ Report of Mercer Capital Management, Inc. dated August 4, 2006

➢ Rebuttal Report of Mercer Capital Management, Inc. dated October 23, 2006

➢ Expert Report of Jerome J. Shestack, Esquire dated August 29, 2003

➢ Expert Report of Jerome J. Shestack, Esquire dated September 8, 2003

➢ Expert Report of Jerome J. Shestack, Esquire dated October 4, 2006

➢ Expert Report of Michael L. Temin dated October 3, 2006

➢ Expert Report of J. Scott Victor dated June 8, 2007

➢ Expert Report of Jeffrey L. Baliban dated June 11, 2007

### *Financial reports:*

➢ Coram Healthcare Corporation Forms 10-Q for the quarterly periods ended March 31, June 30, and September 30, 1999

➢ Coram Healthcare Corporation Form 10-K for the fiscal year ended December 31, 1999

➢ Coram Healthcare Corporation Forms 10-Q for the quarterly periods ended March 31, June 30, and September 30, 2000

➢ Coram Healthcare Corporation Form 10-K for the fiscal year ended December 31, 2000

3

Coram Healthcare Corporation
Exhibit L
Information Considered (Continued)

### *Financial reports (continued):*

➤ Coram Healthcare Corporation Forms 10-Q for the quarterly periods ended March 31, June 30, and September 30, 2001

➤ Coram Healthcare Corporation Form 10-Q/A for the quarterly period ended September 30, 2001

➤ Coram Healthcare Corporation Form 10-K for the fiscal year ended December 31, 2001

➤ Coram Healthcare Corporation Forms 10-Q for the quarterly periods ended March 31, June 30, and September 30, 2002

➤ Coram Healthcare Corporation Form 10-K for the fiscal year ended December 31, 2002

➤ Coram Healthcare Corporation Form 10-K/A for the fiscal year ended December 31, 2002

➤ Coram Healthcare Corporation Forms 10-Q for the quarterly periods ended March 31, June 30, and September 30, 2003

➤ Coram Healthcare Corporation Form 10-Q/A for the quarterly period ended March 31, 2003

➤ Coram Healthcare Corporation Form 10-K for the fiscal year ended December 31, 2003

➤ Coram Healthcare Corporation Form 8-K for the period ended December 1, 2004

### *Deposition testimony:*

➤ Deposition of David Tabak dated April 2, 2004

➤ Deposition of David Tabak dated November 9, 2006

➤ Deposition of Z. Christopher Mercer dated November 16, 2006

➤ Deposition of Daniel R. Fischel dated December 13, 2001

4

Coram Healthcare Corporation
Exhibit L
Information Considered (Continued)

*Deposition testimony (continued):*

➤ Deposition of Daniel R. Fischel dated October 13, 2003

➤ Deposition of Harrison Jay Golden dated October 4, 2001

➤ Deposition of Harrison Jay Golden dated October 5, 2001

➤ Deposition of Jerome Shestack dated November 14, 2003

➤ Deposition of Jerome Shestack dated November 18, 2003

➤ Deposition of Jerome Shestack dated November 10, 2006

➤ Deposition of Arlin M. Adams dated March 27, 2007

➤ Deposition of Arlin M. Adams dated March 28, 2007

➤ Deposition of Christina Morrison dated March 26, 2007

➤ Excerpt from Deposition of Scott R. Danitz dated April 6, 2007

➤ Deposition of Jeffrey Baliban dated July 17, 2007


*Other information:*

➤ Applications to Bankruptcy Court for compensation for services rendered and reimbursement of expenses from various consultants in regard to the Coram bankruptcy proceedings

➤ Financial Accounting Standards Board Statement of Financial Standards No. 157

➤ Schnader Harrison letter of December 24, 2002 regarding extension of Crowley employment

➤ Schnader Harrison letter of January 7, 2003 regarding extension of Crowley employment

➤ Baliban workpapers, Bates 000001 to 003903

# EXHIBIT L

# NERA
Economic Consulting

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 3000 Fax +1 212 345 4650
jeffrey.baliban@nera.com
www.nera.com

July 2, 2007

Jennifer Nestle, Esq.
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street
Suite 3600
Philadelphia, PA. 19103

RE: ADAMS V. CROWLEY. ET AL

Dear Ms. Nestle:

With regard to the above-captioned matter, we understand that Arlin M. Adams is the Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of Coram Healthcare Corporation and Coram, Inc. (collectively "Coram"). Daniel D. Crowley was Chairman and Chief Executive Officer of Coram from November 1999 until March 2003. On August 8, 2000, less than ten months after Mr. Crowley became CEO, Coram filed its Chapter 11 petition along with its first Plan of Reorganization. On December 21, 2000, the Bankruptcy Court denied confirmation of this First Plan, citing a conflict of interest on the part of Mr. Crowley by virtue of his relationship with one of Coram's creditors. The Bankruptcy Court ultimately confirmed Coram's Plan of Reorganization in November 2004 and Coram exited bankruptcy as of December 1, 2004, nearly four years after confirmation of its initial plan was denied.

You have asked us to assume that, but for Mr. Crowley's conflict issue, the initial Plan of Reorganization would have been accepted by the Court, and that Coram would have exited bankruptcy by year-end 2000. Instead, its exit had been delayed until December 1, 2004. Aside from the incurrence of additional out-of-pocket bankruptcy and reorganization costs during this four-year delay, the value of the entity that emerged from bankruptcy in December

BALIBAN 002847
Adams v. Crowley
USDC-DE #04-1565

MMC Marsh & McLennan Companies

# NERA
### Economic Consulting

Jennifer Nestle, Esq.
September 13, 2005
Page 2

2004 was worth approximately $91 million less than what Coram would have been worth at
December 2004 had it exited bankruptcy by year-end 2000.

### A. Methodology

In theory, the value of an interest in a business depends on the future benefits that will
accrue to it, with the value of the future benefits discounted back to a present value at some
appropriate discount (capitalization) rate.[1]

We estimate Coram's annual cash flows, on a debt-free basis, at December 31 of both 2000 and
2003, based on information in the 2000 and 2003 SEC Form 10-Ks, respectively (since no 10-
K was issued in 2004 we base our Actual Exit estimates on the year-end 2003 reported data).
Each of these amounts is then grown at a risk-free rate to yield estimated twelve-months-ended
debt-free cash flows at year-end 2005. See calculations on Exhibit 1 (attached).

We then estimate the enterprise value of Coram at the end of 2004 as the present value of next-
period debt-free cash flows capitalized into the future, using a single-period capitalization
technique. A capitalization rate is simply the reciprocal of a discount rate, adjusted for growth.
We estimated Coram's equity cost of capital (*i.e.*, its discount rate) based the Capital Asset
Pricing Model. See calculations on Exhibit 3.

---

[1] Pratt, Shannon P., Valuing a Business, The Analysis and Appraisal of Closely Held Companies, Second Edition,
Business One Irwin, Homewood, IL, page 35.

BALIBAN 002848
Adams v. Crowley
USDC-DE #04-1565

# NERA
### Economic Consulting

Jennifer Nestle, Esq.
September 13, 2005
Page 3

Sincerely yours,

Jeffrey L. Baliban

BALIBAN 002849
Adams v. Crowley
USDC-DE #04-1565