## CERTIFICATION PURSUANT TO D. DEL. LR. 7.1.1

Pursuant to D. Del. LR 7.1.1, I hereby certify that counsel for Defendant Daniel D. Crowley has discussed the subject of the foregoing Motion *In Limine* with counsel for Plaintiff Arlin M. Adams and has not been able to reach agreement on the matters therein.

 

*/s/ R. James Slaughter*
_____
R. James Slaughter
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
*Attorneys for Daniel D. Crowley*

Dated: August 20, 2007