## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Post-Confirmation Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY; DONALD J. AMARAL; WILLIAM J. CASEY; L. PETER SMITH; AND SANDRA L. SMOLEY, <br><br> Defendants. | : <br> : <br> : <br> : Case No. 04-1565-SLR <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### SATISFACTION OF JUDGMENT
### WITH RESPECT TO OUTSIDE DIRECTORS
### (Donald J. Amaral, William J. Casey, Peter Smith, Sandra L. Smoley)

**WHEREAS**, on June 1, 2006, a judgment was entered in favor of Plaintiff Arlin M. Adams, judgment creditor, and against defendants Donald J. Amaral, William J. Casey, Peter Smith, and Sandra L. Smoley (collectively, the "Judgment Debtors"), jointly, severally, and in the alternative, in the amount of $9,550,000 (the "Judgment"); and

**WHEREAS**, whereas the Judgment has been satisfied.

**THEREFORE**, satisfaction of the Judgment is hereby acknowledged, and the Clerk of the United States District Court for the District of Delaware is hereby authorized and directed to mark the Judgment against the Judgment Debtors as **SATISFIED**.

|  |  |
|---|---|
|  | SCHNADER HARRISON SEGAL<br>& LEWIS LLP |
| December 12, 2007 | By: /s/ Michael J. Barrie<br>Richard A. Barkasy (#4683)<br>Michael J. Barrie (#4684)<br>824 Market Street Mall, Suite 1001<br>Wilmington, DE  19801<br>(302) 888-4554 (telephone)<br>(302) 888-1696 (facsimile)<br><br>-and-<br><br>Barry E. Bressler (*pro hac vice*)<br>Wilbur L. Kipnes (*pro hac vice*)<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286<br>(215) 751-2000 (telephone)<br>(215) 751-2205 (facsimile)<br><br>Counsel to Arlin M. Adams,<br>   Chapter 11 Trustee |

PHDATA 3035335_1