# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>DANIEL D. CROWLEY, *et al.*,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 04-1565-SLR<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on December 12, 2007, I caused a true and correct copy of the Satisfaction Of Judgment With Respect To Outside Directors, to be served upon the following:

Peter J. Walsh, Jr., Esq.,
POTTER ANDERSON & CORROON LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(*via CM/ECF and first class mail*)

Boris Feldman
WILSON SONSINI GOODRICH
   & ROSATI, LLP
650 Page Mill Road
Palo Alto, CA 64304-1050
(*via first class mail*)

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
(*via CM/ECF and first class mail*)

Elliot R. Peters, Esquire
Laurie Carr Mims, Esquire
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(*via CM/ECF, and first class mail*)

Dated: December 12, 2007     SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 N. Market Street, Suite 1001
    Wilmington, DE 19801
    Telephone: (302) 888-4554
    Facsimile: (302) 888-1696