IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARLIN M. ADAMS, Chapter 11 Trustee of the Bankruptcy Estates of CORAM HEALTHCARE CORPORATION and CORAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL D. CROWLEY, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Case No. 04-1565-SLR <br> : <br> : <br> : <br> : <br> : |

## STIPULATION OF DISMISSAL OF CIVIL ACTION

Plaintiff Arlin M. Adams, the Chapter 11 Trustee of the Bankruptcy Estates of Coram Healthcare Corp. and Coram, Inc., and Defendant Daniel D. Crowley, by and through their respective undersigned counsel, hereby dismiss with prejudice the above-captioned civil action pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**[SIGNATURE PAGE TO FOLLOW]**

PHDATA 3036163_1

| | |
|---|---|
| DANIEL D. CROWLEY<br><br>By: /s/ *signature*<br>Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>CONNOLLY BOVE LODGE<br>  &amp; HUTZ LLP<br>1007 N. Orange St., P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 (telephone)<br>(302) 658-0380 (facsimile)<br><br>-and-<br><br>Elliot R. Peters, Esquire<br>R. James Slaughter, Esquire<br>Laurie Carr Mims, Esquire<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(415) 391-5400 (telephone)<br>(415) 397-7188 (facsimile)<br><br>Co-Counsel for Defendant Daniel D. Crowley | ARLIN M. ADAMS, as Chapter 11 Trustee<br><br>By: /s/ Michael J. Barrie<br>Richard A. Barkasy (#4683)<br>Michael J. Barrie (#4684)<br>SCHNADER HARRISON SEGAL<br>  & LEWIS LLP<br>824 Market Street Mall, Suite 1001<br>Wilmington, DE 19801<br>(302) 888-4554 (telephone)<br>(302) 888-1696 (facsimile)<br><br>-and-<br><br>Barry E. Bressler, Esquire<br>Wilbur L. Kipnes, Esquire<br>SCHNADER HARRISON SEGAL<br>  & LEWIS LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>(215) 751-2000 (telephone)<br>(215) 751-2205 (facsimile)<br><br>Counsel for Plaintiff Arlin M. Adams, Chapter 11 Trustee of the bankruptcy estates of Coram Healthcare Corp. and Coram, Inc. |

Dated: December 11, 2007