# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| ARLIN M. ADAMS, Chapter 11 Trustee of the | : | |
| Bankruptcy Estates of CORAM | : | |
| HEALTHCARE CORPORATION and | : | |
| CORAM, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 04-1565-SLR |
| v. | : | |
| | : | |
| DANIEL D. CROWLEY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, hereby certify that I am at least eighteen years of age and that on December 12, 2007, I caused a true and correct copy of the Stipulation of Dismissal of Civil Action, to be served upon the following:

| | |
|---|---|
| Jeffrey C. Wisler, Esquire | Elliot R. Peters, Esquire |
| Christina M. Thompson, Esquire | Laurie Carr Mims, Esquire |
| Connolly Bove Lodge & Hutz LLP | Keker & Van Nest, LLP |
| 1007 N. Orange St., P.O. Box 2207 | 710 Sansome Street |
| Wilmington, DE 19899 | San Francisco, CA 94111 |
| (*via CM/ECF and first class mail*) | (*via CM/ECF, and first class mail*) |

Dated:  December 12, 2007          SCHNADER HARRISON SEGAL & LEWIS LLP

By:  /s/ Michael J. Barrie
    Richard A. Barkasy (#4683)
    Michael J. Barrie (#4684)
    824 N. Market Street, Suite 1001
    Wilmington, DE 19801
    Telephone:  (302) 888-4554
    Facsimile:  (302) 888-1696